**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Yueting** First name<br><br>Middle name<br><br>**Jia** Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | YT Jia | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8972 | |

Debtor 1  Yueting Jia                                                                  Case number (if known)

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| 5. Where you live | 91 Marguerite Drive<br>Rancho Palos Verdes, CA 90275<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>■ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>**Debtor's principal asset is located in this district** | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 __Yueting Jia_____     Case number (if known) _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
■ Yes. Has your landlord obtained an eviction judgment against you?

   ■ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Yueting Jia**  _____    Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any
_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code
_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1   **Yueting Jia** _____   Case number *(if known)* _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**About Debtor 1:**

*You must check one:*

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

    ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

    ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

    ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

    ☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Yueting Jia _____     Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ■ No. Go to line 16b.

    ☐ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.

    ■ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts
    _____

17. **Are you filing under Chapter 7?**

    ■ No. I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

18. **How many Creditors do you estimate that you owe?**

    ☐ 1-49
    ☐ 50-99
    ■ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

19. **How much do you estimate your assets to be worth?**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ■ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ■ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Yueting Jia
Signature of Debtor 1

Signature of Debtor 2

Executed on _____
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 7: Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_YT Jia_
Yueting Jia
Signature of Debtor 1

Executed on 10/14/2019
MM / DD / YYYY

Signature of Debtor 2

Executed on _____
MM / DD / YYYY

| Debtor 1 | Yueting Jia | Case number (if known) | |
|---|---|---|---|

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| If you are not represented by an attorney, you do not need to file this page. | |

/s/ James E. O'Neill                                    Date  10/14/2019
Signature of Attorney for Debtor                              MM / DD / YYYY

James E. O'Neill
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

919 N. Market Street
17th Floor
Wilmington, DE 19899
Number, Street, City, State & ZIP Code

Contact phone  302-652-4100                Email address  joneill@pszjlaw.com

4042 DE
Bar number & State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Yueting Jia |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total Claim (secured and unsecured)** | **Value of Security** | **Unsecured claim** |
| 1. | Shenzhen Yingda Capital Management Co., Ltd. 22nd Floor, West Tower, World Financial Center, Chaoyang District, Beijing 100020 CHINA | Qianhong Shi (+86)13581768171 shiqh@ydcmc.com | Personal Guarantee | | $279,720,279.72 | $0.00 | $279,720,279.72 |
| 2. | China CITIC Bank Co., Ltd. Head Office Sales Department Room 1001, 10th Floor, Block E, Global Trade Center, No. 36 North Third Ring Road, Dongcheng District, Beijing CHINA 100013 | Bo zhang (+86)13810069580 zhangbo@cinda.com.cn | Personal Guarantee | | $233,034,335.66 | $0.00 | $233,034,335.66 |

Debtor    Yueting Jia                       Case number *(if known)*
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 3. | Ping An Bank Co., Ltd. Beijing Branch Room 1105,Building A，Oriental Media Center No.4 Guanghua Road，Chaoyang District, Beijing 100026 CHINA<br><br>Ping An Bank Co., Ltd. Shenzhen Branch No. 1009, Shennan Zhong Road, Futian District, Shenzhen, Guangdong, CHINA 518000 | Yao Zhang (+86)18600299807 zhangyao335@pingan.com.cn | Personal Guarantee/ Stock Pledge | | $230,846,153.85 | $24,044,756.51 | 206,801,397.24 |
| 4. | Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. 29th Floor, Block T1, Wangjing Poly International Plaza, Chaoyang District, Beijing CHINA 100102 | Xijie Jin (+86)13810445157 124898362@qq.com | Personal Guarantee | | $181,818,181.82 | $0.00 | $181,818,181.82 |
| 5. | China Minsheng Trust Co., Ltd. 18th Floor, Block C, Minsheng Financial Center, No. 28 Jianguomen Inner Street, Dongcheng District, Beijing, CHINA 100005 | Hao Yan 13651286130 yanhao@msxt.com | Personal Guarantee/ Stock Pledge | | $189,860,139.86 | $14,130,247.42 | $175,729,892.44 |
| 6. | Chongqing Strategic Emerging Industry LeEco Cloud Special Equity Investment Fund Partnership 16, Block B1, Tuxing, No. 92 Xingguang Avenue, New Northern District, Chongqing 401121 CHINA | Jiawang He (+86)13162857516 13162857516@163.com | Loan Guarantee | | $139,860,139.86 | $0.00 | $139,860,139.86 |

Debtor   Yueting Jia                               Case number *(if known)*
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total Claim (secured and unsecured)** | **Value of Security** | **Unsecured claim** |
| **7.** | Linfen Investment Group Co., Ltd. City Investment Building West Fenhe Road Linfen Economic Technological Development Zone Linfen, Shanxi 041000 CHINA | Xuesong Wang +8613835765986 lftzcwb@163.com | Personal Guarantee | | $139,860,139.86 | $0.00 | $139,860,139.86 |
| **8.** | Ping An Securities Co., Ltd. Room 1105, Building A, Oriental Media Center No.4 Guanghua Road，Chaoyang District, Beijing CHINA 100026 | Yao Zhang 18600299807 zhangyao335@pingan.com.cn | Loan | | $178,514,685.32 | $39,255,272.72 | $139,259,412.60 |
| **9.** | Changjiang Securities (Shanghai) Asset Management Ltd. ChangJiang Asset Management,27F, Century Link Tower 1,No.1198 Century Avenue,Pudong New District, Shanghai CHINA 200122 | Yanfang Hu 13917839177 huyf@cjsc.com | Loan | | $139,860,139.86 | $28,108,363.63 | $111,751,776.23 |
| **10.** | Huarong Securities Co., Ltd. Beijing Branch 3/F, Block C, No.8 Financial Street, Xicheng District, Beijing CHINA 100033  Beijing Deheng (Hangzhou) Law Office 10/F, Huafeng International, 200 Xinye Road, Jianggan District, Hangzhou, Zhejiang 310020 CHINA | **Contact 1**: Hui Ke 18601154168 kehui@hrsec.com.cn  **Contact 2**: Jianing Huang 18658811166 huangjn@dehenglaw.com | Loan | | $111,173,426.57 | $23,745,090.91 | $87,428,335.66 |

