IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YUETING JIA,[1] | Case No.: 19-12220 (KBO) |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENT OF FINANCIAL AFFAIRS

Yueting Jia, debtor herein, hereby submits his Schedules of Assets and Liabilities and

Statement of Financial Affairs.

Dated:    October 17, 2019          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel:      (302) 652-4100
Fax:      (302) 652-4400
E-mail:   rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com
          joneill@pszjlaw.com
Proposed Attorneys for Debtor
and Debtor in Possession

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YUETING JIA,[1] | Case No. 19-12220 (KBO) |
| Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor in possession (the "Debtor") submits his Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SoFAs") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of his advisors and management, prepared the Schedules and SoFAs in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Schedules and SoFAs (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SoFAs. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SoFAs.[2]

The Debtor has signed the Schedules and SoFAs. In reviewing and signing the Schedules and Statements, the Debtor has necessarily relied upon the efforts, statements, and representations of his personnel and professionals. Given the scale and international aspect of his business and financial affairs, the Debtor has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and SoFAs, the Debtor relied on financial data derived from his books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and SoFAs, subsequent information or discovery may result in material changes to the Schedules and SoFAs. As a result, inadvertent errors or omissions may exist. For the avoidance

---

[1] The last four digits of the Debtor's federal tax identification number is 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] These Global Notes are in addition to any specific notes contained in the Schedules or SoFAs. The fact that the Debtor has prepared a "general note" with respect to any of the Schedules and SoFAs and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's remaining Schedules and SoFAs, as appropriate.

DOCS_LA:325088.2 46353/001

of doubt, the Debtor hereby reserves his rights to amend and supplement the Schedules and SoFAs as may be necessary or appropriate.

The Debtor and his agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and his agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or his officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or his officers, employees, agents, attorneys, or his professionals are advised of the possibility of such damages.

**Discrepancies Between Plan Ballot Amounts and Scheduled Amounts.** Certain creditors identified in the Schedules have received ballots to be used to vote on the *Debtor's Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 4] (the "Plan"). In most cases, the amounts indicated on such ballots are only the principal amounts of such debts and do not include interest, penalties or other charges. In addition, the amounts do not indicate certain defenses or offsets that may be available to the Debtor. The amounts indicated on the ballots are used only for purposes of voting on the Plan and do not determine the claim amounts finally allowed by the Court or the creditors' ultimate distribution amount from the Trust created by the Plan.

**Reservation of Rights.** The Schedules and SoFAs have been prepared by the Debtor with the assistance of advisors, interpreters-translators and additional personnel as needed and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules and SoFAs, the Debtor relied on financial data derived from his and affiliated entities' books and records that were available at the time of preparation. The Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and SoFAs and inadvertent errors, omissions, or inaccuracies may exist. In addition, to the extent the Debtor becomes aware of potential claims against him, such claims are subject to review and investigation. The Debtor reserves all rights to amend or supplement his Schedules and SoFAs.

The Debtor reserves all rights to amend the Schedules and SoFAs in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SoFAs as to amount, liability or classification of the claim, to recharacterize any claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Additionally, nothing contained in the Schedules and SoFAs shall constitute a waiver of rights by the Debtor involving any present or

2

future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.

**Description of the Case and "As Is" Information Date.** On October 14, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is in possession and control of his property (except as noted in the Schedules and SoFAs) and managing his affairs as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in the Debtor's chapter 11 case, and no committees have been appointed or designated.

Asset information in the Schedules reflects the Debtor's best estimate of asset values as of the Petition Date. No independent valuation has been obtained.

**Basis of Presentation.** The Schedules and SoFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

Although these Schedules and SoFAs may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFAs neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtor in accordance with GAAP or otherwise. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Estimates.** The Debtor must make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Persons identified as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Classification and Claim Descriptions.** Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on his Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

Moreover, the Debtor reserves all rights to amend the Schedules and SoFAs, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SoFAs as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Schedules and SoFAs shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of his rights respecting such credits, allowances or other adjustments.

**Setoffs.** The Debtor may incur setoffs from third parties. Setoffs in the ordinary course can result from various routine transactions and other disputes between the Debtor and third parties. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth hereinafter:

a.   **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** The values of ownership interests in various entities is dependent on numerous variables and factors, and may differ significantly from their net book value.

b.   **Schedule A/B, Part 11 - All Other Assets.** The Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds, or may assert in litigation claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these types of assets are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

c.   **Schedule D - Creditors Who Have Claims Secured by Property.** The Debtor reserves his rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves

all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

d.    **Schedule E/F - Creditors Who Have Unsecured Claims.** The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth his unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

e.    **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of his rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.

### General Disclaimer

The Debtor has prepared the Schedules and the SoFAs based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional, material information becomes available, the Debtor will amend and supplement the Schedules and SoFAs.

DOCS_LA:325088.2 46353/001

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Yueting Jia** | |
| | First Name · Middle Name · Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name · Middle Name · Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | |
| Case number | **19-12220 (KBO)** | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|   |   | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $    4,773,946.48 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $    1,412,114,733.11 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $    1,416,888,679.59 |

**Part 2:    Summarize Your Liabilities**

|   |   | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    1,209,437,065.82 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $    0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    2,564,019,294.73 |
| | Your total liabilities | $    3,773,456,360.55 |

**Part 3:    Summarize Your Income and Expenses**

|   |   |   |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*..................................................... | $    74,959.33 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $    75,180.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Yueting Jia** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | | |
| Case number | **19-12220 (KBO)** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

**Room 2003, Unit 4, Block 6, Area 2 Shuang Hua Yuan Nan Li Chaoyang District**
Street address, if available, or other description

**Beijing, 100022 CHINA**
City      State      ZIP Code


County

**What is the property?** Check all that apply
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Apartment**

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property has been seized by Shanghai High People's Court**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,145,890.14 | $1,145,890.14 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

Debtor 1    **Yueting Jia**                                                    Case number *(if known)*  **19-12220 (KBO)**

**If you own or have more than one, list here:**

1.2

**Room 2001, Unit 5
Hai Sheng Ming Yuan, No. Yi 36
Dongcheng District**
Street address, if available, or other description

**Beijing, 100027
CHINA**
City                    State        ZIP Code

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [✓] Duplex or multi-unit building
- [ ] Condominium or cooperative

- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [✓] Other    **Apartment**

**Who has an interest in the property?** Check one

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Property has been seized by Shanghai High People's Court**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,532,281.69** | **$3,532,281.69** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee Simple**

- [ ] Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**Room 1602, Block 11, Ting Lan Yuan
Century City, Hangzhou, Andong
Town
Cixi**
Street address, if available, or other description

**Zhejiang Province
315327 CHINA**
City                    State        ZIP Code

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [✓] Duplex or multi-unit building
- [ ] Condominium or cooperative

- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [✓] Other    **Apartment**

**Who has an interest in the property?** Check one

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Apartment will be sold at auction by Court**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$95,774.65** | **$95,774.65** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Fee Simple**

- [ ] Check if this is community property
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here...................................................................=>

| **$4,773,946.48** |
|---|

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- [✓] No
- [ ] Yes

---

| Debtor 1 | **Yueting Jia** | Case number (if known) | **19-12220 (KBO)** |
|---|---|---|---|

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [✓] No
- [ ] Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................................=>

$0.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

- [ ] No
- [✓] Yes. Describe.....

| All appliances, linens, furniture, and kitchenware belong to landlord | $0.00 |
|---|---|

| For Shuang Hua Yuan and Hai Sheng Ming Yuan apartments:<br><br>two refrigerators, two sofas, two washing machines, two microwaves, two cupboards, two dining tables, six beds, six curtains, pillows and covers, tableware | $21,126.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- [ ] No
- [✓] Yes. Describe.....

| For Shuang Hua Yuan and Hai Sheng Ming Yuan apartments:<br><br>two televisions, mobile phone, laptop, paper shredder | $3,028.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- [ ] No
- [✓] Yes. Describe.....

| Approximately 20 books, several prizes and medals, and a self-portrait (located in China) | $140.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- [ ] No
- [✓] Yes. Describe.....

| Golf clubs (located in China) | $704.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- [✓] No
- [ ] Yes. Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Tshirts, long sleeve shirts, sweaters, pants, shoes, down jackets, working attire, including suits, shirts and ties (clothing located in USA and China) | $32,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☑ No
☐ Yes.  Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| Dog (Poodle) | $704.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ..........................................................................

| |
|---|
| $57,702.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☑ No
☐ Yes...........................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes........................                            Institution name:

| | | | | |
|---|---|---|---|---|
| | 17.1. | Checking | **Wells Fargo Bank** | $1,426.62 |
| | 17.2. | Savings | **Wells Fargo Bank** | $0.01 |
| | 17.3. | Checking | **Bank of America** | $65,585.34 |
| | 17.4. | Savings | **Bank of America** | $100.01 |
| | 17.5. | Savings | **China CITIC Bank (China) - account is frozen** | $13,797.90 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Yueting Jia | | | Case number *(if known)* | **19-12220 (KBO)** |

| | | | | |
|---|---|---|---|---:|
| 17.6. | Savings | China CITIC Bank (China) - account is frozen | | $18,964.20 |
| 17.7. | Savings | Hua Xia Bank (China) - account is frozen | | $10.89 |
| 17.8. | Savings | China Merchants Bank Corporation (China) - account is frozen | | $0.76 |
| 17.9. | Savings | Bank of China (Hong Kong) Limited - account is frozen | | $10,743.90 |
| 17.10. | Savings | Shanghai Pudong Development Bank - account is frozen | | Unknown |
| 17.11. | Savings | Shanghai Commercial Bank | | Unknown |
| 17.12. | Savings | China Minsheng Bank | | $5.05 |
| 17.13. | Savings | Beijing of Bank | | Unknown |
| 17.14. | Savings | China Everbright Bank | | Unknown |
| 17.15. | Savings | China Everbright Bank | | Unknown |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☑ Yes................. Institution or issuer name:

| | | |
|---|---|---:|
| Shaojie Chu, 2801 Kelvin Avenue, Apt.. 532, Irvine, CA 92614 | | $6,500,000.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---:|
| Leshi Information Technology Co. Ltd. (delisted) | 23.08 | % | $219,169,850.00[1] |
| Le Holding (Beijing) Co. Ltd. | 92.07 | % | Unknown |
| Beijing Baile Culture Media co., Ltd. | 99 | % | Unknown |
| Scent (Beijing) Technology Co. Ltd. | 2.27 | % | $1,918,309.86[2] |

[1]Based on share price prior to cessation of trading on April 26, 2019.
[2]Based on RMB 600 million equity financing transaction in January 2018.

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

*Based on share price prior to cessation of trading on April 26, 2019

| | | | |
|---|---|---|---|
| **West Coast LLC (6.16% of Smart King Ltd)** | **100** | % | **$862,241,246.67**[3] |
| **Pacific Technology Holding (10% holdings of Smart King Ltd)** | **Per agreement** | % | **$320,000,000.00**[4] |
| **LeLe Holdings Ltd.** | **100** | % | **Unknown** |
| **Ford Field International Limited** | **100** | % | **Unknown** |
| **Champ Alliance Holdings Limited** | **100** | % | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
[✓] No
[ ] Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
[✓] No
[ ] Yes. List each account separately.
       Type of account:       Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
[ ] No
[✓] Yes. .....................       Institution name or individual:

| | | |
|---|---|---|
| Pre-paid rent:<br>7 Marguerite Drive,<br>Rancho Palos Verdes, CA 90275;<br>11 Marguerite Drive,<br>Rancho Palos Verdes, CA 90275;<br>15 Marguerite Drive,<br>Rancho Palos Verdes, CA 90275;<br>19 Marguerite Drive,<br>Rancho Palos Verdes, CA 90275;<br>and 91 Marguerite Drive,<br>Rancho Palos Verdes, CA | **Ocean View Drive Inc.** | $2,102,905.40 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
[✓] No
[ ] Yes............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
[✓] No
[ ] Yes............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

[3]**Based on valuation of Smart King Ltd. after December 21, 2018 Restructuring Agreement with Evergrande Health Industry Group.**
[4]**Based on valuation of Smart King Ltd. after December 21, 2018 Restructuring Agreement with Evergrande Health Industry Group.**

Debtor 1    **Yueting Jia**                                    Case number *(if known)*  **19-12220 (KBO)**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**
Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☑ Yes.  Describe each claim.........

> The Debtor holds and continues to investigate claims and rights against various creditors, other parties in interest, and third parties, including, without limitation, claims for fraud, breach of contract, defamation and/or unjust enrichment, and other potential causes of action against TWC Group Co., Ltd., Shanghai Lan Cai Asset Management Co., Ltd., Shanghai Zheyun Business Consulting Partnership (Limited Partnership), Beijing Blue Giant Real Estate Investment Fund Management Center (Limited Partnership), Shenzhen Jincheng Commercial Factoring Co., Ltd., Xiaodong Wen, and affiliated parties.

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No

Official Form 106A/B                        Schedule A/B: Property                                page 7

| Debtor 1 | Yueting Jia | Case number *(if known)* | 19-12220 (KBO) |
|---|---|---|---|

[✓] Yes.  Describe each claim.........

| The Debtor has rights under Chinese law and other applicable law to subrogation and/or contribution from the Co-debtors listed on Schedule H (including both co-guarantors and primary obligors) to the extent payment from the Debtor reduces such Co-debtor's liability to the primary obligor. | Unknown |
|---|---|

**35.  Any financial assets you did not already list**
[✓] No
[ ] Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
**for Part 4. Write that number here..................................................................................................**     $1,412,042,946.61

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
[✓] No. Go to Part 6.
[ ] Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
[✓] No. Go to Part 7.
[ ] Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
[ ] No
[✓] Yes. Give specific information.........

| China Entrepreneur Club membership | $14,084.50 |
|---|---|

**54.  Add the dollar value of all of your entries from Part 7. Write that number here .....................................**     $14,084.50

**Part 8:**    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ................................................................................................. | | $4,773,946.48 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $57,702.00 | |
| 58. Part 4: Total financial assets, line 36 | $1,412,042,946.61 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | +    $14,084.50 | |
| 62. Total personal property. Add lines 56 through 61... | $1,412,114,733.11 | Copy personal property total    $1,412,114,733.11 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | $1,416,888,679.59 |

**Fill in this information to identify your case:**

Debtor 1    Yueting Jia
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number    19-12220 (KBO)
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Tshirts, long sleeve shirts, sweaters, pants, shoes, down jackets, working attire, including suits, shirts and ties (clothing located in USA and China)** Line from *Schedule A/B*: **11.1** | $32,000.00 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Checking: Wells Fargo Bank** Line from *Schedule A/B*: **17.1** | $1,426.62 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Wells Fargo Bank** Line from *Schedule A/B*: **17.2** | $0.01 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Bank of America** Line from *Schedule A/B*: **17.3** | $65,585.34 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Bank of America** Line from *Schedule A/B*: **17.4** | $100.01 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Yueting Jia | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

# RIDER TO SCHEDULES D & F

## Debtor's Guarantee and Loan Obligations

| Personal Loans | $632,587,273.46 |
|---|---|
| Guarantee Obligations | $3,113,109,842.24 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Yueting Jia** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | **19-12220 (KBO)** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Changjiang Securities ShanghaiAsset MgtLtd** | $46,457,342.66 | $9,247,018.18 | $37,210,324.48 |

Creditor's Name

**27F, Century Link Tower 1**
**No. 1198 Century Avenue**
**Pudong New District**
**Shanghai, 200122, CHINA**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 39,122,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2/14/17**          Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Yueting Jia** | | | Case number (if known) | **19-12220 (KBO)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Changjiang SecuritiesShanghaiAsset MgtLtd** | Describe the property that secures the claim: | $23,472,727.27 | $4,679,527.27 | $18,793,200.00 |
|---|---|---|---|---|---|

