**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Yueting Jia | : | Case No. 19-12220 (KBO) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Ping An Bank., Ltd. Beijing Branch**, Attn: Si Huo, Asset Management Innovation, Dept. Room, 1105 Building, A, Oriental Media Center No. 4, Guanghualu, Chaoyang District, Beijing 100026 China, Phone: (+86) 186-0029-9807, email: zhangyao335@pingan.com.cn

2. **China Minsheng Trust Co., Ltd.**, Attn: Yin Zhuo, 19th Floor, Tower C of Minsheng Financial Center, No 28, Jianguomennei Avenue, Beijing 100005 China, Phone: +8618611521926, Fax: +861085259080, email: yinshuo@msxt.com

3. **Shanghai Leyu Chuangye Investment Management Center LP,** Attn: Chen Yi, Room 26756, No 212, Lane 425, Fuyong Road, Songjiang District, Shanghai, Phone: +86 21-6135-9049, Fax: +86 21-6135-9048, email: chenyi@htlcm.com

4. **Jiangyin Hailan Investment Holding Co., Ltd,** Attn: Yong Tang, Xin Qino Town, Hailan Garment Industry City, Jiangyin, Jiangsu, China 214400, Phone: +86 13921881766, email: jsfushizi@163.com

5. **Shanghai Qichengyueming Investment Partnership Enterprise,** Attn: Yan Chengbin, 1717 North Sichuan Road, 27th Floor, Hongkou District, Shanghai, China, Phone: +011-86-139-18456632, email: yanchengbin@qc-investment.com

      ANDREW R. VARA
      Acting United States Trustee, Region 3


      /s/ *David L. Buchbinder* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: October 25, 2019

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James O'Neill, Esq., Phone: 302-652-4100, Fax: 302-652-4400