| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| POLSINELLI LLP<br>Randye B. Soref (SBN 99146)<br>Tanya Behnam (SBN 322593)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>Facsimile: (310) 556-1802<br>Email: rsoref@polsinelli.com<br>Email: tbehnam@polsinelli.com<br><br>             (Proposed)<br>Attorney for: Official Committee of Unsecured Creditors |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>YUETING JIA | CASE NO.:2:19-bk-24804-VZ<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| Plaintiff(s).<br>vs. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Jeffrey D. Prol_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):
Official Committee of Unsecured Creditors

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                   Page 1                                       **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   Lowenstein Sandler LLP
   One Lowenstein Drive
   Roseland, New Jersey 07068

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   | | |
   |---|---|
   | State of New Jersey 6/7/90 | State of New York 6/12/90 |
   | U.S.D.C., New Jersey 1990 | U.S.D.C., Southern District of New York 2002 |
   | | U.S.D.C., Eastern District of New York 2004 |

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| | | | | |

7. I ☐ have ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned  ☐ did not resign     while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Randye B. Soref

   Name and address of law firm, or residence address:
   POLSINELLI LLP
   2049 Century Park East, Suite 2900
   Los Angeles, CA 90067

   Telephone number of law firm: (310) 556-1801

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                                    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 1/2/20

_____
Signature of applicant

Jeffrey D. Prol
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 1/3/20

_____
Signature of Designee

Randye B. Soref
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                Page 3                         F 2090-1.2.APP.NONRES.ATTY

# EXHIBIT "A"

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA200390
Cashier ID: cscash
Transaction Date: 01/03/2020
Payer Name: LA Depositions
--------------------------------------
PRO HAC VICE
  For: LA Depositions
  Case/Party: D-CAC-2-20-AT-002020-001
  Amount:        $400.00
PRO HAC VICE
  For: LA Depositions
  Case/Party: D-CAC-2-20-AT-002020-001
  Amount:        $400.00
PRO HAC VICE
  For: LA Depositions
  Case/Party: D-CAC-2-20-AT-002020-001
  Amount:        $400.00
PRO HAC VICE
  For: LA Depositions
  Case/Party: D-CAC-2-20-AT-002020-001
  Amount:        $400.00
--------------------------------------
CHECK
  Remitter: LA Depositions
  Check/Money Order Num: 94094
  Amt Tendered:  $800.00
CHECK
  Remitter: LA Depositions
  Check/Money Order Num: 94095
  Amt Tendered:  $800.00
--------------------------------------
Total Due:       $1,600.00
Total Tendered:  $1,600.00
Change Amt:      $0.00
```

Attorney

Michael A Kaplan

2049 Century Park East Suite 2900

Los Angeles Ca 90067

2:19-bk-24804-VZ


Andrew D Behlmann

2049 Century Park East Suite 2900

Los Angeles Ca 90067

2:19-bk-24804-VZ


For

Jeremy D Merkin

Jeffrey D Prol


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 6, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 6, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 6, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY BY FIRST LEGAL ON JANUARY 7, 2020
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2020 | Cindy Cripe | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
67377196.1

**F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO SERVICE LIST

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Jeffrey W Dulberg on behalf of Debtor Yueting Jia jdulberg@pszjlaw.com
Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov
Malhar S Pagay on behalf of Debtor Yueting Jia mpagay@pszjlaw.com, bdassa@pszjlaw.com
Randye B Soref (Proposed) on behalf of Official Committee of Unsecured Creditors rsoref@polsinelli.com
Tanya Behnam (Proposed) on behalf of Official Committee of Unsecured Creditors tbehnam@polsinelli.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
67377196.1

**F 9013-3.1.PROOF.SERVICE**