# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO CREDITORS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Yueting Jia<br>**SSN:** xxx–xx–8972<br>**EIN:** N/A<br>aka YT Jia<br><br>91 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | **BANKRUPTCY NO.**  2:19–bk–24804–VZ<br>**CHAPTER**  11 |

Please be advised of the Deadline for Objecting to Dischargeability is FEBRUARY 4, 2020

and not MARCH 24, 2020 as indicated on the Meeting of Creditors Notice entered on

12/23/2019 (Docket Entry #185).

Dated: January 8, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99                                                                                                                           **198 / SMZ**