Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA[1],<br><br>         Debtor. | Case No.: 2:19-bk-24804-VZ<br>*(formerly 19-12220 (KBO) in the District of Delaware)*<br><br>Chapter 11<br><br>**DEBTOR'S MOTION FOR ORDER EXTENDING THE PERIOD TO REMOVE STATE COURT ACTIONS PURSUANT TO 28 U.S.C §1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; DECLARATION OF JIAWEI (JERRY) WANG IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

**TO THE HONORABLE VINCENT P. ZURZOLO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL NOTICE:**

Yueting Jia, debtor and debtor in possession herein ("YT" or "Debtor"), hereby moves (the "Motion") for entry of an order pursuant to 28 U.S.C.§1452 and F.R.B.P. Rules 9006(b) and 9027, extending the 90-day period set forth in Bankruptcy Rule 9027(a)(2)(A) during which the Debtor may seek to remove actions to federal court by an additional ninety-one (91) days, i.e., through and

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

including April 13, 2020, without prejudice to the Debtor's right to seek further extensions. In support of the Motion, the Debtor respectfully states as follows:

**I.**

**JURISDICTION AND VENUE**

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409. The statutory and legal predicates for the relief sought herein are 28 U.S.C. 1452 and F.R.B.P. Rules 9006(b) and 9027.

**II.**

**BACKGROUND**

On October 14, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title of the United States Code (the "Bankruptcy Code"). The Debtor continues in possession of his property.

The current time period within which the Debtor may file notices to remove actions under Bankruptcy Rule 9027(a)(2) expires on January 13, 2020.

**III.**

**RELIEF REQUESTED**

By this Motion, the Debtor seeks the entry of an order, pursuant to Rule 9006(b) of the Bankruptcy Rules, extending the time by which the Debtor may file notices of removal from January 13, 2020, through and including April 13, 2020, with respect to any proceedings that are eligible for removal under section 28 U.S.C. § 1452. The Debtor requests that the proposed April 13, 2020 deadline to file removal actions apply to all matters specified in Bankruptcy Rules 9027(a)(2) and (3).

**IV.**

**BASIS FOR REQUESTED RELIEF**

28 U.S.C. §1452 provides for the removal of pending civil claims pursuant to which the district courts have jurisdiction under 11 U.S.C. 1334. 28 U.S.C. §1452 provides in pertinent part as follows:

> (a) A party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power, to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title.
>
> (b) The court to which such claim or cause of action is removed may remand such claim or cause of action on any equitable ground. An order entered under this subsection remanding a claim or cause of action, or a decision to not remand, is not reviewable by appeal or otherwise....

28 U.S.C. 1452.

Bankruptcy Rule 9027 establishes the deadline for filing notices of removal of claims or causes of action. Bankruptcy Rule 9027(a)(2) provides in pertinent part as follows:

> If the claim or cause of action in a civil action is pending when a case under the [Bankruptcy] Code is commenced, a notice of removal may be filed [in the bankruptcy court] only within the longest of (A) 90 days after the order for relief in the case under the [Bankruptcy] Code, (B) 30 days after entry of an order terminating a stay, if the claim or cause of action in a civil action has been stayed under § 362 of the [Bankruptcy] Code, or (C) 30 days after a trustee qualifies in a chapter 11 reorganization case but not later than 180 days after the order for relief.

Fed. R. Bankr. P. 9027(a)(2). With respect to postpetition actions, Bankruptcy Rule 9027(a)(3) provides that a notice of removal may be filed:

> only within the shorter of (A) 30 days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action sought to be removed or (B) 30 days after receipt of the summons if the initial pleading has been filed with the court but not served with the summons.

Finally, Bankruptcy Rule 9006(b)(1) provides that the Court can extend unexpired time periods, including the removal period in Bankruptcy Rule 9027, without notice, upon a showing of cause:

> [W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order....

Fed. R. Bankr. P. 9006(b)(1).

