Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com
        mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA[1],<br><br>Debtor. | Case No.: 2:19-bk-24804-VZ<br>*(formerly 19-12220 (KBO) in the District of Delaware)*<br><br>Chapter 11<br><br>**NOTICE OF FILING OF DEBTOR'S MOTION FOR ORDER EXTENDING PERIOD TO REMOVE STATE COURT ACTIONS PURSUANT TO 28 U.S.C §1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[No Hearing Required] |

**TO THE HONORABLE VINCENT P. ZURZOLO, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Yueting Jia, debtor and debtor in possession herein ("YT" or "Debtor"), has filed a motion with this Court (the "Motion") for entry of an order pursuant to 28 U.S.C.§1452 and F.R.B.P. Rules 9006(b) and 9027, extending the 90-day period set forth in

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:326855.1 46353/002

Bankruptcy Rule 9027(a)(2)(A) during which the Debtor may seek to remove actions to federal court by an additional ninety-one (91) days, i.e., through and including April 13, 2020, without prejudice to the Debtor's right to seek further extensions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Rule 9013-1(o)(1), any objection to the proposed Motion and request for hearing must be filed with the Court and served on the Committee, its proposed counsel, and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice. A true and correct copy of the Motion can be obtained by contacting Beth Dassa, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067, telephone: (310) 277-6910; email: bdassa@pszjlaw.com.

Dated: January 10, 2020        PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Malhar S. Pagay*
        Richard M. Pachulski
        Jeffrey W. Dulberg
        Malhar S. Pagay

        Proposed Attorneys for Debtor and Debtor in Possession

DOCS_LA 326855 v1        2