```
                              United States Bankruptcy Court
                               Central District of California
In re:                                                                      Case No. 19-24804-VZ
Yueting Jia                                                                 Chapter 11
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0973-2          User: smilanoC                Page 1 of 6                   Date Rcvd: Jan 08, 2020
                              Form ID: not                  Total Noticed: 196


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Yueting Jia,    91 Marguerite Drive,    Rancho Palos Verdes, CA 90275-4476
aty            +Aaron H. Stulman,    Potter Anderson & Corroon LLP,     1313 N. Market Street, 6th Floor,
                 Wilmington, DE 19801-6108
aty            +Alessandra Glorioso,    Dorsey & Whitney (Delaware) LLP,     300 Delaware Avenue,    Suite 1010,
                 Wilmington, DE 19801-1671
aty            +Andrew D. Behlmann,    Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty            +Benjamin M. Rhode,    Kirkland & Ellis LLP,    300 North LaSale,    Chicago, IL 60654-5412
aty            +Brya Michele Keilson,    Morris James LLP,    500 Delaware Avenue, Suite 1500,    P.O. Box 2306,
                 Wilmington, DE 19899-2306
aty            +Christopher M. Samis,    Potter Anderson & Corroon LLP,     1313 N. Market Street, 6th Floor,
                 Wilmington, DE 19801-6108
aty            +Daniel J. Saval,    Kobre & Kim LLP,    800 Third Avenue,    New York, NY 10022-7775
aty            +Diana M. Perez,    O'Melveny & Myers LLP,    7 Times Square,    New York, NY 10036-6524
aty            +Domenic E. Pacitti,    Klehr Harrison Harvey Branzburg LLP,     919 Market Street,    Suite 1000,
                 Wilmington, DE 19801-3030
aty            +Dong Xu,    Kobre & Kim LLP,    800 Third Avenue,    New York, NY 10022-7775
aty            +Eric Lopez Schnabel,    Dorsey & Whitney LLP,    51 W. 52nd Street,    New York, NY 10019-6119
aty            +Frederick B. Rosner,    The Rosner Law Group LLC,     824 Market Street, Suite 810,
                 Wilmington, DE 19801-4939
aty            +GianClaudio Finizio,    Bayard, P.A.,    600 North King Street,    Suite 400,
                 Wilmington, DE 19801-3779
aty            +James E O'Neill,    Pachulski Stang Ziehl & Jones LLP,     919 North Market Street, 17th Floor,
                 Wilmington, DE 19801-3034
aty             James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,     919 North Market Street, 17th Floor,
                 PO Box 8705,    Wilmington, DE 19899-8705
aty            +Jared T. Green,    Seitz, Van Ogtrop & Green, P.S.,     222 Delaware Avenue,    Suite 1500,
                 P.O. Box 68,    Wilmington, DE 19899-0068
aty            +Jeffrey D. Prol,    Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty            +Jeffrey W. Dulberg,    Pachulski Stang Ziehl & Jones LLp,     10100 Santa Monica Boulevard,
                 13th Floor,    Los Angeles, CA 90067-4003
aty            +Jeremy D. Merkin,    Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty            +Jinshu Zhang,    Dentons US LLP,    601 S. Figueroa Street,    Suite 2500,
                 Los Angeles, CA 90017-5709
aty             John A. Moe, II,    Address Not On File
aty             John Han,    Kobre & Kim LLP,    ICBC Tower, 6th Floor,    3 Garden Road,    Central,    HONG KONG
aty            +L. Katherine Good,    Potter Anderson & Corroon LLP,     1313 N. Market Street,    6th Floor,
                 Wilmington, DE 19801-6108
aty            +Malhar S. Pagay,    10100 Santa Monica Boulevard,    Suite 1100,    Los Angeles, CA 90067-4111
aty            +Matthew P. Austria,    Austria Legal, LLC,    1007 N. Orange Street, 4th Floor,
                 Wilmington, DE 19801-1242
aty            +Morton R. Branzburg,    Klehr Harrison Harvey Branzburg LLP,     1835 Market Street, Suite 1400,
                 Philadelphia, PA 19103-2945
aty            +Neil B. Glassman,    Bayard, P.A.,    600 North King Street,    Suite 400,
                 Wilmington, DE 19801-3779
aty             Ray Liu,    Twin Towers (West), Suite 1503-1505,     B12 Jianguomenwai Avenue,    Chaoyang District,
                 Beijing,    100022,    CHINA
aty             Richard M. Pachulski,    Pachulski Stang Ziehl & Jones LLP,
                 10100 Santa Monical Blvd. 13 th Floor,    919 N. Market Street, 17th floor,
                 Los Angeles, CA    90067
aty            +Sally E. Veghte,    Klehr Harrison Harvey Branzburg LLP,     919 North Market Street,    Suite 1000,
