**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:   310.556.1802
Email:       rsoref@polsinelli.com
Email:       tbehnam@polsinelli.com

*Proposed Co-Counsel for*
*The Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Yeuting Jia<br><br>Debtor, | Chapter 11<br><br>Case No.: 2:19-bk-24804-VZ<br><br>**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY POLSINELLI LLP, *NUNC PRO TUNC* TO DECEMBER 28, 2019, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §1103, BANKRUPTCY RULE 2014, AND LOCAL RULE 2014-1**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 2014-1(b)] |

NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY POLSINELLI LLP AS CO-COUNSEL

71940566.2

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors (the "**Committee**") of Yeuting Jia, the debtor and debtor-in-possession (the "**Debtor**"), in the above-captioned Chapter 11 bankruptcy case, has filed an application (the "**Application**") for Court approval of its employment of the law firm of Polsinelli LLP ("**Polsinelli**") as its bankruptcy co-counsel in connection with this bankruptcy case, effective as of December 28, 2019, the date of date of the Committee's selection of Polsinelli as co-counsel, and upon the terms and conditions set forth in the Application.

**PLEASE TAKE FURTHER NOTICE** that Polsinelli will seek compensation of fees and reimbursement of expenses from the estate pursuant to sections 330 and 331 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that Polsinelli will bill its time for its representation of the Committee on an hourly basis in accordance with Polsinelli's customary hourly billing rates, and will seek reimbursement of its actual and necessary expenses incurred in connection with representing the Committee in this Chapter 11 Case from the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that Polsinelli has not received any retainer for this engagement.

**PLEASE TAKE FURTHER NOTICE** that the principal attorneys expected to represent the Committee in this matter and their hourly rates for this engagement are: Randye B. Soref, a Polsinelli partner whose customary hourly rate is $796.50, Bradley R. Gardner, a Polsinelli partner whose customary hourly rate is $490.50, and Tanya Behnam, a Polsinelli associate whose customary hourly rate is $382.50.

**PLEASE TAKE FURTHER NOTICE** that, to the best of Polsinelli's knowledge and based upon the Declaration of Randye B. Soref submitted in support of the Application, Polsinelli and all attorneys associated with Polsinelli who expect to render services in the Debtor's case are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, do not hold or represent an interest adverse to the Debtor's estate, and do not have any connections with the Debtor, creditors of the Debtor, or any other party in interest in the Debtor's case, or each of

their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Polsinelli LLP, 2049 Century Park East., Suite 2900, Los Angeles, California 90067, Attention: Tanya Behnam, Tel: (310) 556-1801, Fax: (310) 556-1802, Email: tbehnam@polsinelli.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, Polsinelli, Lowenstein Sandler LLP (Attention: Jeremy D. Merkin, Email: jmerkin@lowenstein.com), and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D), (E), or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, Polsinelli will promptly lodge a proposed order approving the Application.

Dated: January 14, 2020.

Polsinelli LLP

By:    /s/ Randye B. Soref
         Randye B. Soref

Proposed Counsel for the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY POLSINELLI LLP, *NUNC PRO TUNC* TO DECEMBER 28, 2019, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §1103, BANKRUPTCY RULE 2014, AND LOCAL RULE 2014-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 14, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 14, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 14, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY BY FIRST LEGAL ON JANUARY 15, 2020
Hon. Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2020 | Cindy Cripe | */s/ Cindy Cripe* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**
71975462.1

# ATTACHMENT TO SERVICE LIST

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

David W. Meadows    david@davidwmeadowslaw.com
Jeffrey W Dulberg on behalf of Debtor Yueting Jia jdulberg@pszjlaw.com
Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov
Malhar S Pagay on behalf of Debtor Yueting Jia mpagay@pszjlaw.com, bdassa@pszjlaw.com
Randye B Soref (Proposed) on behalf of Official Committee of Unsecured Creditors rsoref@polsinelli.com
Tanya Behnam (Proposed) on behalf of Official Committee of Unsecured Creditors tbehnam@polsinelli.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

## 2. SERVED BY UNITED STATES MAIL

| **Debtor**<br>Yueting Jia<br>91 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | | |
|---|---|---|

## 3. SERVED BY EMAIL

| Debtor's Attorney<br>Jeffrey W Dulberg on behalf of Debtor Yueting Jia jdulberg@pszjlaw.com | Debtor's Attorney<br>Malhar S Pagay on behalf of Debtor Yueting Jia<br>mpagay@pszjlaw.com | |
|---|---|---|
| United States Trustee<br>Kelly L Morrison on behalf of U.S. Trustee United States Trustee<br>kelly.l.morrison@usdoj.gov | (Proposed) on behalf of Official Committee of Unsecured Creditors<br>Lowenstein Sandler LLP<br>Andrew D. Behlmann<br>ABehlmann@lowenstein.com | (Proposed) on behalf of Official Committee of Unsecured Creditors<br>Lowenstein Sandler LLP<br>Jeffrey D. Prol<br>jprol@lowenstein.com |
| (Proposed) on behalf of Official Committee of Unsecured Creditors<br>Lowenstein Sandler LLP<br>Jeremy Merkin<br>JMerkin@lowenstein.com | (Proposed) on behalf of Official Committee of Unsecured Creditors<br>Lowenstein Sandler LLP<br>Michael A. Kaplan<br>MKaplan@lowenstein.com | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
71975462.1

F 9013-3.1.PROOF.SERVICE