UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>YUETING JIA,<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:  19-24804 |
| | Operating Report Number:  2 |
| | For the Month Ending:  Nov-19 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          67,111.99

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          1,576.07
ACCOUNT REPORTS          0.00

3.  BEGINNING BALANCE:          65,535.92

4.  RECEIPTS DURING CURRENT PERIOD          47,269.30
    See ** below

5.  BALANCE:          112,805.22

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          25,792.20

7.  ENDING BALANCE:          87,013.02

8.  General Account Number(s):          7987

    Depository Name & Location:          Wells Fargo Bank
    1403 Sartori Ave, Torrance, CA 90501

\*   All receipts must be deposited into the general account.
\*\*  Debtor's sources of income include W2 income from Faraday Future ($25,000 bi monthly - gross)
    and from Warmtime, Inc., from whom Debtor receives rental income for the sublease of real
    property located at 7 Marguerite Dr., Rancho Palos Verdes, CA 90275; 11 Marguerite Dr., Rancho
    Palos Verdes, CA 90275; 15 Marguerite Dr., Rancho Palos Verdes, CA 90275; and 19 Marguerite Dr.,
    Rancho Palos Verdes, CA 90275
    Rent for these properties has been prepaid through May 2020

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/1/2019 | | Boiling Point Gard Gardena CA | Food | $ 15.50 |
| 11/4/2019 | | Kang Hodong Baekje Torrance CA | Food | 118.97 |
| 11/5/2019 | | Popeyes | Food | 36.12 |
| 11/7/2019 | | MO MO Paradise | Food | 91.20 |
| 11/14/2019 | | Tst* Avenue Italy | Food | 156.14 |
| 11/25/2019 | 1003 | Ruokun Jia | Travel reimbursement for first meeting with U.S trustee at Delaware | 10,556.00 |
| 11/27/2019 | | Otop Thai Bbq | Food | 58.34 |
| 11/29/2019 | | Boiling Point | Food | 53.93 |
| 11/29/2019 | 1004 | Ruokun Jia | BK expense related reimbursement for EPIQ payment which paid by RK | 14,706.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 25,792.20 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____11/30/2019_____    Balance on Statement: _____$87,013.02_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                     | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                     | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                                     | $87,013.02 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: | N/A | N/A | N/A | N/A |

## I.D SUMMARY SCHEDULE OF CASH*

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 87,013.02 |
| Payroll Account: | |
| Tax Account**: | 1,005.00 |

*Other Accounts:

*Other Monies:

Petty Cash (from below)    0.00

**TOTAL CASH AVAILABLE:**    88,018.02

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|---|---|---|
| *See Exhibit 1 attached hereto | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account/
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Prior to the Petition Date, YT circulated a Confidential Offering Memorandum, Disclosure Statement and Consent Solicitation Statement [Docket No. 5] (the "Disclosure Statement"), pursuant to which he proposed an exchange offer through which creditors' claims would be satisfied in exchange for interests in a trust containing all of his assets (other than assets frozen or seized in the PRC).  The Debtor filed the Disclosure Statement and the Debtor's Prepackaged Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Docket No. 4] (the "Plan") on the Petition Date.   On November 15, 2019, the Debtor filed his Amended Disclosure Statement with respect to Debtor's Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Docket No. 94] (the "First Amended Disclosure Statement"), together with a blackline version reflecting the revisions made to the initial Disclosure Statement [Docket No. 95].  The Debtor and the Committee have engaged in extensive discussions with respect to the Creditor Trust Term Sheet. The Debtor is hopeful that those efforts will result in an amended Plan that would have the support of the Committee.

4. Describe potential future developments which may have a significant impact on the case:
The Court established the deadline for creditors (other than governmental units and certain other parties excused from filing proofs of claim under the Bar Date Order) to file proofs of claim against the Debtor to be January 24, 2020, at 5:00 p.m. (Eastern Time).

