UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>YUETING JIA,<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  19-24804<br>Operating Report Number:  3<br>For the Month Ending:  Dec-19 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          114,381.29

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          27,368.27
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          87,013.02

4.  RECEIPTS DURING CURRENT PERIOD          31,199.33
    See ** below

5.  BALANCE:          118,212.35

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          3,339.04

7.  ENDING BALANCE:          114,873.31

8.  General Account Number(s):          7987

Depository Name & Location:          Wells Fargo Bank
          1403 Sartori Ave, Torrance, CA 90501

---

\*    All receipts must be deposited into the general account.
\*\*   Debtor's sources of income include W2 income from Faraday Future ($25,000 bi monthly - gross)
     and from Warmtime, Inc., from whom Debtor receives rental income for the sublease of real
     property located at 7 Marguerite Dr., Rancho Palos Verdes, CA 90275; 11 Marguerite Dr., Rancho
     Palos Verdes, CA 90275; 15 Marguerite Dr., Rancho Palos Verdes, CA 90275; and 19 Marguerite Dr.,
     Rancho Palos Verdes, CA 90275
     Rent for these properties has been prepaid through May 2020

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/2/2019 | | Xiao Jun Gan Alhambra | Food | $ 177.96 |
| 12/13/2020 | | Popeyes 3325 | Food | 79.62 |
| 12/13/2020 | | Popeyes 3325 | Food | 16.41 |
| 12/16/2019 | | Trader Joe's | Food | 22.60 |
| 12/16/2019 | | Sees Cand Rllng Hlls | Food | 18.75 |
| 12/17/2019 | 1006 | FF inc | Holiday entertainment fee to FF eomployees | 300.00 |
| 12/18/2019 | | Tea Station | Food | 25.75 |
| 12/23/2019 | | 85C Bakery Cafe | Food | 51.60 |
| 12/23/2019 | | Ruiji Dining LLC | Food | 210.76 |
| 12/23/2019 | 1005 | Torrance Memorial medical center | Doctor expense | 157.82 |
| 12/24/2019 | | Chun LA Hao Chong | Food | 195.13 |
| 12/24/2019 | | Gable House | Food | 51.00 |
| 12/26/2019 | | Honeymee Gardena | Food | 8.50 |
| 12/26/2019 | | Boiling Point | Food | 106.95 |
| 12/26/2019 | | Boiling Point | Food | 37.36 |
| 12/26/2019 | | Honey Dress Fried | Food | 59.91 |
| 12/26/2020 | | 7-Eleven Rancho Palos | Food | 2.79 |
| 12/26/2019 | | Qin West Chinese | Food | 110.54 |
| 12/26/2019 | | Ralphs | Food | 43.74 |
| 12/26/2019 | | Gable House | Food | 55.48 |
| 12/26/2019 | | Gable House | Food | 24.99 |
| 12/26/2019 | 1007 | Steven Davis | Doctor expense | 907.92 |
| 12/26/2019 | | Ralphs | Food | 20.21 |
| 12/26/2019 | | Ralphs | Food | 9.30 |
| 12/30/2019 | | Shell Oil | Gas | 94.68 |
| 12/30/2019 | | Cafe Coyo | Food | 276.12 |
| 12/30/2019 | | Tst* Fred S Mexica | Food | 64.38 |
| 12/30/2019 | | Trader Joe's | Food | 28.27 |
| 12/30/2019 | | Los Angeles Arboretum Arcadia | Visit ticket | 24.08 |
| 12/31/2019 | | Roys | Food | 104.45 |
| 12/31/2019 | | H Mart | Food | 51.97 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 3,339.04 |

GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____12/31/2019_____  Balance on Statement: _____$114,873.31_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | | |
| _____ | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:       | 0.00 |

Bank statement Adjustments:     _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:      | $114,873.31 |

\* It is acceptable to replace this form with a similar form       Page 3 of 8

\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: | N/A | N/A | N/A | N/A |

