PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**YUETING JIA,**<br><br>Debtor(s). | ) Case No.: 2:19-bk-24804-VZ<br>)<br>) Chapter 11<br>)<br>) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL/WITHDRAWAL BY**<br>) **UNITED STATES TRUSTEE WITHOUT**<br>) **PREJUDICE OF MOTION FOR**<br>) **APPOINTMENT OF CHAPTER 11**<br>) **TRUSTEE (Doc. No. 171)**<br>)<br>) <u>Hearing Date:</u><br>) DATE:    None set<br>) TIME:<br>) CTRM:<br>)             255 E. Temple St.<br>)             Los Angeles, CA 90012<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on December 17, 2019, the United States Trustee filed a motion for the appointment of a chapter 11 trustee (the "UST Motion") (Doc. No. 171) while the

1    case was pending in the Bankruptcy District of Delaware. Thereafter, on December 19, 2019, the

2    Debtor's bankruptcy case was transferred to the Central District of California. The United States

3    Trustee hereby voluntary dismisses/withdraws the UST Motion without prejudice.

4    DATED: January 16, 2020                                Respectfully submitted,

5                                                                          PETER C. ANDERSON

6                                                                          UNITED STATES TRUSTEE

7

8                                                                          By:    KELLY L. MORRISON

9                                                                          Trial Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL BY UNITED STATES TRUSTEE WITHOUT PREJUDICE OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE (Doc. No. 171)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **January 16, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<b>SEE ATTACHED SERVICE LIST (IF APPLICABLE)</b>

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On __**January 16, 2020**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<b>SEE ATTACHED SERVICE LIST (IF APPLICABLE)</b>

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 16, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<b>SEE ATTACHED SERVICE LIST (IF APPLICABLE)</b>

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 16, 2020 | Stephanie Hill | *Stephanie Hill* |
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Tanya Behnam, interested party, tbehnam@polsinelli.com, tanyabehnam@gmail.com
Jeffrey W Dulberg, counsel for debtor, jdulberg@pszjlaw.com
Kelly L Morrison, counsel for UST, kelly.l.morrison@usdoj.gov
Malhar S Pagay, counsel for debtor, mpagay@pszjlaw.com, bdassa@pszjlaw.com
Randye B Soref, committee counsel, rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
David W. Meadows, counsel for interested party, david@davidwmeadowslaw.com
Christopher E Prince, counsel for interested party, cprince@lesnickprince.com,
jmack@lesnickprince.com;cprince@ecf.courtdrive.com
United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
Yueting Jia
91 Marguerite Drive
Rancho Palos Verdes, CA 90275

**Interested Party:**
Matthew P. Austria
Austria Legal, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

**Counsel for Committee:**
Andrew D. Behlmann
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**Interested Party:**
Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**Interested Party:**
Scott D. Cousins
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Debtor's Counsel:**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLp
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4100

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Interested Party:**
EScribers, LLC
352 7th Avenue
New York, NY 10001

**Interested Party:**
Epiq Corporate Restructuring, LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

**Interested Party:**
GianClaudio Finizio
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Interested Party:**
Yates M. French
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Interested Party:**
Neil B. Glassman
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Interested Party:**
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801

**Interested Party:**
L. Katherine Good
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

**Interested Party:**
Jared T. Green
Seitz, Van Ogtrop & Green, P.S.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Interested Party:**
Brya Michele Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

**Interested Party:**
Ray Liu
Twin Towers (West), Suite 1503-1505
B12 Jianguomenwai Avenue
Chaoyang District
Beijing, 100022

**Interested Party:**
Zhao Liu
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

**Interested Party:**
Jeremy D. Merkin
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**Debtor's Counsel:**
James E O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**Debtor's Counsel:**
Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monical Blvd. 13 th Floor
919 N. Market Street, 17th floor
Los Angeles, CA 90067

**Interested Party:**
Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**Debtor's Counsel:**
Malhar S. Pagay
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Debtor's Counsel:**
Diana M. Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

**Committee Counsel:**
Jeffrey D. Prol
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**Interested Party:**
Benjamin M. Rhode
Kirkland & Ellis LLP
300 North LaSale
Chicago, IL 60654

**Interested Party:**
Vincent J. Roland
Ballon Stoll Bader & Nadler PC
729 Seventh Avenue 17th Floor
New York, NY 10019

**Interested Party:**
Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

**Interested Party:**
Christopher M. Samis
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**Interested Party:**
Daniel J. Saval
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

**Interested Party:**
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 W. 52nd Street
New York, NY 10019

**Interested Party:**
Aaron H. Stulman
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**Interested Party:**
Wenjie Sun
Grandall & Partners Consulting LLC
729 Seventh Avenue 17th Floor
New York, NY 10019

**Interested Party:**
Suzzanne Uhland
610 Newport Center Dr 17th Flr
Newport Beach, CA 92660

**Interested Party:**
Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 North Market Street
Suite 1000
Wilmington, DE 19801

**Interested Party:**
Dong Xu
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

**Interested Party:**
Jinshu Zhang
Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

3.    **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy
Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

**Judge's Copy:**
Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**