EPIQ CORPORATE RESTRUCTURING, LLC
777 Third Avenue, 12th Floor
New York NY, 10017
Phone: (646) 282-2500
Fax:    (646) 282-2501
Email: ProjectR@epiqglobal.com
Debtor's Noticing and Claims Agent

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE<br><br>YUETING JIA<br><br>          DEBTOR, | CASE NO.:  2:19-BK-24804-VZ<br>(FORMERLY 19-12220 (KBO) IN THE DISTRICT OF DELAWARE)<br><br>Chapter 11<br><br>PROOF OF SERVICE OF:<br>*NOTICE OF CORRECTED HEARING TIME REGARDING* MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) APPROVING VOTING AND TABULATION PROCEDURES, (III) SETTING CONFIRMATION HEARING AND RELATED DEADLINES, (IV) WAIVING CERTAIN LOCAL RULES AND PROCEDURES, AND (V) GRANTING RELATED RELIEF [DOCKET NO. 235]<br><br>JUDGE:  HON. VINCENT P. ZURZOLO |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

777 Third Avenue, 12th Floor, New York, NY 10017

True and correct copies of the foregoing documents entitled (*specify*):

**See Attached Affidavit of Service**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. SERVED BY UNITED STATES MAIL**:
On **January 21, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached Affidavit of Service**

☒    Service information continued on attached page

**2. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 21, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2020 | Wing Chan | /s/Wing Chan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Wing Chan, declare the following under penalty of perjury under the laws of the United States of America:

1. I am a Noticing Coordinator with Epiq Corporate Restructuring, LLC, the Claims and Noticing Agent for the Debtor in the above-captioned proceeding. Our business address is 777 Third Avenue, 12th Floor, New York, NY 10017.

2. On January 21, 2020, at the direction of Pachulski Stang Ziehl & Jones, Attorneys for the Debtor, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties) and by email on the parties identified on Exhibit B (Master Service List and Notice of Appearance Parties):

