1  Richard M. Pachulski (CA Bar No. 90073)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  E-mail: rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
6          mpagay@pszjlaw.com

7  [Proposed] Attorneys for Debtor and Debtor in Possession

8             **UNITED STATES BANKRUPTCY COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                **LOS ANGELES DIVISION**

10  In re:                          Case No.: 2:19-bk-24804-VZ
                                    Chapter 11
11  YUETING JIA,[1]

12                      Debtor.     **NOTICE OF HEARINGS RE:**

13  1. **DEBTOR'S APPLICATION FOR AUTHORIZATION TO
       EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES
       LLP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN
14     POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE
       [Docket No. 18];**

15  2. **DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING
       THE RETENTION AND EMPLOYMENT OF O'MELVENY &
16     MYERS LLP, AS SPECIAL CORPORATE, LITIGATION, AND
       INTERNATIONAL COUNSEL TO THE DEBTOR *NUNC PRO
17     TUNC* TO THE PETITION DATE [Docket No. 90];**

18  3. **DEBTOR'S MOTION FOR ENTRY OF AN ORDER
       AUTHORIZING ROBERT MOON TO ACT AS FOREIGN
19     REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE
       BANKRUPTCY CODE [Docket No. 105]; and**

20  4. **DEBTOR'S AMENDED MOTION TO RETAIN PQBDN LLC AS
       FINANCIAL ADVISOR *NUNC PRO TUNC* TO NOVEMBER 17,
21     2019 [Docket No. 289]**

22  Date:        February 25, 2020
    Time:        11:00 a.m.
23  Place:       Courtroom 1368
                 Roybal Federal Building
24               255 E. Temple Street
                 Los Angeles, California 90012
25  Judge:       Hon. Vincent P. Zurzolo

26  [Relates to Docket Nos. 18, 90, 105, and 289]

27

28

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **PLEASE TAKE NOTICE** that hearings will be held on **February 25, 2020** at **11:00 a.m.,**

2  or as soon thereafter as counsel may be heard in Courtroom 1368 of the Edward R. Roybal Federal

3  Building, **255 E. Temple Street, Los Angeles, California 90012,** before the Honorable Vincent P.

4  Zurzolo to consider:  (1) *Debtor's Application for Authorization to Employ and Retain Pachulski*

5  *Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the*

6  *Petition Date* [Docket No. 18] (the "PSZJ Application"); (2) *Debtor's Application for an Order*

7  *Authorizing the Retention and Employment of O'Melveny & Myers LLP, as Special Corporate,*

8  *Litigation, and International Counsel to the Debtor Nunc Pro Tunc to the Petition Date* [Docket No.

9  90] (the "OMM Application")*; (3) *Debtor's Motion for Entry of an Order Authorizing Robert Moon*

10  *to Act as Foreign Representative Pursuant to Section 1505 of the Bankruptcy Code* [Docket No.

11  105] (the "Foreign Representative Motion"); and (4) *Debtor's Amended Motion to Retain PQBDN*

12  *LLC as Financial Advisor Nunc Pro Tunc to November 17, 2019* [Docket No. 289] (the "Amended

13  PQBDN Motion", and together with the PSZJ Application, the OMM Application, and the Foreign

14  Representative Motion, the "Motions").

15    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f),

16  if you wish to oppose any of the Motions, you must file a written response with the Court and serve

17  a copy of it upon the undersigned counsel no later than fourteen (14) days prior to the hearings

18  regarding the Motions.  The failure to properly file and serve an opposition may be deemed consent

19  to the relief requested in the Motion or a waiver of any right to oppose the Motion.

20
Dated:    February 4, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

21

22                                        By    */s/ Malhar S. Pagay*
                                              Richard M. Pachulski
23                                             Jeffrey W. Dulberg
                                              Malhar S. Pagay
24
                                              [Proposed] Attorneys for Debtor and
25                                             Debtor in Possession

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARINGS RE:**
**1.       DEBTOR'S APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE [Docket No. 18];**
**2.       DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF O'MELVENY & MYERS LLP, AS SPECIAL CORPORATE, LITIGATION, AND INTERNATIONAL COUNSEL TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE [Docket No. 90];**
**3.       DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING ROBERT MOON TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE BANKRUPTCY CODE [Docket No. 105]; and**
**4.       DEBTOR'S AMENDED MOTION TO RETAIN PQBDN LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO NOVEMBER 17, 2019 [Docket No. 289]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA  90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 4, 2020 | Mary de Leon | /s/ Mary de Leon |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com,
  rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327417.1 46353/002