Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com
        mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE PURSUANT TO FED. R. BANKR. P. 4007(C) AS TO LIUHUAN SHAN**<br><br>[No Hearing Required] |

This Stipulation (the "Stipulation"), is made by and between Yueting Jia, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") and Liuhuan Shan ("Liuhuan" and, together with the Debtor, the "Parties"), with reference to the following facts.

**RECITALS**

A. On October 14, 2019, the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the Bankruptcy Code") in the District of Delaware.

B. The date first set for the Debtor's meeting of creditors pursuant to section 341(a) of

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:327388.2 46353/002

the Bankruptcy Code in the Chapter 11 Case was December 6, 2019.

C. On December 19, 2019, the Chapter 11 Case was transferred to the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

D. Federal Rule of Bankruptcy Procedure 4007(c) states, in pertinent part, "…. a complaint to determine the dischargeability of a debt under § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under § 341(a)." Therefore, the deadline to file a complaint to determine the dischargeability of a debt under Bankruptcy Code section 523(c) in the Chapter 11 Case is February 4, 2020 (the "Rule 4007(c) Deadline").

E. In order to facilitate discussions between the Parties regarding issues relating to the Debtor's bankruptcy case, the Parties have agreed to an extension of the Rule 4007(c) Deadline on the terms set forth below.

**NOW, THEREFORE,** it is hereby agreed between the Parties, as follows:

1. The Rule 4007(c) Deadline, only as to Liuhuan, shall be extended from February 4, 2020, to February 18, 2020.

2. Nothing in this Stipulation shall in any way be construed as or deemed to be evidence of or reflect an admission on behalf of any Party regarding any claim or right that such Party may have against any other Party unless such claim or right is specifically addressed in this Stipulation.

3. This Stipulation may not be modified, amended, altered, changed, or waived except in a writing signed by all of the Parties.

4. Each of the signatories hereto represents and warrants that s/he is authorized to enter into this Stipulation by each entity on whose behalf s/he is executing the Stipulation.

5. The Parties agree that there are no third-party beneficiaries to this Stipulation.

6. This Stipulation may be executed in multiple counterparts by facsimile or email signatures, each of which shall be deemed an original. A facsimile or email signature delivered by portable data format (.pdf) shall be deemed an original.

7. This Stipulation and the communications in connection with its negotiation will not be introduced into evidence in the trial of or in any deposition relating to any claims or causes of

2

DOCS_LA:327388.2 46353/002

action between the Parties, or be used in any manner in any litigation or otherwise, except to enforce the terms of the Stipulation.

8.     The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation, to the fullest extent of the Bankruptcy Court's authority under applicable law.

Dated: February 4, 2020             PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ Malhar S. Pagay*
       Richard M. Pachulski
       Jeffrey W. Dulberg
       Malhar S. Pagay

       [Proposed] Attorneys for Debtor and
       Debtor in Possession

Dated: February 4, 2020             CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By     _____
       Lynn P. Harrison III
       Peter Buenger

       Attorneys for Creditor, Liuhuan Shan

3

DOCS_LA:327388.2 46353/002

Main Document    Page 4 of 6

action between the Parties, or be used in any manner in any litigation or otherwise, except to enforce the terms of the Stipulation.

8. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation, to the fullest extent of the Bankruptcy Court's authority under applicable law.

Dated: February 4, 2020          PACHULSKI STANG ZIEHL & JONES LLP

By _____
Richard M. Pachulski
Jeffrey W. Dulberg
Malhar S. Pagay

[Proposed] Attorneys for Debtor and Debtor in Possession

Dated: February 4, 2020          CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By _____
Lynn P. Harrison III
Peter Buenger

Attorneys for Creditor, Liuhuan Shan

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE PURSUANT TO FED. R. BANKR. P. 4007(C) AS TO LIUHUAN SHAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 4, 2020 | Mary de Leon | /s/ *Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327417.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327417.1 46353/002