1

EPIQ CORPORATE RESTRUCTURING, LLC
Attn: Emily Young

2

777 Third Avenue, 12th Floor
New York NY, 10017

3

Phone: (646) 282-2500

4

Fax:    (646) 282-2501
Email: ProjectR@epiqglobal.com

5

Debtor's Noticing and Claims Agent

6

7

8

9

10

11

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12

**LOS ANGELES DIVISION**

13

IN RE

14

YUETING JIA

15

16

DEBTOR,

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ) | CASE NO.:  2:19-BK-24804-VZ |
| ) | (FORMERLY 19-12220 (KBO) IN THE |
| ) | DISTRICT OF DELAWARE) |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | PROOF OF SERVICE OF: |
| ) | DEBTOR'S AMENDED MOTION TO |
| ) | RETAIN PQBDN LLC AS |
| ) | FINANCIALADVISOR NUNC PRO |
| ) | TUNC TO NOVEMBER 17, 2019 |
| ) | [Docket No. 289] |
| ) | |
| ) | SUPPLEMENTAL DECLARATION |
| ) | OF SUZZANNE UHLAND IN |
| ) | SUPPORT OF DEBTOR'S |
| ) | APPLICATION PURSUANT TO |
| ) | SECTION 327(e) OF THE |
| ) | BANKRUPTCY CODE, RULE 2014 |
| ) | OF THE FEDERAL RULES OF |
| ) | BANKRUPTCY PROCEDURE, AND |
| ) | LOCAL RULE 2014-1 FOR AN |
| ) | ORDER AUTHORIZING THE |
| ) | RETENTION AND EMPLOYMENT |
| ) | OF O'MELVENY & MYERS LLP, AS |
| ) | SPECIAL CORPORATE, |
| ) | LITIGATION, AND |
| ) | INTERNATIONAL COUNSEL TO |
| ) | THE DEBTOR NUNC PRO TUNC TO |

| | |
|---|---|
| 1 | ) THE PETITION DATE [Docket No.<br>) 290]<br>) |
| 2 | ) SUPPLEMENTAL DECLARATION |
| 3 | ) OF ROBERT MOON IN SUPPORT OF<br>) DEBTOR'S AMENDED MOTION TO |
| 4 | ) RETAIN PQBDN LLC AS<br>) FINANCIAL ADVISOR NUNC PRO |
| 5 | ) TUNC TO NOVEMBER 17, 2019<br>) [Docket No. 291] |
| 6 | ) |
| 7 | ) SUPPLEMENTAL DECLARATION<br>) OF RICHARD M. PACHULSKI TO |
| 8 | ) DEBTOR'S APPLICATION<br>) PURSUANT TO SECTION 327(a) |
| 9 | ) OF THE BANKRUPTCY CODE, RULE<br>) 2014 OF THE FEDERAL RULES OF |
| 10 | ) BANKRUPTCY PROCEDURE AND<br>) LOCAL RULE 2014-1 FOR |
| 11 | ) AUTHORIZATION TO EMPLOY AND<br>) RETAIN PACHULSKI STANG ZIEHL |
| 12 | ) & JONES LLP AS COUNSEL FOR<br>) THE DEBTOR AND DEBTOR IN |
| 13 | ) POSSESSION *NUNC PRO TUNC* TO |
| 14 | ) THE PETITION DATE [Docket No.<br>) 292] |
| 15 | ) |
| 16 | ) NOTICE OF HEARINGS RE:<br>) 1. DEBTOR'S APPLICATION FOR |
| 17 | ) AUTHORIZATION TO EMPLOY AND<br>) RETAIN PACHULSKI STANG ZIEHL |
| 18 | ) & JONES LLP AS COUNSEL FOR<br>) THE DEBTOR AND DEBTOR IN |
| 19 | ) POSSESSION NUNC PRO TUNC TO<br>) THE PETITION DATE [Docket No. |
| 20 | ) 18]; 2. DEBTOR'S APPLICATION |
| 21 | ) FOR AN ORDER AUTHORIZING<br>) THE RETENTION AND |
| 22 | ) EMPLOYMENT OF O'MELVENY &<br>) MYERS LLP, AS SPECIAL |
| 23 | ) CORPORATE, LITIGATION, AND |
| 24 | ) INTERNATIONAL COUNSEL TO<br>) THE DEBTOR NUNC PRO TUNC TO |
| 25 | ) THE PETITION DATE [Docket No.<br>) 90]; 3. DEBTOR'S MOTION FOR |
| 26 | ) ENTRY OF AN ORDER |
| 27 | ) AUTHORIZING ROBERT MOON TO<br>) ACT AS FOREIGN |
| 28 | ) REPRESENTATIVE PURSUANT TO<br>) SECTION 1505 OF THE<br>) BANKRUPTCY CODE [Docket No. |

