Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>           Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE PURSUANT TO FED. R. BANKR. P. 4007(C) AS TO LIUHUAN SHAN**<br><br>[No Hearing Required] |

The Court, having read and considered the *Stipulation to Extend Deadline Pursuant to Fed. R. Bankr. P. 4007(c) as to Liuhuan Shan* ("Stipulation") [Docket No. 294][2], and with good cause shown,

//

//

//

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

**IT IS ORDERED**:

1. The Stipulation is approved.

2. The Rule 4007(c) Deadline, only as to Liuhuan Shan, is extended from February 4, 2020, to February 18, 2020.

### #

Date: February 6, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge