Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com
        mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                 Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER (I) REQUIRING PARTIES TO PARTICIPATE IN MEDIATION; AND (II) SETTING FURTHER STATUS CONFERENCE**<br><br>Case Status Conference:<br> Date:  January 23, 2020<br> Time:  9:30 a.m.<br><br>Continued Status Conference:<br> Date:  March 19, 2020<br> Time:  9:30 a.m.<br> Place: Courtroom 1368<br>        Edward R. Roybal Federal Building<br>        255 East Temple Street<br>        Los Angeles, California 90012<br> Judge: Honorable Vincent P. Zurzolo |

The Court, having conducted a status conference (the "Status Conference") in the above-captioned chapter 11 case (the "Case") pursuant to the *Court's Order (1) Setting Status Conference on Status of Reorganization Case; (2) Requiring Debtor-In-Possession to Appear at Status Conference and File Report on Status of Reorganization Case, or Face Possible (A) Conversion of Case to Chapter 7; (B) Dismissal of Case; or (C) Appointment of Trustee; (3) Requiring Compliance*

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:327174.5 46353/002

*With Standards Re Employment and Fee Applications; (4) Giving Notice of Probable Use of Court-Appointed Expert Witness for Contested Valuation Requests; (5) Establishing Procedure for (A) Motion for Order Approving Adequacy of Disclosure Statements; and (B) Motion for Order Confirming Plan,* entered on December 20, 2019 [Docket No. 180], and section 105(d) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*; having considered the *Debtor's Chapter 11 Status Report* [Docket No. 199] filed by Yueting Jia, the debtor and debtor in possession herein ("YT" or the "Debtor"), and *Shanghai Lan Cai Asset Management Co, Ltd.'s Response to Debtor's Chapter 11 Status Report* [Docket No. 214], filed by Shanghai Lan Cai Asset Management Co., Ltd. ("SLC"), as well as the arguments of counsel for the Debtor, SLC, the Official Committee of Unsecured Creditors (the "Committee") and Chongqing Strategic Emerging Industry Leeco Cloud Special Equity Investment Fund Partnership ("Chongqing Fund" and, together with the Debtor, SLC the Committee, and Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SQ"), the "Parties,") presented at the Status Conference; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1.	The Parties are ordered to participate in mediation ("Mediation") to commence not later than February 9, 2020, unless such deadline is extended by agreement of the Parties or order of the Court, regarding any and all disputes among the Parties in connection with the Case. A representative of each Party with authority to bind such Party to any agreement reached at the Mediation must attend and participate in person at all Mediation sessions.

2.	By joint submission of this Order, the Parties have advised the Court that they mutually have selected Hon. Mitchel R. Goldberg (ret.) to serve as mediator to facilitate the Mediation sessions (the "Mediator").

//

//

//

2

DOCS_LA:327174.5 46353/002

3. The Parties, per mutual agreement, will share the costs of the Mediator *pro rata* among all participants in the relevant Mediation session.

4. The Court will conduct a further status conference in the Case on March 19, 2020, beginning at 9:30 a.m.  No status report is required.

# # #

Date: February 6, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

3

DOCS_LA:327174.5 46353/002