ORDER No. 20V205

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL?  ☐ Yes ☒ No

APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Benjamin M. Rhode     Attorney Bar# 6310000

Law Firm: Kirkland & Ellis LLP

Mailing Address: 300 North LaSalle, Chicago, IL 60654

**RECEIVED** FEB 10 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): Ryan Besaw

Telephone: (312) 862-2099    E-mail: ryan.besaw@kirkland.com

Bankruptcy Case #: 19-bk-24804 VZ    Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): 2/6/2020   Time: 11:00AM

Debtor: Yueting Jia

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: V. Zurzolo     Courtroom #: LA 1368

**TRANSCRIBER:** eScribers     **ALTERNATE:** Exceptional Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
|---|---|

☐ Ordinary (30 days)　☐ 3 Days　☐ Entire Hearing
☐ 14 Days　☒ Daily (24 hours)　☐ Ruling/Opinion of Judge only
☐ 7 Days　　　☐ Testimony of Witness _____
　　　　　☐ Other*　　(name of witness)

*Special Instructions: _____

Transcript due dates are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: 2/10/2020  Date Sent to Transcriber: 2/11/2020  By ☒ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)　11:01:27 – 11:11:56

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

Court Recorder: Dina G. Johnson  Division: LA  Processed by: Shemainee Carranza

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*