Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
   jdulberg@pszjlaw.com
   mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP) AS GENERAL UNSECURED CLAIM**<br><br>[No Hearing Required] |

This Stipulation is entered into by and between Claimant, Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SIQ") through its counsel of record, Dentons US LLP, by John A. Moe, II, and Jinsu John Zhang, and Yueting Jia, chapter 11 debtor and debtor in possession (the "Debtor"), through his counsel of record, Pachulski Stang Ziehl & Jones LLP, by Jeffrey W. Dulberg, in accordance with the following facts and recitals:

**RECITALS**

A.   On October 14, 2019, the Debtor filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12220-KBO.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

1

DOCS_LA:327562.2 46353/002

B. The United States Trustee's Office appointed a five-member Committee of General Unsecured Creditors (the "Creditors Committee"). SIQ is a member of the Creditors Committee.

C. While the case was pending in the Delaware Bankruptcy Court, SIQ timely filed a proof of claim (the "Claim"), asserting that part of its Claim was secured based on § 708.110(d) of the California Code of Civil Procedure.

D. The bankruptcy case in Delaware was transferred on or about December 18, 2019, to the United States Bankruptcy Court for the Central District of California, Case No. 2:19-bk-24804.

**NOW, THEREFORE**, counsel for SIQ and counsel for the Debtor have conferred on whether SIQ's Claim is secured or unsecured, and have stipulated and agreed as follows:

## STIPULATION

1. In accordance with California Code of Civil Procedure §708.110(d), SIQ holds a secured lien on the Debtor's personal property as of August 15, 2019, which was within 90 days of the date the Debtor's bankruptcy case commenced.

2. Because the lien was effective within 90 days of the date the bankruptcy case commenced, SIQ will amend its Claim to the extent that it was asserted as was a secured claim, so as to be an entirely unsecured claim in the bankruptcy case.

3. If the Debtor's bankruptcy case is dismissed, absent further Court order, SIQ's secured lien will once again be effective as of August 15, 2019, and the enforceability of the lien deemed tolled for the time the Debtor's bankruptcy case was extant in accordance with § 108(c) of the Bankruptcy Code.

4. If SIQ's lien becomes once again effective as of August 15, 2019, the parties preserve their rights and defenses as to whether the lien is secured.

5. Nothing herein is intended to deem the SIQ proof of claim as allowed.

**IN WITNESS WHEREOF**, counsel for SIQ and the Debtor have executed this Stipulation as of the dates set forth below.

2

DOCS_LA:327562.2 46353/002

| | | |
|---|---|---|
| 1 | Dated: February 12, 2020 | DENTONS US LLP |
| 2 | | John A. Moe, II |
| | | Jinshu John Zhang |
| 3 | | |
| 4 | | By: _____ |
| | | JOHN A. MOE, II |
| 5 | | *Attorneys for Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)* |
| 6 | | |
| 7 | Dated: February 12, 2020 | Pachulski Stang Ziehl & Jones |
| | | JEFFREY DULBERG |
| 8 | | |
| 9 | | By:    /s/Jeffrey W. Dulberg    |
| 10 | | JEFFREY W. DULBERG |
| | | *Attorneys for Yueting Jia* |

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP) AS GENERAL UNSECURED CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 12, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 12, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327566.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan    blogan@omm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327566.1 46353/002