UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>YUETING JIA,<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 2:19-bk-24804-VZ |
| | Operating Report Number: 4 |
| | For the Month Ending: Jan-20 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        145,580.62

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        30,707.31

3.  BEGINNING BALANCE:        114,873.31

4.  RECEIPTS DURING CURRENT PERIOD        28,154.65
    See ** below

5.  BALANCE:        143,027.96

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD        12,180.93

7.  ENDING BALANCE:        130,847.03

8.  General Account Number(s):        7987

    Depository Name & Location:        Wells Fargo Bank
                                       1403 Sartori Ave, Torrance, CA 90501

*   All receipts must be deposited into the general account.
**  Debtor's sources of income include W2 income from Faraday Future ($25,000 bi monthly - gross)
    and from Warmtime, Inc., from whom Debtor receives rental income for the sublease of real
    property located at 7 Marguerite Dr., Rancho Palos Verdes, CA 90275; 11 Marguerite Dr., Rancho
    Palos Verdes, CA 90275; 15 Marguerite Dr., Rancho Palos Verdes, CA 90275; and 19 Marguerite Dr.,
    Rancho Palos Verdes, CA 90275
    Rent for these properties has been prepaid through May 2020

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/2/2020 | | Starbucks Store | Food | $ 13.95 |
| 1/2/2020 | | Sq *Ko Ryu Ramen | Food | 68.16 |
| 1/2/2020 | | Palos Verdes Bowl Torrance | sports | 45.00 |
| 1/2/2020 | | Pp*Felix Design St | Hair cut | 60.00 |
| 1/2/2020 | | Starbucks Store | Food | 14.25 |
| 1/2/2020 | | Chun LA Hao Chong | Food | 167.73 |
| 1/6/2020 | | DBA United | Postage fee | 50.86 |
| 1/6/2020 | | Boiling Point | Food | 95.84 |
| 1/7/2020 | | Sos Bpd | Notary fees | 86.00 |
| 1/8/2020 | | LA City Parking | Parking fee | 13.00 |
| 1/9/2020 | | Pho So 1 | Food | 57.12 |
| 1/9/2020 | 1008 | Ruokun Jia | Traveling reimbursement for 341 meeting at DE | 9,479.34 |
| 1/13/2019 | | Consulate General | Notary fees | 132.00 |
| 1/17/2020 | | Boiling Point | Food | 59.27 |
| 1/21/2020 | | Boba Tim | Food | 6.02 |
| 1/21/2020 | | Boiling Point | Food | 45.19 |
| 1/21/2020 | | Shell Oil | Gas | 49.53 |
| 1/21/2020 | | Tous Les Jours | Food | 9.50 |
| 1/21/2020 | | H Mart | Food | 48.67 |
| 1/22/2020 | | Pho Kobe | Food | 33.58 |
| 1/22/2020 | 1009 | U.S TRUSTEE | Quarterly Fees | 650.00 |
| 1/24/2020 | | Tea Station | Food | 66.00 |
| 1/24/2020 | | H Mart | Food | 44.38 |
| 1/27/2020 | | Tous Les Jours | Food | 4.75 |
| 1/27/2020 | | Swan Thai | Food | 324.16 |
| 1/27/2020 | | Equinox | Fitness expense | 305.29 |
| 1/27/2020 | | Regal Cinemas | movie tickets | 97.65 |
| 1/31/2020 | | Boiling Point | Food | 40.29 |
| 1/31/2020 | | Boiling Point | Food | 113.40 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12,180.93 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____1/31/2020_____    Balance on Statement: _____$130,847.03_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    [_____]

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    [_____]

Bank statement Adjustments:    _____
Explanation of Adjustments-
[_____]

ADJUSTED BANK BALANCE:    [__$130,847.03__]

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: | N/A | N/A | N/A | N/A |

I.D SUMMARY SCHEDULE OF CASH*

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | $130,847.03 |
| Payroll Account: | |
| Tax Account**: | 985.00 |

