Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 18 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>YUETING JIA<br><br>Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP) AS GENERAL UNSECURED CLAIM**<br><br>[No Hearing Required] |

The Court having considered the *Stipulation Resolving Status of Claim Held by Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) As General Unsecured Claim* (the "Stipulation") [Docket No. 325], dated February 12, 2020, as agreed to by Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SIQ") through its counsel of record, Dentons US LLP, by John A. Moe, II, and Jinsu John Zhang, and Yueting Jia, chapter 11 debtor and debtor in possession (the "Debtor"), through his counsel of record, Pachulski Stang Ziehl

& Jones LLP, by Jeffrey W. Dulberg, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

### # # #

Date: February 18, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge