CHRISTOPHER E. PRINCE (SBN 183553)
cprince@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 West Ninth Street, Suite 705
Los Angeles, California 90015
Telephone: (213) 291-8984
Facsimile: (213) 493-6596

DANIEL J. SAVAL (*pro hac vice*)
daniel.saval@kobrekim.com
DONG NI (DONNA) XU (*pro hac vice*)
donna.xu@kobrekim.com
KOBRE & KIM LLP
800 Third Ave
New York, NY 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

Attorneys for Creditor
Shanghai Lan Cai Asset Management Co, Ltd.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re:<br><br>YUETING JIA,<br><br>                 Debtor. | Case No. 2:19-bk-24804-VZ<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**<br><br>Hearing:<u></u><br>Date:   March 17, 2020<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>           Edward R. Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, California 90012<br>Judge: Honorable Vincent P. Zurzolo |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RCORD:

      PLEASE TAKE NOTICE that on March 17, 2020 at 11:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1368 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Creditor Shanghai Lan Cai Asset Management Co, Ltd.

("Shanghai Lan Cai"), will and hereby does move the Court to dismiss this Chapter 11 case filed by Yueting Jia ("Jia" or the "Debtor") pursuant to 11 U.S.C. §§ 1112 and 305 on the basis that it was filed in bad faith and in contravention of the principles of international comity.

PLEASE TAKE FURTHER NOTICE that this motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Dong Ni (Donna) Xu, and the papers and pleadings on file in this chapter 11 bankruptcy case, and any such oral and documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9013-1(f) require that any response must be filed with the Court and served on the parties no later than 14 days before the hearing on the Motion. The failure to timely respond to this Motion may be deemed to be consent to the relief requested in this Motion.

Copies of the motion and supporting documents may be obtained either by contacting Lesnick Prince & Pappas LLP, 315 West Ninth Street, Suite 705, Los Angeles, California 90015, Telephone: (213) 493-6496, Facsimile (213) 493-6596, or by visiting https://dm.epiq11.com/case/yt1/documents.

Dated: February 21, 2020
LESNICK PRINCE PAPPAS LLP

– AND –

KOBRE & KIM LLP


By: /s/Christopher E. Prince
Christopher E. Prince
*Attorneys for Creditor Shanghai Lan Cai Asset Management Co, Ltd.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/21/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **Jerrold L Bregman**    ecf@bg.law, jbregman@bg.law
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Stephen D Finestone**    sfinestone@fhlawllp.com
- **Alexandra N Krasovec**    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- **Ben H Logan**    blogan@omm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Benjamin Taylor**    btaylor@taylorlawfirmpc.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Emily Young**    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/21/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/21/2020 | Christopher E. Prince | /s/Christopher E. Prince |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**