Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                      Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**DECLARATION OF ROBERT MOON IN SUPPORT OF DEBTOR'S MOTION AUTHORIZING ROBERT MOON TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE BANKRUPTCY CODE**<br><br>[Relates to Docket No. 105]<br><br>Date:    February 25, 2020<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>           Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, California 90012<br>Judge:  Hon. Vincent P. Zurzolo |

I, Robert Moon, under penalty of perjury, declare as follows:

1. I am the managing member of PQBDN, the proposed foreign representative for the above-captioned debtor and debtor in possession (the "Debtor"). I submit this Supplemental Declaration (the "Declaration") in further support of the *Debtor's Motion for an Order Authorizing Robert Moon to Act as Foreign Representative Pursuant to Section 1505 of the Bankruptcy Code*

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_DE:227589.1 46353/002

[Docket No. 105] (the "Motion").[2]  Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of the Debtor's books and records, relevant documents and other information prepared or collected by the Debtor, or my opinion based on my experience with the Debtor's operations and financial condition.  In making my statements based on my review of the Debtor's books and records, relevant documents and other information prepared or collected by the Debtor, I have relied upon these employees accurately recording, preparing, or collecting such documentation and other information.

2. I have more than 25 years of financial consulting and management experience, including financial and operational restructuring, loan workouts, asset disposition, corporate, strategic, finance and M&A advisory, and business planning.  I served as the chief restructuring officer ("CRO") for Suntech Group which includes Suntech America, Inc., Case No. 15-10054 (KBO) pending in the Delaware Bankruptcy Court ("Suntech") and currently serve as the Plan Administrator in the Suntech case.  I continue to serve as the CRO of Suntech Power Holdings Co Ltd (the ultimate parent company of the Suntech Group of companies).  I have also been involved in a number of international insolvency proceedings.  Prior to serving as Suntech's CRO, I worked with various clients to provide financial and strategic advisory services.  I also served as CRO for Advantage Rent-a-Car in its chapter 11 proceeding and I served as the chief financial officer for Global Lighting Technologies.

3. I have considerable experience working with senior management teams in the areas of financial and operational restructuring, loan workouts, insolvency recovery, asset disposition, business acquisition, and business planning.  In my work in bankruptcy cases, I have created, directed and implemented insolvency recoveries, overseen restructurings, and overseen the Bankruptcy Code section 363 sale processes.

4. I hold an M.B.A. in Finance/Accounting from Columbia University Business School and a B.A. in Economics from Brigham Young University.

---

[2] Unless otherwise noted, capitalized terms used in this Declaration have the same meanings ascribed in the Motion.

DOCS_DE:227589.1 46353/002                                              2

5. I am qualified to act as foreign representative for activities needed to administer the Debtor's assets in the British Virgin Islands ("BVI") and the Cayman Islands on behalf of the estate as authorized under title 11, Chapter 15.

6. I understand that, absent further Order of the Court, my duties as foreign representative shall be limited to the BVI and the Cayman Islands.

7. The Consultancy Agreement shall be applicable to this Motion except that the relevant duties apply to me specifically and not to PQBDN, LLC.

8. I will carry out the duties under Clause 4.1(c) of the Consultancy Agreement in my capacity as manager of PQBDN, LLC, the financial advisor for the Debtor, and not in the capacity of CRO.

9. I understand and agree that Clauses 1.1, 5.1 and 7.6 of the Consultancy Agreement are amended as agreed to in the Debtor's Reply to the Amended Motion to Employ PQBDN, LLC as Financial Advisor [Docket No. 338].

10. For purposes of my duties only under clause 4.1(c) of the Consultancy Agreement, the date of entry of this Order shall constitute the "Commencement Date" as defined in clause 1.

11. Based upon the foregoing, I believe that I am qualified to act as the Debtor's foreign representative under Section 1505 of the Bankruptcy Code.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: February 24, 2020

_____
Robert Moon

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*)**: DECLARATION OF ROBERT MOON IN SUPPORT OF DEBTOR'S MOTION AUTHORIZING ROBERT MOON TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE BANKRUPTCY CODE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 24, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **February 24, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA PERSONAL DELIVERY</u>**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan    blogan@omm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002