1  Richard M. Pachulski (CA Bar No. 90073)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail: rpachulski@pszjlaw.com
           jdulberg@pszjlaw.com
6          mpagay@pszjlaw.com

7  [Proposed] Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br><br>Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO., LTD.**<br><br>[Relates to Docket Nos. 358, 359, and 360]<br><br>**Current Hearing:**<br>Date:  March 17, 2020<br>Time:  11:00 a.m.<br>Place: Courtroom 1368<br>         Edward R. Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, Ca 90012<br>Judge: Honorable Vincent P. Zurzolo<br><br>**Proposed Hearing:**<br>Date:  March 19, 2020<br>Time:  9:30 a.m.<br>Place: Courtroom 1368<br>         Edward R. Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, Ca 90012<br>Judge: Honorable Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:327740.1 46353/002

This Stipulation is entered into by and between movant, Shanghai Lan Cai Asset Management Co., Ltd. ("SLC") through its counsel of record, Lesnick Prince & Pappas LLP, Yueting Jia, chapter 11 debtor and debtor in possession herein (the "Debtor") through his counsel of record, Pachulski Stang Ziehl & Jones LLP, and the Official Committee of Unsecured Creditors through its counsel of record, Polsinelli LLP (the "Committee, and together with SLC and the Debtor, the "Parties"), that the hearing regarding the *Motion to Dismiss the Debtor's Chapter 11 Case By Creditor Shanghai Lan Cai Asset Management Co., Ltd.* (the "Motion") [Docket No. 358], in accordance with the following facts and recitals:

## RECITALS

A.  At the status hearing held on January 23, 2020, the Court set a continued status conference (the "Continued Status Conference") for March 19, 2020 at 9:30 a.m.

B.  On February 21, 2020, creditor Shanghai Lan Cai Asset Management Co., Ltd. filed a *Motion to Dismiss Debtor's Chapter 11 Case* (the "Motion") [Docket No. 358], set to be heard on March 17, 2020 at 11:00 a.m.

C.  The Parties recognize and agree that in the interests of judicial economy the hearing on the Motion should be conducted at the same date and time as the Continued Status Conference.

**NOW THEREFORE,** the Parties have conferred and stipulate as follows:

## STIPULATION

1.  The Parties request to have the Motion heard on March 19, 2020 at 9:30 a.m., which is the same date and time as the Continued Status Conference.

**IN WITNESS WHEREOF,** counsel for SLC, the Debtor, and the Committee have executed this Stipulation as of the dates set forth below.

*[Remainder of Page Intentionally Left Blank]*

2

DOCS_LA:327740.1 46353/002

| | | |
|---|---|---|
| 1 | Dated: February 24, 2020 | LESNICK PRINCE & PAPPAS LLP |
| 2 | | |
| 3 | | By: _____<br>CHRISTOPHER E. PRINCE |
| 4 | | *Attorneys for Shanghai Lan Cai Asset Management Co., Ltd.* |
| 5 | | |
| 6 | Dated: February 24, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| 7 | | |
| 8 | | By:     */s/Jeffrey W. Dulberg*<br>        RICHARD M. PACHULSKI<br>        JEFFREY W. DULBERG |
| 9 | | MALHAR S. PAGAY |
| 10 | | *Attorneys for Yueting Jia* |
| 11 | | |
| 12 | Dated: February __, 2020 | POLSINELLI LLP |
| 13 | | By: _____ |
| 14 | | RANDYE B. SOREF<br>TANYA BEHNAM |
| 15 | | *Attorneys for the Official Committee of Unsecured Creditors* |

DOCS_LA:327740.1 46353/002

3

| | | |
|---|---|---|
| 1 | Dated: February __, 2020 | LESNICK PRINCE & PAPPAS LLP |
| 2 | | |
| 3 | | By: _____<br>CHRISTOPHER E. PRINCE |
| 4 | | *Attorneys for Shanghai Lan Cai Asset Management Co., Ltd.* |
| 5 | | |
| 6 | Dated: February __, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| 7 | | |
| 8 | | By:    /s/Jeffrey W. Dulberg<br>RICHARD M. PACHULSKI<br>JEFFREY W. DULBERG |
| 9 | | MALHAR S. PAGAY |
| 10 | | *Attorneys for Yueting Jia* |
| 11 | Dated: February 21, 2020 | POLSINELLI LLP |
| 12 | | |
| 13 | | By: _____ |
| 14 | | RANDYE B. SOREF<br>TANYA BEHNAM |
| 15 | | *Attorneys for the Official Committee of Unsecured Creditors* |

DOCS_LA:327740.1 46353/002

# To PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO., LTD.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 24, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 24, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman     ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Stephen D Finestone     sfinestone@fhlawllp.com
- Alexandra N Krasovec     krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan     blogan@omm.com
- David W. Meadows     david@davidwmeadowslaw.com
- Kelly L Morrison     kelly.l.morrison@usdoj.gov
- Malhar S Pagay     mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince     cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref     rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor     btaylor@taylorlawfirmpc.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Emily Young     pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002