Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>          Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI LAN CAI ASSET MANAGEMENT CO., LTD. AS GENERAL UNSECURED CLAIM**<br><br>[No Hearing Required] |

      This Stipulation is entered into by and between Claimant, Shanghai Lan Cai Asset Management Co., Ltd. ("SLC") through its counsel of record, Lesnick Prince & Pappas LLP and Kobre & Kim LLP, and Yueting Jia, chapter 11 debtor and debtor in possession (the "Debtor"), through his counsel of record, Pachulski Stang Ziehl & Jones LLP, in accordance with the following facts and recitals:

**RECITALS**

      A.     On October 14, 2019, the Debtor filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12220-KBO.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

1

DOCS_LA:327715.2 46353/002

B.  The bankruptcy case in Delaware was transferred on or about December 18, 2019, to the United States Bankruptcy Court for the Central District of California, Case No. 2:19-bk-24804-VZ (the "Court").

C.  SLC timely filed a proof of claim (the "Claim"), asserting that its Claim was secured based on § 708.110(d) of the California Code of Civil Procedure.

**NOW, THEREFORE**, counsel for SLC and counsel for the Debtor have conferred on whether SLC's Claim is secured or unsecured, and have stipulated and agreed as follows:

## STIPULATION

1.  In accordance with California Code of Civil Procedure §708.110(d), SLC holds a secured lien (the "Lien") on the Debtor's personal property as of approximately August 15, 2019, which date was within 90 days of the date the Debtor's bankruptcy case commenced.

2.  Because the Lien was effective within 90 days of the date the bankruptcy case commenced, the Claim shall be treated in its entirety as a "general unsecured claim" in the Debtor's bankruptcy case for all purposes, including, but not limited to, classification, treatment and distribution under any proposed plan of reorganization.

3.  Notwithstanding paragraph 2 herein, the Lien shall not be avoided until the earlier of the effective date of a plan of reorganization or as otherwise ordered by the Court.

4.  If the Debtor's bankruptcy case is dismissed, absent further Court order, SLC's Lien will be effective and the enforceability of the Lien deemed tolled for the time the Debtor's bankruptcy case was extant in accordance with section 108(c) of the Bankruptcy Code, provided, however, the parties hereto preserve all other rights and defenses related to whether the Lien is properly secured and the priority of the Lien.

5.  Nothing herein is intended to affect the allowance or disallowance of the Claim.

**IN WITNESS WHEREOF**, counsel for SLC and the Debtor have executed this Stipulation as of the dates set forth below.

DOCS_LA:327715.2 46353/002

| | | |
|---|---|---|
| 1 | Dated: February 24, 2020 | KOBRE & KIM LLP |
| 2 | | |
| 3 | | By: /s/ Daniel J. Saval |
| | | DANIEL J. SAVAL |
| 4 | Dated: February 24, 2020 | LESNICK PRINCE & PAPPAS LLP |
| 5 | | |
| 6 | | By: /s/ Christopher E. Prince |
| | | CHRISTOPHER E. PRINCE |
| 7 | | *Attorneys for Shanghai Lan Cai Asset Management Co., Ltd.* |
| 8 | | |
| 9 | Dated: February 24, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| 10 | | |
| 11 | | By: /s/Jeffrey W. Dulberg |
| | | RICHARD M. PACHULSKI |
| 12 | | JEFFREY W. DULBERG |
| | | MALHAR S. PAGAY |
| 13 | | *Attorneys for Yueting Jia* |

DOCS_LA:327715.1 46353/002

3

# To PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI LAN CAI ASSET MANAGEMENT CO., LTD. AS GENERAL UNSECURED CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 24, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 24, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

**VIA EMAIL**
Daniel J. Saval    daniel.saval@kobrekim.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan    blogan@omm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002