1  Richard M. Pachulski (CA Bar No. 90073)[
2  Jeffrey W. Dulberg (CA Bar No. 181200)
   Malhar S. Pagay (CA Bar No. 189289)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California  90067
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   E-mail:  rpachulski@pszjlaw.com
6           jdulberg@pszjlaw.com
            mpagay@pszjlaw.com

**FILED & ENTERED**

**FEB 25 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

7  [Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION AUTHORIZING ROBERT MOON TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1505 OF THE BANKRUPTCY CODE** |
| | [Relates to Docket No. 105] |
| | Date:   February 25, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, California 90012 |
| | Judge:  Hon. Vincent P. Zurzolo |

The Court, having considered the motion (the "Motion", docket entry **#105**))[2] of the Debtor for entry of an order authorizing Robert Moon to act as foreign representative of the Debtor pursuant to 11 U.S.C. § 1505; and due and sufficient notice of the Motion having been provided under the

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and upon consideration of the *Declaration of Robert Moon in Support of the Debtors' Motion for an Order Authorizing Robert Moon to Act as Foreign Representative Pursuant to Section 1505 of the Bankruptcy Code* ("Declaration", docket entry **#362**); and based on good cause and on the findings and conclusions made at the hearing,

**IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED** as set forth herein.

2. Robert Moon is authorized to act as the Foreign Representative of the Debtor in any judicial or other proceeding in the BVI and Cayman Islands, and may act in any way permitted by applicable foreign law, including, without limitation, (i) seeking recognition of the Debtor's chapter 11 case in any BVI or Cayman Islands proceeding, (ii) requesting that the BVI or Cayman Islands courts lend assistance to this Court in protecting the property of the Debtor's estate, and (iii) seeking any other appropriate relief from the BVI or Cayman Islands courts that Mr. Moon deems just and proper in furtherance of the protection of the Debtor's estate.

3. This Court requests the aid and assistance of the BVI and Cayman Islands courts to recognize Mr. Moon as a foreign representative under BVI law and Cayman Islands law, and to recognize and give full force and effect to this Order in all jurisdictions of the BVI and the Cayman Islands.

4. Absent further Order of the Court, Mr. Moon shall be recognized as a foreign representative only in the jurisdictions of the BVI and Cayman Islands.

5. The Consultancy Agreement shall be applicable to this Motion except that the relevant duties apply to Robert Moon specifically and not to PQBDN, LLC.

6. The duties under Clause 4.1(c) of the Consultancy Agreement will be carried out by Robert Moon in his capacity as manager of PQBDN, LLC, the financial advisor for the Debtor, and not in the capacity of chief restructuring officer.

7. Clauses 1.1, 5.1 and 7.6 of the Consultancy Agreement are hereby amended as agreed to in the Debtor's Reply to the Amended Motion to Employ PQBDN, LLC as Financial Advisor [Docket No. 338].

8. For purposes of Robert Moon's duties only under clause 4.1(c) of the Consultancy Agreement, the date of entry of this Order shall constitute the "Commencement Date" as defined in clause 1.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtor and Mr. Moon are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

### 

Date: February 25, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge