Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com



FILED & ENTERED

FEB 25 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

[Proposed] Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>YUETING JIA<br><br>           Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING STATUS OF CLAIM HELD BY SHANGHAI LAN CAI ASSET MANAGEMENT CO., LTD. AS GENERAL UNSECURED CLAIM**<br><br>[No Hearing Required] |

The Court having considered the *Stipulation Resolving Status of Claim Held by Shanghai Lan Cai Asset Management Co., Ltd. As General Unsecured Claim* (the "Stipulation") [Docket No. **368**], dated February 24, 2020, as agreed to by Shanghai Lan Cai Asset Management Co., Ltd. through its counsel of record, Lesnick Prince & Pappas LLP and Kobre & Kim LLP, and Yueting Jia, chapter 11 debtor and debtor in possession, through his counsel of record, Pachulski Stang Ziehl & Jones LLP, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1.    The Stipulation is APPROVED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: February 25, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge