Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com



**FILED & ENTERED**

**FEB 28 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA[1],<br><br>                    Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES TO THE MAXIMUM NUMBER OF DAYS AUTHORIZED BY 11 U.S.C. § 365(D)(4)(B)(1)**<br><br>[Relates to Docket No. 322]<br><br>[No Hearing Required] |

Upon the *Motion for an Order Granting Extension of the Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases to the Maximum Number of Days Authorized by 11 U.S.C. § 365(D)(4)(B)(1)* (the "Motion")[2] [Docket No. 322], filed by Yueting Jia, debtor and debtor in possession herein ("YT" or "Debtor"), seeking to extend the statutory deadline within which the Debtor may assume, assume and assign, or reject any unexpired non-residential real property leases for an additional (90) days, i.e. from February 11, 2020, through and including May 11, 2020, or through the date of entry of an order confirming a plan, whichever is earlier; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

28 U.S.C. 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate; and the Debtor having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion and no further notice being deemed necessary; and the Court having considered the Motion and all pleadings and papers filed in connection with the Motion and no objection to the granting of the Motion having been made; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor may assume, assume and assign, or reject any unexpired non-residential real property leases for an additional (90) days through and including May 11, 2020, or through the date of entry of an order confirming a plan, whichever is earlier.

3. The Court retains jurisdiction to interpret and enforce the terms of this Order.

# # #

Date: February 28, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge