| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Malhar S. Pagay (CA Bar No. 189289)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-6910<br>Facsimile:  (310) 201-0760<br>Email:  rpachulski@pszjlaw.com<br>           jdulberg@pszjlaw.com.com<br>           mpagay@pszjlawcom<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Yueting Jia, Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**MAR 02 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  Yueting Jia, debtor and debtor in possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Renewed Motion for an Order (I) Approving Third Amended Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines, (IV) Waiving Certain Local Rules and Procedures, and (V) Granting Related Relief; Memorandum of Points and Authorities; Declaration of Robert Moon

    b. *Date of filing of motion:* 3/2/20

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 3/2/20

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013     Page 1     F 9075-1.1.ORDER.SHORT.NOTICE
DOCS_LA:327975.1 46353/002

3. Based upon the court's review of the Application, it is ordered that:
   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.
   b. ☒ The Application is granted, and it is further ordered:

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: 3/19/2020 | Place: |
|---|---|
| Time: 9:30 a.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: 1368 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: **Monday 3/2/2020** | 1) All parties who filed an opposition to a prior request to approve adequacy of disclosure statement |
| Time: **6:00 p.m. PST** | 2) Secured Creditors |
| | 3) Official Committee of Unsecured Creditors |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: **To be delivered no later than Tuesday 3/3/2020** | 1) All parties who filed an opposition to a prior request to approve adequacy of disclosure statement |
| Time: **12:00 noon PST** | 2) Secured Creditors |
| | 3) Official Committee of Unsecured Creditors |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013          Page 2          **F 9075-1.1.ORDER.SHORT.NOTICE**
DOCS_LA:327975.1 46353/002

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

| (B) *Deadlines:*<br><br>Date: **To be delivered no later than Tuesday 3/3/2020**<br><br>Time: **12:00 noon PST** | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br>   1) **All parties who filed an opposition to a prior request to approve adequacy of disclosure statement**<br>   2) **Secured Creditors**<br>   3) **Official Committee of Unsecured Creditors**<br><br>(D) *Service is also required upon*:<br>   -- United States trustee *(no electronic service permitted)*<br>   -- Judge's copy personally delivered to chambers<br>     (*see Court Manual for address*) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

| (B) *Deadlines:*<br><br>Date: **To be delivered no later than Wednesday 3/11/2020**<br><br>Time: **4:00 p.m. PST** | (C) *Persons/entities to be served with written opposition to the motion:*<br>   -- movant's attorney<br><br><br><br>(D) *Service is also required upon*:<br>   -- United States trustee *(electronic service is not permitted)*<br>   -- Judge's copy personally delivered to chambers<br>     (*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 3  **F 9075-1.1.ORDER.SHORT.NOTICE**
DOCS_LA:327975.1 46353/002

(B) *Deadlines:*

Date: **To be delivered no later than Monday 3/16/2020**

Time: **12:00 noon PST**

(C) *Persons/entities to be served with written reply to opposition:*

-- **All persons/entities who filed a written opposition**

(D) *Service is also required upon*:

-- United States trustee *(electronic service is not permitted)*
-- Judge's Copy personally delivered to chambers
  (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.

☒ no later than:    Date: **Wed 3/11/2020**    Time: **4:00 p.m. PST**

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

####

Date: March 2, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**
DOCS_LA:327975.1 46353/002