| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Malhar S. Pagay, Esq. (CA Bar No. 189289)**<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>**10100 Santa Monica Blvd., 13th Floor**<br>**Los Angeles, CA 90067**<br>**Tel:  310-277-6910**<br>**Fax: 310-201-0760**<br>**Email:  mpagay@pszjlaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re:<br><br>**Yueting Jia**<br><br><br><br><br>Debtor(s) | CASE NO.: **2:19-bk-24804-VZ**<br><br>CHAPTER: **11**<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☑ Schedule E/F    ☑ Schedule G

☑ Schedule H    ☐ Schedule I    ☑ Schedule J    ☐ Schedule J-2    ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  _____March 9, 2020_____    _____
                                                  **Yueting Jia**
                                                  Debtor 1 Signature

                                                 _____
                                                  Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  Richard M. Pachulski (CA Bar No. 90073)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail: rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
6          mpagay@pszjlaw.com

7  Attorneys for Debtor and Debtor in Possession

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11  In re:                          Case No.: 2:19-bk-24804-VZ
                                     Chapter 11
12  YUETING JIA,[1]
                                     **NOTES AND STATEMENT OF LIMITATIONS,**
13              Debtor.              **METHODS AND DISCLAIMERS REGARDING**
                                     **DEBTOR'S AMENDED SCHEDULES OF ASSETS**
14                                   **AND LIABILITIES AND STATEMENT OF**
                                     **FINANCIAL AFFAIRS**
15
                                     [No Hearing Required]
16

17        Yueting Jia, debtor herein (the "Debtor"), hereby submits the following Notes and Statement

18  of Limitations, Methods and Disclaimers regarding his *Amended Schedules of Assets and Liabilities*

19  *and Statement of Financial Affairs* (the "Amended Schedules"):

20        In addition to the Global Notes and Statement of Limitations, Methods, and Disclaimers

21  Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs, that

22  accompanied the Debtor's *Schedules of Assets and Liabilities and Statement of Financial Affairs*

23  [Docket No. 28], which are incorporated herein by this reference, these Amended Schedules are

24  subject to the following additional notes, caveats, disclaimers and limitations:  These Amended

25  Schedules include (i) corrections and clarifications noted on the record at the first meeting of

26  creditors conducted on December 6, 2019, pursuant to section 341(a) of the Bankruptcy Code;

27  _____

28  [1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing
    address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(ii) information regarding creditors of which the Debtor previously was unaware (each, an

"<u>Unknown Creditor</u>"); and (iii) other amendments.  To the extent that an Unknown Creditor has filed

a proof of claim, it is not listed here.

Dated:    March 9, 2020                      PACHULSKI STANG ZIEHL & JONES LLP

By    <u>*/s/ Malhar S. Pagay*</u>
                                              Richard M. Pachulski
                                              Jeffrey W. Dulberg
                                              Malhar S. Pagay

                                              Attorneys for Debtor and Debtor in
                                              Possession

# AMENDED SCHEDULE B

| Debtor 1    **Yueting Jia** | Case number *(if known)*    **2:19-bk-24804-VZ** |
|---|---|

☐ Yes........................  Institution name:

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes..................  Institution or issuer name:

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **West Coast LLC (20% holdings of Pacific Technology Holding LLC (DE))** | **100%** | **$800,799,999.99³** |
| **Pacific Technology Holding (10% holdings of Smart King Ltd)** | **Per Agreement** | **$320,000,000.00⁴** |
| **LeLe Holdings Ltd.** | **100%** | **Unknown** |
| **Ford Field International Limited** | **100%** | **Unknown** |
| **Champ Alliance Holdings Limited** | **100%** | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☐ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ☐ Yes. .....................  Institution name or individual:

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☐ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☑ Yes. Give specific information about them...The restructuring agreement entered into between Season Smart, Smart King, and the Debtor granted the Debtor a call option with respect to certain option shares. The call option expires on December 31, 2023 and can be exercised in whole or in part.  The price payable for the option shares depends on when the call option is exercised.        $0.00

