Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF SUPPLEMENT TO THIRD AMENDED DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |
| | Hearing:<br>Date: March 19, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>     Roybal Federal Building<br>     255 E. Temple Street<br>     Los Angeles, California 90012<br>Judge: Hon. Vincent P. Zurzolo |
| | [Relates to Docket No. 397] |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:328295.1 46353/002

**PLEASE TAKE NOTICE** that:

1. On March 2, 2020, Yueting Jia (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, filed the *Third Amended Disclosure Statement with Respect to Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 397] (as may be amended, supplemented, restated, or modified from time to time, the "Disclosure Statement").

2. On February 6, 2020, the Bankruptcy Court issued the *Findings of Fact and Conclusions of Law in Support of Order: (1) Denying Motion for Approval of Adequacy of Amended Disclosure Statement and 2nd Amended Disclosure Statement; and (2) to Show Cause Why Chapter 11 Case Should not be Dismissed or Converted to a Case Under Chapter 7* [Docket No. 305], and required that the Debtor disclose the identity, qualifications, and insider status of the proposed trustee of a creditor trust to be established under the Debtor's plan of reorganization.

3. Article V.E of the Disclosure Statement noted that "[t]he Debtor and the Creditors' Committee are in the process of finalizing the selection of the initial Trustee[2] and will disclose the identity of the initial Trustee at or before the hearing to consider approval of the Disclosure Statement." Third Amended Disclosure Statement at 84.

4. The Debtor hereby supplements the Disclosure Statement by stating the following: The Debtor and the Creditors' Committee have selected Jeffrey D. Prol, a partner at the firm of Lowenstein Sandler LLP, counsel to the Creditors' Committee, as the initial Trustee. To the best of the Debtor's knowledge, Mr. Prol is not an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code. Mr. Prol's designation as the initial Trustee will be included in the final version of the Disclosure Statement to be mailed to holders of claims entitled to vote on the Debtor's plan of reorganization.  Mr. Prol's profile is attached as **Exhibit A** to this notice.

---

[2] Capitalized terms not otherwise defined in this notice shall have the meanings used in the Disclosure Statement.

2

DOCS_LA:328295.1 46353/002

| | | |
|---|---|---|
| Dated: March 12, 2020 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | /s/ Malhar S. Pagay |
| | | Richard M. Pachulski |
| | | Jeffrey W. Dulberg |
| | | Malhar S. Pagay |
| | | Attorneys for Debtor and Debtor in Possession |

DOCS_LA:328295.1 46353/002

# Exhibit A

**Profile of Jeffrey D. Prol**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:328295.1 46353/002



# Jeffrey D. Prol

Partner
Vice Chair, Bankruptcy, Financial Reorganization & Creditors' Rights

New Jersey
T: +1 973.597.2490  |  F: +1 973.597.2491
jprol@lowenstein.com

Jeffrey provides strategic guidance and cutting-edge solutions to clients in crisis. He brings over 25 years of experience to his work in matters involving debtor/creditor rights, including complex business transactions and litigation, corporate restructuring, business consulting, out-of-court workouts, and foreclosures. His practice encompasses the representation of unsecured creditors' committees, debtors, secured creditors, and other parties, including landlords, lessors, guarantors, and equity holders in high-profile cases under all chapters of the U.S. Bankruptcy Code.

Jeffrey's recent engagements include serving as counsel to the Official Committee of Unsecured Creditors in Noranda Aluminum Inc. (integrated aluminum producer), Blitz Manufacturing (personal gas can manufacturer), Agfeed USA (integrated hog producer), Zacky Farms (integrated poultry producer), Townsends Inc. (integrated poultry producer), and Allen Family Farms Inc. (integrated poultry producer). Jeffrey has also represented the Official Committee of Asbestos Claimants in GI Holdings Inc., f/k/a GAF Corp., Burns & Roe Enterprises, and Muralo Paint and has represented companies with asbestos liabilities in Chapter 11 bankruptcy cases and out-of-court workouts. His experience spans several other industries, from entertainment and pharmaceuticals to homebuilding and internet/catalog sales, as well as mass tort-related bankruptcy cases.

Jeffrey also speaks frequently on bankruptcy issues at various conferences and credit group meetings.

