UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>YUETING JIA,<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  2:19-bk-24804-VZ<br>Operating Report Number:  5<br>For the Month Ending:  Feb-20 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   $   173,735.27

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   42,888.24

3.  BEGINNING BALANCE:   130,847.03

4.  RECEIPTS DURING CURRENT PERIOD   20,700.12
    See ** below

5.  BALANCE:   151,547.15

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD   105,443.39

7.  ENDING BALANCE:   46,103.76

8.  General Account Number(s):   7987

    Depository Name & Location:   Wells Fargo Bank
    1403 Sartori Ave, Torrance, CA 90501

---

\*   All receipts must be deposited into the general account.
\*\*  Debtor's sources of income include W2 income from Faraday Future ($25,000 bi monthly - gross)
    and from Warmtime, Inc., from whom Debtor receives rental income for the sublease of real
    property located at 7 Marguerite Dr., Rancho Palos Verdes, CA 90275; 11 Marguerite Dr., Rancho
    Palos Verdes, CA 90275; 15 Marguerite Dr., Rancho Palos Verdes, CA 90275; and 19 Marguerite Dr.,
    Rancho Palos Verdes, CA 90275
    Rent for these properties has been prepaid through May 2020

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/3/2020 | | Boiling Point | Food | $    59.86 |
| 2/3/2020 | | Tea Station | Food | 52.00 |
| 2/3/2020 | | 99 Ranch | Food | 68.93 |
| 2/3/2020 | | Boiling Point | Food | 41.54 |
| 2/3/2020 | | 76 - DBA Fernando | Gas | 50.21 |
| 2/4/2020 | | 7-Eleven | Food | 34.68 |
| 2/7/2020 | | Tea Station | Food | 27.00 |
| 2/7/2020 | | Seiwa Market | Food | 26.04 |
| 2/10/2020 | | Tea Station | Food | 74.73 |
| 2/10/2020 | | Otop Thai Restaura | Food | 32.25 |
| 2/11/2020 | | Otop Thai Restaura | Food | 32.12 |
| 2/13/2020 | | Ruiji Dining | Food | 76.04 |
| 2/13/2020 | | IN N Out Burger | Food | 13.80 |
| 2/13/2020 | | H Mart | Food | 43.75 |
| 2/13/2020 | | H Mart | Food | 9.47 |
| 2/14/2020 | | Pp*Felix Design | Hair Cut | 65.00 |
| 2/18/2020 | | Terranea | Food | 161.60 |
| 2/18/2020 | | Terranea | Food | 10.00 |
| 2/18/2020 | | Regal Cinemas | Entertainment | 30.90 |
| 2/18/2020 | | Regal Cinemas | Entertainment | 15.45 |
| 2/18/2020 | | Starbucks Store 05 | Food | 4.65 |
| 2/18/2020 | | Regal Cinemas | Entertainment | 15.45 |
| 2/19/2020 | | Lululemon Del Amo | Cloth | 300.03 |
| 2/19/2020 | | Chevron | Gas | 55.14 |
| 2/24/2020 | | Boiling Point | Food | 29.35 |
| 2/24/2020 | | Equinox Moto | Fitness | 172.00 |
| 2/24/2020 | | Qin West Noodle | Food | 18.69 |
| 2/25/2020 | | Northern Cafe | Food | 28.44 |
| 2/25/2020 | | Northern Cafe | Food | 13.67 |
| 2/26/2020 | | Tst* It S Boba | Food | 10.97 |
| 2/26/2020 | | DBA United PA | Gas | 50.16 |
| 2/26/2020 | | Patient Financial | Medical | 3,055.42 |
| 2/26/2020 | | Otop Thai Restaura | Food | 38.85 |
| 2/27/2020 | | Starbucks Store | Food | 15.20 |
| 2/28/2020 | | Wells fargo | Bank charge | 30.00 |
| 2/28/2020 | | Intrado Digital Media, LLC | PR fee | 680.00 |
| 2/28/2020 | | Pachulski Stang Ziehl and Jones LLP | Administrative Expense Escrow (per DIP Financing Motion) | 100,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 105,443.39 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___2/29/2020___    Balance on Statement: | 46,103.76 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | _____ |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 46,103.76 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

|                                                                    |
|--------------------------------------------------------------------|

ADJUSTED BANK BALANCE:                                        | _____ |

* It is acceptable to replace this form with a similar form              Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | N/A | N/A | N/A |
| Worker's Compensation | N/A | N/A | N/A | N/A |
| Casualty | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| Others: | N/A | N/A | N/A | N/A |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH*

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 46,103.76 |
| Payroll Account: | 975.00 |
| Tax Account**: | |

*Other Accounts:

*Other Monies:

Petty Cash (from below)

## TOTAL CASH AVAILABLE:                                                          47,078.76

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| *See Exhibit 1 attached hereto | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account
\*\* Attach Exhibit Itemizing all petty cash transactions

VI.  UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2019 | 30,707.31 | 650.00 | 27-Jan-2020 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

III. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

---

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

---

3. State what progress was made during the reporting period toward filing a plan of reorganization

Since the appointment of the Committee, the Debtor and Committee, and their respective professionals, have engaged in extensive discussions and negotiatons regarding the terms of the Plan.  As ordered by the Court on January 23, 2020, the Debtor, the Committee and certain creditors participated in mediation sessions on February 4 and 6, 2020.  Based, in part, on those discussions, the Debtor filed his Third Amended Disclosure Statement and corresponding Amended Plan and Plan Solicitation Procedures Motion, which is set for hearing on March 19, 2020.

