

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No

APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Malhar S. Pagay          Attorney Bar# 189289

Law Firm: Pachulski Stanz Ziehl & Jones LLP
Mailing Address: 10100 Santa Monica Blvd., 13th Floor,
Los Angeles, California   90067

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Rolanda Mori

Telephone: (310)   772-2330          E-mail: rmori@pszjlaw.com

Bankruptcy Case #: 19-bk-24804-VZ          Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**):  3/19/20     Time: 9:30 a.m.
Debtor: Yueting Jia

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: V. Zurzolo          Courtroom #: LA 1368
**TRANSCRIBER:** Ben Hyatt          **ALTERNATE:** eScribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
|---|---|

☐ Ordinary (30 days)   ☐ 3 Days          ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____   (name of witness)

*Special Instructions: Docket Nos. 5, 6, 7 and 8

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #: ) _____ Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #: ) _____ Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____          Division: _____     Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.
*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*


American LegalNet, Inc.
www.FormsWorkFlow.com