| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail: rpachulski@pszjlaw.com<br>         jdulberg@pszjlaw.com<br>         mpagay@pszjlaw.com | |
| ☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>MOTION FOR ORDER (A) AUTHORIZING DEBTOR IN POSSESSION TO (I) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§105, 362, AND 364, AND (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POST-PETITION LENDER PURSUANT TO 11 U.S.C. §364; AND (B) MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§361, 362, AND 364<br><br>[Relates to Docket No. 384] |

PLEASE TAKE NOTE that the order titled <u>Order Approving Motion for Order (A) Authorizing Debtor In Possession to (I) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§105, 362, and 364, and (II) Granting Liens and Superpriority Claims to Post-Petition Lender Pursuant to 11 U.S.C. §364; and (B) Modifying Automatic Stay Pursuant to 11 U.S.C. §§361, 362, and 364</u> was lodged on (*date*) <u>March 19, 2020</u> and is attached.  This order relates to the Motion which is docket number 384.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:328460.1 46353/002

# EXHIBIT A

Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>            Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION FOR ORDER (A) AUTHORIZING DEBTOR IN POSSESSION TO (I) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§105, 362, AND 364, AND (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POST-PETITION LENDER PURSUANT TO 11 U.S.C. §364; AND (B) MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§361, 362, AND 364**<br><br>[Relates to Docket No. 384]<br><br>Date:    March 19, 2020<br>Time:   9:30 a.m.<br>Place:   Courtroom 1368<br>          Roybal Federal Building<br>          255 E. Temple Street<br>          Los Angeles, California 90012<br>Judge:  Hon. Vincent P. Zurzolo |

The Court, having considered the Motion For Order (A) Authorizing Debtor In Possession

To (I) Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§105, 362, and 364, And (II) Granting

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:328452.1 46353/002

Liens And Superpriority Claims To Post-Petition Lender Pursuant To 11 U.S.C. §364; and (B) Modifying Automatic Stay Pursuant To 11 U.S.C. §§361, 362, and 364; Memorandum of Points and Authorities; Declarations of Robert Moon and Matthias Aydt, filed by Debtor, Yueting Jia (the "<u>Motion</u>") [Docket No. 384][2], the Statement Regarding Cash Collateral or Debtor In Possession Financing [Docket No. 385], Shanghai Lan Cai Asset Management Co., Ltd.'s opposition to the Motion (the "<u>Opposition</u>") [Docket No. 423], and the Debtor's reply to the Opposition [Docket No. 452], the arguments and representations of counsel at the hearing regarding the Motion; and based upon the findings of fact and conclusions of law as stated on the record at the hearing, and appearances as noted on the record, it is hereby

**ORDERED** that the Motion is GRANTED in its entirety in accordance with the Court's findings of fact and conclusions of law stated on the record at the hearing; and it is hereby

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 19, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 19, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 19, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 2   **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:328460.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

   - Tanya Behnam   tbehnam@polsinelli.com, tanyabehnam@gmail.com
   - Jerrold L Bregman   ecf@bg.law, jbregman@bg.law
   - Jeffrey W Dulberg   jdulberg@pszjlaw.com
   - Lei Lei Wang Ekvall   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   - Stephen D Finestone   sfinestone@fhlawllp.com
   - Richard H Golubow   rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
   - Alexandra N Krasovec   krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
   - Ben H Logan   blogan@omm.com
   - Robert S Marticello   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   - David W. Meadows   david@davidwmeadowslaw.com
   - John A Moe   john.moe@dentons.com, glenda.spratt@dentons.com
   - Kelly L Morrison   kelly.l.morrison@usdoj.gov
   - Malhar S Pagay   mpagay@pszjlaw.com, bdassa@pszjlaw.com
   - Christopher E Prince   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
   - Victor A Sahn   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
   - Randye B Soref   rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
   - Benjamin Taylor   btaylor@taylorlawfirmpc.com
   - United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
   - Felix T Woo   fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
   - Claire K Wu   ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
   - Emily Young   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
   - David B Zolkin   dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

Daniel J. Saval
Dong Ni (Donna) Xu
KOBRE & KIM LLP
800 Third Avenue
New York, NY  10022
Email: daniel.saval@kobrekim.com
   donna.xu@kobrekim.com