| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail: rpachulski@pszjlaw.com<br>         jdulberg@pszjlaw.com<br>         mpagay@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant(s) | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE, FILED BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**<br><br>[Relates to Docket No. 358] |

PLEASE TAKE NOTE that the order titled <u>Order Denying Motion to Dismiss the Debtor's Chapter 11 Case. Filed by Creditor Shanghai Lan Cai Asset Management Co, Ltd.</u> was lodged on (*date*) <u>March 19, 2020</u> and is attached. This order relates to the Motion which is docket number 358.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:328461.1 46353/002

# EXHIBIT A

Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **ORDER DENYING MOTION TO DISMISS THE DEBTOR'S CHAPTER 11 CASE, FILED BY CREDITOR SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.** |
| | [Relates to Docket No. 358] |
| | Date:   March 19, 2020<br>Time:   9:30 a.m.<br>Place:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, California 90012<br>Judge:  Hon. Vincent P. Zurzolo |

The Court, having considered the *Motion to Dismiss the Debtor's Chapter 11 Case* [Docket No. 358] (the "Motion"), filed by creditor Shanghai Lan Cai Asset Management Co., Ltd. ("SLC"), the Memorandum of Points and Authorities filed in support thereof [Docket No. 359], the Declaration of Dong Ni (Donna) Xu filed in support thereof (the "Xu Declaration") [Docket No. 360], the Official Committee of Unsecured Creditors' (the "OCUC") opposition to the Motion (the "Committee's Opposition") [Docket No. 411], the Debtor's opposition to the Motion (the "Debtor's

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

Opposition") [Docket No. 412], the Debtor's declaration filed in support of the Debtor's Opposition [Docket No. 413], the request for judicial notice filed in support of the Debtor's Opposition [Docket No. 414], the Debtor's evidentiary objections and motion to strike the Xu Declaration (the "Evidentiary Objections and Motion to Strike") [Docket No. 415], SLC's reply to the Committee's Opposition and the Debtor's Opposition [Docket No. 432], the joinder of creditors Weidong Zhu, China, Consumer Capital Fund II, L.P., China Soft Growing Investment (Wuxi) Partnership, Jiaxing Haiwen Investment Partnership (Limited Partnership), Zhijian Dong, Ningbo Hangzhou Bay New Area Leran Investment Management Partnership (Limited Partnership), and Jinhua Zumo Network Technology Co Ltd to the Committee's Opposition and the Debtor's Opposition [Docket No. 438], the joinder of creditors Sanpower (Hong Kong) Company Limited, China Minsheng Trust Co. Ltd., Jiangyin Hailan Investment Holding Co., Ltd., Shanghai Leyu Chuangye Investment Management Center LP, Honghu Da, Shenzhen Letv Xingen M&A Fund Invest Mgt, Oriental Light Consulting Limited, Quanzhou Dings Investment Management Co., Ltd., Shanghai Pinebloom Investment Mgt Co., Ltd, Marvel Best Technology Limited, and Weihua Qiu to the Committee's Opposition and the Debtor's Opposition [Docket No. 440], the OCUC's joinder to the Evidentiary Objections and Motion to Strike [Docket No. 441], the joinder of creditor Jinan Rui Si Le Enterprise Management

Consulting Partnership to the Motion; [Docket No. 471], and the joinder of creditors Shanghai Bochu Assets Management Center (Limited Liability) and Deqing Kaijiao Investment Partnership Enterprise (Limited Liability) to the Motion [Docket No. 472], the arguments and representations of counsel at the hearing regarding the Motion; and based upon the findings of fact and conclusions of law as stated on the record at the hearing, and appearances as noted on the record, it is hereby

**ORDERED** that the Motion is DENIED with prejudice; and it is hereby

**ORDERED** that the Evidentiary Objections and Motion to Strike are respectively sustained and granted in their entireties; and it is hereby

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 19, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 19, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 19, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:328461.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

   - Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
   - Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
   - Jeffrey W Dulberg    jdulberg@pszjlaw.com
   - Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   - Stephen D Finestone    sfinestone@fhlawllp.com
   - Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
   - Alexandra N Krasovec    krasovec.alexandra@dorsey.com, claridge.vanessa@dorsey.com
   - Ben H Logan    blogan@omm.com
   - Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   - David W. Meadows    david@davidwmeadowslaw.com
   - John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
   - Kelly L Morrison    kelly.l.morrison@usdoj.gov
   - Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
   - Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
   - Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
   - Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
   - Benjamin Taylor    btaylor@taylorlawfirmpc.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
   - Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
   - Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
   - David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

Daniel J. Saval
Dong Ni (Donna) Xu
KOBRE & KIM LLP
800 Third Avenue
New York, NY  10022
Email: daniel.saval@kobrekim.com
    donna.xu@kobrekim.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:328461.1 46353/002