Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
            jdulberg@pszjlaw.com
            mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re: | Case No.: 2:19-bk-24804-VZ |
|---|---|
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **REQUEST FOR JUDICIAL NOTICE OF YUETING JIA IN SUPPORT OF DEBTOR'S OMNIBUS MOTION FOR AN ORDER DISALLOWING DUPLICATE CLAIMS** |
| | [Relates to Docket No. 499] |
| | Date:   May 7, 2020<br>Time:   1:30 p.m.<br>Place:  Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |
| | Judge:  Hon. Vincent P. Zurzolo |

Yueting Jia, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), respectfully requests the Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence of the following exhibits in support of the Debtor's *Omnibus Motion for an Order Disallowing Duplicate* Claims, filed April 2, 2020 [Docket No. 499]. These exhibits are part of the official public judicial record of the U.S. Bankruptcy Court for the Central District of California and,

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:328722.1 46353/002

thus, proper for judicial notice. Further, as public records, the exhibits are self-authenticating. *See* Fed. R. Evid. 901(b)(7), 1005.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Proofs of Claim 27 and 20023, filed by Beijing Huaxing Mobile Asset Mgt Center |
| 2 | Scheduled Claim 220000060 (Beijing Jiaxin Tengda Information Consulting Co., Ltd.)[2] and Proof of Claim 20019, filed by Jiaxindechuang BJ Tech Group Co Ltd. |
| 3 | Proofs of Claim 61 and 19, filed by China Soft Growing Invest Wuxi Partshp |
| 4 | Proofs of Claim 24 and 21, filed by Chongqing LeTv Commercial Factoring LLC |
| 5 | Proofs of Claim 20015 and 21, filed by Chongqing LeTv Commercial Factoring LLC |
| 6 | Proofs of Claim 16 and 20017, filed by E-Town Intl Holding (HK) Co Ltd. |
| 7 | Proofs of Claim 6 and 20008, filed by Honghu Da |
| 8 | Proofs of Claim 20002 and 20001, filed by Huizhou Speed Secondcurve Management LP |
| 9 | Proofs of Claim 20009 and 7, filed by Jiangyin Hailan Invest Holding Co Ltd. |
| 10 | Scheduled Claim 220000540 (Linfen Investment Group Co. Ltd.)[3] and Proof of Claim 30, filed by Linfen Investment Construction Dev. Co. Ltd. |
| 11 | Proofs of Claim 38 and 33, filed by Nanchang OFilm Photoelectric Tech Co Ltd. |
| 12 | Proofs of Claim 34 and 33, filed by O-Film Global (HK) Trading Limited |
| 13 | Proofs of Claim 37 and 33, filed by O'Film Global (HK) Trading Limited |
| 14 | Proofs of Claim 20041 and 20036, filed by Pingan Bank Co Ltd. Beijing Branch |
| 15 | Scheduled Claim 220000860[4] and Proof of Claim 20034, filed by Shenzhen Yingda Capital Management Co. |

---

[2] The Scheduled Claim was assigned number 220000060 by Epiq Corporate Restructuring, LLC ("Epiq"), the Debtor's claims and noticing agent, and thus this number is not reflected in the relevant portion of the Debtor's schedules, attached hereto.

[3] The Scheduled Claim was assigned number 220000540 by Epiq, and thus this number is not reflected in the relevant portion of the Debtor's schedules, attached hereto.

[4] The Scheduled Claim was assigned number 220000860 by Epiq, and thus this number is not reflected in the relevant portion of the Debtor's schedules, attached hereto.

2

| EXHIBIT | DESCRIPTION |
|---|---|
| 16 | Proof of Claims 42 and 20027, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 17 | Proofs of Claim 43 and 20029, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 18 | Proofs of Claim 44 and 20030, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 19 | Proofs of Claim 45 and 20031, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 20 | Proofs of Claim 46 and 20032, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 21 | Proofs of Claim 47 and 20039, filed by Tianjin Jairui Huixin Corp. Mgt LLC |
| 22 | Proofs of Claim 28 and 20020, filed by Tianjin Yingxin Xinheng Investment Ltd. |
| 23 | Scheduled Claim 220000960[5] and Proof of Claim 12, filed by Weihua Qiu |
| 24 | Proofs of Claim 39 and 12, filed by Weihua Qiu |
| 25 | Proofs of Claim 32 and 20028, filed by Western Securities Co., Ltd. |
| 26 | Proofs of Claim 20025 and 20007, filed by Wuxi Leyike Investment Enterprise |
| 27 | Scheduled Claim 220001030 (Xizang Jinmeihua Investment Co., Ltd.)[6] and Proof of Claim 29, filed by Tibet Jinmeihua Investment Co. Ltd. |

Dated: April 3, 2020         PACHULSKI STANG ZIEHL & JONES LLP


By   */s/ Malhar S. Pagay*
     Richard M. Pachulski
     Jeffrey W. Dulberg
     Malhar S. Pagay

     Attorneys for Debtor and Debtor in Possession

---

[5] The Scheduled Claim was assigned number 220000960 by Epiq, and thus this number is not reflected in the relevant portion of the Debtor's schedules, attached hereto.

[6] The Scheduled Claim was assigned number 220001030 by Epiq, and thus this number is not reflected in the relevant portion of the Debtor's schedules, attached hereto.

3