Debtor   Yueting Jia                                   Case number *(if known)*
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 11. | Xizang Jinmeihua Investment Co., Ltd. No.462 Management Committee of Yangda Industrial Park in Duilong Deqing District, Lhasa, Tibet, 851400 | Jun Wang Tel: 13927466066 Email: wangjun@hongzhao.com | Loan Guarantee | | $81,937,418.00 | $0.00 | $81,937,418.00 |
| 12. | Everbright Xinglong Trust Co., Ltd. 10F, Financial Street Center Building, No. 9 Financial Street, Beijing, CHINA 100032.<br><br>Jilin Jiutai Rural Commercial Bank No.2559 Weishan Road, Gaoxin District, Changchun, Jilin, CHINA 130015 | **Contact 1**: Yuanyuan Chen 15001192812 chenyuanyuan@ebtrust.com<br><br>**Contact 2**: Zhuo Zhan 18946789886 jtnshth2@163.com | Personal Guarantee/ Stock Pledge | | $97,902,097.90 | $20,417,090.91 | $77,485,006.99 |
| 13. | Shanghai Leyu Chuangye Investment Management Center LP 2301B Urban Headquarters Building, 168 Tibet Middle Road, Huangpu District,Shanghai, CHINA 200001. | YI CHEN 13916863257 chenyi@htlcm.com | Loan Guarantee | Disputed | $74,211,217.55 | $0.00 | $74,211,217.55 |
| 14. | China Merchants Bank Co., Ltd. Shanghai Chuanbei Branch Room1609，No. 1717, North Sichuan Road, Hongkou District, Shanghai, CHINA 200080 | Youjia Wang 15900914435 wang_yj@cmbchina | Personal Guarantee/ Stock Pledge | | $70,408,163.27 | $9,227,636.36 | $61,180,526.91 |
| 15. | Huafu Securities Co., Ltd. 18F, China Merchants Bank Tower, No. 1088 Lujiazui Ring Road, Pudong New District, Shanghai CHINA 200120 | Sichen Chen 18621666343 qyx@hfzq.com.cn | Loan | | $69,930,059.93 | $13,756,363.63 | $56,173,706.30 |

DOCS_LA:324914.5 46353/001

Debtor   Yueting Jia                                  Case number *(if known)*
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 16. | Western Securities Co., Ltd<br>Room 10000，Building 8, No. 319, Dongxin Street, Xian, Shanxi CHINA 710004 | Ning Liu<br>13909213203<br>liuning@xbmail.com.cn | Loan | | $66,223,776.22 | $11,581,817.71 | $54,641,958.51 |
| 17. | E-TOWN INTERNATIONAL HOLDING (HONG KONG) CO.,LTD.<br>23-25 Floors, Block A, Yaicheng Wealth Center, 22 Ronghua Road, Economic and Technological Development Zone，Daxing District, Beijing CHINA 100176 | WEI YUAN<br>13801220419<br>yuanwei@etowncapital.com | Loan Guarantee | | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 18. | Jiangyin Hailan Investment Holding Co., Ltd.<br>Xinqiao Town, HaiLan investment,<br>Hailan Garment Industry City, Jiangyin, Jiangsu, CHINA 214400 | YONG TANG<br>13921881766<br>jsfushizi@163.com | Loan Guarantee | | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 19. | TWC Group Co., Ltd.<br>No. 6，Chaowai Street, 12 Floors,Block B,Wantong Center, Chaoyang District, Beijing, CHINA 100005 | Renjiang Cheng<br>Tel: 18001162092<br>Email:<br>renjiangc@twcgroup.com | Loan Guarantee | Disputed | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 20. | Huaxin International Trust Co., Ltd.<br>11th Floor Tower B China Huadian Building<br>No. 2 Xuanwumen Nei Street, Xicheng District Beijing 100031 CHINA | Feng Zifeng<br>Tel: 010-83568281 | Personal Guarantee/ Stock Pledge | | $55,944,055.94 | $8,598,909.09 | $47,345,146.85 |

## DECLARATION UNDER PENALTY OF PERJURY

    I, Yueting Jia, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Who Have the 30 Largest Unsecured Claims Against You and Are Not Insiders, and that the list is true and correct to the best of my information and belief.

October 14, 2019                               _/s/ YT Jia_
                                                             Yueting Jia

# United States Bankruptcy Court
### District of Delaware

In re  **Yueting Jia**  
Debtor(s)

Case No. _____  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  October 14, 2019

_____  
Yueting Jia  
Signature of Debtor