Creditor's Name

**27F, Century Link Tower 1**
**No. 1198 Century Avenue**
**Pudong New District**
**Shanghai, 200122, CHINA**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 19,798,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred    **10/31/16**          Last 4 digits of account number

---

| 2.3 | **Changjiang SecuritiesShanghaiAsset MgtLtd** | Describe the property that secures the claim: | $69,930,069.93 | $14,181,818.18 | $55,748,251.75 |
|---|---|---|---|---|---|

Creditor's Name

**27F, Century Link Tower 1**
**No. 1198 Century Avenue**
**Pudong New District**
**Shanghai, 200122, CHINA**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 60,000,000 shares of Leshi Internet Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred    **2/14/17**          Last 4 digits of account number

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 13

| Debtor 1 | Yueting Jia | | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.4 | China Merchants Bank Co., Ltd. Chuanbei | Describe the property that secures the claim: | $70,408,163.27 | $9,227,636.36 | $61,180,526.91 |
|---|---|---|---|---|---|

**Creditor's Name**

Chuanbei Br China
Merchants Bank Rm 1609
No. 1717, North Sichuan
Road,
Hongkou District
Shanghai 200080, CHINA

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred  **7/17/15**

**Describe the property that secures the claim:**

Personal Guarantee/Pledge of
39,040,000 shares of Leshi Internet
Information & Technology Corp
(Beijing)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| 2.5 | China Minsheng Trust Co., Ltd. | Describe the property that secures the claim: | $69,930,069.93 | Unknown | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

18th Floor Block China
Minsheng Fin Ctr
No. 28 Jianguomen Inner
Street
Dongcheng District
Beijing 100005 CHINA

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred  **7/6/16**

**Describe the property that secures the claim:**

Personal Guarantee/Pledge of
shares of Leshi Internet Information
& Technology Corp (Beijing)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Yueting | Jia | | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 | **China Minsheng Trust Co., Ltd.** | Describe the property that secures the claim: | $69,930,069.93 | $14,130,247.42 | $55,799,822.51 |
|---|---|---|---|---|---|

Creditor's Name

**18th Floor Block China Minsheng Fin Ctr
No. 28 Jianguomen Inner Street
Dongcheng District
Beijing 100005 CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

Date debt was incurred   **11/30/16**

Describe the property that secures the claim:

**Personal Guarantee/Pledge of shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| 2.7 | **Everbright Xinglong Trust Co.** | Describe the property that secures the claim: | $97,902,097.90 | $20,417,090.91 | $77,485,006.99 |
|---|---|---|---|---|---|

Creditor's Name

**10F
Financial Street Center Building,
No. 9 Financial Street
Beijing 100032 CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

Date debt was incurred   **4/19/17**

Describe the property that secures the claim:

**Personal Guarantee/Pledge of 86,380,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 13

Debtor 1  **Yueting Jia**
_____
First Name          Middle Name          Last Name

Case number (if known)    **19-12220 (KBO)**

| | | | |
|---|---|---|---|
| 2.8 | **Guotai Junan Securities Co., Ltd** | $37,372,579.24 | $6,422,070.91 | $30,950,508.33 |

Creditor's Name

**16F,No.650,
Hankou Road,
Huangpu District
Shanghai 200001 CHINA**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Loan/Pledge of 27,170,300 shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/23/16**        Last 4 digits of account number _____

---

| | | | |
|---|---|---|---|
| 2.9 | **Huafu Securities Co., Ltd.** | $41,958,041.96 | $8,532,727.27 | $33,425,314.69 |

Creditor's Name

**18F,China Merchants
Bank Tower,
No.1088 Lujiazui Ring
Road,
Pudong New District
Shanghai 200120 CHINA**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Loan/Pledge of 36,100,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/28/16**        Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Yueting Jia**

First Name         Middle Name         Last Name

Case number (if known)    **19-12220 (KBO)**

| 2.10 | Huafu Securities Co., Ltd. | Describe the property that secures the claim: | $27,972,027.97 | $5,223,636.36 | $22,748,391.61 |

**2.10**

**Huafu Securities Co., Ltd.**

Creditor's Name

**18F,China Merchants Bank Tower, No.1088 Lujiazui Ring Road, Pudong New District Shanghai, 200120 CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred    **8/25/16**

**Describe the property that secures the claim:**    $27,972,027.97    $5,223,636.36    $22,748,391.61

**Loan/Pledge of 22,100,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

**2.11**

**Huarong Securities Co., Ltd.**

Creditor's Name

**Beijing Branch 3/F, Block C, No. 8 Financial Street Xicheng District Beijing 100033 CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred    **4/27/16**

**Describe the property that secures the claim:**    $111,173,426.57    $23,745,090.91    $87,428,335.66

**Loan/Pledge of 100,460,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| Debtor 1 | **Yueting Jia** | | | Case number (if known) | **19-12220 (KBO)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 2 | **Huaxin International Trust Co., Ltd.** | Describe the property that secures the claim: | $55,944,055.94 | $8,598,909.09 | $47,345,146.85 |
|---|---|---|---|---|---|

**2.1 2**  **Huaxin International Trust Co., Ltd.**
Creditor's Name

**11th Floor, Tower B China Huadian Building No. 2 Xuanwumen Nei Street, Xicheng Dist Beijing 100031 CHINA**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Personal Guarantee/Pledge of 36,380,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/7/16**          Last 4 digits of account number _____

$55,944,055.94    $8,598,909.09    $47,345,146.85

---

**2.1 3**  **LeTV Film (Beijing) Co., Ltd.**
Creditor's Name

**Room 102, Building A No. 9 East Fengxiang Street Yangson Town, Huairou District Beijing 101499 CHINA**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Personal Guarantee/Pledge of 32,620,000 shares of Leshi Internet Infomation & Technology Corp. (Beijing)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **5/9/17**          Last 4 digits of account number _____

$7,710,181.82    $7,710,181.82    $0.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1    **Yueting Jia**

First Name _____ Middle Name _____ Last Name _____

Case number (if known)    **19-12220 (KBO)**

| | | | |
|---|---|---|---|
| **2.1 4** | **Orient Securities Co., Ltd.** | **$23,529,263.98** | **$1,943,310.91** | **$21,585,953. 07** |

Creditor's Name

**7th Floor, Orient
Securities Building,
118 Waima Road,
Huangpu District
Securities finance
business headquarters
Shanghai 200010 CHINA**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 8,221,700 shares of
Leshi Internet Information &
Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred    **7/3/15**    Last 4 digits of account number _____

---

| | | | |
|---|---|---|---|
| **2.1 5** | **Pacific Technology Holding LLC** | **$2,732,629.00** | **$2,732,629.00** | **$0.00** |

Creditor's Name

**3780 Kilroy Airport Way
Suite 200
Long Beach, CA 90806**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Accounts; chattel paper; money;
deposit accounts; documents;
general intangibles; goods,
instruments; investment property;
letter-of-credit rights; records;
commercial tort claims; proceeds**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    **10/11/18**    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Yueting Jia** | | | Case number (if known) | **19-12220 (KBO)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 6 | **Ping An Bank Co. Ltd. - Shenzhen Branch** | | **$57,000,000.00** | **$24,044,756.51** | **$32,955,243. 49** |
|---|---|---|---|---|---|

Creditor's Name

**Third Floor, Nantou Sub-Branch Ping An Bank, Development Building No. 171 Taoyuan Road, Nanshan Shenzhen, Guangdong 518000, CHINA**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Personal Guarantee/Pledge of 101,727,186 shares of Leshi Internet Information & Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **4/1/16**      Last 4 digits of account number _____

| 2.1 7 | **Ping An Securities Co., Ltd** | | **$76,195,804.20** | **$18,190,545.45** | **$58,005,258. 75** |
|---|---|---|---|---|---|

Creditor's Name

**Room 1105, Building A Oriental Media Center No. 4 Guanghua Road Chaoyang District Beijing 100026, CHINA**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 76,960,000 shares of Leshi Internet Information & Technology Corp. (Beijing)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/23/16**      Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Yueting Jia | | | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 8 | **Ping An Securities Co., Ltd.** | | $37,829,370.63 | $9,029,090.91 | $28,800,279. 72 |
|---|---|---|---|---|---|

Creditor's Name

Room 1105, Building A
Oriental Media Center
No.4 Guanghua Road
Chaoyang District
Beijing 100026 CHINA

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 38,200,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred **3/29/16**    Last 4 digits of account number _____

| 2.1 9 | **Ping An Securities Co., Ltd.** | | $64,489,510.49 | $12,035,636.36 | $52,453,874. 13 |
|---|---|---|---|---|---|

Creditor's Name

63F, Ping An Financial
Center,
5033 Yitian Road, Futian
District
Shenzhen
Guangdong 518017
CHINA

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Loan/Pledge of 50,920,000 shares of Leshi Internet Information & Technology Corp (Beijing)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred **5/20/16**    Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Yueting Jia**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **19-12220 (KBO)**

| 2.2 0 | **Shanghai Lan Cai Asset Management Co Ltd** | | | $11,655,626.14 | $11,655,626.14 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**No. 329, Block B. No. 28
Xinjiekouwai Street
Xicheng District
Beijing, 100088, CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

**Describe the property that secures the claim:**

**Judgment**

**As of the date you file, the claim is:** Check all that
apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Debtor Examination**

Date debt was incurred    **12/1/16**        Last 4 digits of account number _____

| 2.2 1 | **Shanghai Qichengyueming Invt Partnership** | | | $90,669,181.82 | $90,669,181.82 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Dentons US LLP
Attn: Jae K. Park
601 South Figueroa
Street, Suite 2500
Los Angeles, CA 90017**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

**Describe the property that secures the claim:**

**Judgment (USDC, Central District of
California, 2:18-CV-7723 SJO)**

**As of the date you file, the claim is:** Check all that
apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Debtor Examination**

Date debt was incurred    **7/12/19**        Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Yueting Jia**
_____    _____    _____    Case number (if known)    **19-12220 (KBO)**
First Name    Middle Name    Last Name

| 2.2 2 | **Western Securities Co., Ltd** | Describe the property that secures the claim: | $66,223,776.22 | $11,581,817.71 | $54,641,958.51 |
|---|---|---|---|---|---|

Creditor's Name

**Room 10000 Building 8,
No.319,Dongxin Street
Xincheng District
Xian, Shanxi 710004,
CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a
community debt

Date debt was incurred    **4/21/16**

Describe the property that secures the claim:

**Loan/Pledge of 48,999,998 shares of
Leshi Internet Information &
Technology Corp (Beijing)**

As of the date you file, the claim is: Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| 2.2 3 | **Wuhan Credit Loan Co., Ltd.** | Describe the property that secures the claim: | $41,958,041.96 | $6,531,200.00 | $35,426,841.96 |
|---|---|---|---|---|---|

Creditor's Name

**10th Floor, Weiye
Building,
Xinhua Road,
Jianghan District
Wuhan, Hubei 430022,
CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a
community debt

Date debt was incurred    **4/13/17**

Describe the property that secures the claim:

**Personal Guarantee/Pledge of
27,632,000 shares of Leshi Internet
Information & Technology Corp
(Beijing)**

As of the date you file, the claim is: Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 13

Debtor 1 **Yueting Jia**
_____
First Name   Middle Name   Last Name

Case number (if known) **19-12220 (KBO)**

| 2.2 4 | **Yuanxin Xu** | Describe the property that secures the claim: | $6,993,006.99 | $1,375,636.36 | $5,617,370.63 |
|---|---|---|---|---|---|

Creditor's Name

**Room 601, No.105
Building,
West Lize Garden
District,
Chaoyang District
Beijing 100102, CHINA**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Personal Guarantee/Pledge of
5,820,000 shares of Leshi Internet
Information & Technology Corp
(Beijing)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **3/28/17**     Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:  **$1,209,437,065.82**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$1,209,437,065.82**

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name, Number, Street, City, State & Zip Code
**Beijing Deheng (Hangzhou) Law Office
10/F Huafeng International
200 Xinye Road
Jinggan Xincheng District
Hangzhou, Zhejia, CHINA 310020**

On which line in Part 1 did you enter the creditor? **2.11**
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**Haixia Bank of Fujian
358 Jiangbin Middle Avenue
Taijing District
Fuzhou
Fujian, CHINA 350009**

On which line in Part 1 did you enter the creditor? **2.19**
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**Jilin Jiutai Rural Commercial Bank
No. 2559 Weishan Road
Gaoxin District
Changchun
Jilin, CHINA 130015**

On which line in Part 1 did you enter the creditor? **2.7**
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**Shanghai Lan Cai Asset Management
12 Floors Block AB
Wantong Center
No. 6, Chaowai Street
Beijing, Beijing CHINA 100005**

On which line in Part 1 did you enter the creditor? **2.20**
Last 4 digits of account number ___

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 13

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yueting Jia | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | | |
| Case number | 19-12220 (KBO) | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Department of Revenue** | | | |
| | Priority Creditor's Name | | | |
| | **120 SE 10th Ave** | | | |
| | **Topeka, KS 66612** | | | |
| | Number Street City State Zip Code | | | |

Last 4 digits of account number ___    Unknown    Unknown    Unknown

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Wage Garnishment (Case No. 2018-ST-010829)**

Debtor 1  **Yueting Jia** _____    Case number (if known) __**19-12220 (KBO)**__

| 2.2 | **Department of Revenue** | Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__ |
|---|---|---|

Priority Creditor's Name
**120 SE 10th Ave**
**Topeka, KS 66612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
■ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
□ Other. Specify _____

**Tax Warrant (Case No. 2018-ST-010835)**

| 2.3 | **Franchise Tax Board** | Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__ |
|---|---|---|

Priority Creditor's Name
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
■ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
□ Other. Specify _____

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__ |
|---|---|---|

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
■ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
□ Other. Specify _____

Debtor 1    **Yueting Jia**                                          Case number (if known)    **19-12220 (KBO)**

| 2.5 | **LA County Tax Collector** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 54110**
**Los Angeles, CA 90054**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

---

| 2.6 | **Wei Gan** | Last 4 digits of account number | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**22-1-1101, Fanhai Guoji Lanhai**
**Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

**Total claim**

---

Debtor 1   Yueting Jia                                          Case number (if known)    19-12220 (KBO)

---

| 4.1 | **Beijing Blue Giant Real Estate Invest.** | Last 4 digits of account number _____ | $27,972,027.97 |

Nonpriority Creditor's Name
**Fund Management Center**
**12 Floors, Block AB, Wantong**
**Center**
**No. 6, Chaowai Street**
**Chaoyang District, Beijing 100005**
**CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

---

| 4.2 | **Beijing Century Ruike Sys. Tech Co Ltd** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**Building H8, Privy Council**
**No. 10 Jiachuang Road**
**Tongzhou District**
**Beijing 100023 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

---

Debtor 1  **Yueting Jia**                                                     Case number (if known)    **19-12220 (KBO)**

---

| 4.3 | **Beijing Chuangjin Xingye Investment Ctr** | | Last 4 digits of account number _____ | | **$4,195,804.20** |

Nonpriority Creditor's Name
**6th Floor, Block B,
No.4, East Wangjing Road,
Chaoyang District
Beijing  100102 CHINA**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| 4.4 | **Beijing Haidian Tech Fin Cap Hld Grp Co** | | Last 4 digits of account number _____ | | **$41,958,041.96** |

Nonpriority Creditor's Name
**Room 1520 No.66 Rd.
North Fourth Ring Road
Haidian District
Beijing 100080 CHINA**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| 4.5 | **BEIJING HUAXING MOBILE ASSET MGT CTR LLP** | | Last 4 digits of account number _____ | | **$13,986,013.99** |

Nonpriority Creditor's Name
**9 Floors, Block B, Derun Building,
Building 1, No. 3 Yongan Dongli Jia,
Chaoyang District
Beijing 100022 CHINA**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