DOCS_LA:326858.4 46353/002       3

It is well settled that this Court is authorized to extend the removal periods provided under Bankruptcy Rule 9027. *See e.g., Pacor, Inc. v. Higgins*, 743 F.2d 984, 996 n.17 (3d Cir. 1984) (stating that under Bankruptcy Rule 9006(b), "it is clear that the court may grant such an extension [of time to remove]"); *Caperton v. A.T. Massey Coal Co.*, 251 B.R. 322, 325 (S.D. W.Va. 2000) (explaining that Bankruptcy Rule 9006(b) allows a court to enlarge the time period for removing actions under Bankruptcy Rule 9027(a)(3)); *In re Lawrence*, 233 B.R. 248, 254-55 (N.D.N.Y. 1999) (stating that Bankruptcy Rule 9006 can be used to extend the time for removal of state court litigation to federal court); *Jandous Elec. Constr. Corp. v. City of New York (In re Jandous Elec. Constr. Corp.)*, 106 B.R. 48, 50 (Bankr. S.D.N.Y. 1989) (stating that the removal period may be extended under Bankruptcy Rule 9006); *Saint Joseph's Hosp. v. Dep't of Pub. Welfare of Pa. (In re Saint Joseph's Hosp.)*, 103 B.R. 643, 648 (Bankr. E.D. Pa. 1989) (extending the 90-day time period in which to seek removal of pending state court litigation); *In re World Fin. Servs. Ctr. Inc.*, 81 B.R. 33, 39 (Bankr. S.D. Cal. 1987) (stating that the court may enlarge the time period for filing removal notices under Bankruptcy Rule 9027(a)(3)).

The Debtor is a party to several civil lawsuits and proceedings (the "<u>Actions</u>"). Attached hereto as **Exhibit "A"** is a list of the Actions as reflected in the Debtor's Statement of Financial Affairs. The Debtor is evaluating these Actions and, by this Motion, seeks to preserve his ability to remove any of these Actions. Initially, after the commencement of this chapter 11 case, the Debtor's resources were focused on numerous pressing matters associated with (a) transitioning into bankruptcy, (b) administering his bankruptcy estate, and (c) and negotiating with the Committee and responding to contested matters. On December 19, 2019, this case was transferred to this Court from the District of Delaware.

The Debtor will continue to analyze any existing Actions and may become aware of additional Actions in connection with proofs of claim that are filed in this chapter 11 case. Given the press of the matters asserted with this case's initiation, the Debtor needs additional time to determine whether he will seek to remove any Actions.

Accordingly, the Debtor seeks an extension of the current deadline under Bankruptcy Rule 9027(a) to protect its right to remove those civil actions for which it may determine that removal is

appropriate. The extension sought will afford the Debtor additional time to determine whether to remove any pending civil action and will ensure that the Debtor does not forfeit valuable rights under 28 U.S.C. § 1452. Critically, the rights of other parties to the relevant litigation will not be prejudiced by the extension, because any party to an action that is removed may seek to have it remanded to the original court pursuant to 28 U.S.C. §1452(b).

The Debtor further requests that the order approving this Motion be without prejudice to (a) any position the Debtor may take regarding whether 11 U.S.C. § 362 of the Bankruptcy Code applies to stay any given civil action pending against the Debtor and (b) the right of the Debtor to seek further extensions of the period in which it may remove civil actions pursuant to Bankruptcy Rule 9027.

Accordingly, the Debtor submits that the relief requested herein is in the best interests of his estate and respectfully requests an extension of time by which the Debtor may file notices of removal through and including April 13, 2020 with respect to any proceedings that are eligible for removal under 28 U.S.C. §1452. The Debtor further reserves its right to seek additional extensions of this time period.

Dated: January 10, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Malhar S. Pagay*
Richard M. Pachulski
Jeffrey W. Dulberg
Malhar S. Pagay

Proposed Attorneys for Debtor and Debtor in Possession

# DECLARATION OF JIAWEI (JERRY) WANG

I, Jiawei (Jerry) Wang, declare and state as follows:

1. I am Vice President - Global Capital Markets at Faraday Future and in addition I am one of the Debtor's consultants with respect to his restructuring. I am readily familiar with the Debtor's financial affairs and matters concerning his chapter 11 case.

2. I make this declaration in support of the *Debtor's Motion for Order Extending the Period to Remove State Court Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion"). All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.