                 Wilmington, DE 19801-3030
aty            +Scott D. Cousins,    Bayard, P.A.,    600 North King Street,    Suite 400,
                 Wilmington, DE 19801-3779
aty            +Suzzanne Uhland,    610 Newport Center Dr 17th Flr,    Newport Beach, CA 92660-6419
aty            +Vincent J. Roland,    Ballon Stoll Bader & Nadler PC,    729 Seventh Avenue   17th Floor,
                 New York, NY 10019-6887
aty            +Vincent J. Roldan,    Ballon Stoll Bader & Nadler, PC,    729 Seventh Avenue,    17th Floor,
                 New York, NY 10019-6887
aty            +Wenjie Sun,    Grandall & Partners Consulting LLC,    729 Seventh Avenue   17th Floor,
                 New York, NY 10019-6887
aty            +Yates M. French,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty            +Zhao Liu,    The Rosner Law Group LLC,    824 Market Street, Suite 810,
                 Wilmington, DE 19801-4939
cr             +EScribers, LLC,    352 7th Avenue,    New York, NY 10001-5189
op             +Epiq Corporate Restructuring, LLC,    www.epiqsystems.com,    777 Third Avenue, 12th Floor,
                 New York, NY 10017-1302
40055727        BANK OF BEIJING CO. LTD. (XIANGSHUWAN B),    1-1, 1-2, 1-3, BUILDING 1,
                 2ND DISTRICT, XUEFU SHUJIAYUAN,,    HAIDIAN DISTRICT,    BEIJING, BEIJING   100085 CHINA
40056127        BEIJING BAIDING NEW CENTURY BUS MGT CO,    BUILDING 3, 13 COURTYARD NO,,
                 WORKERS SADIUM NORTH ROA,    CHAOYANG DISTRICT,    BEIJING, BEIJING   100000 CHINA
40056307        BEIJING BAIRUI CULTURE MEDIA CO, LTD,    12 FLOORS, BLOCK B, WANTONG CENTER,
                 NO. 6, CHAOWAI STREET, CHAOYANG DISTRICT,    CHAOYANG DISTRICT,    BEIJING, BEIJING   10005 CHINA
40055728        BEIJING BLUE GIANT REAL ESTATE INVEST.,    12 FLOORS, BLOCK AB,    WANTONG CENTER,
                 NO. 6, CHAOWAI STREET,    BEIJING, CHAOYANG DISTRICT   100005 CHINA
```

```
District/off: 0973-2          User: smilanoC              Page 2 of 6                   Date Rcvd: Jan 08, 2020
                              Form ID: not                Total Noticed: 196


40056128       BEIJING CENTURY RUIKE SYSTEM TECH CO,    ROOM 608, 6TH FLOOR, NORTH TOWER,
                 DAHENG TECHNOLOGY BUILDING,   NO. 3 SUZHOUS STREET, HAIDIAN DISTRICT,    BEIJING, BEIJING CHINA
40056308       BEIJING CHUANGJIN XINGYE INVESTMENT CENT,    6TH FLOOR, BLOCK B,,   NO.4, EAST WANGJING ROAD,,
                 CHAOYANG DISTRICT,   BEIJING, BEIJING   100102 CHINA
40055729       BEIJING DEHENG (HANGZHOU) LAW OFFICE,    10/F HUAFENG INTERNATIONAL,   200 XINYE ROAD,
                 JINGGAN XINCHENG DISTRICT,   HANGZHOU, ZHEJIA  310020 CHINA
40056129       BEIJING DONGFANG CHEYUN INFORMATION TECH,    ROOM 1123, FLOOR 11,   BUILDING 1, NO. 8-1,
                 WEST FOURTH RING RD SOUTH, FENGTAI DIST,    BEIJING, BEIJING  100000 CHINA
40056309       BEIJING FORTUNE TIES PROPERTIES CO LTD,    ROOM 1102, FLOOR 10, BUILDING 3,
                 105 YAOJIAYUAN ROAD,   CHAOYANG DISTRICT,   BEIJING, BEIJING  100000 CHINA
40056130       BEIJING HAIDIAN TECHNOLOGY FINANCIAL CAP,    ROOM 1520 NO.66 RD.,   NORTH FOURTH RING ROAD,
                 HAIDIAN DISTRICT,   BEIJING, BEIJING  100080 CHINA
40056310       BEIJING HONGCHENG XINTAI PROPERTIES LTD,    1501, FLOOR 15, BUILDING 3,   105 YAOJIAYUAN ROAD,
                 CHAOYANG DISTRICT,   BEIJING, BEIJING  100025 CHINA
40055731       BEIJING HUAXING MOBILE ASSET MANAGEMENT,    9 FLOORS, BLOCK B, DERUN BUILDING,,
                 BUILDING 1, NO. 3 YONGAN DONGLI JIA,,    CHAOYANG DISTRICT,   BEIJING, BEIJING  100022 CHINA
40056131       BEIJING JIAXIN TENGDA INFORMATION CONSUL,    ROOM 1019,10TH FLOOR, BUILDING 1,
                 NO. 166 FUSHI ROAD,   SHIJINGSHAN DISTRICT,    BEIJING, BEIJING 100043 CHINA
40056311       BEIJING SIWEI EQUITY INVESTMENT MGMT,    ROOM 2608, PENGRUN BUILDING,,   NO.26 XIAOYUN ROAD,,
                 CHAOYANG DISTRICT,   BEIJING, BEIJING  100016 CHINA
40055732       BEIJING YINGDA CAPITAL MANAGEMENT CO., LT,    22 FLOORS,
                 WEST TOWER OF GLOBAL FINANCIAL CENTER,,    CHAOYANG DISTRICT,   BEIJING, BEIJING  100020 CHINA
40056132       BOE TECHNOLOGY (HONG KONG) LTD.,    8 XIHUAN ZHONG LU,   YIZHUANG ECONOMIC AND TECHNOLOGICAL,
                 DEVELOPMENT ZONE,   BEIJING, BEIJING  102600 CHINA
40056312       CHANGJIANG SECURITIES ASSET MGT LTD.,    27F, CENTURY LINK TOWER 1,   NO.1198 CENTURY AVENUE,,
                 PUDONG NEW DISTRICT,   SHANGHAI  200122 CHINA
40056123       CHINA CITIC BANK CO., LTD. HEAD OFFICE,    ROOM 1001,10TH FLOOR, BLOCK E,,