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    Yueting Jia,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

X January 14, 2020                           X    _YT  Jia_
_____                     _____
Date                                        Page 8 of 8

**Exhibit 1**

As disclosed in the Debtor's Schedules filed on
October 17, 2019, the Debtor's assets in the
Peoples' Republic of China have been frozen
and, as such, the Debtor has no visibility as
to those assets.

# Wells Fargo Everyday Checking

November 30, 2019 ■ Page 1 of 4



YUETING JIA
DEBTOR IN POSSESSION
CH11 CASE # 19-12220 (DE)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $65,535.92 |
| Deposits/Additions | 47,269.30 |
| Withdrawals/Subtractions | - 25,792.20 |
| **Ending balance on 11/30** | **$87,013.02** |

Account number:  ▓▓▓▓7987

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE # 19-12220 (DE)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

November 30, 2019 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 10/30 Boiling Point Gard Gardena CA S309303710450032 Card 6155 | | 15.50 | 65,520.42 |
| 11/4 | | Purchase authorized on 10/31 Kang Hodong Baekje Torrance CA S389304779353704 Card 6155 | | 118.97 | 65,401.45 |
| 11/5 | | Purchase authorized on 11/04 Popeyes 3336 Carson CA S589308730814212 Card 6155 | | 36.12 | 65,365.33 |
| 11/7 | | Purchase authorized on 11/05 MO MO Paradise Torrance CA S309309801254465 Card 6155 | | 91.20 | 65,274.13 |
| 11/14 | | Purchase authorized on 11/13 Tst* Avenue Italy Rch Palos Vrd CA S309318178635955 Card 6155 | | 156.14 | 65,117.99 |
| 11/15 | | Faraday & Future Direct Dep 191115 180056610830Xt9 Jia,Yueting | 439.74 | | |
| 11/15 | | Faraday & Future Direct Dep 191115 180056610831Xt9 Jia,Yueting | 15,574.68 | | 81,132.41 |
| 11/25 | 1003 | Check | | 10,556.00 | 70,576.41 |
| 11/27 | | Purchase authorized on 11/26 Otop Thai Bbq Gardena CA S589330722802455 Card 6155 | | 58.34 | 70,518.07 |
| 11/29 | | Faraday & Future Direct Dep 191129 397573971388Xt9 Jia,Yueting | 15,624.67 | | |
| 11/29 | | Faraday & Future Direct Dep 191129 397573971387Xt9 Jia,Yueting | 15,630.21 | | |
| 11/29 | | Purchase authorized on 11/27 Boiling Point Arte Artesia CA S469331727987157 Card 6155 | | 53.93 | |
| 11/29 | 1004 | Check | | 14,706.00 | 87,013.02 |
| Ending balance on 11/30 | | | | | 87,013.02 |
| **Totals** | | | **$47,269.30** | **$25,792.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1003 | 11/25 | 10,556.00 | 1004 | 11/29 | 14,706.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $65,117.99 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $47,269.30 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 7 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

November 30, 2019 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)        ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

---

. Wells Fargo may sell, transfer, or take other actions with an account linked to your Wells Fargo Checking account which cause the linked account to become ineligible and de-linked. For example, we may sell or transfer a linked mortgage, or the servicing of that mortgage to another company. Upon transfer and de-linking, the mortgage will no longer be eligible to avoid your Wells Fargo Checking account monthly service fee.

November 30, 2019  ■  Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

| A | Enter the ending balance on this statement. | $ |

| B | List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

| C | Add | A | and | B | to calculate the subtotal.    = $ _____

| D | List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

| E | Subtract | D | from | C | to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.  EQUAL HOUSING LENDER

# Wells Fargo Everyday Checking

November 30, 2019  ■  Page 1 of 3



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE # 19-12220 (DE)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $1,005.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 11/30** | **$1,005.00** |

Account number:  ▮▮▮▮7979

**YUETING JIA
DEBTOR IN POSSESION
CH11 CASE # 19-12220 (DE)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

November 30, 2019 ■ Page 2 of 3



---

*Monthly service fee summary (continued)*

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,005.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)            ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

---

Wells Fargo may sell, transfer, or take other actions with an account linked to your Wells Fargo Checking account which cause the linked account to become ineligible and be de-linked. For example, we may sell or transfer a linked mortgage, or the servicing of that mortgage to another company. Upon transfer and de-linking, the mortgage will no longer be eligible to avoid your Wells Fargo Checking account monthly service fee.