I.D SUMMARY SCHEDULE OF CASH*

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

| | |
|---|---|
| General Account: | 114,873.31 |
| Payroll Account: | |
| Tax Account**: | 995.00 |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| Petty Cash (from below) | 0.00 |

**TOTAL CASH AVAILABLE:**  115,868.31

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| *See Exhibit 1 attached hereto | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

VI.  UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3.   State what progress was made during the reporting period toward filing a plan of reorganization

Prior to the Petition Date, YT circulated a Confidential Offering Memorandum, Disclosure Statement and Consent Solicitation Statement [Docket No. 5] (the "Disclosure Statement"), pursuant to which he proposed an exchange offer through which creditors' claims would be satisfied in exchange for interests in a trust containing all of his assets (other than assets frozen or seized in the PRC).  The Debtor filed the Disclosure Statement and the Debtor's Prepackaged Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Docket No. 4] (the "Plan") on the Petition Date.  On November 15, 2019, the Debtor filed his Amended Disclosure Statement with respect to Debtor's Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Docket No. 94] (the "First Amended Disclosure Statement"), together with a blackline version reflecting the revisions made to the initial Disclosure Statement [Docket No. 95].  The Debtor and the Committee have engaged in extensive discussions with respect to the Creditor Trust Term Sheet. The Debtor is hopeful that those efforts will result in an amended Plan that would have the support of the Committee.

4.   Describe potential future developments which may have a significant impact on the case:
The Court established the deadline for creditors (other than governmental units and certain other parties excused from filing proofs of claim under the Bar Date Order) to file proofs of claim against the Debtor to be January 24, 2020, at 5:00 p.m. (Eastern Time).

5.   Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,   Yueting Jia,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

X   January 14, 2020

Date

X   YT Jia

Page 8 of 8

**Exhibit 1**

As disclosed in the Debtor's Schedules filed on
October 17, 2019, the Debtor's assets in the
Peoples' Republic of China have been frozen
and, as such, the Debtor has no visibility as
to those assets.

# Wells Fargo Everyday Checking

December 31, 2019 ■ Page 1 of 4



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account
earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank
will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $87,013.02 |
| Deposits/Additions | 31,199.33 |
| Withdrawals/Subtractions | - 3,339.04 |
| **Ending balance on 12/31** | **$114,873.31** |