- ***NOTICE OF CORRECTED HEARING TIME REGARDING* MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) APPROVING VOTING AND TABULATION PROCEDURES, (III) SETTING CONFIRMATION HEARING AND RELATED DEADLINES, (IV) WAIVING CERTAIN LOCAL RULES AND PROCEDURES, AND (V) GRANTING RELATED RELIEF [DOCKET NO. 235]**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AUSTRIA LEGAL, LLC | COUNEL TO (THE CLIENTS) ATTN: MATTHEW P. AUSTRIA 1007 N. ORANGE STREET, 4TH FLOOR WILMINGTON DE 19801 |
| BALLON STOLL BADER & NADLER PC | COUNSEL TO (CLIENTS) ATTN: VINCENT J. ROLDAN 729 SEVENTH AVENUE -17TH FLOOR NEW YORK NY 10019 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION 401 FEDERAL STREET P.O. BOX 898 DOVER DE 19903 |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: OFFICE, MANAGING AGENT OF GENERAL AGENT 820 SILVERLAKE BLVD, SUITE 100 DOVER DE 19904 |
| DENTONS US LLP | COUNSEL TO SHANGHAI QICHENGYUEMING ATTN: JOHN A. MOE, II, ESQ,JINSHU "JOHN"ZHANG,ESQ 601 S. FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017-5704 |
| DORSEY & WHITNEY (DELAWARE) LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL ALESSANDRA GLORIOSO 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: RAY LIU TWIN TOWERS (WEST), SUITE 1503-1505 B12 JIANGUOMENWAI AVENUE CHAOYANG DISTRICT, BEIJING 100022 CHINA |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL 51 WEST 52 STREET NEW YORK NY 10019 |
| GRANDALL & PARTNERS CONSULTING LLC | COUNSEL TO (THE CLIENTS) ATTN: WENJIE SUN 729 SEVENTH AVENUE – 17TH FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| LAW OFFICES OF DAVID W. MEADOWS | DAVID W. MEADOWS 1801 CENTURY PARK EAST, SUITE 1235 LOS ANGELES CA 90067 |
| LOWENTEIN SANDLER LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JEFFREY D. PROL, ESQ., ANDREW D. BEHLMANN, ESQ., JEREMY D. MERKIN, ESQ. ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MORRIS JAMES LLP | COUNSEL TO WEIDONG ZHU ATTN: BRYA M.KEILSON ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO CHINA CONSUMER CAPTAL FUND II ATTN: BRYA M. KEILSON, ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO NINGBO HANGZHOU BAY NEW AREA LERAN INVESTMENT MANAGEMENT PARTNERSHIP ATTN: BRYA M. KEILSON, ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO CAHIN SOFT GROWING INVESTMENT (WUXI) PARTNERSHIP ATTN: BRYA K.KEILSON, ESQ 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO LINFEN INVESTMENT GROUP, LTD ATTN: BRYA KEILSON, ESQ.` 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: KELLY L. MORRISON 915 WILSHIRE BLVD., STE 1850 LOS ANGELES CA 90017 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JEFF W. DULBERG 10100 SANTA MONICA BLFD, 13TH FLR LOS ANGELES CA 90067 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MAHAR S. PAGAY 10100 SANTA MONICA BLVD. 13TH FLOOR LOS ANGELES CA 90067 |
| POLSINELLI LLP | ATTN: TANYA BEHNAM 2049 CENTURY PARK EAST, SUITE 2900 LOS ANGELES CA 90067 |
| POLSINELLI LLP | ATTN: RANDYE B. SOREF 2049 CENTURY PARK EAST, SUITE 2900 LOS ANGELES CA 90067 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: CHRISTOPHER M. SAMISL L KATHERINE GOOD, AARON H. STULMAN 1313 N. MARKET STREET, 6TH FLOOR WILMWILMINGTON DE 19801-3700 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BANKRUPTCY COUNSEL 444 SOUTH FLOWER STREET, SUITE 900 LOS ANGELES CA 90071-9591 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN CGTROP & GREEN , P.A. | COUNSEL TO HANS SAN JOSE ATTN: JARED T. GREEN 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| THE ROSNERS LAW GROUP | COUNSEL TO SHANGHAI QICHENGYUEMING INVESTMENT ATTN: FREDERICK B. ROSNER, ESQ.; ZHAO (RUBY) LIU, ESQ. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS HERCULES BUILING 1313 N. MARKET STREET WILMINGTON DE 19801 |
| UNITED STATES BANKRUPTCY COURT | ATTN: VINCENT ZURZOLO 255 EAST TEMPLE ST, SUITE 1360 LOS ANGELES CA 90012 |

**Claim Name** | **Address Information**

Total Creditor count  30

# EXHIBIT B

YUETING JIA - CASE NO.:  2:19-BK-24804-VZ
Electronic Mail Master Service List

abehlmann@lowenstein.com
astulman@potteranderson.com
benjamin.rhode@kirkland.com
bkeilson@morrisjames.com
david@davidwmeadowslaw.com
kelly.l.morrison@usdoj.gov
kgood@potteranderson.com
csamis@potteranderson.com
david.l.buchbinder@usdoj.gov
dpacitti@klehr.com
dosdoc_web@state.de.us
glorioso.alessandra@dorsey.com
jdulberg@pszjlaw.com
jmerkin@lowenstein.com
john.moe@dentons.com;
john.zhang@dentons.com
jprol@lowenstein.com;;
jtgreen@svglaw.com
liu.ray@dorsey.com
liu@teamrosner.com
maustria@austriallc.com
mbranzburg@klehr.com
mpagay@pszjlaw.com
rsoref@polsinelli.com
schnabel.eric@dorsey.com
statetreasurer@state.de.us
sunwenjie@grandall.com.cn
sveghte@klehr.com
tbehnam@polsinelli.com
vroldan@ballonstoll.com
yfrench@kirkland.com