)    105]; and 4. DEBTOR'S AMENDED
)    MOTION TO RETAIN PQBDN LLC
)    AS FINANCIAL ADVISOR NUNC
)    PRO TUNC TO NOVEMBER 17,
)    2019 [Docket No. 293]
)
)    STIPULATION TO EXTEND
)    DEADLINE PURSUANT TO FED. R.
)    BANKR. P. 4007(C) AS TO LIUHUAN
)    SHAN [Docket No. 294]
)

JUDGE:  HON. VINCENT P. ZURZOLO

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

777 Third Avenue, 12th Floor, New York, NY 10017

True and correct copies of the foregoing documents entitled (*specify*):

**See Attached Affidavit of Service**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. SERVED BY UNITED STATES MAIL**:
On **February 5, 2020**, I attest that Epiq Corporate Restructuring, LLC ("Epiq") served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See attached Affidavit of Service**

☒    Service information continued on attached page

**2. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 5, 2020**, I attest that Epiq served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/5/2020 | Emily Young | */s/ Emily Young* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                   **F 9013-3.1.PROOF.SERVICE**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                              ) ss

COUNTY OF NEW YORK    )

I, Emily Young, declare the following under penalty of perjury under the laws of the United States of America:

1.  I am a Senior Consultant with Epiq Corporate Restructuring, LLC ("Epiq"), the Claims and Noticing Agent for the Debtor in the above-captioned proceeding. Our business address is 777 Third Avenue, 12th Floor, New York, NY 10017.

2.  On February 5, 2020, at the direction of Pachulski Stang Ziehl & Jones, Attorneys for the Debtor, I attest that Epiq caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties), and by email on the parties identified on Exhibit B (Master Service List and Notice of Appearance Parties):

    - **DEBTOR'S AMENDED MOTION TO RETAIN PQBDN LLC AS FINANCIALADVISOR NUNC PRO TUNC TO NOVEMBER 17, 2019 [Docket No. 289]**

    - **SUPPLEMENTAL DECLARATION OF SUZZANNE UHLAND IN SUPPORT OF DEBTOR'S APPLICATION PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 2014-1 FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF O'MELVENY & MYERS LLP, AS SPECIAL CORPORATE, LITIGATION, AND INTERNATIONAL COUNSEL TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE [Docket No. 290]**

    - **SUPPLEMENTAL DECLARATION OF ROBERT MOON IN SUPPORT OF DEBTOR'S AMENDED MOTION TO RETAIN PQBDN LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO NOVEMBER 17, 2019 [Docket No. 291]**

    - **SUPPLEMENTAL DECLARATION OF RICHARD M. PACHULSKI TO DEBTOR'S APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE [Docket No. 292]**

- **NOTICE OF HEARINGS RE: 1. DEBTOR'S APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE [Docket No. 18]; 2. DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF O'MELVENY & MYERS LLP, AS SPECIAL CORPORATE, LITIGATION, AND INTERNATIONAL COUNSEL TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE [Docket No. 90]; 3. DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING ROBERT MOON TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE BANKRUPTCY CODE [Docket No. 105]; and 4. DEBTOR'S AMENDED MOTION TO RETAIN PQBDN LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO NOVEMBER 17, 2019 [Docket No. 293]**