*Other Accounts:

*Other Monies:

## TOTAL CASH AVAILABLE:

$131,832.03

### Other Monies:

| Date | Purpose | Amount |
|---|---|---|
| *See Exhibit 1 attached hereto | | |

## TOTAL PETTY CASH TRANSACTIONS:

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI.   UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2019 | 30,707.31 | 650.00 | 27-Jan-2020 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Since the appointment of the Committee, the debtor and Committee, and their respective professionals, have engaged in extensive discussions and negotiations regarding the terms of the debtor's Plan. Most recently, as ordered by the Court on January 23, 2020, the debtor, Committee and certain creditors participated in mediation sessions on February 4 and 6, 2020. Based, in part, on those discussions, the debtor anticipates filing a further amended Plan and Disclosure Statement during the week of February 17 that, hopefully, will be acceptable to and have the support of the Committee.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Yueting Jia,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

January 17, 2020
_____
Date

Page 8 of 8

_____
Yueting Jia, Debtor and Debtor in Possession

# EXHIBIT 1

**Exhibit 1**

As disclosed in the Debtor's Schedules filed on
October 17, 2019, the Debtor's assets in the
Peoples' Republic of China have been frozen
and, as such, the Debtor has no visibility as
to those assets.

# Wells Fargo Everyday Checking

January 31, 2020 ▪ Page 1 of 4



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
　　　P.O. Box 6995
　　　Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $114,873.31 |
| Deposits/Additions | 28,154.65 |
| Withdrawals/Subtractions | - 12,180.93 |
| **Ending balance on 1/31** | **$130,847.03** |