---

³Based on valuation of Smart King Ltd. after December 21, 2018 Restructuring Agreement with Evergrande Health Industry
⁴Based on valuation of Smart King Ltd. after December 21, 2018 Restructuring Agreement with Evergrande Health Industry

Official Form 106A/B        Schedule A/B: Property

# AMENDED SCHEDULE D

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Yueting Jia | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:19-bk-24804-VZ | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |
| **2.1** Huaxia Life Insurance Co. Ltd. | Describe the property that secures the claim: | $55,944,055.94 | $8,598,909.09 | $47,345,146. 85 |

Creditor's Name

7th Floor, Bldg 1; Xihai
Intn'l Ctr
No. 99 North Third Ring
Road West
Haidian Dist
Beijing 100081 CHINA

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Describe the property that secures the claim:

> Personal Guarantee/Pledge of
> 36,380,000 shares of Leshi Internet
> Information & Technology Corp
> (Beijing); Claim transferred from
> Huaxin International Trust Co., Ltd.

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **10/11/19**      Last 4 digits of account number   _____

Add the dollar value of your entries in Column A on this page. Write that number here:   | $55,944,055.94 |
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   | $55,944,055.94 |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# AMENDED SCHEDULE F

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Yueting Jia** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:19-bk-24804-VZ** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Andrade Gonzalez LLP** | Last 4 digits of account number _____ | $2,839.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Damian J. Martinez
634 South Spring St
Top Floor
Los Angeles, CA 90014**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only      ☐ Contingent

☐ Debtor 2 only      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt      ☐ Student loans

Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes      ■ Other. Specify   **Legal Fees**

Debtor 1    **Yueting Jia** _____    Case number (if known)    **2:19-bk-24804-VZ**

---

| 4.2 | **China Cinda Asset Mgt Co., Ltd**<br>Nonpriority Creditor's Name<br>**Room 1001, 10th Floor, Blk E**<br>**Global Trade Center, No. 36 North**<br>**Third Ring Road, Dongchen District**<br>**Beijing CHINA 1000013**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | **$233,034,335.66** |

**Who Incurred the debt? Check one.**

When was the debt incurred?    **1/19/2018**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Guarantee; Claim transferred from China CITIC Bank Co. Ltd.**

---

| 4.3 | **China Evergrande Group**<br>Nonpriority Creditor's Name<br>**35/F, Excellent Houhai Financial**<br>**Center**<br>**No. 1126 Hyde Road**<br>**Nanshan District, Shenzhen**<br>**CHINA 518054**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | **$10,000,000.00** |

When was the debt incurred?    **12/13/2018**

**Who Incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Loan Agreement**

---

| 4.4 | **Maples and Calder; Att:  K. Adonis**<br>Nonpriority Creditor's Name<br>**Kingston Chambers**<br>**P.O. Box 173**<br>**Road Town**<br>**VG1110 British Virgin Islands**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | **$20,000.00** |

When was the debt incurred?    _____

**Who Incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Legal Fees**

---

| Debtor 1 | Yueting Jia | Case number (if known) | **2:19-bk-24804-VZ** |
|---|---|---|---|

---

| 4.5 | **Sanya Shuguang Real Estate Dev Co Ltd** | Last 4 digits of account number | $13,986,013.99 |

Nonpriority Creditor's Name
**2nd Floor, Building 2
Jiabao Garden, 98 Fenghuang Road
Sanya
Hainan 572005 CHINA**

When was the debt incurred?    **6/12/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Loan

---

| 4.6 | **Shenzhen Jinghan Earthwork Eng. Co.** | Last 4 digits of account number | $20,000,000.00 |

Nonpriority Creditor's Name
**5B, Building 13, Yujing Dongfang
Baishi Road, Shahe Street
Nanshan District
Shenzhen 518000 CHINA**

When was the debt incurred?    **7/14/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Loan Agreement