## EXPERIENCE

> Representation of creditors' committees in Appvion Paper, CST Industries, Noranda Aluminum, Protostar Ltd., Memorex/Telex Corporation, Tandycrafts, Inc., Vectour, Inc., Cenargo International, Inc.

> Representation of asbestos claimants committees in G-I Holdings, Inc. (successor to GAF Corporation), Burns and Roe Enterprises, Inc., The Muralo Company, and Hercules Chemical Corp.

> Representation of a nationwide homebuilder in a successful Chapter 11 reorganization.

> Representation of 32 related internet/catalog retailers in a successful Chapter 11 reorganization and sale of the debtors' businesses.

> Representation of ad hoc noteholders committee in Trump Resort and Casino Chapter 11 bankruptcy case.

> Representation of official creditors' committee in Chapter 11 bankruptcies of integrated poultry producers, Zacky Farms LLC, Townsends, Inc., Allen's Family Foods, Inc. and Cagle's Inc.

> Representation of Chairman of official creditors' committee in Pilgrim's Pride, Inc.

> Representation of litigation trustee in Marvel Comics Chapter 11 bankruptcy case.

> Representation of major waste disposal company in workout involving regulatory agencies.

> Representation of licensor/franchisor in Chapter 11 bankruptcy case of a distributor of office products.

> Representation of secured creditors in workouts, litigation and bankruptcies to enforce Article 9 security interests in machinery, equipment and inventory, mortgages, and deficiency claims.

## HONORS & AWARDS

> **The Best Lawyers in America (2012-2020)**
Recognized in the Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law section.

> **Super Lawyers (2005-2009)**
Recognized in the Bankruptcy and Workout section

# NEWS & INSIGHTS

## Publications

- October 2019
  **"Cannabis and Banking…What You Need to Know as a Credit Executive,"** *CRF White Paper Brief*
  Jeffrey D. Prol, Bruce S. Nathan, Andrew David Behlmann, Jeremy D. Merkin

## In the Media

- September 28, 2018
  *Reuters* quotes **Jeffrey D. Prol**, counsel to debtor Duro Dyne Corp. in its Chapter 11 bankruptcy filing, in an article discussing the U.S. Department of Justice's objection to Duro Dyne's appointing a lawyer to represent potential future claimants against the company.

- September 10, 2018
  *Law360* quotes **Jeffrey D. Prol** regarding sheet metal equipment and accessories manufacturer Duro Dyne Corp.'s recent Chapter 11 bankruptcy filing. Representing the debtor, Prol indicates that the filing is designed solely to address the company's asbestos liabilities. *(subscription required to access article)*

- March 26, 2018
  The ***Global Legal Chronicle*** highlights Lowenstein Sandler's selection as legal counsel to represent Fibrant LLC's Official Committee of Unsecured Creditors in its Chapter 11 bankruptcy proceedings. The article lists **Jeffrey D. Prol** and **Bruce S. Nathan** as leaders of the Lowenstein team.

- July 2, 2015
  **Jeffrey D. Prol** is quoted in **Law360** regarding the successful auction of Golden County Foods Inc. to industry rival Monogram Appetizers LLC. The highly competitive auction resulted in a $37.2 million sale, which boosted the sticker price by more than $15 million. Jeffrey represents the Official Committee of Unsecured Creditors of Golden County Foods Inc.

# SPEAKING ENGAGEMENTS

- Presenter, **Corporate Restructuring and The Trade Creditor,** National Chemical Credit Association Educational Conference, Orlando, FL, February 18, 2020

- Presenter, **Trade Creditor Strategies in Anticipation of and in Response to Troubled Company's Bankruptcy Filing,** National Chemical Credit Association Educational Conference, Orlando, FL, February 18, 2020

- Presenter, **Current Hot Chapter 11 Issues Facing Trade Creditors,** National Chemical Credit Association Educational Conference, New Orleans, LA, February 21, 2019

- Presenter, **The Changing Face of Chapter 11,** National Network of Credit & Financial Professionals, November 6, 2018

# EDUCATION

- Rutgers Law School (J.D. 1989)
- United States Merchant Marine Academy (B.S. 1985), with honors

# ADMISSIONS

- New York
- New Jersey

© 2020 Lowenstein Sandler LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF SUPPLEMENT TO THIRD AMENDED DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 12, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 12, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 East Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2020 | Mary de Leon | /s/ *Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328294.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:328294.1 46353/002