---

4. Describe potential future developments which may have a significant impact on the case:
The Court's rulings regarding the Debtor's Plan Solicitation Procedures Motion, DIP Financing Motion and SLC's second Motion to Dismiss, all of which are scheduled to be heard on March 19, 2020, will have a substantial impact on the progress of the case.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

---

I,    Yueting Jia,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

___March 16, 2020___                                    _____
Date                                                                   Principal for debtor-in-possession

**Exhibit 1**

As disclosed in the Debtor's Schedules filed on
October 17, 2019, the Debtor's assets in the
Peoples' Republic of China have been frozen
and, as such, the Debtor has no visibility as
to those assets.

# Wells Fargo Everyday Checking

February 29, 2020  ■  Page 1 of 4



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $130,847.03 |
| Deposits/Additions | 20,700.12 |
| Withdrawals/Subtractions | -  105,443.39 |
| **Ending balance on 2/29** | **$46,103.76** |

Account number:    **7987**

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/3 | | Purchase authorized on 01/30 Boiling Point Gard Gardena CA S300030737427049 Card 6155 | | 59.86 | |
| 2/3 | | Purchase authorized on 01/31 Tea Station Garden Gardena CA S460031787826720 Card 6155 | | 52.00 | |
| 2/3 | | Purchase authorized on 01/31 99 Ranch #1006 Gardena CA S460032138313290 Card 6155 | | 68.93 | |
| 2/3 | | Purchase authorized on 01/31 Boiling Point Gard Gardena CA S460032148302907 Card 6155 | | 41.54 | |
| 2/3 | | Purchase authorized on 01/31 76 - DBA Fernando Torrance CA S300032154472206 Card 6155 | | 50.21 | 130,574.49 |
| 2/4 | | Purchase authorized on 02/03 7-Eleven 33601 Rancho Palos CA S300034506670631 Card 6155 | | 34.68 | 130,539.81 |
| 2/7 | | Purchase authorized on 02/05 Tea Station Garden Gardena CA S300036735667479 Card 6155 | | 27.00 | |
| 2/7 | | Purchase authorized on 02/06 Seiwa Market Torrance CA S380038148651411 Card 6155 | | 26.04 | 130,486.77 |
| 2/10 | | Purchase authorized on 02/06 Tea Station Garden Gardena CA S580037784740871 Card 6155 | | 74.73 | |
| 2/10 | | Purchase authorized on 02/07 Otop Thai Restaura Gardena CA S460038743321086 Card 6155 | | 32.25 | 130,379.79 |
| 2/11 | | ATM Check Deposit on 02/11 506 W Torrance Blvd Carson CA 0007526 ATM ID 9926B Card 6155 | 6,647.79 | | |
| 2/11 | | Purchase authorized on 02/10 Otop Thai Restaura Gardena CA S460041731167827 Card 6155 | | 32.12 | 136,995.46 |
| 2/13 | | Purchase authorized on 02/11 Ruiji Dining LLC Torrance CA S380042777206099 Card 6155 | | 76.04 | |
| 2/13 | | Purchase authorized on 02/11 IN N Out Burger 31 Gardena CA S380043013547002 Card 6155 | | 13.80 | |
| 2/13 | | Purchase authorized on 02/12 H Mart - Torrance Torrance CA S580044176390452 Card 6155 | | 43.75 | |
| 2/13 | | Purchase authorized on 02/12 H Mart - Torrance Torrance CA S460044177875732 Card 6155 | | 9.47 | 136,852.40 |
| 2/14 | | Purchase authorized on 02/13 Pp*Felix Design St Palos Verdes CA S380044700398636 Card 6155 | | 65.00 | 136,787.40 |
| 2/18 | | Faraday & Future Direct Dep 200218 774075740350Xt9 Jia,Yueting | 14,052.33 | | |
| 2/18 | | Purchase authorized on 02/14 Terranea Resort Rancho Palos CA S380045835413758 Card 6155 | | 161.60 | |
| 2/18 | | Purchase authorized on 02/14 Terranea Parking Rch Palos Vrd CA S580045839554912 Card 6155 | | 10.00 | |
| 2/18 | | Recurring Payment authorized on 02/16 Regal Cinemas Mobi 877-835-5734 TN S580047766361333 Card 6155 | | 30.90 | |
| 2/18 | | Recurring Payment authorized on 02/16 Regal Cinemas Mobi 877-835-5734 TN S580047768458440 Card 6155 | | 15.45 | |
| 2/18 | | Purchase authorized on 02/16 Starbucks Store 05 Rolling Hills CA S58004804 0425386 Card 6155 | | 4.65 | |
| 2/18 | | Recurring Payment authorized on 02/16 Regal Cinemas Mobi 877-835-5734 TN S460048076568269 Card 6155 | | 15.45 | 150,601.68 |
| 2/19 | | Purchase authorized on 02/17 Lululemon Del Amo Torrance CA S460049050999752 Card 6155 | | 300.03 | |
| 2/19 | | Purchase authorized on 02/18 Chevron 0207124 Gardena CA S460049737128532 Card 6155 | | 55.14 | 150,246.51 |
| 2/24 | | Purchase authorized on 02/21 Boiling Point Gard Gardena CA S300052761148393 Card 6155 | | 29.35 | |
| 2/24 | | Recurring Payment authorized on 02/23 Equinox Moto #705 866-332-6549 CA S580054687608425 Card 6155 | | 172.00 | |
| 2/24 | | Purchase authorized on 02/23 Qin West Noodle - Arcadia CA S380055060693990 Card 6155 | | 18.69 | 150,026.47 |
| 2/25 | | Purchase authorized on 02/24 Northern Cafe Gardena CA S580055734073925 Card 6155 | | 28.44 | |