Debtor 1    Yueting Jia                                                    Case number (if known)    19-12220 (KBO)

| | | |
|---|---|---|
| 4.6 | **Beijing Jiaxin Tengda Inf Consulting Co** | |

Nonpriority Creditor's Name

**2 Floors, Building B3 Hengtong Business Park, No. 10 Jiuxianqi Chaoyang District Beijing 100016 CHINA**

Number Street City State Zip Code

Last 4 digits of account number _____    $1,458,406.00

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Guarantee**

| | | |
|---|---|---|
| 4.7 | **Beijing Siwei Equity Investment Mgmt Ctr** | |

Nonpriority Creditor's Name

**Room 2608,Pengrun Building, No.26 Xiaoyun Road, Chaoyang District Beijing 100016 CHINA**

Number Street City State Zip Code

Last 4 digits of account number _____    $38,041,958.04

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Guarantee**

Debtor 1  **Yueting Jia**

Case number (if known)   **19-12220 (KBO)**

---

| 4.8 | **Beijing Yingda Capital Management Co Ltd** | Last 4 digits of account number _____ _____ | **$6,858,546.00** |

Nonpriority Creditor's Name
**22 Floors**
**West Tower of Global Financial Center,**
**Chaoyang District**
**Beijing 100020 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

| 4.9 | **China CITIC Bank Co Ltd Head Ofc Sales** | Last 4 digits of account number _____ _____ | **$233,034,335.66** |

Nonpriority Creditor's Name
**Room 1001, 10th Floor, Block E**
**Global Trade Center, No. 36 North**
**Third Ring Road, Dongchen District**
**Beijing CHINA 100013**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

Debtor 1  **Yueting Jia**                                              Case number (if known)  **19-12220 (KBO)**

| 4.10 | **CHINA CONSUMER CAPITAL FUND II, L.P.** | Last 4 digits of account number _____ | **$25,000,000.00** |

Nonpriority Creditor's Name
**A303,Block A,Zhongliang Plaza,
8 Jianguomen Neijie Street,
Dongcheng District
Beijing 100005 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guarantee**

---

| 4.11 | **China Minsheng Trust Co., Ltd.** | Last 4 digits of account number _____ | **$50,000,000.00** |

Nonpriority Creditor's Name
**18th Floor, Block C
Minsheng Financial Center, #28
Jianguome Inner Street, Dongcheng
Dist
Beijing, 100005 CHINA**

When was the debt incurred?  **11/30/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guarantee**

---

Debtor 1   **Yueting Jia**                                                                                 Case number (if known)   **19-12220 (KBO)**

---

| 4.1 2 | **China Soft Growing Invest Wuxi Partshp.** | Last 4 digits of account number _____ | **$27,972,027.97** |

Nonpriority Creditor's Name

**Room 1612,Yingu Building
No.9,West North Fourth Ring Road,
Haidian District
Beijing 100190 CHINA**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

| 4.1 3 | **CHINA ZHESHANG BANK CO., LTD.
Beijing Br** | Last 4 digits of account number _____ | **$27,308,990.63** |

Nonpriority Creditor's Name

**Room 5701,Block B,
China World Trade Center Tower III,
No.1 Jianguomenwai
Street,Chaoyang Distr
Beijing 100020 CHINA**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

Debtor 1  **Yueting Jia**                                              Case number (if known)   **19-12220 (KBO)**

---

| 4.1 4 | **Chongqing Strategic Emerging Ind LeEco** | | **$139,860,139.86** |
|---|---|---|---|

Nonpriority Creditor's Name
**16,Block B1,Tuxing,**
**No.92 Xingguang Road,**
**New Northern District**
**Chongqing 401121 CHINA**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Personal Guarantee**

---

| 4.1 5 | **Chongqing Yingfei Hengxin Inv Mgt Co Ltd** | | **$2,797,202.80** |
|---|---|---|---|

Nonpriority Creditor's Name
**FFC 2812**
**No. 1 Fortune Avenue**
**Yubei District**
**Chongqing 401120 CHINA**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Guarantee of Repurchase Agreement**

---

Debtor 1    **Yueting Jia**                                    Case number (if known)    **19-12220 (KBO)**

| 4.16 | **Dentons LLP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**Attn: Daniel G. Morris/William O'Brien**
**1900 K Street NW**
**Washington, DC 20006**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice Only (Qichengyueming Investment Partnership Enterprise v. Jia Yueting)**

---

| 4.17 | **E-TOWN INT'L HOLDING (HONG KONG) CO LTD** | Last 4 digits of account number _____ | $50,000,000.00 |

Nonpriority Creditor's Name

**23-25 Floors, Block A, Yaicheng Wealth**
**22 Ronghua Road Economic & Technological**
**Development Zone Daxing District**
**Beijing 100176 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Personal Guarantee**

---

Debtor 1  **Yueting Jia**                                        Case number (if known)    **19-12220 (KBO)**

| | | | | |
|---|---|---|---|---|
| **4.1 8** | **Han's San Jose Hospitality** | Last 4 digits of account number | | **$3,663,816.85** |

Nonpriority Creditor's Name
**420 Madison Avenue**
**Suite 500**
**New York, NY 10017**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

| | | | | |
|---|---|---|---|---|
| **4.1 9** | **Honghu Da** | Last 4 digits of account number | | **$2,879,231.00** |

Nonpriority Creditor's Name
**No.18**
**Haian Zhongba, South Road**
**Nantong**
**Jiangsu 226699 CHINA**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal Guarantee**

---

| | | | | |
|---|---|---|---|---|
| **4.2 0** | **Huitian Network Technology Co., Ltd.** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Room 209, No. 1 Xuxinzhuang Street**
**Soagzhuang Town**
**Tongzhou District**
**Beijing 101119 CHINA**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal Guarantee**

---

Debtor 1  **Yueting Jia**    Case number (if known)    **19-12220 (KBO)**

| 4.2 1 | **Huizhou Speed & Second Curve Cap Mgt Psh** | Last 4 digits of account number _____ | $41,958,041.96 |
|---|---|---|---|

Nonpriority Creditor's Name
**Hongxitai 8-1008,**
**Second Street,Sun Palace,**
**Chaoyang District**
**Beijing 100028 CHINA**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Guarantee**

---

| 4.2 2 | **Jiangsu Hongtu Venture Capital** | Last 4 digits of account number _____ | $12,406,752.39 |
|---|---|---|---|

Nonpriority Creditor's Name
**Management Co. Ltd.**
**7th Floor, Block D, Qiaofu**
**Fangcaodi,No. 9 Dongdaqiao Road**
**Chaoyang District, Beijing 100020**
**CHINA**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Guarantee**

Debtor 1    Yueting Jia                                          Case number (if known)    19-12220 (KBO)

| 4.2 3 | Jiangyin Hailan Invest. Holding Co. Ltd. | | $50,000,000.00 |

Nonpriority Creditor's Name
**Hailan Investment**
**Hailan Garment Industry City**
**Xinqiao Town, Jiangyin**
**Jiangsu 214400 CHINA**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**  _____

---

| 4.2 4 | Jiangyin Hailan Invest. Holding Co. Ltd. | | $2,894,943.00 |

Nonpriority Creditor's Name
**Hailan Investment**
**Hailan Garment Industry City**
**Xinqiao Town, Jiangyin**
**Jiangsu 214400 CHINA**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**

---

| 4.2 5 | Jiaxing Haiwen Investment Partnership | | $250,000.00 |

Nonpriority Creditor's Name
**A10F,Liangmamingju**
**36 Liangmaqiao Road,**
**Chaoyang District**
**Beijing 100125 CHINA**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Personal Guarantee**  _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Yueting Jia**                                           Case number (if known)  **19-12220 (KBO)**

| | | |
|---|---|---|
| **4.2 6** | **Jinan Rui Si Le Enters Mgt Consulting LP** | Last 4 digits of account number _____ **$8,391,608.39** |

Nonpriority Creditor's Name
**Building A3, Building 18, Zhongrun Century Plaza, 13777 Jingshi Ro Lixia District, Jinan Shandong 250000 CHINA**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guarantee (lawsuit pending - Jinan Rui Si Le Enterprise Management v. Jia Yueting, LA Superior Court Case No. 18STCP02594)**

---

| | | |
|---|---|---|
| **4.2 7** | **Justin C. Hsiang** | Last 4 digits of account number _____ **$0.00** |

Nonpriority Creditor's Name
**Law Office of Justin C. Hsiang
5 Third Street
Suite 1100
San Francisco, CA 94103-3212**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only (Han's San Jose Hospitality, LLC v. Jia Yueting)**

---

Debtor 1  **Yueting Jia** _____  Case number (if known)  **19-12220 (KBO)**

| | | | |
|---|---|---|---|
| **4.2 8** | **Kobre and Kim LLP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Attn:  Daniel Zahher/Michael K. Ng**
**150 California St**
**19th Floor**
**San Francisco, CA 94111**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only (Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting)**

---

| | | | |
|---|---|---|---|
| **4.2 9** | **Kobre and Kim LLP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Attn:  Calvin K Koo**
**ICBC Tower 6th Floor**
**3 Garden Road, CENTRAL HONG KONG**
**CHINA**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only (Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting)**

Debtor 1   **Yueting Jia**                                        Case number (if known)   **19-12220 (KBO)**

---

| 4.30 | **Kobre and Kim LLP** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Christopher Cogburn**
**800 Third Avenue**
**New York, NY 10022**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only (Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting)**

---

| 4.31 | **Kobre and Kim LLP** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: John Han**
**ICB Tower 6th Floor**
**3 Garden Road, CENTRAL, HONG KONG**
**CHINA**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only (Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting)**

---

| 4.32 | **LATHAM & WATKINS LLP** | Last 4 digits of account number | | $87,996.26 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10250 Constellation Boulevard, Suite 1100**
**Los Angeles, CA 90067**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

| Debtor 1 | Yueting Jia | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|

---

**4.3 3**

**Lewis & Llewellyn LLP**
Nonpriority Creditor's Name
**505 Montgomery Street,**
**Suite 1300**
**San Francisco, CA 94111**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$50,471.89**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Legal Fees**

---

**4.3 4**

**Lian Bossert**
Nonpriority Creditor's Name
**850 Wilcox Avenue, Apt. 21**
**Los Angeles, CA 90038**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$15,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Contractor**

---

**4.3 5**

**Lijie Yang**
Nonpriority Creditor's Name
**4-11B**
**Chaoyang Park**
**Chaoyang District**
**Beijing 100005 CHINA**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$12,447,552.45**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Guarantee**

---

Debtor 1    **Yueting Jia**                                                     Case number (if known)    **19-12220 (KBO)**

| 4.3 6 | **Linfen Investment Group Co. Ltd** | Last 4 digits of account number _____ | $139,860,139.86 |
|---|---|---|---|

Nonpriority Creditor's Name
**City Investment Building**
**West Fenhe Road**
**Linfen Economic/Technological Dev**
**Zone**
**Linfen, Shanxi 041000 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

| 4.3 7 | **Macrolink Group Holdings Co., Ltd.** | Last 4 digits of account number _____ | $3,676,281.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**10th Floor Macrolink Group HQ**
**Bldg**
**Taihu Town, Government Street**
**Tongzhou District**
**Beijing 101116 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

| Debtor 1 | **Yueting Jia** | Case number (if known) | **19-12220 (KBO)** |
| --- | --- | --- | --- |

| 4.3 8 | **Marvel Best Technology Limited** | Last 4 digits of account number _____ | **$9,999,979.00** |

Nonpriority Creditor's Name
**Minhua Industrial
City Office Building
Longshan Road, Daya Bay
New Territories, Hong Kong 999077**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

| 4.3 9 | **Nanjing Dejin Investment Management Co.** | Last 4 digits of account number _____ | **$13,566,523.79** |

Nonpriority Creditor's Name
**23 Floor Attached Building Zifeng Bldg
Zhongshan North Road, Gulou District
Nanjing
Jiangsu 210000 CHINA**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1    **Yueting Jia**                                                            Case number (if known)    **19-12220 (KBO)**

| 4.4 0 | **Nanjing Kaen Industry and Trade Co., Ltd** | Last 4 digits of account number _____ | **$10,000,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Building 4**
**No. 8 Chuangye Road**
**Haidian District**
**Beijing 100085 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Guarantee**

---

| 4.4 1 | **Nelson Wilson Goodell** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**The Goodell Law Firm**
**5 Third Street**
**Suite 1100**
**San Francisco, CA 94103-3212**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only (Han's San Jose Hospitality, LLC v. Jia Yueting)**

---

Debtor 1  **Yueting Jia** _____     Case number (if known)  __**19-12220 (KBO)**__

| 4.4 2 | **Ningbo Hangzhou Bay New Area Leran Inves** | | **Last 4 digits of account number** _____ | **$299,163,838.00** |

Nonpriority Creditor's Name

**105 Yaojiayuan Road,
Lerong building,
Chaoyang District
Beijing 100123 CHINA**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**

---

| 4.4 3 | **O-Film Global (HK) Trading Limited &** | | **Last 4 digits of account number** _____ | **$24,095,428.00** |

Nonpriority Creditor's Name

**Lerong Building
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.4 4 | **Ocean View Drive Inc.** | | **Last 4 digits of account number** _____ | **$3,097,235.19** |

Nonpriority Creditor's Name

**7 Marguerite Drive
Rancho Palos Verdes, CA 90275**

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Note Payable**

---

Debtor 1   **Yueting Jia**                                                      Case number (if known)   **19-12220 (KBO)**

| 4.45 | **Oriental Light Consulting Limited** | Last 4 digits of account number | ____ ____ ____ ____ | **$1,500,000.00** |

Nonpriority Creditor's Name

**Room 1102, Block C,Building 7
No.1872,Balizhuang Beili Park
Chaoyang District
Beijing 100028 CHINA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

| 4.46 | **Paul David Murphy** | Last 4 digits of account number | ____ ____ ____ ____ | **$0.00** |

Nonpriority Creditor's Name

**Murphy Rosen LLP
100 Wilshire Blvd.
Suite 1300
Santa Monica, CA 90401-1191**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only (Han's San Jose Hospitality, LLC v. Jia Yueting)**

---

Debtor 1    **Yueting Jia**                                    Case number (if known)    **19-12220 (KBO)**

| 4.4 7 | **Ping An Bank Co., Ltd. Beijing Branch** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Room 1105,Building A,
Oriental Media Center No.4
Guanghua Road
Chaoyang District
Beijing 100026 CHINA**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$173,846,153.85**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

| 4.4 8 | **Qingdao Huanghai Pharm Football Club Co** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Guoxin Stadium,
No.3 Yinchuan East Road Laoshan District
Qingdao
Shandong 266035 CHINA**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$1,398,601.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

Debtor 1   **Yueting Jia**                                    Case number (if known)   **19-12220 (KBO)**

| 4.4<br>9 | **Quanzhou Ding's Investment Mgmt<br>Co Ltd** | Last 4 digits of account number _____ | $2,886,461.00 |

Nonpriority Creditor's Name
**8 Floors,361 Bldg, 157 & 159
Dunling Rd
Huli High-tech Park,Huli District
Xiamen
Fujian 361015 CHINA**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal Guarantee**

---

| 4.5<br>0 | **SANPOWER (HONG KONG)<br>COMPANY LIMITED** | Last 4 digits of account number _____ | $5,000,000.00 |

Nonpriority Creditor's Name
**SANPOWER GROUP
No. 68 Software Avenue, Yuhuatai
Distric
Nanjing
Jiangsu 210012 CHINA**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