3. The current deadline for the Debtor to remove actions to federal court expires on January 13, 2020 (the "Removal Deadline").

4. The Debtor is a party to several civil lawsuits and proceedings (the "Actions"). Attached hereto as **Exhibit "A"** is a list of the Actions as reflected in the Debtor's Statement of Financial Affairs. The Debtor is evaluating these Actions and, by this Motion, seeks to preserve his ability to remove any of these Actions.

5. Initially, after the commencement of this chapter 11 case, the Debtor's resources were focused on numerous pressing matters associated with (a) transitioning into bankruptcy, (b) administering his bankruptcy estate, and (c) and negotiating with the Committee and responding to contested matters.

6. Accordingly, the Debtor seeks to extend the Removal Deadline by an additional ninety-one (91) days, i.e., to April 13, 2020 to determine whether he will seek to remove any actions, and reserves his right to seek additional extensions of this time period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of January 2020, at Gardena, California.

Jiawei (Jerry) Wang

# EXHIBIT A

Yeuting, Jia
SOFA Attachment 9
Litigation

Case Title: Han's San Jose Hospitality LLC v. Jia Yueting, et al.,
Case Number: Case No. 19 CV342187 (Consolidated with Han's San Jose Hospitality LLC v. Le Holdings (Beijing) Co., LTD, et al. Case No. 17CV317221).
Nature of the case: Unlawful detainer/ alter ego.
Court or agency: Santa Clara Superior Court, 191 North 1st Street, San Jose, California, 95113
Status of the case: Pending

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting
Case Number: No. 2: 18-cv-10255-SJO (MRWx)
Nature of Case: Petition to confirm and enforce a foreign judgment
Court or Agency: U.S. District Court for the Central District of California
Address: 350 W. 1st Street, Los Angeles, California 90012
Status of Case: Judgment entered.  Appeal and enforcement proceedings pending.

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. v. Jia Yueting
Case Number: 19-55509
Nature of Case: Appeal from final judgment granting petition to confirm and enforce a foreign judgment
Court or Agency: U.S. Court of Appeals for the Ninth Circuit
Address: P.O. Box 193939, San Francisco, California 94119
Status of Case: Pending.

Case Title: Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) v. Jia Yueting
Case Number: No. 2: 18-cv-07723-SJO (JPRx)
Nature of Case: Petition to confirm and enforce a foreign judgment
Court or Agency U.S. District Court for the Central District of California
Address: 350 W. 1st Street, Los Angeles, California 90012
Status of Case: Judgment entered.  Enforcement proceedings pending.

Case Title: Jinan Rui Si Le Enterprise Management Consulting Partnership v. Yueting Jia
Case Number: No. 18STCP02594
Nature of Case: Complaint for enforcement of a foreign judgment
Court or Agency: Superior Court of the State of California, County of Los Angeles
Address: 111 North Hill Street, Los Angeles, California 90012
Status of Case: Pending.

Case Title: Shanghai Lan Cai Asset Management Co, Ltd v Jia Yueting, FF Peak Holding Limited and FF Top Holding Ltd.
Case Number: BVIHC (COM) 198/2018
Nature of Case: Enforcement of arbitration award issued by the Beijing Arbitration Commission with freezing orders against the entire issued share capital of FF Peak Holding Limited and FF Top Holding Ltd
Court or Agency: Eastern Caribbean Supreme Court
Address: Registry of the High Court, 2nd Floor, SAKAL Building, Wickham's Cay, Road Town Tortola VG1110
Status of Case: Pending

Case Title: O-Film Global (HK) Trading Ltd. and Nanchang O-Film Photoelectric Technology Co., Ltd. v. Yue-Ting Jia

Case Number: YC072617
Court or Agency: Superior Court of the State of California, County of Los Angeles, Torrance Courthouse 825 Maple Ave., Torrance, CA 90503
Nature of the case: Breach of Contract
Status of Case: Pending

Case Title: Oriental Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #644, 2018 Jing 03 Zhihui #82
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nauture of the case: Contract Disputes
Status: Concluded