                 GLOBAL TRADE CENTER, NO.36 NORTH,    THIRD RING ROAD, DONGCHENG DISTRIC,
                 BEIJING, BEIJING  100013 CHINA
40056303       CHINA CONSUMER CAPITAL FUND II, L.P.,    A303, BLOCK A, ZHONGLIANG PLAZA,,
                 8 JIANGUOMEN NEIJIE STREET,,   DONGCHENG DISTRICT,    BEIJING, BEIJING  100005 CHINA
40056313       CHINA EVERGRANDE GROUP,    PO BOX 309, UGLAND HOUSE,   GRAND CAYMAN KY1-114 CAYMAN ISLANDS
40056124       CHINA MERCHANTS BANK CO., LTD.,    SHANGHAI, CHINA MERCHANTS BANK ROOM 1609,
                 NO. 1717, NORTH SICHUAN ROAD,    HONGKOU DISTRICT,    SHANGHAI, SHANGHAI  200080 CHINA
40056304       CHINA MINSHENG TRUST CO., LTD.,    18TH FLOOR, BLOCK C,   MINSHENG FINANCIAL CENTER, 28,
                 JIANGUOME INNER STREET, DONGHCENG DIST,    BEIJING  100005 CHINA
40056314       CHINA SOFT GROWING INVEST WUXI PARTSHP.,    ROOM 1612, YINGU BUILDING NO.9,,
                 WEST NORTH 4TH RING RD, HAIDIAN DISTRICT,    BEIJING, BEIJING  100190 CHINA
40056125       CHINA ZHESHANG BANK CO., LTD. BEIJING,    ROOM 5701, BLOCK B,,
                 CHINA WORLD TRADE CENTER TOWER III,,    NO.1 JIANGUOMENWAI STREET,CHAOYANG DISTR,
                 BEIJING, BEIJING  100020 CHINA
40056305       CHONGQING STRATEGIC EMERGING INDUSTRY LE,    16, BLOCK B1, TUXING,,   NO.92 XINGGUANG ROAD,,
                 NEW NORTHERN DISTRICT,   CHONGQING, CHONGQING  401121 CHINA
40056315       CHONGQING YINGFEI HENGXIN INVEST MGT FFC 2812,    NO. 1 FORTUNE AVENUE,   YUBEI DISTRICT,
                 CHONGQING, CHONGQING  401120 CHINA
40056644       China Evergrande Group,    35/F Excellent Houhai Financial Center,
                 No. 1126 Hyde Road, Nanshan District,    Shenzhen, China 51805
40056126      +DENTONS LLP,    ATTN: DANIEL G. MORRIS/WILLIAM OBRIEN,    1900 K STREET NW,
                 WASHINGTON, DC 20006-1100
40056306       E-TOWN INTERNATIONAL HOLDING (HONG KONG) CO LTD,    23-25 FLOORS, BLOCK A, YAICHENG WEALTH,
                 22 RONGHUA RD, ECONOMIC & TECHNOLOGICAL,    DEVELOPMENT ZONE DAXING DISTRICT,
                 BEIJING, BEIJING  100176 CHINA
40056344       EVERBRIGHT XINGLONG TRUST CO., LTD. 10F,,    FINANCIAL STREET CENTER BUILDING,,
                 NO.9 FINANCIAL STREET,   BEIJING, BEIJING 100032 CHINA
40056355       GUOTAI JUNAN SECURITIES CO., LTD,   16F, NO.650,,   HANKOU ROAD,,   HUANGPU DISTRICT,
                 SHANGHAI, SHANGHAI 200001 CHINA
40056515       HAIXIA BANK OF FUJIAN,    358 JIANGBIN MIDDLE AVENUE,   TAIJING DISTRICT,
                 FUZHOU, FUJIAN  350009,   CHINA
40056506      +HANS SAN JOSE HOSPITALITY,    420 MADISON AVENUE,   SUITE 500,   NEW YORK, NY 10017-1175
40056346       HANS SAN JOSE HOSPITALITY,    3953 NORTH 1ST STREET,   SAN JOSE, CA  95134
40056516       HONG LIU,   ROOM 2256, BUILDING 1, ZONE 2,    86 BEIYUAN ROAD,,   CHAOYANG DISTRICT,
                 BEIJING, BEIJING  100101 CHINA
40056347       HONGHU DA,   NO.18,   HAIAN ZHONGBA, SOUTH ROAD NANTONG,,   JIANGSU,   226699 CHINA
40056507       HUAFU SECURITIES CO., LTD.,    18F, CHINA MERCHANTS BANK TOWER,,   NO.1088 LUJIAZUI RING ROAD,,
                 PUDONG NEW DISTRICT,   SHANGHAI, SHANGHAI  200120 CHINA
40056517       HUARONG SECURITIES CO., LTD.,    BEIJING BRANCH 3/F, BLOCK C,,
                 NO.8 FINANCIAL STREET, XICHENG DISTRICT,    BEIJING, BEIJING  100033,   CHINA
40056348       HUAXIA LIFE INSURANCE CO. LTD.,    NO. 2ZENNG1 SHUILAN ROAD,   CENTRAL BUSINESS DISTRICT,
                 BINHAI NEW DISTRICT,   TIANJIN 300457 CHINA
40056508       HUAXIN INTERNATIONAL TRUST CO., LTD.,    11TH FLOOR, TOWER B,   CHINA HUADIAN BUILDING,
                 NO. 2 XUANWUMEN NEI STREET, XICHENG DIST,    BEIJING, BEIJING  100031 CHINA
40056349       HUITIAN NETWORK TECHNOLOGY CO., LTD.,    ROOM 209, NO. 1 XUXINZHUANG STREET,   SOAGZHUANG TOWN,
                 TONGZHOU DISTRICT,   BEIJING 101119 CHINA
40056518       HUITIAN NETWORK TECHNOLOGY CO., LTD.,    NO.19, JIUZHONG ROAD,,   JIUGONG TOWN,
                 DAXING DISTRICT,   BEIJING, BEIJING  102600 CHINA
40056509       HUIZHOU SPEED & SECOND CURVE CAPITAL MGT,    HONGXITAI 8-1008, SECOND STREET,,
                 SUN PALACE, CHAOYANG DISTRICT,    BEIJING, BEIJING  100028 CHINA
40056350       JIANGSU HONGTU VENTURE CAPITAL,    MANAGEMENT CO LTD 7TH FLOOR,BLOCK D,,
                 QIAOFU FANGCAODI, NO. 9 DONGDAQIAO ROAD,,    CHAOYANG DISTRICT,
                 BEIJING, BEIJING  100020 CHINA
```

```
District/off: 0973-2           User: smilanoC             Page 3 of 6              Date Rcvd: Jan 08, 2020
                               Form ID: not               Total Noticed: 196