November 30, 2019 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement.    $ _____

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

[C] Add [A] and [B] to calculate the subtotal.    = $ _____

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

[E] **Subtract** [D] **from** [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.



# Invoice

Page 1 of 1

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York NY  10017

**Remit to**
Epiq Corporate Restructuring
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096
For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:
ABA Routing:        121140399
Acct No:             3300693042
SWIFT:               SVBKUS6S

Silicon Valley Bank (Santa Clara, CA)

**Bill-To**

Yueting Jia Sr.

**Information**

| | | |
|---|---|---|
| Invoice No. | | |
| Purchase Order No. | | Invoice Date    11/19/2019 |
| Customer No. | 3011511 | |
| Currency | USD | |
| Contract No. | 40037661 | |
| Contract Description | YT | |
| Terms of Payment | Payable upon receipt | |

**Comments**
Publication costs for Bar Date Notice in China Securities and China Daily

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| XX100 | Estimated costs for publication | 1 | EA | 14,706.00 | 14,706.00 |

**Total Amount Due  (USD)**                                                                 14,706.00



CONFIDENTIAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): *MONTHLY OPERATING REPORT NO. 2
[November 2019]* will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**January 14, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 14, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 14, 2020,** I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2020 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:327006.1 46353/002

**F 9013-3.1.PROOF.SERVICE**

## SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- *Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com*
- *Jeffrey W Dulberg    jdulberg@pszjlaw.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Kelly L Morrison    kelly.l.morrison@usdoj.gov*
- *Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com*
- *Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*

### 2. SERVED BY UNITED STATES MAIL

Matthew P. Austria
Austria Legal, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

Andrew D. Behlmann
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Scott D. Cousins
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

EScribers, LLC
352 7th Avenue
New York, NY 10001

Epiq Corporate Restructuring, LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

GianClaudio Finizio
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

Yates M. French
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Neil B. Glassman
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801

L. Katherine Good
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

L. Katherine Good
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Jared T. Green
Seitz, Van Ogtrop & Green, P.S.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899

John Han
Kobre & Kim LLP
ICBC Tower, 6th Floor
3 Garden Road
Central,

Brya Michele Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

Ray Liu
Twin Towers (West), Suite 1503-1505
B12 Jianguomenwai Avenue
Chaoyang District
Beijing, 100022

Zhao Liu
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Jeremy D. Merkin
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

John A. Moe
Address Not On File

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

Diana M. Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Jeffrey D. Prol
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Benjamin M. Rhode
Kirkland & Ellis LLP
300 North LaSale
Chicago, IL 60654

Vincent J. Roland
Ballon Stoll Bader & Nadler PC
729 Seventh Avenue 17th Floor
New York, NY 10019

Vincent J. Roldan
Ballon Stoll Bader & Nadler, PC
729 Seventh Avenue
17th Floor
New York, NY 10019

Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Christopher M. Samis
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Daniel J. Saval
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Eric Lopez Schnabel
Dorsey & Whitney LLP
51 W. 52nd Street
New York, NY 10019

Aaron H. Stulman
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Wenjie Sun
Grandall & Partners Consulting LLC
729 Seventh Avenue 17th Floor
New York, NY 10019

Suzzanne Uhland
610 Newport Center Dr 17th Flr
Newport Beach, CA 92660

Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801

Dong Xu
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Jinshu Zhang
Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:327006.1 46353/002

**F 9013-3.1.PROOF.SERVICE**