Account number: ████7987

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

December 31, 2019 ▪ Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/2 | | Purchase authorized on 11/28 Xiao Jun Gan Alhambra CA S589333211259532 Card 6155 | | 177.96 | 86,835.06 |
| 12/13 | | Faraday & Future Direct Dep 191213 617071501728Xt9 Jia,Yueting | 15,574.66 | | |
| 12/13 | | Purchase authorized on 12/12 Popeyes 3325 Torrance CA P0058934712923595 Card 6155 | | 79.62 | |
| 12/13 | | Purchase authorized on 12/12 Popeyes 3325 Torrance CA S469347129668262 Card 6155 | | 16.41 | 102,313.69 |
| 12/16 | | Purchase authorized on 12/13 Trader Joe's #233 Rancho Palos CA P0058934817268411 Card 6155 | | 22.60 | |
| 12/16 | | Purchase authorized on 12/15 0227 /1CA227 Sees Cand Rling Hlls Es Ca P00000000683081033 Card 6155 | | 18.75 | 102,272.34 |
| 12/17 | 1006 | Check | | 300.00 | 101,972.34 |
| 12/18 | | Purchase authorized on 12/16 Tea Station Garden Gardena CA S469350726693739 Card 6155 | | 25.75 | 101,946.59 |
| 12/23 | | Purchase authorized on 12/20 85C Bakery Cafe US Gardena CA S389355076688381 Card 6155 | | 51.60 | |
| 12/23 | | Purchase authorized on 12/20 Ruiji Dining LLC Torrance CA S469355164025237 Card 6155 | | 210.76 | |
| 12/23 | 1005 | Check | | 157.82 | 101,526.41 |
| 12/24 | | Purchase authorized on 12/21 Chun LA Hao Chong Temple City CA S309356016666166 Card 6155 | | 195.13 | |
| 12/24 | | Purchase authorized on 12/24 Gable House Torrance CA P00000000535974257 Card 6155 | | 51.00 | 101,280.28 |
| 12/26 | | Purchase authorized on 12/23 Honeymee Gardena CA S309357741524114 Card 6155 | | 8.50 | |
| 12/26 | | Purchase authorized on 12/23 Boiling Point Gard Gardena CA S469357792748009 Card 6155 | | 106.95 | |
| 12/26 | | Purchase authorized on 12/23 Boiling Point Gard Gardena CA S589357792905801 Card 6155 | | 37.36 | |
| 12/26 | | Purchase authorized on 12/24 Honey Dress Fried Torrance CA S309359083739862 Card 6155 | | 59.91 | |
| 12/26 | | Purchase authorized on 12/24 7-Eleven Rancho Palos CA P00000000377580274 Card 6155 | | 2.79 | |
| 12/26 | | Purchase authorized on 12/25 Qin West Chinese C Los Angeles CA S589359790680666 Card 6155 | | 110.54 | |
| 12/26 | | Purchase authorized on 12/26 Ralphs #0 30019 Hawtho Rancho Palos CA P00000000172676663 Card 6155 | | 43.74 | |
| 12/26 | | Purchase authorized on 12/26 Gable House Torrance CA P00000000685940988 Card 6155 | | 55.48 | |
| 12/26 | | Purchase authorized on 12/26 Gable House Torrance CA P00000000287803066 Card 6155 | | 24.99 | |
| 12/26 | ^1007 | Steven Davis, MD Check Pmts 122619 01007 | | 907.92 | 99,922.10 |
| 12/27 | | Purchase authorized on 12/27 Ralphs #0 30019 Hawtho Rancho Palos CA P00000000584613971 Card 6155 | | 20.21 | |
| 12/27 | | Purchase authorized on 12/27 Ralphs #0 30019 Hawtho Rancho Palos CA P00000001828840113 Card 6155 | | 9.30 | 99,892.59 |
| 12/30 | | Purchase authorized on 12/27 Shell Oil 57442735 San Diego CA S469362043622158 Card 6155 | | 94.68 | |
| 12/30 | | Purchase authorized on 12/27 Cafe Coyote San Diego CA S469362118692182 Card 6155 | | 276.12 | |
| 12/30 | | Purchase authorized on 12/27 Tst* Fred S Mexica San Diego CA S469362123609157 Card 6155 | | 64.38 | |

December 31, 2019 ▪ Page 3 of 4



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/30 | | Purchase authorized on 12/28 Trader Joe's #233 Rancho Palos CA S389363078044440 Card 6155 | | 28.27 | |
| 12/30 | | Purchase authorized on 12/29 Los Angeles Arboretum Arcadia CA P00000000784791517 Card 6155 | | 24.08 | 99,405.06 |
| 12/31 | | Faraday & Future Direct Dep 191231 674059826774Xt9 Jia,Yueting | 15,624.67 | | |
| 12/31 | | Purchase authorized on 12/29 Roys 2509 Pasadena CA S309363776864932 Card 6155 | | 104.45 | |
| 12/31 | | Purchase authorized on 12/30 H Mart - Torrance Torrance CA P00309365208015821 Card 6155 | | 51.97 | 114,873.31 |
| **Ending balance on 12/31** | | | | | **114,873.31** |
| **Totals** | | | **$31,199.33** | **$3,339.04** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1005 | 12/23 | 157.82 | 1006 | 12/17 | 300.00 | 1007 | 12/26 | 907.92 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $86,835.06 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $31,199.33 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 28 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Monthly service fee discount(s) *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)         ☐

RC/RC

December 31, 2019  ▪  Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

  + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

  - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.