- **STIPULATION TO EXTEND DEADLINE PURSUANT TO FED. R. BANKR. P. 4007(C) AS TO LIUHUAN SHAN [Docket No. 294]**

  **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AUSTRIA LEGAL, LLC | COUNEL TO (THE CLIENTS) ATTN: MATTHEW P. AUSTRIA 1007 N. ORANGE STREET, 4TH FLOOR WILMINGTON DE 19801 |
| BALLON STOLL BADER & NADLER PC | COUNSEL TO (CLIENTS) ATTN: VINCENT J. ROLDAN 729 SEVENTH AVENUE -17TH FLOOR NEW YORK NY 10019 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS, TAX DIVISION 401 FEDERAL STREET P.O. BOX 898 DOVER DE 19903 |
| DELAWARE SECRETARY OF THE TREASURY | ATTN: OFFICE, MANAGING AGENT OF GENERAL AGENT 820 SILVERLAKE BLVD, SUITE 100 DOVER DE 19904 |
| DENTONS US LLP | COUNSEL TO SHANGHAI QICHENGYUEMING ATTN: JOHN A. MOE, II, ESQ,JINSHU "JOHN"ZHANG,ESQ 601 S. FIGUEROA STREET, SUITE 2500 LOS ANGELES CA 90017-5704 |
| DORSEY & WHITNEY (DELAWARE) LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL ALESSANDRA GLORIOSO 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: RAY LIU TWIN TOWERS (WEST), SUITE 1503-1505 B12 JIANGUOMENWAI AVENUE CHAOYANG DISTRICT, BEIJING 100022 CHINA |
| DORSEY & WHITNEY LLP | COUNSEL TO CHONQING ATTN: ERIC LOPEZ SCHNABEL 51 WEST 52 STREET NEW YORK NY 10019 |
| DORSEY & WHITNEY LLP | COUNSEL TO: ALEXANDRA KRASOVEC 600 ANTON BLVD., STE. 2000 COSTA MESA CA 92626 |
| GRANDALL & PARTNERS CONSULTING LLC | COUNSEL TO (THE CLIENTS) ATTN: WENJIE SUN 729 SEVENTH AVENUE - 17TH FLOOR NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCEY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| LAW OFFICES OF DAVID W. MEADOWS | DAVID W. MEADOWS 1801 CENTURY PARK EAST, SUITE 1235 LOS ANGELES CA 90067 |
| LOWENTEIN SANDLER LLP | COUNSEL TO  OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: JEFFREY D. PROL, ESQ., ANDREW D. BEHLMANN, ESQ., JEREMY D. MERKIN, ESQ. ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MORRIS JAMES LLP | COUNSEL TO WEIDONG ZHU ATTN: BRYA M.KEILSON ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO CHINA CONSUMER CAPTAL FUND II ATTN: BRYA M. KEILSON, ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO NINGBO HANGZHOU BAY NEW AREA LERAN INVESTMENT MANAGEMENT PARTNERSHIP ATTN: BRYA M. KEILSON, ESQ. 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO CAHIN SOFT GROWING INVESTMENT (WUXI) PARTNERSHIP ATTN: BRYA K.KEILSON, ESQ 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | COUNSEL TO LINFEN INVESTMENT GROUP, LTD ATTN: BRYA KEILSON, ESQ.` 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: KELLY L. MORRISON 915 WILSHIRE BLVD., STE 1850 LOS ANGELES CA 90017 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JEFF W. DULBERG 10100 SANTA MONICA BLFD, 13TH FLR LOS ANGELES CA 90067 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: MAHAR S. PAGAY 10100 SANTA MONICA BLVD. 13TH FLOOR LOS ANGELES CA 90067 |
| POLSINELLI LLP | ATTN:  TANYA BEHNAM 2049 CENTURY PARK EAST, SUITE 2900 LOS ANGELES CA 90067 |
| POLSINELLI LLP | ATTN: RANDYE B. SOREF 2049 CENTURY PARK EAST, SUITE 2900 LOS ANGELES CA 90067 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: CHRISTOPHER M. SAMISL L KATHERINE GOOD, AARON H. STULMAN 1313 N. MARKET STREET, 6TH FLOOR WILMWILMINGTON DE 19801-3700 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BANKRUPTCY COUNSEL 444 SOUTH FLOWER STREET, SUITE 900 LOS ANGELES CA 90071-9591 |
| SECURITIES AND EXCHANGE COMMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN CGTROP & GREEN , P.A. | COUNSEL TO HANS SAN JOSE ATTN: JARED T. GREEN 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| THE ROSNERS LAW GROUP | COUNSEL TO SHANGHAI QICHENGYUEMING INVESTMENT ATTN: FREDERICK B. ROSNER, ESQ.; ZHAO (RUBY) LIU, ESQ. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. ATTORNEY GENERAL | ATTN DAVID C WEISS HERCULES BUILING 1313 N. MARKET STREET WILMINGTON DE 19801 |

YUETING JIA
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  30

# EXHIBIT B

**YUETING JIA – Case No. 19-12220 (KBO)**
**Electronic Mail Master Service List**

abehlmann@lowenstein.com
astulman@potteranderson.com
benjamin.rhode@kirkland.com
bkeilson@morrisjames.com
csamis@potteranderson.com
david.l.buchbinder@usdoj.gov
david@davidwmeadowslaw.com
dosdoc_web@state.de.us
dpacitti@klehr.com
glorioso.alessandra@dorsey.com
jdulberg@pszjlaw.com
jmerkin@lowenstein.com
john.moe@dentons.com;
john.zhang@dentons.com
jprol@lowenstein.com
jtgreen@svglaw.com
kelly.l.morrison@usdoj.gov
kgood@potteranderson.com
krasovee.alexandra@dorsey.com
liu.ray@dorsey.com
liu@teamrosner.com
maustria@austriallc.com
mbranzburg@klehr.com
mpagay@pszjlaw.com
rsoref@polsinelli.com
schnabel.eric@dorsey.com
sfinestone@fhlawlllp.com
statetreasurer@state.de.us
sunwenjie@grandall.com.cn
sveghte@klehr.com
tbehnam@polsinelli.com
vroldan@ballonstoll.com
yfrench@kirkland.com