Account number: ▮▮▮▮7987

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 1/2 | | Purchase authorized on 12/30 Starbucks Store 05 Rolling Hills CA S309364843872933 Card 6155 | | 13.95 | |
| 1/2 | | Purchase authorized on 12/31 Sq *Ko Ryu Ramen Torrance CA S389365748120249 Card 6155 | | 68.16 | |
| 1/2 | | Purchase authorized on 12/31 Palos Verdes Bowl Torrance CA S469365799748831 Card 6155 | | 45.00 | |
| 1/2 | | Purchase authorized on 12/31 Pp*Felix Design St Palos Verdes CA S469365848788843 Card 6155 | | 60.00 | |
| 1/2 | | Purchase authorized on 12/31 Starbucks Store 05 Rolling Hills CA S469365854296256 Card 6155 | | 14.25 | |
| 1/2 | | Purchase authorized on 12/31 Chun LA Hao Chong Temple City CA S460001145162924 Card 6155 | | 167.73 | 114,504.22 |
| 1/6 | | Purchase authorized on 01/02 76 - DBA United PA Wilmington CA S380003117726723 Card 6155 | | 50.86 | |
| 1/6 | | Purchase authorized on 01/03 Boiling Point Gard Gardena CA S580003834806610 Card 6155 | | 95.84 | 114,357.52 |
| 1/7 | | Purchase authorized on 01/06 CA Sos Bpd Los Ang Los Angeles CA S580006694017218 Card 6155 | | 86.00 | 114,271.52 |
| 1/8 | | Purchase authorized on 01/06 LA City Parking ME Los Angeles CA S580006681215174 Card 6155 | | 13.00 | 114,258.52 |
| 1/9 | | Purchase authorized on 01/08 Pho So 1 Gardena CA S300008766729071 Card 6155 | | 57.12 | |
| 1/9 | 1008 | Check | | 9,479.34 | 104,722.06 |
| 1/13 | | Purchase authorized on 01/10 Consulate General Los Angeles CA S380010638638130 Card 6155 | | 132.00 | 104,590.06 |
| 1/15 | | Faraday & Future Direct Dep 200115 661047210850Xt9 Jia,Yueting | 14,052.33 | | 118,642.39 |
| 1/17 | | Purchase authorized on 01/15 Boiling Point Gard Gardena CA S580015788329945 Card 6155 | | 59.27 | 118,583.12 |
| 1/21 | | Purchase authorized on 01/17 Tst* It S Boba Tim Gardena CA S460017771413548 Card 6155 | | 6.02 | |
| 1/21 | | Purchase authorized on 01/17 Boiling Point Gard Gardena CA S580017815227796 Card 6155 | | 45.19 | |
| 1/21 | | Purchase authorized on 01/17 Shell Oil 57442712 Torrance CA S460018028633586 Card 6155 | | 49.53 | |
| 1/21 | | Purchase authorized on 01/17 Tous Les Jours Torrance CA S580018056816229 Card 6155 | | 9.50 | |
| 1/21 | | Purchase authorized on 01/17 H Mart - Torrance Torrance CA S380018068055727 Card 6155 | | 48.67 | 118,424.21 |
| 1/22 | | Purchase authorized on 01/21 Pho Kobe Torrance CA S380021772221267 Card 6155 | | 33.58 | |
| 1/22 | 1009 | Check | | 650.00 | 117,740.63 |
| 1/24 | | Purchase authorized on 01/22 Tea Station Garden Gardena CA S460022740333765 Card 6155 | | 66.00 | |
| 1/24 | | Purchase authorized on 01/23 H Mart - Torrance Torrance CA S300024078946562 Card 6155 | | 44.38 | 117,630.25 |
| 1/27 | | Purchase authorized on 01/23 Tous Les Jours Torrance CA S380024080731162 Card 6155 | | 4.75 | |
| 1/27 | | Purchase authorized on 01/23 Swan Thai Rpv Rancho Palos CA S580024155973072 Card 6155 | | 324.16 | |
| 1/27 | | Purchase authorized on 01/25 Equinox #705 8663326549 CA S580025827361737 Card 6155 | | 305.29 | |
| 1/27 | | Recurring Payment authorized on 01/25 Regal Cinemas Mobi 877-835-5734 TN S460025855268957 Card 6155 | | 97.65 | 116,898.40 |
| 1/31 | | Faraday & Future Direct Dep 200131 931313648772Xt9 Jia,Yueting | 14,102.32 | | |

January 31, 2020 ■ Page 3 of 4



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 1/31 | | Purchase authorized on 01/29 Boiling Point Gard Gardena CA S580029767526513 Card 6155 | | 40.29 | |
| 1/31 | | Purchase authorized on 01/29 Boiling Point Gard Gardena CA S580029772554303 Card 6155 | | 113.40 | 130,847.03 |
| **Ending balance on 1/31** | | | | | **130,847.03** |
| **Totals** | | | **$28,154.65** | **$12,180.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 1008 | 1/9 | 9,479.34 | 1009 | 1/22 | 650.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | $104,590.06 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $28,154.65 | ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 27 | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

\+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

\- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo Everyday Checking



January 31, 2020  ■  Page 1 of 3

YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $995.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 1/31** | **$985.00** |

Account number:  ▮▮▮▮7979

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------------------|---------------------------|----------------------|
| 1/31 | | Monthly Service Fee | | 10.00 | 985.00 |
| **Ending balance on 1/31** | | | | | **985.00** |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $995.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

January 31, 2020 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.        $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total**   | $      |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.     = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total**          | $      |

- $ _____

**E**  **Subtract** **D** **from** **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.        = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

 Member FDIC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***MONTHLY OPERATING REPORT NO. 4 [January 2020]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 17, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 17, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 17, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327617.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **Jerrold L Bregman**    ecf@bg.law, jbregman@bg.law
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Stephen D Finestone**    sfinestone@fhlawllp.com
- **Alexandra N Krasovec**    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- **Ben H Logan**    blogan@omm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Benjamin Taylor**    btaylor@taylorlawfirmpc.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Emily Young**    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327617.1 46353/002