---

| 4.7 | **Wong & Leow LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Attn:  Sze Shing Tan
8 Marina Blvd., #05-01
Marina Bay Financial
SINGAPORE 018981**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    NOTICE ONLY (Counsel for China Evergrande Group)

---

Debtor 1  **Yueting Jia** _____    Case number (if known)  **2:19-bk-24804-VZ**

| 4.8 | **Xin Li** | Last 4 digits of account number _____ | **$6,916,083.92** |

Nonpriority Creditor's Name
**201, Unit 2, Building 3 Building C**
**District 4, Zhouzhuang Jiayuan**
**Chaoyang District**
**Beijing 100000 CHINA**
Number Street City State Zip Code

Who incurred the debt? Check one.

When was the debt incurred?    **1/1/2017**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Loan Agreement** _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ _____ |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ _____ |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ _____ |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ _____ |
|  | 6e. | **Total Priority. Add lines 6a through 6d.** | 6e. | $ _____ |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ _____ |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ _____ |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ _____ |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ |
|  | 6j. | **Total Nonpriority. Add lines 6f through 6i.** | 6j. | $ _____ |

# AMENDED SCHEDULE G

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Yueting Jia** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | **2:19-bk-24804-VZ** | |
| (if known) | | |

■ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Chaoying Deng<br>30037 Avenida Esplendida<br>Rancho Palos Verdes, CA 90275 | Consulting Agreement dated 9/20/19 |
| 2.2 | Jerry Wang<br>c/o Faraday & Future Inc.<br>18455 S. Figueroa St.<br>Gardena, CA 90248 | Consulting Agreement dated 9/20/19 |
| 2.3 | Luetian Sun<br>3385 Michelson Drive<br>Apt. 306<br>Irvine, CA 92612 | Consulting Agreement dated 9/20/19 |
| 2.4 | Mia Zhang<br>c/o Faraday & Future Inc.<br>18455 S. Figueroa St.<br>Gardena, CA 90248 | Consulting Agreement dated 9/20/19 |
| 2.5 | Ruokun Jia<br>c/o Faraday & Future Inc.<br>18455 S. Figueroa St.<br>Gardena, CA 90248 | Consulting Agreement dated 9/20/19 |
| 2.6 | Shan He<br>C/o Faraday & Future<br>18455 S. Figueroa St.<br>Gardena, CA 90248 | Consulting Agreement dated 9/20/19 |
| 2.7 | Xiangxiang Zuo<br>No. 59 West Dawang Road<br>Beijing, 3-305 CHINA | Consulting Agreement dated 9/20/19 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Yueting Jia | Case number *(if known)* | **2:19-bk-24804-VZ** |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.8**  Xiaoou Ma
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248

Consulting Agreement dated 9/20/19

**2.9**  Xinyu Zhang
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248

Consulting Agreement dated 9/20/19

# AMENDED SCHEDULE H

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Yueting Jia |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:19-bk-24804-VZ |

☑ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☑ No
    ☐ Yes.

    In which community state or territory did you live?    -California-  . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

| | | |
|---|---|---|
| 3.1 | **Beijing Baiding New Century Business Management Co., LTD.** **Building 3, No. 13 Courtyard** **Workers Stadium North Road** **Chaoyang District Beijing 100000 CHINA** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **China Cinda Asset Mgt Co., Ltd** |
| 3.2 | **Beijing Fortune Times Properties Co. Ltd.** **Shop E405-1, Floor 0401, Building 3** **13 Courtyard No, Workers Stadium North Road** **Chaoyang District** **Beijing CHINA 100000** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **China Cinda Asset Mgt Co., Ltd** |

Debtor 1  Yueting Jia

Case number *(if known)*  **2:19-bk-24804-VZ**

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.3  Le Holdings (Beijing) Co., Ltd.
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☑ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
Huaxia Life Insurance Co., Ltd.

---

3.4  Le Holdings (Beijing) Co., Ltd.
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line _____
☐ Schedule G _____
China Cinda Asset Management Co., Ltd.