February 29, 2020 ■ Page 3 of 4



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/25 | | Purchase authorized on 02/24 Northern Cafe Gardena CA S580055764111163 Card 6155 | | 13.67 | 149,984.36 |
| 2/26 | | Purchase authorized on 02/24 Tst* It S Boba Tim Gardena CA S380055735629414 Card 6155 | | 10.97 | |
| 2/26 | | Purchase authorized on 02/24 76 - DBA United PA Wilmington CA S380056116678672 Card 6155 | | 50.16 | |
| 2/26 | | Purchase authorized on 02/25 Patient Financial 800-7839118 CA S300056639417072 Card 6155 | | 3,055.42 | |
| 2/26 | | Purchase authorized on 02/25 Otop Thai Restaura Gardena CA S300056736929002 Card 6155 | | 38.85 | 146,828.96 |
| 2/27 | | Purchase authorized on 02/25 Starbucks Store 06 Carson CA S380056765953676 Card 6155 | | 15.20 | 146,813.76 |
| 2/28 | | Wire Trans Svc Charge - Sequence: 200228263925 Srf# 0071676059752024 Trn#200228263925 Rfb# | | 30.00 | |
| 2/28 | | Bill Pay Intrado Digital Media, LLC on-Line xxxxxxx57823 on 02-28 | | 680.00 | |
| 2/28 | | WT Fed#07528 Banc of California /Ftr/Bnf=Pachulski Stang Ziehl and Jones LLP Srf# 0071676059752024 Trn#200228263925 Rfb# | | 100,000.00 | 46,103.76 |
| **Ending balance on 2/29** | | | | | **46,103.76** |
| **Totals** | | | **$20,700.12** | **$105,443.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $46,103.76 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $14,052.33 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 34 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

| Age of primary account owner is 17 - 24 ($10.00 discount) | ☐ |
|---|---|

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.     $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.     = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801

Member FDIC. 

# Wells Fargo Everyday Checking

February 29, 2020  ■  Page 1 of 3



YUETING JIA
DEBTOR IN POSSESION
CH11 CASE #19-24804 (CCA)
7 MARGUERITE DR
RANCHO PALOS VERDES CA 90275-4476

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s).  Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $985.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 10.00 |
| **Ending balance on 2/29** | **$975.00** |

Account number:        **7979**

**YUETING JIA**
**DEBTOR IN POSSESION**
**CH11 CASE #19-24804 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

February 29, 2020 ■ Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/28 | | Monthly Service Fee | | 10.00 | 975.00 |
| **Ending balance on 2/29** | | | | | **975.00** |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $985.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.    = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR D 399801    Member FDIC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***MONTHLY OPERATING REPORT NO. 5*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (<u>state method for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 16, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2020 | Myra Kulick | /s/ *Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- *Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com*
- *Jerrold L Bregman    ecf@bg.law, jbregman@bg.law*
- *Jeffrey W Dulberg    jdulberg@pszjlaw.com*
- *Stephen D Finestone    sfinestone@fhlawllp.com*
- *Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com*
- *Ben H Logan    blogan@omm.com*
- *Robert S Marticello    Rmarticello@swelawfirm.com,*
  *gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com*
- *Kelly L Morrison    kelly.l.morrison@usdoj.gov*
- *Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com*
- *Christopher E Prince    cprince@lesnickprince.com,*
  *jmack@lesnickprince.com;cprince@ecf.courtdrive.com*
- *Victor A Sahn    vsahn@sulmeyerlaw.com,*
  *pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com*
- *Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*
- *Benjamin Taylor    btaylor@taylorlawfirmpc.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Claire K Wu    ckwu@sulmeyerlaw.com,*
  *mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com*
- *Emily Young    pacerteam@gardencitygroup.com,*
  *rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com*
- *David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.1 46353/002