Debtor 1   **Yueting Jia**                                    Case number (if known)   **19-12220 (KBO)**

| 4.5 1 | **Shanghai Chunhua Jingli Investment Ctr** | | Last 4 digits of account number _____ | $41,958,041.96 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**48th Floor, Tower A
International Trade Building
No. 1 Jianguomenwai Street
Beijing 100020 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ☐ Other. Specify   **Guarantee of Investment Agreement**

| 4.5 2 | **Shanghai Haiyue Investment Mgmt Co Ltd** | | Last 4 digits of account number _____ | $8,559,160.84 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**19 Floor 1901,Block C,
Caizhi Building,18 Zhongguancun
EastRoad
Haidian District
Beijing 100190 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Personal Guarantee**

Debtor 1  **Yueting Jia**                                    Case number (if known)   **19-12220 (KBO)**

| 4.5 3 | **Shanghai Junying Asset Mgt Partnership** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Room 905,Liangyou Building, No.618,Shangcheng Road, Pudong New Area Shanghai 200120 CHINA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal Guarantee**

---

| 4.5 4 | **Shanghai Leyu Chuangye Inv. Mgmt. Ctr** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2301B Urban Headquarters Building, 168 Tibet Middle Road, Huangpu District Shanghai 200001 CHINA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$74,211,217.55**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

Debtor 1   **Yueting Jia**                                          Case number (if known)   **19-12220 (KBO)**

| 4.5 5 | **Shanghai Leyu Investment Center (LP)** | | Last 4 digits of account number _____ | **$32,867,132.87** |

Nonpriority Creditor's Name
**29F,No.6,Lane 2,
Weifang West Road,
Pudong New District
Shanghai 200122 CHINA**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Personal Guarantee**

---

| 4.5 6 | **Shanghai Pineboom Investment Mgt Co.** | | Last 4 digits of account number _____ | **$1,739,836.00** |

Nonpriority Creditor's Name
**Room 1107
No.58 Changliu Road,
Pudong New District
Shanghai 200135 CHINA**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

Debtor 1    **Yueting Jia**                                        Case number (if known)    **19-12220 (KBO)**

| | | |
|---|---|---|
| 4.5 7 | **Shenzhen Jincheng Com. Factoring Co Ltd** | **$14,896,432.24** |

Nonpriority Creditor's Name

**12 Floors, Block AB, Wantong Center**
**No. 6 Chaowai Street**
**Chaoyang District**
**SBeijing 100005 CHINA**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| | | |
|---|---|---|
| 4.5 8 | **Shenzhen Winzhongtong NonFin Guar Co Ltd** | **$11,188,811.19** |

Nonpriority Creditor's Name

**7F Guorun Commercial Plaza B**
**NO.46 South Road of West 4th Ring,**
**Fengtai District**
**Beijing 100858 CHINA**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

Debtor 1  **Yueting Jia**                                          Case number (if known)  **19-12220 (KBO)**

| 4.5 9 | **Shenzhen Yingda Capital Management Co.,** | Last 4 digits of account number _____ | **$279,720,279.72** |

Nonpriority Creditor's Name

**22nd Floor, West Tower,
World Financial Center,
Chaoyang District
Beijing 100020 CHINA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**

---

| 4.6 0 | **Sichuan Xunling Technology Co. Ltd.** | Last 4 digits of account number _____ | **$61,411,188.81** |

Nonpriority Creditor's Name

**No. 138, Jialing Jiangxi Road
Deyang
Sichuan 618000 CHINA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**

Debtor 1   **Yueting Jia**                                    Case number (if known)   **19-12220 (KBO)**

| 4.6 | **Swift Talent Investments Limited** | Last 4 digits of account number _____ | **$7,000,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**17 Floors,Block B,Rongke**
**Information Cen**
**No.2 South Road,Academy of**
**Sciences?**
**Haidian district**
**Beijing 100080 CHINA**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

---

| 4.6 | **Tianjin Nord Investment Co., Ltd.** | Last 4 digits of account number _____ | **$1,258,741.26** |
|---|---|---|---|

Nonpriority Creditor's Name
**9th Floor, Block B,**
**Fengming International Building,**
**Xicheng District**
**Beijing 100034 CHINA**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Guarantee**

Debtor 1    **Yueting Jia**                                                    Case number (if known)    **19-12220 (KBO)**

| 4.6 3 | **TWC Group Co., Ltd.** | Last 4 digits of account number | **$50,000,000.00** |

Nonpriority Creditor's Name
**12 Floors,Block AB**
**Wantong Center,No 6, Chaowai**
**Street**
**Chaoyang District**
**Beijing 100005 CHINA**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Guarantee**

| 4.6 4 | **Walker Stevens Cannom LLP** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**Attn:  Amanda Walker/Bethany**
**Stevens**
**500 Molin St.**
**Suite 118**
**Los Angeles, CA 90013**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only (Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting)**

Debtor 1  **Yueting Jia**                                                Case number (if known)    **19-12220 (KBO)**

---

| 4.6 5 | **Wei Gan** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Spouse**

---

| 4.6 6 | **Weidong Zhu** | Last 4 digits of account number | **$1,516,645.00** |

Nonpriority Creditor's Name
**Room 1005**
**450 Caoyang Road,**
**Putuo District**
**Shanghai 200063 CHINA**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

| 4.6 7 | **Weihua Qiu** | Last 4 digits of account number | **$1,439,636.00** |

Nonpriority Creditor's Name
**Room 1001,10 floors,Block 1,**
**INDIGO No.20 Jiuxianqiao Road**
**Chaoyang district**
**Beijing 100016 CHINA**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

Debtor 1  **Yueting Jia**                                                                Case number (if known)   **19-12220 (KBO)**

---

| 4.6 8 | **Wuxi Leyike Electric Vehicle Inv Entprs** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
**D1605 Talent Apartment, No.8 Lijing Road, Jiangbei New District Nanjing, Jiangsu 211500 CHINA**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                                     **$11,450,829.00**

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Personal Guarantee**

---

| 4.6 9 | **WUXI PULEYONGHUI INVESTMENT ENTERPRISE** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
**D1605 Talent Apartment, No.8 Lijing Road, Jiangbei New District Nanjing, Jiangsu 211500 CHINA**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                                     **$8,783,216.78**

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Personal Guarantee**

---

Debtor 1    **Yueting Jia**                                  Case number (if known)    **19-12220 (KBO)**

---

| 4.7 0 | **Xiamen Theking Fof Invest Partnership** | | | **$2,100,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Room 312,Building 4, Longshan Wenchuang Park,No.84 Longshan South Rd, Siming District, Xiamen, Fujian 361009 CHINA**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| 4.7 1 | **Xinyu Dingfeng Yingtong Investment Manag** | | | **$839,160.84** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**No.9,Chazi Hutong, East Dianmen Street, Dongcheng District Beijing 100005 CHINA**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

Debtor 1    **Yueting Jia**                                              Case number (if known)    **19-12220 (KBO)**

---

| 4.7 2 | **Xizang Jinmeihua Investment Co., Ltd.** | Last 4 digits of account number | _____ | **$81,937,418.00** |

Nonpriority Creditor's Name
**No.462 Management Committee
of Yangda Industrial Park,
Duilong Deqing District
Lhasa, Tibet  851400 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| 4.7 3 | **Yuefang Jia** | Last 4 digits of account number | _____ | **$45,625,567.23** |

Nonpriority Creditor's Name
**Room 302, Building 5
YI No. 36 Dongzhimenwai Street
Dongcheng District
Beijing 100000 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

| 4.7 4 | **Yuemin Jia** | Last 4 digits of account number | _____ | **$101,173,967.36** |

Nonpriority Creditor's Name
**Building 3, 16th Flr, 105 Yaojiayuan
Rd
Chaoyang District
Beijing 100025 CHINA**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee**

---

Debtor 1    **Yueting Jia**                                                    Case number (if known)    **19-12220 (KBO)**

| 4.7 5 | **Zhejiang Zhongtai Chuangzhan Entrs Mgmt** | Last 4 digits of account number _____ | **$181,818,181.82** |

Nonpriority Creditor's Name
**29th Floor, Block T1,**
**Wangjing Poly International Plaza,**
**Chaoyang District**
**Beijing 100102 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☑ Disputed
☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☐ Other. Specify    **Personal Guarantee**

---

| 4.7 6 | **Zhijian Dong** | Last 4 digits of account number _____ | **$2,248,889.00** |

Nonpriority Creditor's Name
**1102, Anaya City Mansion**
**Beiwa Road**
**Haidian District**
**Beijing 100048 CHINA**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☑ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☑ Other. Specify    **Personal Guarantee**

Debtor 1    Yueting Jia                                    Case number (if known)    19-12220 (KBO)

| 4.7 7 | Zhongtai Venture Capital (Shenzhen) Co. | Last 4 digits of account number | $7,246,693.00 |

Nonpriority Creditor's Name
5 Floors,Pacific Insurance Building
28 Fengsheng Hutong,
Taiping Bridge Street, Xicheng
District
Beijing 100034 CHINA

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal Guarantee

---

| 4.7 8 | Zhongying (Tianjin) Supply Chain Mgmt | Last 4 digits of account number | $7,546,600.00 |

Nonpriority Creditor's Name
Service Partnership
41st Floor Global Financial Center
Heping District
Tianjin 300020 CHINA

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal Guarantee

---

| 4.7 9 | Zhuhai Rongle Equity Investment LP | Last 4 digits of account number | $11,902,097.90 |

Nonpriority Creditor's Name
C603 Global Financial Center, No. 1
Xuanwumen Wai Street
Beijing 10000 CHINA

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Guarantee of Repurchase Agreement

---

| Debtor 1 | Yueting Jia | Case number (if known) | 19-12220 (KBO) |
|---|---|---|---|

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Linebarger Goggan Blair & Sampson LLP**<br>**The Terrace II**<br>**2700 Via Fortuna Dr.**<br>**Suite 400**<br>**Austin, TX 78746** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number ___ ___ ___ ___ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Linebarger Goggan Blair & Sampson LLP**<br>**The Terrace II**<br>**2700 Via Fortuna Dr.**<br>**Suite 400**<br>**Austin, TX 78746** | Line **2.2** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number ___ ___ ___ ___ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Shenzhen Jincheng Commer. Factoring Co.**<br>**12 Floors, Block AB**<br>**Wantong Center**<br>**No. 6, Shaowai Street, Chaoyang District**<br>**Chaoyan District, Beijing, CHINA 100005** | Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number ___ ___ ___ ___ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Goodell Law Firm**<br>**5 Third Street**<br>**Suite 1100**<br>**San Francisco, CA 94103** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number ___ ___ ___ ___ |

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,564,019,294.73 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 2,564,019,294.73 |

**Fill in this information to identify your case:**

Debtor 1      **Yueting Jia**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number    **19-12220 (KBO)**
(if known)

☐ Check if this is an
  amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Ocean View Drive Inc.<br>7 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | Residential Lease for real property located at (1) 7 Marguerite Drive, Rancho Palos Verdes, CA 90275; (2) 11 Marguerite Drive, Rancho Palos Verdes, CA 90275; (3) 15 Marguerite Drive, Rancho Palos Verdes, CA 90275; (4) 19 Marguerite Drive, Rancho Palos Verdes, CA 90275; and (5) 91 Marguerite Drive, Rancho Palos Verdes, CA 90275 |
| 2.2  Warm Time Inc.<br>30037 Avenida Esplendida<br>Rancho Palos Verdes, CA 90275 | Residential Sublease for (1) 7 Marguerite Drive, Rancho Palos Verdes, CA 90275; (2) 11 Marguerite Drive, Rancho Palos Verdes, CA 90275; (3) 15 Marguerite Drive, Rancho Palos Verdes, CA 90275; and (4) 19 Marguerite Drive, Rancho Palos Verdes, CA 90275 |

**Fill in this information to identify your case:**

Debtor 1        Yueting Jia
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number    19-12220 (KBO)
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes.

   In which community state or territory did you live?    CHINA          . Fill in the name and current address of that person.
   Wei Gan
   221-1-1101, Fanhai Guoji Lanhai Yuan
   Yaojiayuan Road
   Chaoyang District
   Beijing, CHINA 100123
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.1    **Beijing Baiding New Century Business**
       **Management Co., LTD.**
       **Building 3, No. 13 Courtyard**
       **Workers Stadium North Road**
       **Chaoyang District Beijing 100000 CHINA**

       ☐ Schedule D, line _____
       ☑ Schedule E/F, line    **4.9**
       ☐ Schedule G _____
       **China CITIC Bank Co Ltd Head Ofc Sales**

3.2    **Beijing Bairui Culture Media Co, Ltd**
       **Bldg. 3, Floor 16, 105 Yaojiayuan Road**
       **Chaoyang District**
       **Beijing 100025 CHINA**

       ☐ Schedule D, line _____
       ☑ Schedule E/F, line    **4.42**
       ☐ Schedule G _____
       **Ningbo Hangzhou Bay New Area Leran Inves**

| Debtor 1 | Yueting Jia | Case number *(if known)* | 19-12220 (KBO) |

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.3 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.8__
☐ Schedule G _____
Beijing Yingda Capital Management Co Ltd

3.4 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.72__
☐ Schedule G _____
Xizang Jinmeihua Investment Co., Ltd.

3.5 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.78__
☐ Schedule G _____
Zhongying (Tianjin) Supply Chain Mgmt

3.6 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.37__
☐ Schedule G _____
Macrolink Group Holdings Co., Ltd.

3.7 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.63__
☐ Schedule G _____
TWC Group Co., Ltd.

3.8 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.77__
☐ Schedule G _____
Zhongtai Venture Capital (Shenzhen) Co.

3.9 Beijing Bairui Culture Media Co, Ltd
Bldg. 3, Floor 16, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line __4.68__
☐ Schedule G _____
Wuxi Leyike Electric Vehicle Inv Entprs

Debtor 1    **Yueting Jia**    Case number *(if known)*    **19-12220 (KBO)**

![blank] **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.10    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.70___
☐ Schedule G _____
**Xiamen Theking Fof Invest Partnership**

3.11    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Weidong Zhu**

3.12    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.25___
☐ Schedule G _____
**Jiaxing Haiwen Investment Partnership**

3.13    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.40___
☐ Schedule G _____
**Nanjing Kaen Industry and Trade Co., Ltd**

3.14    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.76___
☐ Schedule G _____
**Zhijian Dong**

3.15    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Jiangyin Hailan Invest. Holding Co. Ltd.**

3.16    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.49___
☐ Schedule G _____
**Quanzhou Ding's Investment Mgmt Co Ltd**

Debtor 1    Yueting Jia                                           Case number *(if known)*    19-12220 (KBO)

| | Additional Page to List More Codebtors |
|---|---|

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

3.17    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.56___
☐ Schedule G _____
**Shanghai Pineboom Investment Mgt Co.**

3.18    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Honghu Da**

3.19    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Beijing Jiaxin Tengda Inf Consulting Co**

3.20    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Jiangyin Hailan Invest. Holding Co. Ltd.**

3.21    **Beijing Bairui Culture Media Co, Ltd**
**Bldg. 3, Floor 16, 105 Yaojiayuan Road**
**Chaoyang District**
**Beijing 100025 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.67___
☐ Schedule G _____
**Weihua Qiu**

3.22    **Beijing DongFang CheYun Information Tech**
**Room 1123, Floor 11**
**Building 1, No. 8-1**
**West Fourth Ring Rd South, FengTai Dist**
**Beijing 100000 CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.75___
☐ Schedule G _____
**Zhejiang Zhongtai Chuangzhan Entrs Mgmt**

3.23    **Beijing Fortune Times Properties Co. Ltd**
**Shop E405-1, Floor 0401, Building 3**
**13 Courtyard No, Workers Sadium North Rd**
**Chaoyang District**
**Beijing 100000**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.9___
☐ Schedule G _____
**China CITIC Bank Co Ltd Head Ofc Sales**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

Debtor 1   Yueting Jia                                          Case number *(if known)*   19-12220 (KBO)