Case Title: Ping An Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #753
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Huafu Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 03 Zhi #755
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Huafu Securities Co., Ltd. Vs Yueting Jia
Case Number: 2017 Jing 01 Zhi #636
Court Name: Beijing First Intermediate People's Court
Court Address: No. 16 Shijingshan Road, Shijingshan District, Beijing 100040
Nature: Contract Disputes
Status: Concluded

Case Title: Guotai Junan Securities Co., Ltd. Vs Yueting Jia
Case Number: 2018 Jing 03 Zhi #60
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #607, 2018 Jing 03 Zhihui #72
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #608, 2018 Jing 03 Zhihui #73
Court Name: Beijing Third Intermediate People's Court

Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Minsheng Trust Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. &
Leshi Zhixin Electronic Technology (Tianjin) Co., Ltd.
Case Number: 2017 Jing 03 Zhi #788
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. Vs Yueting Jia &
Beijing Dongfang Cheyun Information Technology Co., Ltd. & Leshi Holdings (Beijing) Co., Ltd.
& Wei Gan & Beijing Hongcheng Xintai Real Estate Co., Ltd. & Meng Wu
Case Number: 2017 Jing 03 Zhi #646
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Nanjing Dejin Investment Management Co., Ltd. Vs Yueting Jia &
Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing)
Co., Ltd.
Case Number: 2018 Su 01 Zhi #1367
Court Name: Nanjing Intermediate People's Court of Jiangsu Province
Court Address: No. 35, Guangzhou Road, Gulou District, Nanjing, Jiangsu, China 210000
Nature: Loan Contract, Guarantee Contract Dispute
Status: Concluded

Case Title: Beijing Haidian Technology Financial Capital Holding Group Co., Ltd. Vs Yueting Jia
& Leshi Holdings (Beijing) Co., Ltd. & Hong Liu & Shi Peng
Case Number: 2017 Jing 03 Zhi #10
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Shanghai Qicheng Yueming Investment Partnership (Limited Partnership) vs
Yueting Jia & Leshi Holdings (Beijing) Co., Ltd
Case Number: 2018 Jing 03 Zhi #672
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Convertible bond purchase agreement dispute
Status: Concluded

Case Title: Shanghai Lan Cai Asset Management Co., Ltd. Vs Yueting Jia &
Leshi Sports Culture Industry Development (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #30
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012

Nature: Contract Disputes
Status: Concluded

Case Title: Shanghai Leyi Venture Capital Management Center (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2018 Hu 01 Zhi #1626
Court Name: Beijing First Intermediate People's Court
Court Address: No. 16 Shijingshan Road, Shijingshan District, Beijing 200336
Nature: Private lending dispute
Status: Concluded

Case Title: Western Securities Co., Ltd vs Yueting Jia & Wei Gan
Case Number: 2019 Shan 71 Zhi #4
Court Name: Shaanxi Highe People's Court
Court Address: No. 80, Yanta 5th Road, Xi'an, Shaanxi, China 710061
Nature: Contract Disputes
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #291
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #289
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #290
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Wuhan Credit Small Loan Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Wei Gan & Yuemin Jia
Case Number: 2019 E 01 Zhi #292
Court Name: Wuhan Intermediate People's Court of Hubei Province
Court Address: No.156, Changqing Road, Jianghan District, Wuhan, Hubei, China 430024
Nature: Loan contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019 E 96 Zhi #52
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019  E 96 Zhi #53
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Changjiang Securities (Shanghai) Asset Management Co., Ltd. Vs Yueting Jia & Wei Gan
Case Number: 2019 E 96 Zhi #51
Court Name: Hubei High People's Court
Court Address: No. 9 Gongyi Road, Wuchang District, Wuhan, Hubei, China 433000
Nature: Securities repurchase contract dispute
Status: Concluded

Case Title: Tianjin Nuode Investment Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #301
Court NameBeijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Jinan Ruisile Enterprise Management Consulting Partnership (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2019 Lu 01 Zhi Hui #92
Court Name: Intermediate People's Court of Jinan City, Shandong Province
Court Address: No.1, Jinger Road, Shizhong District, Jinan City, Shandong Province, China 250001
Nature: Loan contract dispute
Status: Concluded