40056510       JIANGYIN HAILAN INVESTMENT HOLDING CO.,,    HAILAN INVESTMENT,,
                 HAILAN GARMENT INDUSTRY CITY, XINQIAO TO,     JIANGYIN, JIANGSU    214400,    CHINA
40056520       JIAXING HAIWEN INVESTMENT PARTNERSHIP (L,    A10F, LIANGMAMINGJU,    36 LIANGMAQIAO ROAD,,
                 CHAOYANG DISTRICT,    BEIJING, BEIJING   00125 CHINA
40056351       JILIN JIUTAI RURAL COMMERCIAL BANK,    NO. 2559 WEISHAN ROAD,    GAOXIN DISTRICT,
                 CHANGCHUN, JILIN   130015,    CHINA
40056511       JINAN RUI SI LE ENTERPRISE MANAGEMENT CO,    BUILDING A3, BUILDING 18,,
                 ZHONGRUN CENTURY PLAZA, 13777 JINGSHI RO,    LIXIA DISTRICT,    JINAN, SHANDONG   250000 CHINA
40056521       JINHUA ZUMO NETWORK TECHNOLOGY CO., LTD.,    4 FLOORS, BUILDING 20,    HUIYIN MINGZUN,599 LANE,,
                 YUNLING EAST ROAD, PUTUO DISTRICT,    SHANGHAI, SHANGHAI   200062 CHINA
40056352       JUSTIN C. HSIANG,    LAW OFFICE OF JUSTIN C. HSIANG,    5 THIRD STREET,    SUITE 1100,
                 SAN FRANCISCO, CA   94103-3212
40056645       Jianjun Peng,    35/F Excellent Houhai Financial Center,    No. 1126 Hyde Road, Nanshan District,
                 Shenzhen, China 51805
40056512      +KANSAS DEPT OF REVENUE,    120 SE 10TH AVE,    TOPEKA, KS 66612-1103
40056354       KOBRE AND KIM LLP,    ATTN: JOHN HAN,    ICB TOWER 6TH FLOOR,    3 GARDEN ROAD,
                 CENTRAL HONG KONG CHINA
40056513      +KOBRE AND KIM LLP,    ATTN: CHRISTOPHER COGBURN,    800 THIRD AVENUE,    NEW YORK, NY 10022-7775
40056523      +KOBRE AND KIM LLP,    ATTN: DANIEL ZAHHER/MICHAEL K. NG,    150 CALIFORNIA ST,    19TH FLOOR,
                 SAN FRANCISCO, CA 94111-4550
40056353       KOBRE AND KIM LLP,    ATTN: CALVIN K KOO,    ICBC TOWER 6TH FLOOR,    3 GARDEN ROAD,
                 CENTRAL HONG KONG CHINA
40056524      +LATHAM & WATKINS LLP,    10250 CONSTELLATION BOULEVARD,,    SUITE 1100,
                 LOS ANGELES, CA 90067-6268
40056525       LE HOLDINGS (BEIJING) CO. LTD,    ROOM 1102, FLOOR 10, BLDG. 3,    105 YAOJIAYUAN ROAD,
                 CHAOYANG DISTRICT,    BEIJING, BEIJING   100025 CHINA
40056535       LEAN YINGYUN (TIANJIN) CULTURE,    COMMUNICATION LIMITED PARTNERSHIP,
                 ROOM 204-366, CHUANGZHI BUILDING,    NO. 482, ANIMATION MIDDLE ROAD,
                 TIANJIN, TIANJIN   300000 CHINA
40056571       LEPU YINGTIAN (TIANJIN),    CULTURE COMMUNICATION LTD PARTNERSHIP,
                 ROOM 204-367 CHUANGZHI BUILDING,    NO. 482, ANIMATION MIDDLE ROAD,
                 TIANJIN, TIANJIN   300000 CHINA
40056526       LESAI MOBILE (BEIJING) CO LTD,    1001, FLOOR 9, BUILDING 3,    105 YAOJIAYUN ROAD,
                 CHAOYANG DISTRICT,    BEIJING 100025 CHINA
40056536       LESAI MOBILE HK LIMITED,    UNIT 06, 3/F BONHAM TRADE CENTER,    50 BONHAM STRAND,
                 SHEUNG WAN 999077 HONG KONG
40056572       LESHI INTERNET INFORMATION & TECHNOLOGY,    CORP., BEIJING CHINA,
                 BUILDING 3, 105 YAOJIAYUAN RAOD,    CHAOYANG DISTRICT,    BEIJING 100025 CHINA
40056527       LESHI MOBILE INTELLIGENT INFO TECHNOLOGY,    NO. 1, LINKONG 2ND ROAD,,
                 NORTH WENHUAYING VILLAGE,    GAOLIYING TOWN, SHUNYI DISTRICT,    BEIJING, BEIJNG   101399 CHINA
40056537       LESHI ZHIXIN ELECTRONIC TECHNOLOGY,    (TIANJIN) CO., LTD.,    201-427, 2ND FLOOR, B1 DISTRICT,
                 ANIMATION BLD, NO. 126,    ANIME MEIDDLE ROA, TIAJIN ECO-CITY CHINA
40056573       LETV FILM (BEIJING) CO., LTD.,    ROOM 1002, BUILDING A,,    NO.9 EAST FENGXIANG STREET,,
                 YANGSONG TOWN, HUAIROU DISTRICT,    BEIJING, BEIJING   101499 CHINA
40056528       LETV SPORTS CULTURE INDUSTRY DEVELOPMENT,    1102, FLOOR 10, BUILDING 3,    105 YAOJIAYUAN RD,
                 CHAOYANG DISTRICT,    BEIJING, BEIJING   100025 CHINA
40056538       LEVIEW MOBILE HK LIMITED,    NO. 1, LINKONG 2ND ROAD,,    NORTH WENHUAYING VILLAGE,
                 GAOLIYING TOWN, SHUNYI DISTRICT,    BEIJING, BEIJING   101399 CHINA
40056574      #+LEWIS & LLEWELLYN LLP,    505 MONTGOMERY STREET,,    SUITE 1300,    SAN FRANCISCO, CA 94111-2551
40056529       LEZHENG RONGTONG (TIANJIN) CULTURE,    COMMUNICATION LP,    ROOM 204-367, CHUANGZHI BUILDING,
                 NO. 482, ANIMATION MIDDLE ROAD,    TIANJIN, TIANJIN   300000 CHINA
40056539       LIJIE YANG,    4-11B,    CHAOYANG PARK,    CHAOYANG DISTRICT,    BEIJING, BEIJING   100005 CHINA
40056530       LINFEN INVESTMENT GROUP CO. LTD,    CITY INVESTMENT BUILDING,    WEST FENHE ROAD,
                 LINFEN ECONOMIC/TECHNOLOGICAL DEV ZONE,    SHANXI, LINFEN   041000 CHINA
40056540       MACROLINK GROUP HOLDINGS CO., LTD.,    10TH FLOOR MACROLINK GROUP HQ BLDG,