# Wells Fargo Everyday Checking

December 31, 2019  ■  Page 1 of 3



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | | |
| My Spending Report | ✓ | Overdraft Service | | ☐ |

# ✅ IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account
earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank
will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $1,005.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 12/31** | **$995.00** |

Account number:  ████ 7979

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

December 31, 2019 ▪ Page 2 of 3



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/31 | | Monthly Service Fee | | 10.00 | 995.00 |
| Ending balance on 12/31 | | | | | 995.00 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2019 - 12/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,005.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)      ☐
RC/RC

December 31, 2019 ■ Page 3 of 3



WELLS
FARGO

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A  **Enter the ending balance** on this statement.            $ _____

B  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ _____

C  Add A and B to calculate the subtotal.    = $ _____

D  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ _____

E  **Subtract** D from C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.    EQUAL HOUSING LENDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***MONTHLY OPERATING REPORT NO. 3
[December 2019]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>**January 14, 2020,**</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>**January 14, 2020,**</u> I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method
for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>**January 14, 2020,**</u> I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2020 | Myra Kulick | /s/ *Myra Kulick* |
|:---:|:---:|:---:|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:327006.1 46353/002

<b>F 9013-3.1.PROOF.SERVICE</b>

# SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- *Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com*
- *Jeffrey W Dulberg    jdulberg@pszjlaw.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Kelly L Morrison    kelly.l.morrison@usdoj.gov*
- *Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com*
- *Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*

### 2. SERVED BY UNITED STATES MAIL

| | | |
|---|---|---|
| Matthew P. Austria<br>Austria Legal, LLC<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801 | Andrew D. Behlmann<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 |
| Scott D. Cousins<br>Bayard, P.A.<br>600 North King Street<br>Suite 400<br>Wilmington, DE 19801 | EScribers, LLC<br>352 7th Avenue<br>New York, NY 10001 | Epiq Corporate Restructuring, LLC<br>www.epiqsystems.com<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| GianClaudio Finizio<br>Bayard, P.A.<br>600 North King Street<br>Suite 400<br>Wilmington, DE 19801 | Yates M. French<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Neil B. Glassman<br>Bayard, P.A.<br>600 North King Street<br>Suite 400<br>Wilmington, DE 19801 |
| Alessandra Glorioso<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington, DE 19801 | L. Katherine Good<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>6th Floor<br>Wilmington, DE 19801 | L. Katherine Good<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 |
| Jared T. Green<br>Seitz, Van Ogtrop & Green, P.S.<br>222 Delaware Avenue<br>Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899 | John Han<br>Kobre & Kim LLP<br>ICBC Tower, 6th Floor<br>3 Garden Road<br>Central, | Brya Michele Keilson<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801 |
| Ray Liu<br>Twin Towers (West), Suite 1503-1505<br>B12 Jianguomenwai Avenue<br>Chaoyang District<br>Beijing, 100022 | Zhao Liu<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 | Jeremy D. Merkin<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:327006.1 46353/002

**F 9013-3.1.PROOF.SERVICE**

John A. Moe
Address Not On File

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

Diana M. Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Jeffrey D. Prol
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Benjamin M. Rhode
Kirkland & Ellis LLP
300 North LaSale
Chicago, IL 60654

Vincent J. Roland
Ballon Stoll Bader & Nadler PC
729 Seventh Avenue 17th Floor
New York, NY 10019

Vincent J. Roldan
Ballon Stoll Bader & Nadler, PC
729 Seventh Avenue
17th Floor
New York, NY 10019

Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Christopher M. Samis
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Daniel J. Saval
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Eric Lopez Schnabel
Dorsey & Whitney LLP
51 W. 52nd Street
New York, NY 10019

Aaron H. Stulman
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Wenjie Sun
Grandall & Partners Consulting LLC
729 Seventh Avenue 17th Floor
New York, NY 10019

Suzzanne Uhland
610 Newport Center Dr 17th Flr
Newport Beach, CA 92660

Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801

Dong Xu
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Jinshu Zhang
Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.