---

3.5  Leshi Zhixin Electronic Tech. (Tianjin)
Lerong Building
105 YAojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☑ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
Huaxia Life Insurance Co., Ltd.

---

3.6  Youngqiang Yang
301, Unit 3, Building 5
Yangguang Shangdong, Dongsihuan North Road
Chaoyang District
Beijing CHINA

☑ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
Huaxia Life Insurance Co., Ltd.

---

3.7  Smart King Ltd.
Attn:  Mark Sun
18455 S. Figueroa St.
Gardena, CA 90248

☐ Schedule D, line _____
☑ Schedule E/F, line _____
☐ Schedule G _____
China Evergrande Group

---

3.8  Le Holdings (Beijing) Co., Ltd.
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line _____
☐ Schedule G _____
Shenzhen LeTv Xingen M&A Fund Invest.

---

3.9  Leshi Internet Information and Tech Corp.
Building 3, 105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

☐ Schedule D, line _____
☑ Schedule E/F, line _____
☐ Schedule G _____
Shenzhen LeTv Xingen M&A Fund Invest.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors

Debtor 1    Yueting Jia                                              Case number *(if known)*    **2:19-bk-24804-VZ**

---

**Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.10    **Lean Yingyun (Tianjin) Culture Comm Ltd. Partnership**<br>Room 204-366<br>ChuangZhi Building, No. 482<br>Animation Middle Road<br>Tianjin 300000 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Shenzhen LeTv Xingen No. 1 Invest Mgt Ent** |
| 3.11    **Lezheng Rontong (Tianjin) Culture Communication Ltd.**<br>Room 204-365<br>ChuangZhi Building, No. 482<br>Animation Middle Road<br>Tianjin 300000 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Shenzhen LeTv Xingen No. 1 Invest Mgt Ent** |
| 3.12    **Lepu Yingtian (Tianjin) Culture Communication Ltd.**<br>Room 204-367<br>ChuangZhi Building, No. 482<br>Animation Middle Road<br>Tianjin 300000 CHINA | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Shenzhen LeTv Xingen No. 1 Invest Mgt Ent** |

---

# AMENDED SCHEDULE J

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Yueting Jia** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 2:19-bk-24804-VZ |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  Is this a joint case?

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  Do you have dependents?    ☐ No

    Do not list Debtor 1 and    ■ Yes. Fill out this information for
    Debtor 2.                        each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 3 | ■ No ☐ Yes |
| | Daughter | 4 | ■ No ☐ Yes |
| | Daughter | 4 | ■ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  Do your expenses include    ☐ No
    expenses of people other than    ■ Yes
    yourself and your dependents?

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                         4. $ _____ 0.00

    If not included in line 4:

    4a.    Real estate taxes                                                      4a. $ _____ 0.00
    4b.    Property, homeowner's, or renter's insurance                          4b. $ _____ 0.00
    4c.    Home maintenance, repair, and upkeep expenses                         4c. $ _____ 0.00
    4d.    Homeowner's association or condominium dues                           4d. $ _____ 0.00
5.  Additional mortgage payments for your residence, such as home equity loans   5. $ _____ 0.00

| Debtor 1 | **Yueting Jia** | | Case number (if known) | **2:19-bk-24804-VZ** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 3,100.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 525.00 |
| 10. | **Personal care products and services** | | 10. $ | 350.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 730.00 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.** Do not include car payments. | | 12. $ | 1,400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 42,000.00 |
| | Specify: | Financial Support for Aging Parents | 19. | |
| | | Children (education, childcare, food, clothing) | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:** | Legal Counsel | 21. +$ | 8,500.00 |
| | **Consultants** | | +$ | 1,500.00 |
| | **Business Entertainment** | | +$ | 500.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 58,605.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 58,605.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 74,959.33 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 58,605.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 16,354.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Support expenses will potentially increase.**