▮   **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.24   **Beijing Hongcheng Xintai Properties Ltd**<br>**1501, Floor 15, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.58**<br>☐ Schedule G _____<br>**Shenzhen Winzhongtong NonFin Guar Co Ltd** |
| 3.25   **Beijing Hongcheng Xintai Properties Ltd**<br>**1501, Floor 15, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.75**<br>☐ Schedule G _____<br>**Zhejiang Zhongtai Chuangzhan Entrs Mgmt** |
| 3.26   **Beijing Net Wine Network E-Commerce Co**<br>**No. 633, 6/F, Building 10**<br>**No 44 North Third Ring Middle Road**<br>**Haidian District**<br>**Beijing, Beijing CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.3**<br>☐ Schedule G _____<br>**Beijing Chuangjin Xingye Investment Ctr** |
| 3.27   **Beijing Net Wine Network E-Commerce Co**<br>**No. 633, 6/F, Building 10**<br>**No 44 North Third Ring Middle Road**<br>**Haidian District**<br>**Beijing, Beijing CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.79**<br>☐ Schedule G _____<br>**Zhuhai Rongle Equity Investment LP** |
| 3.28   **Beijing Net Wine Network E-Commerce Co**<br>**No. 633, 6/F, Building 10**<br>**No 44 North Third Ring Middle Road**<br>**Haidian District**<br>**Beijing, Beijing CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.15**<br>☐ Schedule G _____<br>**Chongqing Yingfei Hengxin Inv Mgt Co Ltd** |
| 3.29   **Chongqing Strategic Emerging Ind LeEco**<br>**No. 92 Star Avenue**<br>**New Northern District**<br>**16, Block B1, Tuxing**<br>**Chongqing Chongqing CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.53**<br>☐ Schedule G _____<br>**Shanghai Junying Asset Mgt Partnership** |
| 3.30   **Chongqing Strategic Emerging Ind LeEco**<br>**No. 92 Star Avenue**<br>**New Northern District**<br>**16, Block B1, Tuxing**<br>**Chongqing Chongqing CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.20**<br>☐ Schedule G _____<br>**Huitian Network Technology Co., Ltd.** |

Debtor 1    **Yueting Jia**                                          Case number *(if known)*    **19-12220 (KBO)**

▉ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.31 **Hong Liu**<br>**Room 2256, Building 1, Zone 2**<br>**86 Beiyuan Road,**<br>**Chaoyang District**<br>**Beijing 100101 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**Beijing Haidian Tech Fin Cap Hld Grp Co** |
| 3.32 **Le Holdings (Beijing) Co. Ltd**<br>**Floor 16, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>**Shanghai Haiyue Investment Mgmt Co Ltd** |
| 3.33 **Le Holdings (Beijing) Co. Ltd**<br>**Floor 16, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☑ Schedule D, line ___2.24___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Yuanxin Xu** |
| 3.34 **Le Holdings (Beijing) Co. Ltd**<br>**Floor 16, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☑ Schedule D, line ___2.12___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Huaxin International Trust Co., Ltd.** |
| 3.35 **Le Holdings (Beijing) Co. Ltd**<br>**Floor 16, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☑ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**China Merchants Bank Co., Ltd. Chuanbei** |
| 3.36 **Le Holdings (Beijing) Co. Ltd**<br>**Floor 16, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ping An Bank Co. Ltd. - Shenzhen Branch** |

| Debtor 1 | Yueting Jia | | Case number *(if known)* | 19-12220 (KBO) |

▉ **Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|

3.37  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.12___
☐ Schedule G
**China Soft Growing Invest Wuxi Partshp.**

---

3.38  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.54___
☐ Schedule G
**Shanghai Leyu Chuangye Inv. Mgmt. Ctr**

---

3.39  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.39___
☐ Schedule G
**Nanjing Dejin Investment Management Co.**

---

3.40  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.26___
☐ Schedule G
**Jinan Rui Si Le Enters Mgt Consulting LP**

---

3.41  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.21___
☐ Schedule G
**Huizhou Speed & Second Curve Cap Mgt Psh**

---

3.42  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.55___
☐ Schedule G
**Shanghai Leyu Investment Center (LP)**

---

3.43  Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.69___
☐ Schedule G
**WUXI PULEYONGHUI INVESTMENT
ENTERPRISE**

---

Debtor 1    Yueting Jia _____    Case number *(if known)*    **19-12220 (KBO)**

▌ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.44    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.5___
☐ Schedule G _____
BEIJING HUAXING MOBILE ASSET MGT CTR
LLP

3.45    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.48___
☐ Schedule G _____
Qingdao Huanghai Pharm Football Club Co

3.46    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.58___
☐ Schedule G _____
Shenzhen Winzhongtong NonFin Guar Co Ltd

3.47    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.57___
☐ Schedule G _____
Shenzhen Jincheng Com. Factoring Co Ltd

3.48    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.4___
☐ Schedule G _____
Beijing Haidian Tech Fin Cap Hld Grp Co

3.49    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.75___
☐ Schedule G _____
Zhejiang Zhongtai Chuangzhan Entrs Mgmt

Debtor 1   **Yueting Jia**                                                    Case number *(if known)*   **19-12220 (KBO)**

▉ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.50   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.59**___
☐ Schedule G
**Shenzhen Yingda Capital Management Co.,**

3.51   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.62**___
☐ Schedule G
**Tianjin Nord Investment Co., Ltd.**

3.52   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☑ Schedule D, line ___**2.20**___
☐ Schedule E/F, line _____
☐ Schedule G
**Shanghai Lan Cai Asset Management Co Ltd**

3.53   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.7**___
☐ Schedule G
**Beijing Siwei Equity Investment Mgmt Ctr**

3.54   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.71**___
☐ Schedule G
**Xinyu Dingfeng Yingtong Investment Manag**

3.55   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.13**___
☐ Schedule G
**CHINA ZHESHANG BANK CO., LTD. Beijing Br**

3.56   **Le Holdings (Beijing) Co. Ltd**
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.14**___
☐ Schedule G
**Chongqing Strategic Emerging Ind LeEco**

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

| ▮ | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply: |

3.57    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G _____
**Beijing Chuangjin Xingye Investment Ctr**

3.58    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☑ Schedule D, line   **2.7**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Everbright Xinglong Trust Co.**

3.59    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.79**
☐ Schedule G _____
**Zhuhai Rongle Equity Investment LP**

3.60    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G _____
**Lijie Yang**

3.61    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.53**
☐ Schedule G _____
**Shanghai Junying Asset Mgt Partnership**

3.62    Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G _____
**Huitian Network Technology Co., Ltd.**

Debtor 1  Yueting Jia _____  Case number (if known)  **19-12220 (KBO)**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.63  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**China Minsheng Trust Co., Ltd.** |
| 3.64  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.6___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**China Minsheng Trust Co., Ltd.** |
| 3.65  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.13___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**LeTV Film (Beijing) Co., Ltd.** |
| 3.66  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.23___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Wuhan Credit Loan Co., Ltd.** |
| 3.67  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.36___<br>☐ Schedule G<br>**Linfen Investment Group Co. Ltd** |
| 3.68  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.21___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Shanghai Qichengyueming Invt Partnership** |
| 3.69  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.1___<br>☐ Schedule G<br>**Beijing Blue Giant Real Estate Invest.** |

Debtor 1    **Yueting Jia**                                             Case number *(if known)*    **19-12220 (KBO)**

▌ **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.70  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Jiangsu Hongtu Venture Capital** |
| 3.71  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>**Beijing Century Ruike Sys. Tech Co Ltd** |
| 3.72  Le Holdings (Beijing) Co. Ltd<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☑ Schedule D, line ___2.16___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ping An Bank Co. Ltd. - Shenzhen Branch** |
| 3.73  Le Holdings (Beijing) Co. Ltd.<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Shanghai Chunhua Jingli Investment Ctr** |
| 3.74  Le Holdings (Beijing) Co. Ltd.<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Chongqing Yingfei Hengxin Inv Mgt Co Ltd** |
| 3.75  Le Holdings (Beijing) Co. Ltd.<br>Floor 16, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Yuefang Jia** |

| Debtor 1 | Yueting Jia | Case number *(if known)* | 19-12220 (KBO) |

▮▮▮▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| 3.76 Le Holdings (Beijing) Co. Ltd. <br> Floor 16, Building 3 <br> 105 Yaojiayuan Road <br> Chaoyang District <br> Beijing 100025 CHINA | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.74__ <br> ☐ Schedule G _____ <br> **Yuemin Jia** |
| 3.77 Le Holdings (Beijing) Co. Ltd. <br> Floor 16, Building 3 <br> 105 Yaojiayuan Road <br> Chaoyang District <br> Beijing 100025 CHINA | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **China CITIC Bank Co Ltd Head Ofc Sales** |
| 3.78 Le Ltd. <br> Sertus Chambers, P.O. Box 2547 <br> Cassia Court <br> Camana Bay <br> Grand Cayman,Cayman Islands | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.17__ <br> ☐ Schedule G _____ <br> **E-TOWN INT'L HOLDING (HONG KONG) CO LTD** |
| 3.79 Le Ltd. <br> Sertus Chambers, P.O. Box 2547 <br> Cassia Court <br> Camana Bay <br> Grand Cayman,Cayman Islands | ☑ Schedule D, line __2.21__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Shanghai Qichengyueming Invt Partnership** |
| 3.80 Lean Yingyun (Tianjin) Culture <br> Communication Limited Partnership <br> Room 204-366, ChuangZhi Building <br> No. 482, Animation Middle Road <br> Tianjin 300000 CHINA | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.7__ <br> ☐ Schedule G _____ <br> **Beijing Siwei Equity Investment Mgmt Ctr** |
| 3.81 Lean Yingyun (Tianjin) Culture <br> Communication Limited Partnership <br> Room 204-366 ChuangZhi Building <br> No. 482 ,Animation Middle Road <br> Tianjin 300000 CHINA | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.51__ <br> ☐ Schedule G _____ <br> **Shanghai Chunhua Jingli Investment Ctr** |
| 3.82 Lepu Yingtian (Tianjin) Culture <br> Communication Limited Partnership <br> Room 204-367 ChuangZhi Building <br> No. 482, Animation Middle Road <br> Tianjin 300000 CHINA | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.7__ <br> ☐ Schedule G _____ <br> **Beijing Siwei Equity Investment Mgmt Ctr** |

Debtor 1  **Yueting Jia** _____     Case number *(if known)*   **19-12220 (KBO)** _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.83 **Lepu Yingtian (Tianjin) Culture Communication Limited Partnership**<br>Room 204-367 ChuangZhi Building<br>No. 482, Animation Middle Road<br>Tianjin 300000 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**Shanghai Chunhua Jingli Investment Ctr** |
| 3.84 **Lesai Mobile (Beijing) Co Ltd**<br>1001, Floor 9, Building 3<br>105 Yaojiayun Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**O-Film Global (HK) Trading Limited &** |
| 3.85 **Lesai Mobile HK Limited**<br>Unit 06, 3/F Bonham Trade Center<br>50 Bonham Strand<br>Sheung Wan 999077 HONG KONG | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**O-Film Global (HK) Trading Limited &** |
| 3.86 **Lesai Mobile Technology (Beijing) Co.**<br>Floor 16<br>105 Yaojiayuan Road<br>Chayong District<br>Beijing, CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**E-TOWN INT'L HOLDING (HONG KONG) CO LTD** |
| 3.87 **Lesai Mobile Technology (Beijing) Co.**<br>Floor 16<br>105 Yaojiayuan Road<br>Chayong District<br>Beijing, CHINA | ☑ Schedule D, line ___**2.21**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Shanghai Qichengyueming Invt Partnership** |
| 3.88 **Lesai Mobile Technology (Beijing) Co.**<br>Floor 16<br>105 Yaojiayuan Road<br>Chayong District<br>Beijing, CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**CHINA CONSUMER CAPITAL FUND II, L.P.** |
| 3.89 **Lesai Mobile Technology (Beijing) Co.**<br>Floor 16<br>105 Yaojiayuan Road<br>Chayong District<br>Beijing, CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**SANPOWER (HONG KONG) COMPANY LIMITED** |

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |
|---|---|---|---|---|

▌ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.90 | **Leshi Internet Information & Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Huitian Network Technology Co., Ltd.** |
|---|---|---|

| 3.91 | **Leshi Internet Information & Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Shanghai Junying Asset Mgt Partnership** |
|---|---|---|

| 3.92 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☑ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**China Merchants Bank Co., Ltd. Chuanbei** |
|---|---|---|

| 3.93 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**China Soft Growing Invest Wuxi Partshp.** |
|---|---|---|

| 3.94 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Shanghai Leyu Chuangye Inv. Mgmt. Ctr** |
|---|---|---|

| 3.95 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Nanjing Dejin Investment Management Co.** |
|---|---|---|

| Debtor 1 | **Yueting Jia** | Case number *(if known)* | **19-12220 (KBO)** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.96 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Jinan Rui Si Le Enters Mgt Consulting LP** |
| 3.97 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Huizhou Speed & Second Curve Cap Mgt Psh** |
| 3.98 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Shanghai Leyu Investment Center (LP)** |
| 3.99 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**WUXI PULEYONGHUI INVESTMENT**<br>**ENTERPRISE** |
| 3.100 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**BEIJING HUAXING MOBILE ASSET MGT CTR**<br>**LLP** |
| 3.101 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**Shenzhen Jincheng Com. Factoring Co Ltd** |
| 3.102 | **Leshi Mobile Intelligent Info Technology**<br>**Corp, Beijing China**<br>**Building 3, 105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**Beijing Blue Giant Real Estate Invest.** |

| Debtor 1 | Yueting Jia | Case number *(if known)* | 19-12220 (KBO) |

▋ **Additional Page to List More Codebtors**

| Column 1: *Your codebtor* | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>3 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>Building 3, 105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**O-Film Global (HK) Trading Limited &** |
| 3.10<br>4 | **Leshi Mobile Intelligent Info Technology Corp, Beijing China**<br>Building 3, 105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>**Shanghai Haiyue Investment Mgmt Co Ltd** |
| 3.10<br>5 | **Leshi Zhixin Electronic Tech. (Tianjin)**<br>Lerong Building<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100025 | ☑ Schedule D, line ___2.12___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Huaxin International Trust Co., Ltd.** |
| 3.10<br>6 | **Leshi Zhixin Electronic Technology (Tianjin) Co., Ltd.**<br>201-427, 2nd Floor, B1 District<br>Animation Bld, No. 126<br>Anime Meiddle Roa, Tiajin Eco-City CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**O-Film Global (HK) Trading Limited &** |
| 3.10<br>7 | **Letv Cloud Computing Co. Ltd.**<br>Lerong Building<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, Beijing CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>**Shanghai Junying Asset Mgt Partnership** |
| 3.10<br>8 | **LeTV Film (Beijing) Co., Ltd.**<br>Chenguang Courtyard, No. 18<br>Dongli, Liulitun<br>Dongfeng Township, Chaoyang District<br>Beijing CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Shanghai Chunhua Jingli Investment Ctr** |