Case Title: Yuanxin Xu vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #518
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Loan contract dispute
Status: Concluded

Case Title: Shenzhen Winzhongtong Non-Financing Guarantee Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. &

Beijing Hongcheng Xintai Real Estate Co., Ltd.
Case Number: 2019 Jing 03 Zhi #531
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: China Merchants Bank Co., Ltd. Shanghai Chuanbei Branch vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd. & Lefeng Mobile Hong Kong Limited & Wei Gan
Case Number: 2019 Hu Zhi #44
Court Name: Shanghai Higher People's Court
Court Address: No. 308, Zhaojiabang Road, Shanghai, China 200031
Nature: Financial loan contract dispute
Status: Concluded

Case Title: Huarong Securities Co., Ltd. Vs Yueting Jia
Case Number: 2019 Jing 03 Zhi #446
Court Name: Zhejiang High People's Court
Court Address: No. 5, Majing Road, Hangzhou, Zhejian, China 310012
Nature: Pledged repurchase contract dispute
Status: Concluded

Case Title: Ping An Securities Co., Ltd. Vs Yueting Jia
Case Number: 2019 Jing 03 Zhi #631
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: LeTV Film (Beijing) Co., Ltd. Vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2019 Jing 03 Zhi #501
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Pledge contract dispute
Status: Concluded

Case Title: Chongqing Strategic Emerging Industry Leshiyun Special Equity Investment Fund Partnership (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing 03 Zhi Bao #315, 2018 Jing 03 Cai Bao #235
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Beijing Siwei Equity Investment Management Center (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Lean Yingyun (Tianjin) Cultural Communication Partnership (Limited Partnership) & Le Zhengrong (Tianjin) Cultural Communication Partnership (Limited Partnership) &
Lepu Shadow (Tianjin) Cultural Communication Partnership (Limited Partnership)
Case Number: 2018 Jing 03 Cai Bao #135

Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: Contract Disputes
Status: Concluded

Case Title: Xinyu Dingfeng Yingtong Investment Management Center (Limited Partnership) vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing 0105 Minchu #53620
Court Name: Beijing Chaoyang District People's Court
Court Address: No. 2, Chaoyang Park South Road, Chaoyang District, Beijing 100026
Nature: Equity transfer dispute
Status: Concluded

Case Title: Shenzhen Chengcheng
Commercial Factoring Co., Ltd. Vs Yueting Jia &  Leshi Holdings (Beijing) Co., Ltd. & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd.
Case Number: 2017 Jing 03 Zhibao #89
Court Name: Beijing Third Intermediate People's Court
Court Address: No. 81, Laiguangying West Road, Chaoyang District, Beijing, China 100012
Nature: No cause management, unjust enrichment dispute
Status: Concluded

Case Title: China CITIC Bank Co., Ltd. Head Office Sales Department vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Beijing Fortune Times Real Estate Co., Ltd. & Beijing Baiding New Century Business Management Co., Ltd. & LeTV Information Technology (Beijing) Co., Ltd.
Case Number: 2017 Jin Min Chu #86
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing 100022
Nature: Financial loan contract dispute
Status: On appeal

Case Title: Ping An Bank Co., Ltd. Beijing Branch vs Yueting Jia & Yuemin Jia
Case Number: 2017 Jing Min Chu #63
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Guarantee contract dispute
Status: Concluded

Case Title: Ping An Bank Co., Ltd. Shenzhen Branch vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd. & Leshi Sports Culture Industry Development (Beijing) Co., Ltd.
Case Number: 2018 Yue Min Chu #125
Court Name: Guangdong High People's Court
Court Address: No. 9, Yiheng Road, Yuancun, Tianhe District, Guangzhou, China 510655
Nature: Financial loan contract dispute
Status: Pending

Case Title: Zheshang Bank Co., Ltd. Beijing Branch vs Yueting Jia & Leshi Holdings (Beijing) Co., Ltd & Leshi Sports Culture Industry Development (Beijing) Co., Ltd. & Xiamen Octopus Interactive Network Technology Co., Ltd.
Case Number: 2018 Jing 04 Min Chu #316
Court Name: Beijing No. 4 Intermediate People's Court