                 TAIHUN TOWN, GOVERNMENT STREET,    TONGZHOU DISTRICT,    BEIJING 101116 CHINA
40056576       MACROLINK GROUP HOLDINGS CO., LTD.,    17F, XINHUALIAN BUILDING,,
                 NO.18, DAJIAJIAYUAN, DONGSIHUAN,    MIDDLE ROAD, CHAOYANG DISTRICT,
                 BEIJING, BEIJING   100025 CHINA
40056531       MARVEL BEST TECHNOLOGY LIMITED,    MINHUA INDUSTRIAL,    CITY OFFICE BUILDING,
                 LONGSHAN ROAD, DAYA BAY,    NEW TERRITORIES, HONG KONG 999077
40056541       MARVEL BEST TECHNOLOGY LIMITED SHA TIN,    KWEI TEI STREET,    FO TAN 10-14,
                 NEW TERRITORIES, HONGKONG  999077,    CHINA
40056577       MENGWU,    NO. 36, 36 SHUNWANG STREE, XINCHENG TOWN,    HENGQU COUNTY,    YUNGCHENG,
                 SHANXI 043700 CHINA
40056532       NANJING DEJIN INVESTMENT MANAGEMENT CO.,    23 FLR OF ATTACHED BUILDING ZIFENG BANK,
                 ZHONGSHAN NORTH ROAD, GULOU DISTRICT,    NANJING, JIANGSU   210000,    CHINA
40056542       NANJING KAEN INDUSTRY AND TRADE CO., LTD,    NO.11,    YONGLE ROAD, QINHUAI DISTRICT,
                 NANJING, JIANGSU  210022,    CHINA
40056578       NELSON WILSON GOODELL,    THE GOODELL LAW FIRM,    5 THIRD STREET,    SUITE 1100,
                 SAN FRANCISCO, CA   94103-3212
40056533       NINGBO HANGZHOU BAY NEW AREA LERAN INVES,    105 YAOJIAYUAN ROAD,,    LERONG BUILDING,,
                 CHAOYANG DISTRICT,    BEIJING, BEIJING   100123 CHINA
40056579       O-FILM GLOBAL (HK) TRADING LIMITED &,    NANCHANG O-FILM PHOTOELECTRIC TECH CO,
                 13TH FLOOR, CHINA MERCHANTS PLAZA,    NO. 1008 WANGHAI ROAD, NANSHAN DISTRICT,
                 SHENZHEN, GUANGDON   518000 CHINA
40056569      +OCEAN VIEW DRIVE INC.,    7 MARGUERITE DRIVE,    RANCHO PALOS VERDES, CA 90275-4476
40056534       ORIENT SECURITIES CO., LTD.,    7TH FLOOR, ORIENT SECURITIES BUILDING,,
                 118 WAIMA ROAD, HUANGPU DISTRICT,    SECURITIES FINANCE BUSINESS HEADQUARTERS,
                 SHANGHAI, SHANGHAI 200010 CHINA
```

```
District/off: 0973-2           User: smilanoC              Page 4 of 6                  Date Rcvd: Jan 08, 2020
                               Form ID: not                Total Noticed: 196


40056570       ORIENTAL LIGHT CONSULTING LIMITED,    ROOM 1102, BLOCK C, BUILDING 7,
                 NO.1872, BALIZHUANG BEILI PARK,    CHAOYANG DISTRICT,    BEIJING, BEIJING CHINA   100028 CHINA
40056580      +PACIFIC TECHNOLOGY HOLDING LLC,    30037 AVENIDA ESPLENDIDA,
                 RANCHO PALOS VERDES, CA 90275-5420
40056581       PAUL DAVID MURPHY,    MURPHY ROSEN LLP,    100 WILSHIRE BLVD.,    SUITE 1300,
                 SANTA MONICA, CA   90401-1191
40056591       PENG SHI,    ROOM 1701, UNIT 1, FLOOR 7,    JINTI INTERNATIONAL GARDEN,
                 91 JIANGUO ROAD, CHAOYANG DISTRICT,    BEIJING, BEIJING   10020 CHINA
40056601       PING AN BANK CO. LTD. - SHENZHEN BRANCH,    THIRD FLOOR, NANTOU SUB-BRANCH,
                 PING AN BANK, DEVELOPMENT BUILDING,    NO. 171 TAOYUAN ROAD, NANSHAN,
                 SHENZHEN, GANGDONG CHINA
40056582       PING AN BANK CO., LTD. BEIJING BRANCH,    ROOM 1105, BUILDING A,,
                 ORIENTAL MEDIA CENTER NO.4 GUANGHUA ROAD,    CHAOYANG DISTRICT,
                 BEIJING, BEIJING   100026 CHINA
40056592       PING AN SECURITIES CO., LTD,    ROOM 1105, BUILDING A,    ORIENTAL MEDIA CENTER,
                 NO.4 GUANGHUA ROAD CHAOYANG DISTRICT,    BEIJING, BEIJING   100026 CHINA
40056602       PING AN SECURITIES CO., LTD.,    63F, PING AN FINANCIAL CENTER,,    5033 YITIAN ROAD,,
                 FUTIAN DISTRICT,    SHENZHEN, GANGDONG   518017 CHINA
40056583       QC INVESTMENT LTD.,    27 FLOOR, JIAJIE INTERNATIONAL PLAZA,,    NO.1717 NORTH SICHUAN ROAD,,
                 HONGKOU DISTRICT,    SHANGHAI, SHANGHAI   200085 CHINA
40056593       QINGDAO HUANGHAI PHARMACEUTICAL FOOTBALL,    GUOXIN STADIUM,,
                 NO.3 YINCHUAN EAST ROAD, LAOSHAN DISTRIC,    QINGDAO, SHANDONG   266035,    CHINA
40056603       QUANZHOU DINGS INVESTMENT MANAGEMENT CO,    8 FLOORS,361 BLDG, 157 & 159 DUNLING RD,
                 HULI HIGH-TECH PARK, HULI DISTRICT,    XIAMEN, FUJIAN 361015,    CHINA
40056584       SANPOWER (HONG KONG) COMPANY LIMITED,    SANPOWER GROUP,
                 NO. 68 SOFTWARE AVENUE, YUHUATAI DISTRIC,    NANJING, JIANGSU   210012,    CHINA
40056594       SANYA SHUGUANG REAL ESTATE DEV CO LTD,    2ND FLOOR, BUILDING 2,
                 JIABAO GARDEN, 98 FENGHUANG ROAD,    SANYA,    HAINAN 572005 CHINA
40056604       SHANGHAI BIAOPU INVESTMENT MANAGEMENT CO,    ROOM 1107,   NO.58 CHANGLIU ROAD,,