# AMENDED STATEMENT
# OF FINANCIAL AFFAIRS

Debtor 1    Yueting Jia    `                                    Case number *(if known)*    2:19-bk-24804-VZ

|  | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☐ Yes. Fill in the details.

|  | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | | | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☑ **No.**  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐ **No.**  Go to line 7.
    ☑ **Yes**  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ **Yes.**  Debtor 1 or Debtor 2 or both have primarily consumer debts.
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ **No.**  Go to line 7.
    ☐ **Yes**  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Shanghai Qichengyueming Invest Part.** **Dentons US LLP** **Attn:  Jae K. Park** **601 S. Figueroa St., Ste. 2500** **Los Angeles, CA 90017** | **August 2019** | N/A | $90,669,181.82 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☑ Other  Potential liens from serving of ORAP |

| Debtor 1 | Yueting Jia | | | Case number (*if known*) | 2:19-bk-24804-VZ |
|---|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Shanghai Lan Cai Asset Management Co.<br>Lesnick Prince & Pappas LLP<br>Christopher E. Prince, Esq.<br>315 West Ninth St., Suite 705<br>Los Angeles, CA 90015 | September 2019 | N/A | $11,655,626.14 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Potential liens from serving of ORAP** |
| Pacific Technology Holding LLC<br>Law Offices of David W. Meadows<br>1801 CenturyPark East, Suite 1235<br>Los Angeles, CA 90067 | | N/A | $2,732,629.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Granting of lien (UCC-1) on personal property assets; UCC-1 Recording Date: 10/11/19** |

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

Include payments on debts guaranteed or cosigned by an insider.

☐ No
☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Fashu Ren<br>22-1-11-1, Fanhai Guoji Lanhai Yuan<br>Yaojiyuan Road<br>Chayoyang District<br>Beijing 100123 CHINA | 2/28/19 | $400,000.00 | $0.00 | Family Support |
| Wei Gan<br>Building 21, No. 162 Datiankan Street<br>Jinjian District<br>Chengdu<br>Sichuan 610065 CHINA | 7/23/19 | $110,000.00 | $0.00 | Family Support |

| Debtor 1 | Yueting Jia | Case number (if known) | 2:19-bk-24804-VZ |
| --- | --- | --- | --- |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

<br>

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

<br>

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☐ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☐ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☐ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**25. Have you notified any governmental unit of any release of hazardous material?**

☐ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

<br>

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

| Debtor 1 | Yueting Jia | Case number *(if known)* | 2:19-bk-24804-VZ |

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Beijing Baile Culture Media Ltd<br>901, 8th Floor, Building 3<br>105 Yaojiayuan Rd<br>Chaoyang District<br>Beijing, CHINA | Literary and artistic creation,<br>radio, television, film and audio<br>production<br><br>Unknown | EIN:    Organization Code: 306395818<br><br>From-To    7/8/14 - Present |
| Leshi Holdings (Beijing) Ltd.<br>Room 1102, 10th Floor, Bldg. 3<br>105 Yaojiayuan Rd<br>Chaoyang District<br>Beijing, CHINA | Project investment; investment<br>management; asset management;<br>investment consulting; economic<br>and trade consulting; office rental<br><br>Unknown | EIN:    Organization Code: 582556438<br><br>From-To    9/8/11 - Present |
| Shenzhen Leshi Xingenvertical<br>Integration Ecology Fund Mgt Co<br>Ltd<br>S125, 1st Floor, Yasha Center<br>No. 50 Liangmaqiao Road,<br>Chayong Dist<br>Beijing 100016 CHINA | Entrusted management of equity<br>investment funds, entrusted asset<br>management, investment<br>management<br><br>Unknown | EIN:    Organization Code: 335025429<br><br>From-To    3/30/15 - Present |
| LE & FF Ltd.<br>Sertus Chambers<br>P.O. Box 2547<br>Cassia Court<br>Camana Bay, Grand Cayman<br>Cayman Islands | Holding Company<br><br>Unknown | EIN:    302363<br><br>From-To    7/24/15 - Present |
| LeEco Holding Ltd.<br>P.O. Box 2547<br>Cassia Court<br>Camana Bay, Grand Cayman<br>Cayman Islands | Holding Company<br><br>Unknown | EIN:    BVI Co. Number:  308852<br><br>From-To    5/5/16 - Present |
| FF Global Partners<br>A Registered Agent Inc.<br>8 The Green, Suite A<br>Dover, DE 19901 | Investment Holding Company<br><br>Unknown | EIN:    833005901<br><br>From-To    12/27/18 - Present |
| Smart King, Ltd.<br>Walkers Corporate Limited<br>Cayman Corporate Centre, 27<br>Hospital Roa<br>George Town, Grand Cayman<br>Cayman Islands KY1-9008 | Stock issuing company and<br>jointly held entity<br><br>Unknown | EIN:    Domestic State ID #: CD-329345<br><br>From-To    11/20/17 - Present |
| Le Vision Pictures (USA), Inc.<br>(Address Unknown) | Holding Company<br><br>Unknown | EIN:    Unknown<br><br>From-To    6/25/14 - Present |
| Champ Alliance Holdings Limited<br>(Address Unknown) | Holding Company<br><br>Unknown | EIN:    2508338<br><br>From-To    Unknown |