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

![black box] **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

| 3.10 9 | **LETV Sports Culture Industry Development**<br>**1103, Floor 10, Building 3**<br>**105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Ping An Bank Co. Ltd. - Shenzhen Branch** |
| 3.11 0 | **LETV Sports Culture Industry Development**<br>**1103, Floor 10, Building 3**<br>**105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☑ Schedule D, line __2.20__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Shanghai Lan Cai Asset Management Co Ltd** |
| 3.11 1 | **LETV Sports Culture Industry Development**<br>**1103, Floor 10, Building 3**<br>**105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.13__<br>☐ Schedule G<br>**CHINA ZHESHANG BANK CO., LTD. Beijing Br** |
| 3.11 2 | **LETV Sports Culture Industry Development**<br>**1103, Floor 10, Building 3**<br>**105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.2__<br>☐ Schedule G<br>**Beijing Century Ruike Sys. Tech Co Ltd** |
| 3.11 3 | **LETV Sports Culture Industry Development**<br>**1103, Floor 10, Building 3**<br>**105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.47__<br>☐ Schedule G<br>**Ping An Bank Co., Ltd. Beijing Branch** |
| 3.11 4 | **Leview Global Ltd.**<br>**Sertus Chambers, P.O. Box 2547**<br>**Cassia Court**<br>**Camana Bay**<br>**Grand Cayman, Cayman Islands** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.10__<br>☐ Schedule G<br>**CHINA CONSUMER CAPITAL FUND II, L.P.** |
| 3.11 5 | **Leview Global Ltd.**<br>**Sertus Chambers, P.O. Box 2547**<br>**Cassia Court**<br>**Camana Bay**<br>**Grand Cayman, Cayman Islands** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.50__<br>☐ Schedule G<br>**SANPOWER (HONG KONG) COMPANY LIMITED** |

Debtor 1    __Yueting Jia__    Case number *(if known)*    __19-12220 (KBO)__

| ▓▓▓ Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.11<br>6 | Leview Mobile HK Limited<br>No. 1,  Linkong 2nd Road,<br>North Wenhuaying Village<br>Gaoliying Town, Shunyi District<br>Beijing 101399 CHINA | ☑ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**China Merchants Bank Co., Ltd. Chuanbei** |
| 3.11<br>7 | Leview Mobile Ltd<br>Sertus Chambers, P.O. Box 2547<br>Cassia Court<br>Camana Bay<br>Grand Cayman, Cayman Islands | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**E-TOWN INT'L HOLDING (HONG KONG) CO LTD** |
| 3.11<br>8 | Leview Mobile Ltd<br>Sertus Chambers, P.O. Box 2547<br>Cassia Court<br>Camana Bay<br>Grand Cayman, Cayman Islands | ☑ Schedule D, line __2.21__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Shanghai Qichengyueming Invt Partnership** |
| 3.11<br>9 | Leview Mobile Ltd<br>Sertus Chambers, P.O. Box 2547<br>Cassia Court<br>Camana Bay<br>Grand Cayman, Cayman Islands | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**CHINA CONSUMER CAPITAL FUND II, L.P.** |
| 3.12<br>0 | Leview Mobile Ltd<br>Sertus Chambers, P.O. Box 2547<br>Cassia Court<br>Camana Bay<br>Grand Cayman, Cayman Islands | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**SANPOWER (HONG KONG) COMPANY LIMITED** |
| 3.12<br>1 | Lezheng Rongton (Tianjin) Culture<br>Communication Limited Partnership<br>Room 204-365, ChuangZhi Building<br>No. 482 Animation Middle Road<br>Tianjin 300000 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Shanghai Chunhua Jingli Investment Ctr** |

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.12<br>2 | **Lezheng Rongtong (Tianjin) Culture**<br>**Communication Limited Partnership**<br>**Room 204-365, ChuangZhi Building**<br>**No. 482, Animation Middle Road**<br>**Tianjin 300000 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Beijing Siwei Equity Investment Mgmt Ctr** |
| 3.12<br>3 | **MengWu**<br>**No. 36, 36 Shunwang Stree, Xincheng Town**<br>**Hengqu County**<br>**Yungcheng**<br>**Shanxi 043700 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>**Zhejiang Zhongtai Chuangzhan Entrs Mgmt** |
| 3.12<br>4 | **Peng Shi**<br>**Room 1701, Unit 1, Floor 7**<br>**Jinti International Garden**<br>**91 Jianguo Road, Chaoyang District**<br>**Beijing 100020 CHINA** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**Beijing Haidian Tech Fin Cap Hld Grp Co** |
| 3.12<br>5 | **Shenzhen Qianhai Anxing**<br>**Asset Management Co**<br>**Room 201, Building A, No. 1**<br>**Qianwan First Road, Qianhai**<br>**Shenzhen-Hong Kong Cooperation Zone** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>**Ping An Bank Co., Ltd. Beijing Branch** |
| 3.12<br>6 | **Smart Technology Holdings**<br>**Ltd. Conyers Trust Co (Cayman) Limited**<br>**P.O. Box 2681**<br>**Cricket Square, Hutchins Drive**<br>**George Town, Grand Cayman, Cayman Island** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>**Swift Talent Investments Limited** |
| 3.12<br>7 | **Smart Technology Holdings**<br>**Ltd. Conyers Trust Co (Cayman) Limited**<br>**P.O. Box 2681**<br>**Cricket Square, Hutchins Drive**<br>**George Town, Grand Cayman, Cayman Island** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>**Oriental Light Consulting Limited** |
| 3.12<br>8 | **Smart Technology Holdings**<br>**Ltd. Conyers Trust Co (Cayman) Limited**<br>**P.O. Box 2681**<br>**Cricket Square, Hutchins Drive**<br>**George Town, Grand Cayman, Cayman Island** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Marvel Best Technology Limited** |

Debtor 1    **Yueting Jia**                                             Case number *(if known)*    **19-12220 (KBO)**

---

| **Additional Page to List More Codebtors** |
| --- |

Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.12
9
**Smart Technology Holdings**
**Ltd. Conyers Trust Co (Cayman) Limited**
**P.O. Box 2681**
**Cricket Square, Hutchins Drive**
**George Town, Grand Cayman, Cayman Island**

☑ Schedule D, line ___2.5___
☐ Schedule E/F, line _____
☐ Schedule G
**China Minsheng Trust Co., Ltd.**

3.13
0
**Smart Technology Holdings**
**Ltd. Conyers Trust Co (Cayman) Limited**
**P.O. Box 2681**
**Cricket Square, Hutchins Drive**
**George Town, Grand Cayman, Cayman Island**

☑ Schedule D, line ___2.6___
☐ Schedule E/F, line _____
☐ Schedule G
**China Minsheng Trust Co., Ltd.**

3.13
1
**Sunflower Asset Management**
**(Jiaxing) Co. Ltd.**
**Room 402, No. 2176 Fanggong Road**
**Nanhu District, Jiaxing**
**Zehjiang Province CHINA**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.60___
☐ Schedule G
**Sichuan Xunling Technology Co. Ltd.**

3.13
2
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line ___2.14___
☐ Schedule E/F, line _____
☐ Schedule G
**Orient Securities Co., Ltd.**

3.13
3
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line ___2.17___
☐ Schedule E/F, line _____
☐ Schedule G
**Ping An Securities Co., Ltd**

3.13
4
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line ___2.22___
☐ Schedule E/F, line _____
☐ Schedule G
**Western Securities Co., Ltd**

---

| Debtor 1 | Yueting Jia | | Case number *(if known)* | 19-12220 (KBO) |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.13<br>5 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.11___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Huarong Securities Co., Ltd.** |
| 3.13<br>6 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Guotai Junan Securities Co., Ltd** |
| 3.13<br>7 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.9___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Huafu Securities Co., Ltd.** |
| 3.13<br>8 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Changjiang SecuritiesShanghaiAssetMgtLtd** |
| 3.13<br>9 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.23___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Wuhan Credit Loan Co., Ltd.** |
| 3.14<br>0 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☑ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**China Merchants Bank Co., Ltd. Chuanbei** |
| 3.14<br>1 | Wei Gan<br>22-1-1101, Fanhai Guoji Lanhai Yuan<br>Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA 100123 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.75___<br>☐ Schedule G<br>**Zhejiang Zhongtai Chuangzhan Entrs Mgmt** |

Debtor 1  **Yueting Jia**  _____  Case number *(if known)*  **19-12220 (KBO)**

▓▓▓ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
2
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.7**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Everbright Xinglong Trust Co.**

---

3.14
3
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.2**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Changjiang SecuritiesShanghaiAssetMgtLtd**

---

3.14
4
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Changjiang SecuritiesShanghaiAssetMgtLtd**

---

3.14
5
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.10**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Huafu Securities Co., Ltd.**

---

3.14
6
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.18**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ping An Securities Co., Ltd.**

---

3.14
7
**Wei Gan**
**22-1-1101, Fanhai Guoji Lanhai Yuan**
**Yaojiayuan Road**
**Chaoyang District**
**Beijing, CHINA 100123**

☑ Schedule D, line __**2.19**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ping An Securities Co., Ltd.**

---

Debtor 1    **Yueting Jia**                                                  Case number *(if known)*    __19-12220 (KBO)__

<table>
<tr><td colspan="2">▮ Additional Page to List More Codebtors</td></tr>
<tr><td>Column 1: Your codebtor</td><td>Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply:</td></tr>
<tr>
<td>3.14<br>8<br><br>**Xiamen Octupus Int. Network Tech**<br>**Room 2005**<br>**303 Houkeng Houshe, Huli District**<br>**Xiamen**<br>**Fujian 361015 CHINA**</td>
<td>☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.13__<br>☐ Schedule G<br>**CHINA ZHESHANG BANK CO., LTD. Beijing**<br>**Br**</td>
</tr>
<tr>
<td>3.14<br>9<br><br>**Yongqiang Yang**<br>**301, Unit 3, Building 5**<br>**Yangguang Shangdong, Dongsihuan North Rd**<br>**Chaoyang District**<br>**Beijing CHINA**</td>
<td>☑ Schedule D, line __2.12__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Huaxin International Trust Co., Ltd.**</td>
</tr>
<tr>
<td>3.15<br>0<br><br>**Yuemin Jia**<br>**Building 3, 16th Flr, 105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA**</td>
<td>☑ Schedule D, line __2.23__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Wuhan Credit Loan Co., Ltd.**</td>
</tr>
<tr>
<td>3.15<br>1<br><br>**Yuemin Jia**<br>**Building 3, 16th Flr, 105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA**</td>
<td>☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.59__<br>☐ Schedule G<br>**Shenzhen Yingda Capital Management Co.,**</td>
</tr>
<tr>
<td>3.15<br>2<br><br>**Yuemin Jia**<br>**Building 3, 16th Flr, 105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA**</td>
<td>☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.36__<br>☐ Schedule G<br>**Linfen Investment Group Co. Ltd**</td>
</tr>
<tr>
<td>3.15<br>3<br><br>**Yuemin Jia**<br>**Building 3, 16th Flr, 105 Yaojiayuan Rd**<br>**Chaoyang District**<br>**Beijing 100025 CHINA**</td>
<td>☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.47__<br>☐ Schedule G<br>**Ping An Bank Co., Ltd. Beijing Branch**</td>
</tr>
</table>

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Yueting Jia** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (If known) | **19-12220 (KBO)** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | **Chief Product and User Officer** | |
| Employer's name | | **Faraday & Future Inc.** | |
| Employer's address | | **18455 S. Figueroa St. Gardena, CA 90248** | |
| How long employed there? | | **2 years** | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **50,000.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **50,000.00** | $ **N/A** |

Debtor 1    **Yueting Jia**                                                                Case number (if known)    **19-12220 (KBO)**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **50,000.00** | $ **N/A** |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **18,629.45** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **221.22** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: | 5h.+ | $ **0.00** + | $ **N/A** |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **18,850.67** | $ **N/A** |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ **31,149.33** | $ **N/A** |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **43,810.00**[1] | $ **N/A** |
| 8b. | Interest and dividends | 8b. | $ **0.00** | $ **N/A** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | Unemployment compensation | 8d. | $ **0.00** | $ **N/A** |
| 8e. | Social Security | 8e. | $ **0.00** | $ **N/A** |
| 8f. | Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. | Pension or retirement income | 8g. | $ **0.00** | $ **N/A** |
| 8h. | Other monthly income. Specify: | 8h.+ | $ **0.00** + | $ **N/A** |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **43,810.00** | $ **N/A** |
| 10. | Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **74,959.33** + $ **N/A** = $ **74,959.33** | |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  +$ **0.00**

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.  $ **74,959.33**

    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    [✓] No.
    [ ] Yes. Explain: _____

[1] **Due to receipt of prepaid rent, will not receive again until May 2020.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Yueting Jia** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (If known) | **19-12220 (KBO)** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

| Do not list Debtor 1 and Debtor 2. | ☑ Yes. Fill out this information for each dependent............... | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not state the dependents names. | | **Son** | **3** | ☑ No ☐ Yes |
| | | **Daughter** | **4** | ☑ No ☐ Yes |
| | | **Daughter** | **4** | ☑ No ☐ Yes |
| | | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☐ No    ☑ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $            0.00 |
|  | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.  $            0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $            0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $            0.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $            0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5.  $            0.00 |

| Debtor 1 | **Yueting Jia** | | | Case number (if known) | **19-12220 (KBO)** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 3,100.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 2,100.00 |
| 10. | **Personal care products and services** | | 10. | $ | 350.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 730.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 1,400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | 42,000.00 |
| | Specify: | **Financial Support for Aging Parents ($5,000.00)** | 19. | | |
| | | **Children (education, childcare, food, clothing)** | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | |
| | **Legal Counsel** | | | +$ | 15,000.00 |
| | **Accountants** | | | +$ | 5,000.00 |
| | **Consultants** | | | +$ | 3,000.00 |
| | **Business Entertainment** | | | +$ | 2,500.00 |
| 22. | **Calculate your monthly expenses** | | | | |
| | 22a. Add lines 4 through 21. | | | $ | 75,180.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | | $ | 75,180.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | | 23a. | $ | 74,959.33 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. | -$ | 75,180.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. | $ | -2,206.67 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- [ ] No.
- [✓] Yes.    Explain here: **Support expenses will potentially increase.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Yueting Jia, Sr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____*YT Jia*_____    X _____
Yueting Jia, Sr.    Signature of Debtor 2
Signature of Debtor 1

Date _____10/13/2019_____    Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Yueting Jia** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | **19-12220 (KBO)** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **7 Marguerite Dr**<br>**Rancho Palos Verdes, CA 90275** | From-To:<br>**July 2017 - November 2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$424,850.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Yueting Jia**                                              Case number (if known)   **19-12220 (KBO)**

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $795,912.26 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $118,750.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
     Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
     and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
     winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

     List each source and the gross income from each source separately. Do not include income that you listed in line 4.

     ☐   No
     ■   Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | Rent from Warm<br>Time, inc. | $438,100.00 | | |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
     ■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
          individual primarily for a personal, family, or household purpose."