Court Address: No. 3 Sanjingdi, Fengtai District, Beijing, China 100040
Nature: Financial loan contract dispute
Status: Concluded

Case Title: BOE Technology (Hong Kong) Co., Ltd. Vs Yueting Jia & LeTV Mobile Intelligent Information Technology (Beijing) Co., Ltd. & LeSai Mobile Technology (Beijing) Co., Ltd. & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2017 Jing Min Chu #54
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Sale contract dispute
Status: Pending

Case Title: Yizhuang International Holdings (Hong Kong) Co., Ltd. Vs Yueting jia & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing Min Chu #72
Court Name: Beijing High People's Court
Court Address: No. 10, Jianguomen South Street, Chaoyang District, Beijing, China 100022
Nature: Guarantee contract dispute
Status: Pending

Case Title: Beijing Century Ruike System Technology Co., Ltd. Vs Yueting Jia & Leshi Sports Culture Industry Development (Beijing) Co., Ltd. & Leshi Holdings (Beijing) Co., Ltd.
Case Number: 2018 Jing 0108 Min Chu #51312
Court Name: Beijing Haidian District People's Court
Court Address: 12 Danling Street, Haidian District, Beijing, China 100080
Nature: Sale contract dispute
Status: Pending

Case Title: Jiangsu Red Earth Venture Capital Management Co., Ltd. Vs Yueting Jia
Case Number: Unknown
Court Name: Ningbo Intermediate People's Court, Zhejiang Province
Court Addreass: No. 746 Zhongxing Road, Jiangdong District, Ningbo, Zhejiang, China 315040
Nature: Contract Disputes
Status: Pending

Case Title:  Yueting Jia v. Yingqiong Gu
Case Number: No.17-2-27517-4KNT
Nature of Case: YT brought a claim against Mr. Gu for defamation.
Court Name:  Superior court of Washington for king country
Address:   516 3rd Ave, Seattle, WA 98104
Status of Case:  The case has been settled in 10/24/2018.

Case Title:  Shenzhen Leshi Xingen Second Investment Management Enterprise (LLP) etc. v.Yueting Jia etc.
Case Number: No.HKIAC/A18039.
Nature of Case: The plaintiffs have withdrawn their claims against all defendants.
Court Name:  Hong Kong International Arbitration Centre
Address:  38th Floor Two Exchange Square, 8 Connaught Place, Central, Hong Kong
Status of Case:  Concluded

Case Title: Dispute relating to: (1) the Amended and Restated Shareholders Agreement dated 30 November 2017; and (2) the Amendment and Consent dated 18 July 2018
Case Number: HKIAC/A18176
Nature of the case: Dispute between Evergrande, Faraday Future and YT
Court Name: Hong Kong International Arbitration Center
Address: 38/F Two Exchange Square B Connaught Place Hong Kong
Status of Case: Concluded

Case Title:  VIZIO, Inc. and LeEco V. LTD., LeEco Global Group, Ltd., Lele Holding, LTD., Yueting Jia
Case Number: 8:17-cv-01175-DOC-JDE
Nature of Case: Breach of Contract
Court Name:  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
Address:  Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Courtroom 9D,  Santa Ana, CA, 92701-4516
Status of Case: Concluded

Case Title:  Gan Wei v. Yueting Jia
Nature of Case:  Divorce Proceeding
Court Name:  Chengdu Jinjiang District People's Court
Address:  No. 90, Longzhou Road, Gongnongyuan Street, Jinjian District, Chengdu, Sichuan, China
Date:  11 October 2019 (Beijing time)
Status of Case:  Pending

Case Title:  Director of Taxation Department of Revenue v. Jia Yueting
Nature of Case:  Wage Garnishment
Case Number:  2018-ST-010829
Court Name:  Third Judicial District Court
Address:  200 SE 7th St., Topeka, Kansas 66003
Status of Case:  Pending

Case Title:  Director of Taxation Department of Revenue v. Jia Yueting
Nature of Case:  Tax Warrant
Case Number:  2018-ST-010835
Court Name:  Third Judicial District Court
Address:  200 SE 7th St., Topeka, Kansas 66003
Status of Case:  Unknown