                 PUDONG NEW DISTRICT,    SHANGHAI, SHANGHAI   200135 CHINA
40056585       SHANGHAI CHUNHUA JINGLI INVESTMENT CENTER,    48TH FLOOR, TOWER A,
                 INTERNATIONAL TRADE BUILDING,    NO. 1 JIANGUOMENWAI STREET,    BEIJING, BEIJING   100020 CHINA
40056595       SHANGHAI HAIYUE INVESTMENT MANAGEMENT CO,    19 FLOOR 1901, BLOCK C, CAIZHI BUILDING,,
                 18 ZHONGGUANCUN EAST ROA,    HAIDIAN DISTRICT,    BEIJING, BEIJING   100190 CHINA
40056605       SHANGHAI JUNYING ASSET MGT PARTNERS,    ROOM 905, LIANGYOU BUILDING,,    NO.618, SHANGCHENG ROAD,,
                 PUDONG NEW AREA,    SHANGHAI, SHANGHAI   200120 CHINA
40056596       SHANGHAI LAN CAI ASSET MANAGEMENT,    12 FLOORS BLOCK AB,    WANTONG CENTER,
                 NO. 6, CHAOWAI STREET,    BEIJING, BEIJING 100005 CHINA
40056586       SHANGHAI LAN CAI ASSET MANAGEMENT CO., L,    NO.329, BLOCK B,NO.28,,    XINJIEKOUWAI STREET,,
                 XICHENG DISTRICT,    BEIJING   100088 CHINA
40056606       SHANGHAI LEYU CHUANGYE INVESTMENT MANAGE,    2301B URBAN HEADQUARTERS BUILDING,,
                 168 TIBET MIDDLE ROAD,,    HUANGPU DISTRICT,    SHANGHAI, SHANGHAI   200001 CHINA
40056587       SHANGHAI LEYU INVESTMENT CENTER (LP),    29F, NO.6,LANE 2,,    WEIFANG WEST ROAD,,
                 PUDONG NEW DISTRICT,    SHANGHAI, SHANGHAI   200122 CHINA
40056597      +SHANGHAI QICHENGYUEMING INVT PARTNERSHIP,    DENTONS US LLP,    ATTN:    JAE K. PARK,
                 601 SOUTH FIGUEROA STREET, SUITE 2500,    LOS ANGELES, CA 90017-5709
40056607       SHENZHEN JINCHENG COMMER. FACTORING CO.,    12 FLOORS, BLOCK AB,    WANTONG CENTER,
                 NO. 6, SHAOWAI STREET, CHAOYANG DISTRICT,    CHAOYAN DISTRICT, BEIJING   100005 CHINA
40056588       SHENZHEN JINCHENG COMMERC. FACTORING CO,    ROOM 201, BUILDING A, NO.1,    QIANWAN 1ST RO QIANHAI,
                 SHENZHEN-HONG KONG COOPERATION Z,    SHENZHEN, GUANGDONG   518054 CHINA
40056598       SHENZHEN LESHI XINGENVERTICAL INTEGRATIO,    S125,1ST FLOOR,,    YANSHA CENTER OFFICE BUILDING,,
                 50 LIANGMAQIAO ROAD, CHAOYANG DISTRICT,    BEIJING, BEIJING   100125 CHINA
40056608       SHENZHEN LETV XINGEN M&A FUND INVEST MGT,    S125, YANSHA CENTER OFFICE BUILDING,
                 NO. 50 LIANGMAQIO ROAD,    CHAOYANG DISTRICT,    BEIJIING 100000 CHINA
40056589       SHENZHEN LETV XINGEN NO.1 INVEST MGT,    S125, YANSHA CENTER OFFICE BUILDING,
                 NO. 50 LIANGMAQIO ROAD,    CHAOYANG DISTRICT,    BEIJIING 100000 CHINA
40056599       SHENZHEN QIANHAI ANXING,    ASSET MANAGEMENT CO,    ROOM 201, BUILDING A, NO. 1,
                 QIANWAN FIRST ROAD, QIANHAI,    SHENZHEN-HONG KONG COOPERATION ZONE
40056609       SHENZHEN WINZHONGTONG NON-FINANCING GUAR,    7F GUORUN COMMERCIAL PLAZA B,
                 NO.46 SOUTH ROAD OF WEST 4TH RING,,    FENGTAI DISTRICT,    BEIJING, BEIJING   100858 CHINA
40056590       SHENZHEN YINGDA CAPITAL MANAGEMENT CO.,,    22ND FLOOR, WEST TOWER,,    WORLD FINANCIAL CENTER,,
                 CHAOYANG DISTRICT,    BEIJING, BEIJING   100020 CHINA
40056600       SICHUAN XUNLING TECHNOLOGY CO. LTD.,    NO. 138, JIALING JIANGXI ROAD,    DEYANG,
                 SICHUAN   618000,    CHINA
40056610      +SMART KING LTD.,    18455 S FIGUEROA STREET,    GARDENA, CA 90248-4503
40056621       SUNFLOWER ASSET MANAGEMENT,    (JIAXING) CO. LTD.,    ROOM 402, NO. 2176 FANGGONG ROAD,
                 NANHU DISTRICT, JIAXING,    ZEHJIANG PROVINCE CHINA
40056631       SWIFT TALENT INVESTMENTS LIMITED,    17 FLOORS, BLOCK B, RONGKE,    INFORMATION CEN,
                 NO.2 SOUTH ROAD, ACADEMY OF SCIENCES,    HAIDIAN DISTRICT,    BEIJING, BEIJING   100080 CHINA
40050281      +Shanghai Qichengyueming Investment Partnership Ent,    c/o John A. Moe, II,
                 601 S. Figueroa Street, 25th Floor,    Los Angeles, CA 90017-5704
40056612      +THE GOODELL LAW FIRM,    5 THIRD STREET,    SUITE 1100,    SAN FRANCISCO, CA 94103-3212
40056622       TIANJIN NORD INVESTMENT CO., LTD.,    9TH FLOOR, BLOCK B,,    FENGMING INTERNATIONAL BUILDING,,
                 XICHENG DISTRICT,    BEIJING, BEIJING   100034 CHINA
40056632       TWC GROUP CO., LTD.,    12 FLOORS, BLOCK AB,    WANTONG CENTER,    NO 6, CHAOWAI STREET,
                 CHAOYANG DISTRICT, BEIJING   100005 CHINA
40056613      +WALKER STEVENS CANNOM LLP,    ATTN: AMANDA WALKER/BETHANY STEVENS,    500 MOLIN ST.,    SUITE 118,
                 LOS ANGELES, CA 90013-1777
40056623      +WARM TIME INC.,    30037 AVENIDA ESPLENDIDA,    RANCHO PALOS VERDES, CA 90275-5420
```

```
District/off: 0973-2          User: smilanoC            Page 5 of 6               Date Rcvd: Jan 08, 2020