Debtor 1    **Yueting Jia**    Case number *(if known)*    **2:19-bk-24804-VZ**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| LeEco Global Group Ltd.<br>P.O. Box 2547<br>Cassia Court<br>Camana Bay, Grand Cayman<br>Cayman Islands | Holding Company<br><br>Unknown | EIN:    Organization Code: 58255643-8<br><br>From-To  2/19/16 - Present |
| Le Ltd.<br>Sertus Cahmbers, P.O. Box 2547<br>Cassia Court<br>Camana Bay<br>Grand Cayman, Cayman Island | Holding Company<br><br>Unknown | EIN:    295848<br><br>From-To  1/20/15 - Present |
| Le.com Ltd.<br>P.O. Box 2547<br>Cassia Court<br>Camana Bay, Grand Cayman<br>Cayman Islands | Holding Company<br><br>Unknown | EIN:    298892<br><br>From-To  4/20/15 - Present |
| Le Holdings (Biejing) Co. Ltd.<br>Room 1102, Floor 16, Bldg. 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing 100025 CHINA | Holding Company<br><br>Unknown | EIN:    Organization Code: 58255643-8<br><br>From-To  8/9/11 - Present |
| FF Top Holding Ltd.<br>Commerce House, Wickhams Cay 1<br>P.O. Box 3140<br>Road Town, Tortola VG1110<br>British Virgin Islands | Investment Holding Company<br><br>Unknown | EIN:    660932664<br><br>From-To  5/5/16 - Present |
| Success Pyramid Ltd.<br>7 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | Investment Holding Company<br><br>Unknown | EIN:    BVI Company Number: 1405936<br><br>From-To  5/18/07- Present |
| Ocean View Drive Inc.<br>7 Marguerite Drive<br>Rancho Palos Verdes, CA 90275 | Real Estate Management Company<br><br>Unknown | EIN:    471690124<br><br>From-To  8/26/14 - Present |
| Smart Technology Holdings<br>Walkers Corporate Limited<br>Cayman Corp Centre, 27 Hospital Rd<br>George Town, Grand Cayman<br>Cayman Islands KY1-9008 | Former Stock Issuing Company<br><br>Unknown | EIN:    Domestic State ID #: SI-288268<br><br>From-To  5/23/14 - Present |
| LeTV Pictures<br>Room 1002, Block A<br>No. 9 Fengxiang East Street<br>Yangsong Town, Huairou<br>Beijing, CHINA | Production and distribution of cartoons, feature films, TV variety shows<br><br>Unknown | EIN:    Organization Code: 58913345-4<br><br>From-To  12/28/11 - Present |