          During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
          ☐   No.    Go to line 7.
          ■   Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you
               paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
               not include payments to an attorney for this bankruptcy case.
          *  Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

     ☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
          During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

          ☐   No.    Go to line 7.
          ☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
               include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
               attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1  **Yueting Jia**                                                        Case number *(if known)*  **19-12220 (KBO)**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Lian Bossert**<br>**850 Wilcox Avenue**<br>**Apt. 201**<br>**Los Angeles, CA 90038** | 08.28.19 | $25,000.00 | $15,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Contractor** |
| **Murphy Rosen LLP**<br>**100 Wilshire Blvd.**<br>**Suite 1300**<br>**Santa Monica, CA 90401** | 08.30.19 | $30,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Wei Gan**<br>**22-1-1101, Fanhai Guoji Lanhai**<br>**Yuan**<br>**Yaojiayuan Road**<br>**Chayoyang District**<br>**Beijing 100123 CHINA** | 2/28/19 - $400,000<br>7/23/19 - $110,000 | $510,000.00 | $0.00 | **Family Support** |

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **See SoFA Attachment 9** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    Yueting Jia                                                                    Case number (if known)  19-12220 (KBO)

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| Shanghai Leyu Chuangye Investment Management Center (LP) 2301B Urban HQ Building 168 Tibed Middle Road, Huangpu District Shanghai CHINA | Real estate located at: Room 1602, Building 11, Ting Lan Court, Century City, Hangzhou By New District, Ningbo, Zhejiang CHINA<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 06.11.19 | $95,104.89 |
| LeTV Film (Beijing) Co. Ltd. Room 1002, Building A No. 9 East Fengxiang Street Yangsong Town, Huairou District Beijing CHINA | LeTV stock (stock code 300104) 32.6 million shares held by Yueting Jia and its deriviative rights during the pledge period<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 04.23.19 | $7,299,580.42 |
| Wuhan Credit Loan Co. Ltd. 10th Floor, Weiye Building, Xinhua Road Jianghan District Wu Han He Bei CHINA | 512,133,322 share of LeTV stock held by Yueting Jia All shares of stock of: Beijing Le Young TV Media Co., Ltd.; Beijing Dingdong Lemmon Technology Co., Ltd.; and Beijing Shi Shang Culture Co., Ltd. held by Wei Gan (spouse)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 02.20.19 | $122,467,176.81 |
| Department of Revenue 120 SE 10th Ave Topeka, KS 66612 | Wage Garnishment (Case No. 2018-ST-010829)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 6/22/19 | $10,879.96 |
| Department of Revenue 120 SE 10th Ave Topeka, KS 66612 | Wage Garnishment (Case No. 2018-ST-010829)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 9/11/19 | $4,832.34 |

Debtor 1    **Yueting Jia**                                   Case number *(if known)*    **19-12220 (KBO)**

| Creditor Name and Address | Describe the Property | Date | Value of the property |
| --- | --- | --- | --- |
| | Explain what happened | | |
| **Department of Revenue**<br>**120 SE 10th Ave**<br>**Topeka, KS 66612** | **Wage Garnishment (Case No.**<br>**2018-ST-010829)** | 9/11/19 | $221.42 |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | | |
| **Department of Revenue**<br>**120 SE 10th Ave**<br>**Topeka, KS 66612** | **Wage Garnishment (Case No.**<br>**2018-ST-010829)** | 6/21/19 | $236.39 |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    - ■ No
    - ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ☐ No
    - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |
| **Person to Whom You Gave the Gift and Address:**<br>**Xiao Ma**<br>**14013 Old Harbor Lane**<br>**Apt. 207**<br>**Marina Del Rey, CA 90292** | **2 iPhones** | 09.26.19 | $2,498.00 |
| Person's relationship to you: **Employee** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600 | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster,**

| Debtor 1 | Yueting Jia | Case number *(if known)* | 19-12220 (KBO) |

or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067<br>www.pszjlaw.com<br>Pacific Technology Holding LLC | | 08.30.19 -<br>$200,000<br>10.11.19 -<br>$800,000 | $1,000,000.00 |
| O'Melveny & Myers LP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 90067<br>www.omm.com<br>Pacific Technology Holding LLC | | 08.29.19 -<br>$80,000<br>09.03.19 -<br>$120,000<br>10.04.19 -<br>$91,693.33<br>10.14.19 -<br>$1,078,261.71 | $1,369,955.04 |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017<br>www.epiqglobal.com<br>Pacific Technology Holding LLC | | 10.08.19 -<br>$15,000<br>10.11.19 -<br>$40,000 | $55,000.00 |
| QB Partners<br>2801 E. Chevy Chase Drive<br>Glendale, CA 91206<br>rmoon@qbpartners.net<br>Pacific Technology Holding LLC | | 10.11.19 | $20,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Yueting Jia**                                          Case number (*if known*)    19-12220 (KBO)

include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Shaojie Chu**<br>**2801 Kelvin Avenue**<br>**Apt. 532**<br>**Irvine, CA 92614** | **The Debtor sold all of his interest in Success Pyramid Ltd. (the 100% owner of Ocean View Drive, Inc.). As of October 11, 2019, the total assets of Ocean View included approximately $27.9 million in real property and approximately $27.3 million in loans receivable. Ocean View's liabilities totaled approximately $51.6 million.** | **$6,500,000** | **12/8/17** |

See SOFA Attachment 18

---

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase**<br>**1310 Artesia Blvd.**<br>**Gardena, CA 90248** | XXXX-9093 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/6/19 | $215,000.00 |
| **Chase**<br>**1310 Artesia Blvd.**<br>**Gardena, CA 90248** | XXXX-8775 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/6/19 | $100.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Yueting Jia** | | Case number *(if known)* | **19-12220 (KBO)** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Chinese Residence**<br>**T5-2001, Haishengmingyuan**<br>**#36 Chunxiulu yi Road**<br>**Dongzhimenwai Street**<br>**Dongcheng District, Beijing CHINA** | **Wei Gan 22-1-1101,**<br>**Fanhai Guoji Lanhai**<br>**Yuan, Yaojiayuan Road,**<br>**Chaoyang District,**<br>**Beijing, China 100123**<br><br>**Xiann Jia; Xiaoyun Wang;**<br>**T5-302,**<br>**Haishengmingyuan, #36**<br>**Chunxiulu yi Road,**<br>**Dongzhimenwai St,**<br>**Dongcheng District,**<br>**Beijing, China** | **Clothers, furniture and**<br>**furnishings** | ☐ No<br>■ Yes |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

| Debtor 1 | Yueting Jia | | Case number *(if known)* | **19-12220 (KBO)** |
|---|---|---|---|---|

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Beijing Daily Leshi Info Technology**<br>Room 501, Building 1<br>Building 4, Xinfeng North Street<br>Xicheng District<br>Beijing, CHINA | **Information Technology**<br><br>Unknown | EIN:    **1101021902719**<br><br>From-To    **11.04.15 - current** |
| **Champ Alliance Holding Limited**<br>36F The Octagon<br>6 Sha Tsui Road<br>Tsuen Wan<br>HONK KONG | **Investment Holding Company**<br><br>Unknown | EIN:    **2508338**<br><br>From-To    **03.24.17 - current** |
| **Changjingpai (Beijing) Technology Co**<br>Rm. 111, 1/F<br>Building A21, No. 4 Jiuxianqiao Rd.<br>Chaoyang District<br>Beijing, Beijing CHINA 100012 | **China Science Resesarch & Technology**<br><br>Unknown | EIN:    **9111010834837154XJ**<br><br>From-To    **07.01.15 - current** |

Debtor 1    **Yueting Jia**                                                   Case number *(if known)*    **19-12220 (KBO)**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| FF Peak Holding Ltd.<br>Commerce House, Wickhams Cay 1<br>P.O. Box 3140<br>Road Town, Tortola VG1110<br>British Virgin Islands | Investment Holding Company<br><br>Unknown | EIN:    1924304<br><br>From-To    09.26.19 - current |
| Faraday Future Inc.<br>18455 S. Figueroa St.<br>Gardena, CA 90248 | Electric Vehicles<br><br>Pascal Coustar | EIN:    47-1223806<br><br>From-To    August 2017 - current |
| Ford Field International Ltd.<br>24 De Castro Street<br>Wickhams Cay I<br>Roadtown, Tortola<br>Brittish Virgin Islands | Investment Holding Company<br><br>Unknown | EIN:    672143<br><br>From-To    08.16.05 - current |
| Le Xin Root Vertically Integrated Ecolog<br>Room 201, building A, No. 1<br>Qianwan 1st Road<br>Quianhai - Hong Kong Cooperation Zone<br>Quianhai, Shezhen CHINA | Financial Services<br><br>Unknown | EIN:    9144030033502542 9X<br><br>From-To    12.29.17 - current |
| LeLe Holdings Ltd.<br>Quastisky Building<br>Roadtown Tortola<br>Brittish Virgin Islands | Investment Holding Company<br><br>Unknown | EIN:    1859050<br><br>From-To    01.16.05 - current |
| Leshi Internet Info and Technology Corp<br>Rom 1503, 12/f, Building 3<br>No. 105 Yaojiayuan Rd.<br>Chaoyang District<br>Beijing, Beijing CHINA 100012 | China Science Research & Technology<br><br>Unknown | EIN:    911100007693890511<br><br>From-To    11.10.04 -Current |
| Leshi New Media Informaton Technology<br>Room 215, Building C, Ji;an Building<br>No. 68 Xueyuan South Road<br>Haidan District<br>Beijing, CHINA | Information Technology<br><br>Unknown | EIN:    91120116075940136W<br><br>From-To    08.30.06 - current |
| LeTV Sports Culture Develop (Beijing) Co<br>1103, 10th Floor, Building 3<br>No. 105 Yaojiayuan Road<br>Chaoyang District<br>Beijing CHINA | Sports and Entertainment<br><br>Unknown | EIN:    911101050955795529<br><br>From-To    05.06.15 - current |

Debtor 1    Yueting Jia                                             Case number (if known)    19-12220 (KBO)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Pacific Technology Holding LLC<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St, New Castle County<br>Wilmington, DE 19801 | Investment Holding Company<br><br>Unknown | EIN:    83-3020888<br><br>From-To   7.26.18 - Current |
| TV Plus Holdings (Beijing) Limited<br>Rm 102, 10/F<br>Building 3, No. 105 Yaojiayuan Rd.<br>Chaoyang District<br>Beijing, Beijing CHINA 100012 | China Lease and Business Services<br><br>Unknown | EIN:    911101055825564383<br><br>From-To   12/24/15 - current |
| Yue Wenhua Media Company<br>Room 901, 8/F<br>Building 3, No. 105 Yaojiayuan Rd.<br>Chaoyang District<br>Beijing, Beijing CHINA 100012 | China Culture, Sports & Entertainment<br><br>Unknown | EIN:    91110105306395818U<br><br>From-To   05.17.17 - current |
| Beijing Baile Culture Media Ltd.<br>901, 8th Floor, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To   07.08.14 - Current |
| LESHI Holdings (Beijing) Ltd.<br>Room 1102, 10th Floor, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To   09.08.11 - Current |
| Shenzhen LESHI Xin Gen Vert. Int. Ecol.<br>Room 201, BUilding A, No. 1<br>Qianwan First Road<br>Qianhai Shenzhen<br>Hong Kong Cooperation Zone, Shenzhen | | EIN:<br><br>From-To   03.30.15 - Present |
| Le & FF Ltd. | | EIN:<br><br>From-To |
| LeEco Holding Ltd. | | EIN:<br><br>From-To |
| FF Global Partners LLC<br>A Registered Agent Inc.<br>8 The Green, Suite A<br>Dover, DE 19901 | | EIN:<br><br>From-To   12.27.18 - Current |

Debtor 1    **Yueting Jia**                                                                        Case number *(if known)*    **19-12220 (KBO)**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Smart King Ltd.**<br>**Walkers Corporate Limited**<br>**Cayman Corporate Centre, 27**<br>**Hospital Rd.**<br>**George Town, Grand Cayman**<br>**Cayman Islands KY1-9008** | | EIN:<br><br>From-To   **11.20.17 - Current** |
| **Le Vision Pictures (USA), Inc.** | | EIN:<br><br>From-To |
| **Champ Alliance Holdings Limited** | | EIN:<br><br>From-To |
| **LeEco Global Group Ltd.** | | EIN:<br><br>From-To |
| **Le Ltd.**<br>**Sertus Chambers, P.O. Box 2547**<br>**Cassia Court**<br>**Camana Bay**<br>**Grand Cayman,Cayman Islands** | | EIN:<br><br>From-To |
| **Le.com Ltd.** | | EIN:<br><br>From-To |
| **Le Holdings (Beijing) Co. Ltd**<br>**Room 1102, Floor 16, Bldg. 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing 100025 CHINA** | | EIN:<br><br>From-To |
| **FF Top Holding Ltd.**<br>**Commerce House, Wickhams Cay**<br>**1**<br>**P.O. Box 3140**<br>**Road Town, Tortola VG1110**<br>**British Virgin Islands** | | EIN:<br><br>From-To   **05.05.16 - Current** |
| **Success Pyramid Ltd.**<br>**7 Marguerite Drive**<br>**Rancho Palos Verdes, CA 90275** | | EIN:<br><br>From-To |
| **Ocean View Drive Inc.**<br>**7 Marguerite Drive**<br>**Rancho Palos Verdes, CA 90275** | | EIN:<br><br>From-To |
| **Smart Technology Holdings**<br>**Walkers Corporate Limited**<br>**Cayman Corp Centre, 27 Hospital**<br>**Rd.**<br>**George Town, Grand Cayman**<br>**Cayman Islands KY1-9008** | | EIN:<br><br>From-To |

Debtor 1    **Yueting Jia**                                          Case number *(if known)*   **19-12220 (KBO)**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **LeTv Pictures**<br>**Room 1002, Block A**<br>**No. 9 Fengxiang East Street**<br>**Yangsong Town, Huairou**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   12.28.11 - Current |
| **Lewei Internet Invest Mgt (Beijing)**<br>**Co**<br>**Room 1605, 13th Floor, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To |
| **Beijing Wang Jiu Wang**<br>**E-Commerce Co.**<br>**No. 633, 6/f, Building 10**<br>**No. 44 North Third Ring Middle**<br>**Road**<br>**Haidian District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   10.21.11 - Current |
| **Le Rong Zhi Xin Electr. Tech**<br>**(Beijing)**<br>**505, 5th Floor, Building 2, Yard 2**<br>**Yongjie South Road, Baiwang ISTP**<br>**Xibeiwang Town, Haidian District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   02.07.12 - Current |
| **Leshi Zhixin Electronic Technology**<br>**701 and 702, 7th Floor, Bldg. 5**<br>**No. 58 Courtyard, Jinghai Fifth**<br>**Road**<br>**Beijing Econ and Tech Dev Zone**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   11.15.13 - Current |
| **Leguo Culture Media (Beijing) Co**<br>**Ltd.**<br>**Room 605, Floor 5, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   10.25.12 - Current |
| **Beijing LeTV Streaming Media Adv**<br>**Co. Ltd**<br>**907, 8th Floor, Building 3**<br>**105 Yaojiayuan Road**<br>**Chaoyang District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   05.24.05 - Current |
| **Leyi Culture Brokerage (Beijing)**<br>**Co. Ltd**<br>**Room 2566, Block A**<br>**No. 9 Fengxiang East Street**<br>**Yangsong Town, Huairou District**<br>**Beijing, CHINA** | | EIN:<br><br>From-To   12.21.11 - Current |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1  **Yueting Jia**                                          Case number *(if known)*  **19-12220 (KBO)**

| Business Name<br>Address<br><sub>(Number, Street, City, State and ZIP Code)</sub> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **LeTv Haiyun Culture Media (Beijing) Co**<br>Room 701, Floor 6, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To |
| **Hua Yun Xu Yang Cultural Dev (Beijing)**<br>Room 608, Floor 5, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To   11.26.12 - Current |
| **LeTv Internet Technology Dev (Beijing)**<br>Room 703, Floor 6, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To   11.26.12 - Current |
| **Sunrise Tiansheng Invest Mgt (Beijing)**<br>Room 702, Floor 6, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | | EIN:<br><br>From-To   11.26.12 - Current |
| **Leorong Zhixin Elec Tech (Tianjin) Co.**<br>Room 217-218, 2/f<br>Chuangzhi Building, No. 482<br>Animation Middle Road<br>Tianjin Eco-City CHINA | | EIN:<br><br>From-To   2.07.12 - Current |
| **West Coast LLC**<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street, New Castle County<br>Wilmington, DE 19801 | | EIN:    84-2879516<br><br>From-To   7.21.19- Current |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ No
    ☐ Yes. Fill in the details below.

    Name                                          Date Issued
    Address
    <sub>(Number, Street, City, State and ZIP Code)</sub>

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Yueting Jia, Sr. | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE | |
| Case number (if known) | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
Yueting Jia, Sr.                                        Signature of Debtor 2
Signature of Debtor 1

Date _____10/13/2019_____          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Yeuting, Jia
SOFA Attachment 9
Litigation

Case Title: Han's San Jose Hospitality LLC v. Jia Yueting, et al.,
Case Number: Case No. 19 CV342187 (Consolidated with Han's San Jose Hospitality LLC v. Le
Holdings (Beijing) Co., LTD, et al. Case No. 17CV317221).
Nature of the case: Unlawful detainer/ alter ego.
Court or agency: Santa Clara Superior Court, 191 North 1st Street, San Jose, California, 95113
Status of the case: Pending

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting
Case Number: No. 2: 18-cv-10255-SJO (MRWx)
Nature of Case: Petition to confirm and enforce a foreign judgment
Court or Agency: U.S. District Court for the Central District of California
Address: 350 W. 1st Street, Los Angeles, California 90012
Status of Case: Judgment entered.  Appeal and enforcement proceedings pending.