                              Form ID: not              Total Noticed: 196


40056614        WEI GAN,   NO. 1 20TH FLOOR BUILDING 21, NO. 162,,    DATIANKAN STREET JINJIAN DISTRICT,,
                  CHENGDU,    SICHUAN   610065 CHINA
40056633        WEI GAN,   BUILDING 21, NO. 162, DATIANKAN STREET,    JINJIAN DISTRICT, CHENGDU,    SICHUAN,
                  610065 CHINA
40056624        WEIDONG ZHU,    ROOM 1005,    450 CAOYANG ROAD,,   PUTUO DISTRICT,
                  SHANGHAI, SHANGHAI   200063 CHINA
40056634        WEIHUA QIU,    ROOM 1001,10 FLOORS, BLOCK 1,,    INDIGO NO.20 JIUXIANQIAO ROAD,
                  CHAOYANG DISTRICT,    BEIJING, BEIJING   100016 CHINA
40056615        WELLS FARGO BANK,    1404 SARTORI AVE,    TORRANCE, CA   90501
40056625        WESTERN SECURITIES CO., LTD,    ROOM 10000 BUILDING 8,,    NO.319, DONGXIN STREET,
                  XINCHENG DISTRICT,    XIAN, SHANXI   710004 CHINA
40056616        WUHAN CREDIT LOAN CO., LTD.,    10TH FLOOR, WEIYE BUILDING,,    XINHUA ROAD,,    JIANGHAN DISTRICT,
                  WUHAN, HUBEI   430022 CHINA
40056626        WUXI LEYIKE ELECTRIC VEHICLE INVESTMENT,    D1605 TALENT APARTMENT,,
                  NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT,    NANJING, JIANGSU   211500,    CHINA
40056636        WUXI PULEYONGHUI INVESTMENT ENTERPRISE,    D1605 TALENT APARTMENT,,
                  NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT,    NANJING, JIANGSU   211500,    CHINA
40056617        XIAMEN OCTUPUS INT. NETWORK TECH,    ROOM 2005,    303 HOUKENG HOUSHE, HULI DISTRICT,
                  XIAMEN, FUJIAN   361015,    CHINA
40056627        XIAMEN ZEJIN FANGFU INVESTMENT PARTNERSH,    ROOM 312, BUILDING 4, LONGSHAN WENCHUANG,
                  PARK, NO.84 LONGSHAN SOUTH RD,,    SIMING DIS,    XIAMEN, FUJIAN   361009 CHINA
40056637        XINYU DINGFENG YINGTONG INVESTMENT MANAG,    NO.9, CHAZI HUTONG,,    EAST DIANMEN STREET,,
                  DONGCHENG DISTRICT,    BEIJING, BEIJING   100005 CHINA
40056618        XIZANG JINMEIHUA INVESTMENT CO., LTD.,    NO.462 MANAGEMENT COMMITTEE,
                  OF YANGDA INDUSTRIAL PARK,,    DUILONG DEQING DISTRICT,    LHASA, TIBET   851400
40056628        YONGQIANG YANG,    301 UNIT 3, BUILDING 5,    YANGGUANG SHANGDONG,
                  DONGSIHUAN NORTH ROAD, CHAOYANG DISTRICT,    BEIJING, BEIJING   100005 CHINA
40056638        YONGQIANG YANG,    FLOOR 16, BUILDING 3,    105 YAOJIAYUAN ROAD,    CHAOYANG DISTRICT,
                  BEIJING, BEIJING   100025 CHINA
40056619        YUANXIN XU,    ROOM 601, NO.105 BUILDING,,    WEST LIZE GARDEN DISTRICT,,    CHAOYANG DISTRICT,
                  BEIJING, BEIJING   100102 CHINA
40056629        YUEFANG JIA,    ROOM 302, BUILDING 5,    YI NO. 36 DONGZHIMENWAI STREET,    DONGCHENG DISTRICT,
                  BEIJING, BEIJING   100000 CHINA
40056639        YUEMIN JIA,    ROOM 501, UNIT 3, BUILDING 1,    NO,21 STUI TA STREET,,    YAODU DISTRICT, LINFEN,
                  SHANXI   41099 CHINA
40056620        YUENIM JIA,    105 YAOJIAYUAN ROAD,    CHAOYANG DISTRICT,    BEIJING, BEIJING   100025,    CHINA
40056630        ZHEJIANG ZHONGTAI CHUANGZHAN ENTERPRISE,    29TH FLOOR, BLOCK T1,,
                  WANGJING POLY INTERNATIONAL PLAZA,,    CHAOYANG DISTRICT,    BEIJING, BEIJING   100102 CHINA
40056640        ZHIJIAN DONG,    1102, ANAYA CITY MANSION,    BEIWA ROAD,    HAIDIAN DISTRICT,
                  BEIJING, BEIJING   100048 CHINA
40056641        ZHONGTAI VENTURE CAPITAL (SHENZHEN) CO.,    5 FLOORS, PACIFIC INSURANCE BUILDING,
                  28 FENGSHENG HUTONG,,    TAIPING BRIDGE STREET, XICHENG DISTRICT,
                  BEIJING, BEIJING   100034 CHINA
40056642        ZHONGYING (TIANJIN) SUPPLY CHAIN MGMT 41 FLOORS,    GLOBAL FINANCIAL CENTER,    HEPING DISTRICT,
                  TIANJIN, TIANJIN   300020 CHINA
40056643        ZHUHAI RONGLE EQUITY INVESTMENT LP,    C603 GLOBAL FINANCIAL CENTER, NO. 1,
                  XUANWUMEN WAI STREET,    BEIJING, BEIJING   10000,    CHINA
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Jan 09 2020 04:24:17      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             E-mail/Text: bankruptcy@ttc.lacounty.gov Jan 09 2020 04:23:54      L.A. County Tax Collector,
                 Bankruptcy Unit,    P.O. Box 54110,    Los Angeles, CA  90051-0110
smg             E-mail/Text: finance.bankruptcy@lacity.org Jan 09 2020 04:23:50      Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA  90053-0200
smg            +E-mail/Text: LAROBankruptcy@SEC.gov Jan 09 2020 04:24:21      Securities & Exchange Commission,