Debtor 1   Yueting Jia _____     Case number *(if known)*   2:19-bk-24804-VZ

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Lewei Internet Invest Mgt (Beijing) Co<br>Room 1605, 13th Floor, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | Holding Company<br><br>Unknown | EIN:        Organization Code: 58907807-X<br><br>From-To   1/12/12 - Present |
| Beijing Wang Jiu Wang<br>E-Commerce Co<br>No. 633, 6/f, Building 10<br>No. 44 North Third Ring Middle Road<br>Haidian District<br>Beijing, CHINA | Wine sales, internet information services company<br><br>Unknown | EIN:        Organization Code: 58442448-X<br><br>From-To   10/21/11 - Present |
| Le Rong Zhi Xin Electr. Tech (Beijing)<br>505, 5th Floor, Building 2, Yard 2<br>Yongjie South Road, Baiwang ISTP<br>Xibeiwang Town, Haidian District<br>Beijing, CHINA | TV production and sales, advertising agency, import and export technical services<br><br>Unknown | EIN:        Organization Code: 07851658-4<br><br>From-To   9/12/13- Present |
| Leshi Zhixin Electronic Technology<br>701 and 702, 7th Floor, Bldg. 5<br>No 58 Courtyard, Jinghai Fifth Road<br>Beijing Econ and Tech Dev Zone<br>Beijing, CHINA | TV production and sales, advertising agency, import and export technical services<br><br>Unknown | EIN:        Organization Code: 82846826<br><br>From-To   11/15/13 - Present |
| Leguo Culture Media (Beijing) Co. Ltd.<br>Room 605, Floor 5, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | Production and distribution of cartoons, feature films, tv variety shows<br><br>Unknown | EIN:        Organization Code: 05558333-8<br><br>From-To   10/25/12 - Present |
| Beijing LeTV Streaming Media Adv Co. Ltd<br>907, 8th Floor, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | Production, advertising agency<br><br>Unknown | EIN:        Organization Code: 77548286-9<br><br>From-To   5/24/05 - Present |
| Leyi Culture Brokerage (Beijing) Co. Ltd<br>Room 2566, Block A<br>No. 90 Fengxiang East Street<br>Yangsong Town, Huairou District<br>Beijing, CHINA | Holding Company<br><br>Unknown | EIN:        Organization Code: 58914963-2<br><br>From-To   12/21/11 - Present |
| LeTV Haiyun Culture Media (Beijing) Co.<br>Room 701, Floor 6, Building 3<br>105 Yaojiayuan Road<br>Chaoyang District<br>Beijing, CHINA | Holding Company<br><br>Unknown | EIN:        Organization Code: 05732073-4<br><br>From-To   11/26/12 - Present |

Debtor 1    Yueting Jia _____    Case number (if known)    2:19-bk-24804-VZ

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Hua Yun Xu Yang Culture Dev (Beijing) Room 608, Floor 5, Building 3 105 Yaojiayuan Road Chaoyang District Beijing, CHINA | Holding Company Unknown | EIN:   Organization Code: 05732072-6 From-To   11/26/12 - Present |
| LeTV Internet Technology Dev (Beijing) Room 703, Floor 6, Building 3 105 Yaojiayuan Road Chaoyang District Beijing, CHINA | Holding Company Unknown | EIN:   Organization Code: 05732055-8 From-To   11/26/12 - Present |
| Sunrise Tiansheng Invet Mgt (Beijing) Room 702, Floor 6, Building 3 105 Yaojiayuan Road Chaoyang District Beijing, CHINA | Holding Company Unknown | EIN:   Organization Code: 05732056-6 From-To   11/26/12 - Present |
| Leorong Zhixin Elec Tech (Tianjin) Co. Room 217-218, 2/f Chuangzhi Building, No. 482 Animation Middle Road Tianjin Eco-City CHINA | TV production and sales, advertising agency, import and export technical services Unknown | EIN:   Organization Code: 58976494-2 From-To   9/12/13 - Present |
| West Coast LLC The Corporation Trust Company Corporation Trust Center 1209 Orange Street, New Castle County Wilmington, DE 19801 | Holding Company Unknown | EIN:   84-28795166 From-To   7/21/19 -Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date issued |
|---|---|