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting
Case Number: 19-55509
Nature of Case: Appeal from final judgment granting petition to confirm and enforce a foreign
judgment
Court or Agency: U.S. Court of Appeals for the Ninth Circuit
Address: P.O. Box 193939, San Francisco, California 94119
Status of Case: Pending.

Case Title: Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)
v. Jia Yueting
Case Number: No. 2: 18-cv-07723-SJO (JPRx)
Nature of Case: Petition to confirm and enforce a foreign judgment
Court or Agency U.S. District Court for the Central District of California
Address: 350 W. 1st Street, Los Angeles, California 90012
Status of Case: Judgment entered.  Enforcement proceedings pending.

Case Title: Jinan Rui Si Le Enterprise Management Consulting Partnership v. Yueting Jia
Case Number: No. 18STCP02594
Nature of Case: Complaint for enforcement of a foreign judgment
Court or Agency: Superior Court of the State of California, County of Los Angeles
Address: 111 North Hill Street, Los Angeles, California 90012
Status of Case: Pending.

Case Title: Shanghai Lan Cai Asset Management Co, Ltd v Jia Yueting, FF Peak Holding
Limited and FF Top Holding Ltd.
Case Number: BVIHC (COM) 198/2018
Nature of Case: Enforcement of arbitration award issued by the Beijing Arbitration Commission
with freezing orders against the entire issued share capital of FF Peak Holding Limited and FF
Top Holding Ltd
Court or Agency: Eastern Caribbean Supreme Court
Address: Registry of the High Court, 2nd Floor, SAKAL Building, Wickham's Cay, Road Town
Tortola VG1110
Status of Case: Pending

Case Title: O-Film Global (HK) Trading Ltd. and Nanchang O-Film Photoelectric Technology
Co., Ltd. v. Yue-Ting Jia

Case Number: YC072617
Court or Agency: Superior Court of the State of California, County of Los Angeles, Torrance
Courthouse 825 Maple Ave., Torrance, CA 90503
Nature of the case: Breach of Contract
Status of Case: Pending

Case Title: Oriental Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #644, 2018 Jing 03 Zhihui #82
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nauture of the case: Contract Disputes
Status: Concluded

Case Title: Ping An Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #753
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Huafu Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #755
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Huafu Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 01 Zhi #636
Court Name: Beijing First Intermediate People's Court
Court Address: No. 16 Shijingshan Road, Shijingshan District, Beijing 100040
Nature: Contract Disputes
Status: Concluded

Case Title: Guotai Junan Securities Co., Ltd. Vs Yueting Jia
Case Number: 2018 Jing 03 Zhi #60
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #607, 2018 Jing 03 Zhihui #72
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #608, 2018 Jing 03 Zhihui #73
Court Name: Beijing Third Intermediate People's Court

Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. &
Leshi Zhixin Electronic Technology (Tianjin) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #788
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. Vs Yueting Jia &
Beijing Dongfang Cheyun Information Technology Co., Ltd. & Leshi Holdings (Beijing) Co., Ltd.
& Wei Gan & Beijing Hongcheng Xintai Real Estate Co., Ltd. & Meng Wu
Case Number: 2017 Jing 03 Zhi #646
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Nanjing Dejin Investment Management Co., Ltd. Vs Yueting Jia &
Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing)
Co., Ltd.
Case Number: 2018 Su 01 Zhi #1367
Court Name: Nanjing Intermediate People's Court of Jiangsu Province
Court Address: No. 35, Guangzhou Road, Gulou District, Nanjing, Jiangsu, China 210000
Nature: Loan Contract, Guarantee Contract Dispute
Status: Concluded

Case Title: Beijing Haidian Technology Financial Capital Holding Group Co., Ltd. Vs Yueting Jia
& Leshi Holdings (Beijing) Co., Ltd. & Hong Liu & Shi Peng
Case Number: 2017 Jing 03 Zhi #10
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Shanghai Qicheng Yueming Investment Partnership (Limited Partnership) vs
Yueting Jia & Leshi Holdings (Beijing) Co., Ltd
Case Number: 2018 Jing 03 Zhi #672
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Convertible bond purchase agreement dispute
Status: Concluded

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. Vs Yueting Jia &
Leshi Sports Culture Industry Development (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #30
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012

Nature: Contract Disputes
Status: Concluded

Case Title: Shanghai Leyi Venture Capital Management Center (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2018 Hu 01 Zhi #1626
Court Name: Beijing First Intermediate People's Court
Court Address: No. 16 Shijingshan Road, Shijingshan District, Beijing 200336
Nature: Private lending dispute
Status: Concluded

Case Title: Western Securities Co., Ltd vs Yueting Jia & Wei Gan
Case Number: 2019 Shan 71 Zhi #4
Court Name: Shaanxi Highe People's Court
Court Address: No. 80, Yanta 5th Road, Xi'an, Shaanxi, China 710061
Nature: Contract Disputes
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #291
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #289
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #290
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #292
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019 E 96 Zhi #52
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019  E 96 Zhi #53
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019 E 96 Zhi #51
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Tianjin Nuode Investment Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #301
Court NameBeijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Jinan Ruisile Enterprise Management Consulting Partnership (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2019 Lu 01 Zhi Hui #92
Court Name: Intermediate People's Court of Jinan City, Shandong Province
Court Address: No.1, Jinger Road, Shizhong District, Jinan City, Shandong Province, China 250001
Nature: Loan contract dispute
Status: Concluded

Case Title: Yuanxin Xu vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #518
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Loan contract dispute
Status: Concluded

Case Title: Shenzhen Winzhongtong Non-Financing Guarantee Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. &

Beijing Hongcheng Xintai Real Estate Co., Ltd.
Case Number: 2019 Jing 03 Zhi #531
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Merchants Bank Co., Ltd. Shanghai Chuanbei Branch vs Yueting Jia & Leshi
Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
& Lefeng Mobile Hong Kong Limited & Wei Gan
Case Number: 2019 Hu Zhi #44
Court Name: Shanghai Higher People's Court
Court Address: No. 308, Zhaojiabang Road, Shanghai, China 200031
Nature: Financial loan contract dispute
Status: Concluded

Case Title: Huarong Securities Co., Ltd. Vs Yueting Jia
Case Number: 2019 Jing 03 Zhi #446
Court Name: Zhejiang High People's Court
Court Address: No. 5, Majing Road, Hangzhou, Zhejian, China 310012
Nature: Pledged repurchase contract dispute
Status: Concluded

Case Title: Ping An Securities Co., Ltd. Vs Yueting Jia
Case Number: 2019 Jing 03 Zhi #631
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: LeTV Film (Beijing) Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #501
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Pledge contract dispute
Status: Concluded

Case Title: Chongqing Strategic Emerging Industry Leshiyun Special Equity Investment Fund
Partnership (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing 03 Zhi Bao #315, 2018 Jing 03 Cai Bao #235
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Beijing Siwei Equity Investment Management Center (Limited Partnership) vs
Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Lean Yingyun (Tianjin) Cultural
Communication Partnership (Limited Partnership) & Le Zhengrong (Tianjin) Cultural
Communication Partnership (Limited Partnership) &
Lepu Shadow (Tianjin) Cultural Communication Partnership (Limited Partnership)
Case Number: 2018 Jing 03 Cai Bao #135

Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Xinyu Dingfeng Yingtong Investment Management Center (Limited Partnership) vs
Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 0105 Minchu #53620
Court Name: Beijing Chaoyang District People's Court
Court Address: No. 2, Chaoyang Park South Road, Chaoyang District, Beijing 100026
Nature: Equity transfer dispute
Status: Concluded

Case Title: Shenzhen Chengcheng
Commercial Factoring Co., Ltd. Vs Yueting Jia &  Leshi Holdings (Beijing) Co., Ltd. & LeTV
Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhibao #89
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: No cause management, unjust enrichment dispute
Status: Concluded

Case Title: China CITIC Bank Co., Ltd. Head Office Sales Department vs Yueting Jia & Leshi
Holdings (Beijing) Co., Ltd. & Beijing Fortune Times Real Estate Co., Ltd. & Beijing Baiding New
Century Business Management Co., Ltd. & LeTV Information Technology (Beijing) Co., Ltd.
Case Number: 2017 Jin Min Chu #86
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing 100022
Nature: Financial loan contract dispute
Status: On appeal

Case Title: Ping An Bank Co., Ltd. Beijing Branch vs Yueting Jia & Yuemin Jia
Case Number: 2017 Jing Min Chu #63
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Guarantee contract dispute
Status: Concluded

Case Title: Ping An Bank Co., Ltd. Shenzhen Branch vs Yueting Jia & Leshi Holdings (Beijing)
Co., Ltd. & Leshi Sports Culture Industry Development (Beijing) Co., Ltd.
Case Number: 2018 Yue Min Chu #125
Court Name: Guangdong High People's Court
Court Address: No. 9, Yiheng Road, Yuancun, Tianhe District, Guangzhou, China 510655
Nature: Financial loan contract dispute
Status: Pending

Case Title: Zheshang Bank Co., Ltd. Beijing Branch vs Yueting Jia & Leshi Holdings (Beijing)
Co., Ltd & Leshi Sports Culture Industry Development (Beijing) Co., Ltd. & Xiamen Octopus
Interactive Network Technology Co., Ltd.
Case Number: 2018 Jing 04 Min Chu #316
Court Name: Beijing No. 4 Intermediate People's Court

Court Address: No. 3 Sanjingdi, Fengtai District, Beijing, China 100040
Nature: Financial loan contract dispute
Status: Concluded

Case Title: BOE Technology (Hong Kong) Co., Ltd. Vs Yueting Jia & LeTV Mobile Intelligent
Information Technology (Beijing) Co., Ltd. & LeSai Mobile Technology (Beijing) Co., Ltd. & Leshi
Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing Min Chu #54
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Sale contract dispute
Status: Pending

Case Title: Yizhuang International Holdings (Hong Kong) Co., Ltd. Vs Yueting jia & Leshi
Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing Min Chu #72
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Guarantee contract dispute
Status: Pending

Case Title: Beijing Century Ruike System Technology Co., Ltd. Vs Yueting Jia & Leshi Sports
Culture Industry Development (Beijing) Co., Ltd. & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing 0108 Min Chu #51312
Court Name: Beijing Haidian District People's Court
Court Address: 12 Danling Street, Haidian District, Beijing, China 100080
Nature: Sale contract dispute
Status: Pending

Case Title: Jiangsu Red Earth Venture Capital Management Co., Ltd. Vs Yueting Jia
Case Number: Unknown
Court Name: Ningbo Intermediate People's Court, Zhejiang Province
Court Addrass: No. 746 Zhongxing Road, Jiangdong District, Ningbo, Zhejiang, China 315040
Nature: Contract Disputes
Status: Pending

Case Title:  Yueting Jia v. Yingqiong Gu
Case Number: No.17-2-27517-4KNT
Nature of Case: YT brought a claim against Mr. Gu for defamation.
Court Name:  Superior court of Washington for king country
Address:   516 3rd Ave, Seattle, WA 98104
Status of Case:  The case has been settled in 10/24/2018.

Case Title:  Shenzhen Leshi Xingen Second Investment Management Enterprise (LLP) etc.
v.Yueting Jia etc.
Case Number: No.HKIAC/A18039.
Nature of Case: The plaintiffs have withdrawn their claims against all defendants.
Court Name:  Hong Kong International Arbitration Centre
Address: 38th Floor Two Exchange Square, 8 Connaught Place, Central, Hong Kong
Status of Case:  Concluded

Case Title: Dispute relating to: (1) the Amended and Restated Shareholders Agreement dated
30 November 2017; and (2) the Amendment and Consent dated 18 July 2018
Case Number: HKIAC/A18176
Nature of the case: Dispute between Evergrande, Faraday Future and YT
Court Name: Hong Kong International Arbitration Center
Address: 38/F Two Exchange Square B Connaught Place Hong Kong
Status of Case: Concluded

Case Title: VIZIO, Inc. and LeEco V. LTD., LeEco Global Group, Ltd., Lele Holding, LTD.,
Yueting Jia
Case Number: 8:17-cv-01175-DOC-JDE
Nature of Case: Breach of Contract
Court Name:  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION
Address:  Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street,
Courtroom 9D,  Santa Ana, CA, 92701-4516
Status of Case: Concluded

Case Title:  Gan Wei v. Yueting Jia
Nature of Case:  Divorce Proceeding
Court Name:  Chengdu Jinjiang District People's Court
Address:  No. 90, Longzhou Road, Gongnongyuan Street, Jinjian District, Chengdu, Sichuan,
China
Date:  11 October 2019 (Beijing time)
Status of Case:  Pending

Case Title:  Director of Taxation Department of Revenue v. Jia Yueting
Nature of Case:  Wage Garnishment
Case Number:  2018-ST-010829
Court Name:  Third Judicial District Court
Address:  200 SE 7th St., Topeka, Kansas 66003
Status of Case:  Pending

Case Title:  Director of Taxation Department of Revenue v. Jia Yueting
Nature of Case:  Tax Warrant
Case Number:  2018-ST-010835
Court Name:  Third Judicial District Court
Address:  200 SE 7th St., Topeka, Kansas 66003
Status of Case:  Unknown

Yueting Jia
SOFA Attachment 18

## Other Affiliate Transactions

To provide further disclosure regarding transactions with affiliates or former affiliates, the Debtor is including the following information about these transactions. The Debtor's position is that these transactions did not constitute a transfer of property of the Debtor and the Debtor reserves all rights with respect to such transactions.

### Pacific Technology

On July 26, 2018, for structuring reasons, the Debtor assigned, transferred, and contributed one ordinary share (100%) of FF Peak Holding Ltd., the owner of 40.8% of Smart King Ltd., to Pacific Technology Holding LLC.

### Pacific Technology Equity Issuances

On July 5, 2019, Pacific Technology Holding LLC issued 362,352,941 common units to FF Global Partners LLC at the base purchase price of 50 cents per unit, subject to a potential increase to $4.90 per unit in the event that Smart King Ltd. obtains equity financing in the amount of $181 million.

### Nominee Transaction for Licensing Purposes

In order to address certain licensing issues, the Debtor entered into nominee agreements with respect to shares of Smart King Ltd. held through Pacific Technology Holding LLC. In July 2018, the Debtor entered into a nominee agreement regarding his interests in Pacific Technology Holding LLC with Lian Bossert. On July 31, 2019, preferred units of Pacific Technology Holding LLC were contributed to West Coast LLC. On the same day, the Debtor and Bossert entered into another nominee agreement for those interests

### LeSoar Transactions

LeSoar was established by a company controlled by the Debtor in 2014 to hold certain investments. LeSoar obtained majority third-party financing to fund its various investments. One of the investments made by LeSoar was the acquisition of 10,904,072 shares of Lucid Motors Inc. for approximately $67 million. In September 2017, LeSoar transferred 4,292,861 shares in satisfaction of its parent company liabilities. During 2017, LeSoar faced certain liquidity issues and it was difficult to maintain normal business operations. On October 20, 2017, LeSoar was sold for nominal consideration to Innovation Era Holding, Inc. The Debtor is informed that, after the sale to Innovation, Lesoar transferred 4,906,707 shares of Lucid in satisfaction of its former parent company obligations assumed in connection with the share purchase, and that LeSoar currently owns 990,225 shares of Lucid Motors Inc.