                 444 South Flower St., Suite 900,    Los Angeles, CA 90071-2934
40056345        E-mail/Text: BKBNCNotices@ftb.ca.gov Jan 09 2020 04:24:58      FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS: A-340,    PO BOX 2952,    SACRAMENTO, CA  95812-2952
40056519        E-mail/Text: cio.bncmail@irs.gov Jan 09 2020 04:24:10      INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    PHILADELPHIA, PA  19101-7346
40056522        E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Jan 09 2020 04:24:59      KANSAS DEPT OF REVENUE,
                 ATTN:  BANKRUPTCY UNIT,    CIVIL TAX ENFORCEMENT,    P.O. BOX 12005,    TOPEKA, KS  66601
40056514        E-mail/Text: bankruptcy@ttc.lacounty.gov Jan 09 2020 04:23:54      LA COUNTY TAX COLLECTOR,
                 PO BOX 54110,    LOS ANGELES, CA  90054
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beijing Haidian Technology Financial Capital Holdi
cr              Chian Soft Growing Investment (WUXI) Partnership
cr              China Consumer Capital Fund II, L.P.
cr              China Minsheng Trust Co., Ltd.
cr              Chongqing Strategic Emerging Industry Leeco Cloud
cr              Han's San Jose Hospitality LLC
cr              Huizhou Shibei Second Curve Capital Management Cen
cr              Jiangyin Hailan Investment Holding Co., Ltd.
cr              Jiaxing Haiwen Investment Partnership
cr              Jinan Rui Si Le Enterprise Management Consulting P
cr              Linfen Investment Group, Ltd.
intp            Nancheng O-Film Photoelectric Technology Co., LTD
```

```
District/off: 0973-2              User: smilanoC              Page 6 of 6              Date Rcvd: Jan 08, 2020
                                  Form ID: not                Total Noticed: 196

                  ***** BYPASSED RECIPIENTS (continued) *****
cr              Ningbo Hangzhou Bay New Area Leran Investment Mana
intp            O-Film Global (HK) Trading Limited
crcm            OFFICIAL COMMITTEE OF UNSECURED CREDITORS
cr              Shanghai Lan Cai Asset Management Co, Ltd.
cr              Shanghai Leyu Chuangye Investment Management Cente
cr              Shanghai Qichengyueming Investment Partnership Ent
cr              Tibet Jinmeihua Investment Co. Ltd.
cr              Weidong Zhu
cr              Wuxi Leyike Investment Ltd
cr              Wuxi Pule Investment Ltd
40055730        BEIJING FORTUNE TIMES PROPERTIES CO. LTD,    SHOP E405-1, FLOOR 0401, BUILDING 3,
                 13 COURTYARD NO, WORKERS SADIUM NORTH RD,    CHAOYANG DISTRICT,    BEIJING 100000
40056575        LIN TOU
40056611        SMART TECHNOLOGY HOLDINGS LTD.
aty*           +L. Katherine Good,    Potter Anderson & Corroon LLP,    1313 N. Market Street, 6th Floor,
                 Wilmington, DE 19801-6108
smg*            Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                 Sacramento, CA 95812-2952
smg*            Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
cr*            +Epiq Corporate Restructuring, LLC,    www.epiqsystems.com,    777 Third Avenue, 12th Floor,
                 New York, NY 10017-1302
40056635*       WESTERN SECURITIES CO., LTD,    ROOM 10000 BUILDING 8,,    NO.319, DONGXIN STREET,
                 XINCHENG DISTRICT,    XIAN, SHANXI 710004, CHINA
                                                                                            TOTALS: 25, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Jeffrey W Dulberg    on behalf of Debtor Yueting  Jia jdulberg@pszjlaw.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              Kelly L Morrison    on behalf of U.S. Trustee    U.S. Trustee kelly.l.morrison@usdoj.gov
              Malhar S Pagay    on behalf of Debtor Yueting  Jia mpagay@pszjlaw.com, bdassa@pszjlaw.com
              Randye B Soref    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               rsoref@polsinelli.com,    ccripe@polsinelli.com;ladocketing@polsinelli.com
              Tanya Behnam    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               tbehnam@polsinelli.com,    tanyabehnam@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE TO CREDITORS**

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Yueting Jia<br>**SSN:** xxx–xx–8972<br>**EIN:** N/A<br>aka YT Jia<br><br>91 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | **BANKRUPTCY NO.** 2:19–bk–24804–VZ<br>**CHAPTER** 11 |

Please be advised of the Deadline for Objecting to Dischargeability is FEBRUARY 4, 2020

and not MARCH 24, 2020 as indicated on the Meeting of Creditors Notice entered on

12/23/2019 (Docket Entry #185).

Dated: January 8, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**198 / SMZ**