Andrade Gonzalez LLP
Attn: Damian J. Martinez
634 South Spring St
Top Floor
Los Angeles, CA 90014


Beijing Jiaxin Tengda Inf Cons Co
2nd Floor, Bldg B3; Att: C. Zhang
Hengton Bus Park
No 10 Jiuxianqiao Rd, Chaoyang Dist
Beijing 100016 CHINA


Chaoying Deng
30037 Avenida Esplendida
Rancho Palos Verdes, CA 90275


China Cinda Asset Mgt Co., Ltd
Room 1001, 10th Floor, Blk E
Global Trade Center, No. 36 North
Third Ring Road, Dongchen District
Beijing CHINA 1000013


Greenberg Traurig LLP
Attn: Jeff Joyner, Esq.
1840 Century Park East
Suite 1900
Los Angeles, CA 90067


Huaxia Life Insurance Co. Ltd.
7th Floor, Bldg 1; Xihai Intn'l Ctr
No. 99 North Third Ring Road West
Haidian Dist
Beijing 100081 CHINA


Jerry Wang
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248


Le Holdings (Beijing) Co. Ltd
Floor 16, Building 3
105 Yaojiayuan Road
Chaoyang District
Beijing 100025 CHINA

LETV Sports Culture Industry Development
1103, Floor 10, Building 3
105 Yaojiayuan Rd
Chaoyang District
Beijing 100025 CHINA


Luetian Sun
3385 Michelson Drive
Apt. 306
Irvine, CA 92612


Maples and Calder; Att:  K. Adonis
Kingston Chambers
P.O. Box 173
Road Town
VG1110 British Virgin Islands


Mia Zhang
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248


Ruokun Jia
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248


Sanya Shuguang Real Estate Dev Co Ltd
2nd Floor, Building 2
Jiabao Garden, 98 Fenghuang Road
Sanya
Hainan 572005 CHINA


Shan He
C/o Faraday & Future
18455 S. Figueroa St.
Gardena, CA 90248


Shang Leyu Invt Ctr.; Att: D. Shen
Room 386, Youth Bld. No. 600
Jinqiao Tanglu Rd
Pudong New Area
Shanghai 200122 CHINA

Shenzhen Jinghan Earthwork Eng. Co.
5B, Building 13, Yujing Dongfang
Baishi Road, Shahe Street
Nanshan District
Shenzhen 518000 CHINA


Shenzhen Leshi Xingenvertical
Int Ec Fund Mgt Co Ltd; Att: C. Bai
S125, 1st Floor, Yasha Center
No. 50 Liangmaqiao Road, Chayong Dist
Beijing 100016 CHINA


Shenzhen LeTv Xingen Sec Invest Mgt
S125, 1st Fl Yansha Ct; Att: C. Bai
No. 50 Liangmaqiao Rd
Chayoing District
Beijing 100016 China


VIZIO, Inc.
Attn: Ben Wong
39 Tesla
Irvine, CA 92618


Wong & Leow LLC
Attn: Sze Shing Tan
8 Marina Blvd., #05-01
Marina Bay Financial
SINGAPORE 018981


Xiangxiang Zuo
No. 59 West Dawang Road
Beijing, 3-305 CHINA


Xiaoou Ma
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248


Xin Li
201, Unit 2, Building 3 Building C
District 4, Zhouzhuang Jiayuan
Chaoyang District
Beijing 100000 CHINA

Xinyu Zhang
c/o Faraday & Future Inc.
18455 S. Figueroa St.
Gardena, CA 90248

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify):* **SUMMARY OF AMENDED SCHEDULES, MASTER MAIL LIST AND/OR STATEMENTS [LBR1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 9, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **March 9, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 9, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

### 1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan    blogan@omm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:327335.1 46353/002

**F 9013-3.1.PROOF.SERVICE**