1  Richard M. Pachulski (CA Bar No. 90073)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail:  rpachulski@pszjlaw.com
            jdulberg@pszjlaw.com
6            mpagay@pszjlaw.com

7  Attorneys for Debtor and Debtor in Possession

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11  In re:                              Case No.: 2:19-bk-24804-VZ

12  YUETING JIA,[1]                      Chapter 11

13                        Debtor.       **FIRST INTERIM APPLICATION OF PQBDN**
                                        **LLC FOR INTERIM APPROVAL OF**
14                                      **COMPENSATION AND REIMBURSEMENT**
                                        **OF EXPENSES; DECLARATION OF**
15                                      **ROBERT MOON IN SUPPORT THEREOF**

16                                      Application Period:
                                        November 17, 2019 through April 12, 2020
17
                                        Hearing:
18                                      Date:   May 7, 2020
                                        Time:   1:30 p.m.
19                                      Place:  Courtroom 1368
                                                Roybal Federal Building
20                                              255 E. Temple Street
                                                Los Angeles, California 90012
21
                                        Judge:  Hon. Vincent P. Zurzolo
22

23          PQBDN LLC ("PQBDN" or "Applicant"), financial advisor to Yueting Jia, debtor and debtor

24  in possession, represents:

25

26

27

28  ───────────────
    [1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91
    Marguerite Drive, Rancho Palos Verdes, CA  90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**I.**

**INTRODUCTION**

PQBDN respectfully applies under 11 U.S.C. 330, 331, 503(b), and 507(a)(2) and Local Bankruptcy Rule 2016-1 for interim allowance and payment of compensation for services rendered, and reimbursement of expenses incurred, from November 17, 2019 through April 12, 2020 (the "Application").

On February 25, 2020 PQBDN was retained as financial advisor *nunc pro tunc* to November 17, 2019. This is the first application by PQBDN in this case and no advance fee has been paid to PQBDN.

By way of this Application, PQBDN seeks interim approval of financial advisor fees and expenses incurred from November 17, 2019 through April 12, 2020 (the "First Interim Reporting Period") in the amounts of $228,396.00 and $1,276.60, respectively, and for authorization of payment for these fees and expenses.

**A.    Exhibits to this Application**

The nature and extent of PQBDN's services during the First Interim Reporting Period, and other information, are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by PQBDN as well as the details of expenses incurred.

Exhibit "B" includes a resume that describes the education and qualifications of the PQBDN professional whose time constitutes the basis for this Application.

**B.    Reasonableness of Rates**

PQBDN attempts to gather accurate information about rates charged by comparable advisory firms engaged in comparable activities to ensure its rates are competitive. PQBDN is informed and believes the rates charged are fair and reasonable considering the rates charged by comparable firms. All services included in this Application were billed at the approved standard hourly rates.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## II.

## BACKGROUND

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), PQBDN incorporates by reference the *First Interim Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval and Payment of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

## III.

## SUMMARY DESCRIPTION OF SERVICES

Without limiting the detail of PQBDN's services contained in **Exhibit "A",** following are summary descriptions of the services provided during the First Interim Reporting Period:

**A.**    **Case Administration: (Hours: 4.7; Fees: $4,433)**

Functions directly related to the administration of the Chapter 11 case including US trustee reports and debtor-in-possession financing activities.

**B.**    **Creditor Committee Due Diligence Assistance: (Hours: 48.0; Fees: $45,600)**

Functions directly related to the provision, distribution and explanation of due diligence requests from the unsecured creditors committee and its advisors as well as from the US Trustee's Office.

**C.**    **Plan and Disclosure Statement: (Hours: 31.3; Fees: $29,797)**

Functions directly related to the development, negotiation, filing and approval of the Plan and Disclosure Statement of the Debtor. (Does not include activities related specifically to the Plan Recovery Analysis and Liquidation Analysis.)

**D.**    **Plan Recovery Analysis and Liquidation Analysis: (Hours: 98.8; Fees: $93,892)**

Functions and activities directly related to the development of the Plan Recovery Analysis and Liquidation Analysis.  The activities included due diligence with respect to the Debtor's assets, development of plan analyses (best interests etc.), financial analysis of multiple recovery scenarios, analysis of impediments to recovery, and coordination of  recovery analysis with multiple iterations of the Plan.

**E.**    **Court Hearings and Court Mandated Mediation: (Hours: 40.0; Fees: $37,604)**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Time spent participating at Bankrupty Court hearings and Court-mandated mediation proceedings.

**F.**    **Employment Applications/Fee Applications: (Hours: 12.5; Fees: $11,875)**

Functions directly related to the employment and fee applications of PQBDN.

**G.**    **Travel Time: (Hours: 5.5; Fees: $5,225)**

Travel time incurred in conjunction with the December 18, 2019 hearing in Delaware Bankruptcy Court (billed at 50%).

## IV.

## SUMMARY DESCRIPTION OF EXPENSES

PQBDN incurred out-of-pocket costs in connection with services rendered as follows:

**A.**    **Airline Travel ($1,276.60)**

This consists of a round trip flight from Los Angeles to Philadelphia (Departure December 17, 2019 / Return December 18, 2019) in order to attend a scheduled hearing of this proceeding in Delaware bankruptcy court.

## V.

## CONCLUSION

Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. Applicant believes payment of its fees is justified when weighed against the benefit of its work, as described above.

No agreement exists between Applicant and any other person for the sharing of compensation that is received in connection with case.

Notice of this fee application has been provided by Debtor's general bankruptcy counsel to the Debtor, the Committee, and other parties in interest as required under applicable federal and local rules.

WHEREFORE, Applicant respectfully requests the following: (a) interim allowance for the fees incurred during the First Interim Reporting Period in the amount of $228,396.00, a total of 240.4 hours at a rate of $950.00 per hour, (b) reimbursement of expenses incurred during the First

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Interim Reporting Period in the aggregate amount of $1,276.60 and (c) any other relief that the Court

2  deems just and proper.

3         Dated April 16, 2020            Respectfully submitted,

4                              PQBDN LLC

5

6                              By:_____
                                   Robert Moon, Managing Member

7

8  Submitted by:

9  PACHULSKI STANG ZIEHL & JONES LLP

10

11  By: /s/ Jeffrey W. Dulberg
       Attorneys for Debtor and Debtor in Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF ROBERT MOON**

I, Robert Moon, declare as follows:

1.    I am the managing member of PQBDN LLC. I have read the foregoing First Interim Application of PQBDN LLC for Allowance and Payment of Compensation and Reimbursement of Expenses (the "Application") and I know the contents thereof. I certify that the facts stated therein are true of my own knowledge.

2.    The Application seeks interim allowance of compensation for fees and reimbursement of expenses incurred during the period November 17, 2019 through April 12, 2020 in the amount of $228,396.00 and $1,276.60, respectively.

3.    The Application also seeks interim approval for payment to PQBDN of such fees and expenses.

4.    I believe the Application substantially complies with the U.S. Trustee Guidelines concerning professionals' fee application.

I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge.  Executed this 16th day of April 2020, at Glendale, California.

_____
Robert Moon

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:328985.3 46353/002



Jia Yueting
c/o Faraday Future
18455 S Figueroa St.
Los Angeles, CA 90248

*__INVOICE__*

| | |
|---|---|
| Invoice Date: | April 14, 2020 |
| Services Provided: | Financial Advisory Services |
| Service Dates: | November 17, 2019 to April 12, 2020 |
| Fees Amounts Due: | **USD - $228,396.00** |
| Expenses Amount Due: | **USD - $  1,276.60** |
| **Total Due:** | **USD - $229,672.60** |

| Payment Instructions: | | |
|---|---|---|
| | Bank: | JP Morgan Chase |
| | Account Name: | PQBDN LLC |
| | Routing Number: | 021000021 |
| | Account Number: | 573199632 |
| | Swift Code: | CHASUS33 |

Thank you very much for your payment.
Kind regards -

Robert B. Moon
PQBDN LLC

**ROBERT B. MOON      1 - 949 - 500 - 2700**



**RE:  Jia Yueting Chapter 11 Bankruptcy**

Services Rendered from November 17, 2019 Through April 12, 2020

| | |
|---|---|
| Professional Services | $228,396.00 |
| Expenses Incurred | $    1,276.60 |
| Current Charges | $229,672.60 |

Please direct questions regarding this invoice to Robert Moon at (949) 500-2700 or rmoon@qbpartners.net

**Please remit payment by check to:**
PQBDN LLC
2801 E Chevy Chase Drive
Glendale, CA 91206

**Please remit payment by wire or ACH to:**
Bank Name: JP Morgan Chase
SWIFT: CHASUS33
Account Name: PQBDN LLC
Account #: 573199632
Routing Number #: 021000021



### RE: Jia Yueting Chapter 11 Bankruptcy

| DAY | MONTH | YEAR | NAME | DESCRIPTION | RATE | HOURS | AMOUNT |
|-----|-------|------|------|-------------|------|-------|--------|
| 19 | 11 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.5 | 475 |
| 20 | 11 | 19 | Robert Moon | Call with OMM (S Uhland) re near term deliverables and timetables | $950 | 0.5 | 475 |
| 22 | 11 | 19 | Robert Moon | Review and comment - November 2019 MOR | $950 | 0.7 | 633 |
| 22 | 11 | 19 | Robert Moon | Creditor Open House at Faraday Future | $950 | 8.8 | 8,392 |
| 22 | 11 | 19 | Robert Moon | Meetings with OMM, PSZ&J and YT team regarding case strategy | $950 | 1.5 | 1,425 |
| 22 | 11 | 19 | Robert Moon | Collection of due diligence requests for A&M | $950 | 0.3 | 317 |
| 24 | 11 | 19 | Robert Moon | Call with PSZ&J (J O'Neill) regarding PQBDN retention application | $950 | 0.7 | 633 |
| 24 | 11 | 19 | Robert Moon | Review and comment PQBDN Retention Filing | $950 | 0.7 | 633 |
| 25 | 11 | 19 | Robert Moon | Creditor Open House at Faraday Future | $950 | 6.7 | 6,333 |
| 25 | 11 | 19 | Robert Moon | Meetings with OMM, PSZ&J and YT team regarding case strategy | $950 | 1.0 | 950 |
| 3 | 12 | 19 | Robert Moon | Due diligence with YT team regarding Ocean View and LeSoar | $950 | 2.0 | 1,900 |



### RE:  Jia Yueting Chapter 11 Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 1.2 | 1,108 |
| 7 | 12 | 19 | Robert Moon | Analysis of Faraday Future appraisals | $950 | 1.5 | 1,425 |
| 8 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 9 | 12 | 19 | Robert Moon | Conference call with OMM, PSZ&J and YT team regarding due diligence requests from A&M | $950 | 0.5 | 475 |
| 10 | 12 | 19 | Robert Moon | Call with A&M on due diligence requests | $950 | 0.5 | 475 |
| 11 | 12 | 19 | Robert Moon | Review master due diligence list for US Trustee | $950 | 0.7 | 633 |
| 11 | 12 | 19 | Robert Moon | Review SLC objections to PQBDN / CRO retention | $950 | 0.5 | 475 |
| 12 | 12 | 19 | Robert Moon | Call with OMM and YT team on due diligence information requests | $950 | 0.3 | 317 |
| 16 | 12 | 19 | Robert Moon | Review of UCC due diligence requests | $950 | 0.3 | 317 |
| 16 | 12 | 19 | Robert Moon | Discussions with PSZ&J re retention of PQBDN as Financial Advisor vs CRO | $950 | 0.5 | 475 |
| 16 | 12 | 19 | Robert Moon | Due diligence at Faraday Future with Ruokun Jia | $950 | 1.8 | 1,742 |
| 17 | 12 | 19 | Robert Moon | Flight to Philadelphia from LAX (billed at 50%) | $950 | 2.5 | 2,375 |



**RE:  Jia Yueting Chapter 11 Bankruptcy**

| 18 | 12 | 19 | Robert Moon | Delaware Court Hearing | $950 | 9.0 | 8,550 |
| 18 | 12 | 19 | Robert Moon | Flight from Philadelphia to LAX (billed at 50%) | $950 | 3.0 | 2,850 |
| 19 | 12 | 19 | Robert Moon | Review of order transferring case from Delaware to California | $950 | 0.3 | 317 |
| 19 | 12 | 19 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 4.0 | 3,800 |
| 19 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.7 | 633 |
| 20 | 12 | 19 | Robert Moon | Conference call with OMM, PSZ&J regarding rescheduling order and UCC comments | $950 | 0.7 | 633 |
| 20 | 12 | 19 | Robert Moon | Review of due diligence materials for Liquidation Analysis | $950 | 2.0 | 1,900 |
| 20 | 12 | 19 | Robert Moon | Call with OMM and PSZ&J regarding change of venue | $950 | 0.5 | 475 |
| 20 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 1.2 | 1,108 |
| 20 | 12 | 19 | Robert Moon | Call with OMM (D. Johnson) regarding Faraday Future due diligence | $950 | 0.3 | 317 |
| 21 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 22 | 12 | 19 | Robert Moon | Call with OMM and PSZ&J re UCC counsel comments on term sheet | $950 | 0.5 | 475 |



RE: Jia Yueting Chapter 11 Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | 12 | 19 | Robert Moon | Due diligence at Faraday Future with Ruokun Jia | $950 | 2.0 | 1,900 |
| 23 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 25 | 12 | 19 | Robert Moon | Call with OMM and YT team: committee 3rd party interviews | $950 | 1.0 | 950 |
| 26 | 12 | 19 | Robert Moon | Call with OMM (S Uhland) re recovery analysis | $950 | 0.3 | 317 |
| 26 | 12 | 19 | Robert Moon | Assist YT team with cash flow projections and actual cash flow reporting | $950 | 1.2 | 1,108 |
| 26 | 12 | 19 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 0.7 | 633 |
| 26 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 27 | 12 | 19 | Robert Moon | Call with YT team and PSZ&J regarding DIP Loan | $950 | 0.3 | 317 |
| 27 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.8 | 792 |
| 28 | 12 | 19 | Robert Moon | Call with A&M on due diligence requests | $950 | 1.5 | 1,425 |
| 28 | 12 | 19 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 1.5 | 1,425 |
| 28 | 12 | 19 | Robert Moon | Call with A&M regarding due diligence requests | $950 | 1.0 | 950 |



**RE:  Jia Yueting Chapter 11 Bankruptcy**

| 28 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 1.0 | 950 |
|----|----|----|-------------|-----------------------------------------------|------|-----|-----|
| 29 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 30 | 12 | 19 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.8 | 792 |
| 30 | 12 | 19 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 1.2 | 1,108 |
| 3 | 1 | 20 | Robert Moon | Review of proposed case timeline | $950 | 0.2 | 158 |
| 5 | 1 | 20 | Robert Moon | Review Disclosure Filings and Declarations | $950 | 2.0 | 1,900 |
| 6 | 1 | 20 | Robert Moon | Review of motion for approval of Discourse Statement, voting procedure and declarations | $950 | 0.7 | 633 |
| 6 | 1 | 20 | Robert Moon | Call with OMM and PSZ&J on YT declaration | $950 | 0.7 | 633 |
| 6 | 1 | 20 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 1.0 | 950 |
| 6 | 1 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 1.5 | 1,425 |
| 6 | 1 | 20 | Robert Moon | Review Disclosure Filings and Declarations | $950 | 0.5 | 475 |
| 7 | 1 | 20 | Robert Moon | Meeting at PSZ&J with OMM, PSZ&J, and A&M | $950 | 2.0 | 1,900 |



**RE:  Jia Yueting Chapter 11 Bankruptcy**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | 1 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.5 | 475 |
| 7 | 1 | 20 | Robert Moon | Billing/hours summary | $950 | 1.5 | 1,425 |
| 8 | 1 | 20 | Robert Moon | Review of revised term sheet | $950 | 0.7 | 633 |
| 8 | 1 | 20 | Robert Moon | Review due diligence materials for Liquidation Analysis | $950 | 6.0 | 5,700 |
| 9 | 1 | 20 | Robert Moon | Call with YT team regarding open due diligence items for A&M | $950 | 1.5 | 1,425 |
| 10 | 1 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 10 | 1 | 20 | Robert Moon | Review and comment on Faraday Future actual cash flows package | $950 | 0.8 | 792 |
| 11 | 1 | 20 | Robert Moon | Review Disclosure Filings and Declarations | $950 | 0.5 | 475 |
| 12 | 1 | 20 | Robert Moon | Review of Evergrande Restructuring Agreement | $950 | 2.8 | 2,692 |
| 13 | 1 | 20 | Robert Moon | Conference call with OMM, PSZ&J and YT team regarding UCC counsel term sheet comments | $950 | 0.8 | 792 |
| 13 | 1 | 20 | Robert Moon | Review and respond to draft term sheet | $950 | 0.3 | 317 |
| 14 | 1 | 20 | Robert Moon | Call with OMM and PSZ&J: Company interview and deposition prep | $950 | 3.0 | 2,850 |



### RE:  Jia Yueting Chapter 11 Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 1 | 20 | Robert Moon | Revised term sheet review | $950 | 0.3 | 317 |
| 14 | 1 | 20 | Robert Moon | Review due diligence Master List and open additional items | $950 | 0.8 | 792 |
| 17 | 1 | 20 | Robert Moon | Call with A&M on due diligence requests | $950 | 0.5 | 475 |
| 21 | 1 | 20 | Robert Moon | Revised term sheet review | $950 | 0.3 | 317 |
| 22 | 1 | 20 | Robert Moon | Meeting at PSZ&J; negotiations with UCC counsel | $950 | 8.0 | 7,600 |
| 23 | 1 | 20 | Robert Moon | Review and comment on revised Term Sheet | $950 | 0.5 | 475 |
| 23 | 1 | 20 | Robert Moon | LA Court hearing | $950 | 3.5 | 3,325 |
| 24 | 1 | 20 | Robert Moon | Review UST objection to amend Disclosure Statement | $950 | 1.0 | 950 |
| 24 | 1 | 20 | Robert Moon | Call with PSZ&J (J Dulberg) comments to preference avoidance complaint | $950 | 0.3 | 317 |
| 25 | 1 | 20 | Robert Moon | Review and markup of Disclosure Statement | $950 | 0.5 | 475 |
| 26 | 1 | 20 | Robert Moon | Call with OMM regarding Disclosure Statement and Liquidation Analysis | $950 | 1.2 | 1,108 |
| 26 | 1 | 20 | Robert Moon | Review of term sheet and markup from UCC counsel | $950 | 0.3 | 317 |



**RE: Jia Yueting Chapter 11 Bankruptcy**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | 1 | 20 | Robert Moon | Review and analysis of filed claims | $950 | 0.5 | 475 |
| 26 | 1 | 20 | Robert Moon | Call with OMM re changes to Liquidation Analysis | $950 | 0.3 | 317 |
| 26 | 1 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 9.0 | 8,550 |
| 27 | 1 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.3 | 317 |
| 28 | 1 | 20 | Robert Moon | Review of term sheet markup from UCC counsel | $950 | 0.5 | 475 |
| 29 | 1 | 20 | Robert Moon | Conference call with OMM, PSZ&J and YT team regarding UCC term sheet comments | $950 | 0.7 | 633 |
| 29 | 1 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.5 | 475 |
| 30 | 1 | 20 | Robert Moon | Call with OMM on Liquidation Analysis assumptions | $950 | 0.3 | 317 |
| 30 | 1 | 20 | Robert Moon | Revise draft Recovery Analysis and Liquidation Analysis | $950 | 2.7 | 2,533 |
| 30 | 1 | 20 | Robert Moon | Call with OMM (D Perez) comments on Liquidation Analysis | $950 | 0.3 | 317 |
| 30 | 1 | 20 | Robert Moon | Assist YT team with cash flow projections and actual reporting | $950 | 0.3 | 317 |
| 31 | 1 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 2.5 | 2,375 |



**RE: Jia Yueting Chapter 11 Bankruptcy**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 20 | Robert Moon | Review UCC counsel Term Sheet comments | $950 | 0.3 | 317 |
| 3 | 2 | 20 | Robert Moon | Review of amended motion to retain CRO | $950 | 0.3 | 317 |
| 3 | 2 | 20 | Robert Moon | Management of due diligence requests for A&M | $950 | 0.5 | 475 |
| 3 | 2 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 5.0 | 4,750 |
| 4 | 2 | 20 | Robert Moon | Mediation | $950 | 8.5 | 8,075 |
| 4 | 2 | 20 | Robert Moon | Manage due diligence requests for A&M | $950 | 0.3 | 317 |
| 6 | 2 | 20 | Robert Moon | Mediation | $950 | 12.5 | 11,875 |
| 7 | 2 | 20 | Robert Moon | Review of term sheet changes | $950 | 0.3 | 317 |
| 7 | 2 | 20 | Robert Moon | Billing/hours summary | $950 | 1.0 | 950 |
| 10 | 2 | 20 | Robert Moon | Review and Respond to US Treasury's objection to PQBDN employment | $950 | 0.5 | 475 |
| 11 | 2 | 20 | Robert Moon | Revise draft Recovery Analysis and Liquidation Analysis | $950 | 1.5 | 1,425 |
| 13 | 2 | 20 | Robert Moon | Preparation - January 2020 MOR | $950 | 1.5 | 1,425 |



### RE: Jia Yueting Chapter 11 Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | 2 | 20 | Robert Moon | Assist YT team with cash flow projections and actual cash flows reporting | $950 | 0.3 | 317 |
| 18 | 2 | 20 | Robert Moon | Due diligence with YT team regarding Liquidation Analysis | $950 | 0.7 | 633 |
| 21 | 2 | 20 | Robert Moon | Review and comment PQBDN tentative approval ruling | $950 | 0.5 | 475 |
| 22 | 2 | 20 | Robert Moon | Review of term sheet and markup from UCC counsel | $950 | 0.3 | 317 |
| 22 | 2 | 20 | Robert Moon | Conference call with OMM, PSZ&J and YT team regarding UCC term sheet comments | $950 | 0.5 | 475 |
| 23 | 2 | 20 | Robert Moon | Review and approve revised motion for employment-PQBDN | $950 | 0.8 | 792 |
| 24 | 2 | 20 | Robert Moon | Review Draft of Revised Plan | $950 | 1.3 | 1,267 |
| 25 | 2 | 20 | Robert Moon | Review and comment on DIP Financing motion and Declaration | $950 | 0.5 | 475 |
| 26 | 2 | 20 | Robert Moon | Call with OMM on Liquidation Analysis | $950 | 0.5 | 475 |
| 26 | 2 | 20 | Robert Moon | Review and comment on DIP Financing motion | $950 | 0.7 | 633 |
| 26 | 2 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 8.3 | 7,917 |
| 27 | 2 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 2.5 | 2,375 |



### RE: Jia Yueting Chapter 11 Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | 2 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 8.0 | 7,600 |
| 29 | 2 | 20 | Robert Moon | Revise Draft Recovery Analysis and Liquidation Analysis | $950 | 1.5 | 1,425 |
| 1 | 3 | 20 | Robert Moon | Call with OMM (S Uhland) to discuss Recovery Analysis | $950 | 0.5 | 475 |
| 1 | 3 | 20 | Robert Moon | Review and Reformat Draft of Recovery Analysis | $950 | 11.3 | 10,767 |
| 2 | 3 | 20 | Robert Moon | Finalize Recovery Analysis and Liquidation Analysis for filing | $950 | 6.7 | 6,333 |
| 4 | 3 | 20 | Robert Moon | Response to creditor for questions on DIP Financing Motion | $950 | 0.3 | 317 |
| 4 | 3 | 20 | Robert Moon | Call with OMM and YT team re post filing open items list | $950 | 0.5 | 475 |
| 4 | 3 | 20 | Robert Moon | Assist YT team with cash flow projections and actual cash flows reporting | $950 | 0.3 | 317 |
| 7 | 3 | 20 | Robert Moon | Billing/hours summary | $950 | 1.0 | 950 |
| 11 | 3 | 20 | Robert Moon | Response to filed creditor objections | $950 | 0.3 | 317 |
| 13 | 3 | 20 | Robert Moon | Preparation - February 2020 MOR | $950 | 0.5 | 475 |
| 15 | 3 | 20 | Robert Moon | Review of revised draft of Term Sheet | $950 | 0.5 | 475 |



**RE: Jia Yueting Chapter 11 Bankruptcy**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 3 | 20 | Robert Moon | Review of amended Disclosure Statement Schedules | $950 | 1.3 | 1,267 |
| 16 | 3 | 20 | Robert Moon | Call with OMM on adjustments to Liquidation Analysis | $950 | 0.5 | 475 |
| 16 | 3 | 20 | Robert Moon | Finalize Recovery Analysis and Liquidation Analysis for refiling Disclosure Statement | $950 | 3.2 | 3,008 |
| 17 | 3 | 20 | Robert Moon | Call with YT team on filed claims amount | $950 | 0.2 | 158 |
| 17 | 3 | 20 | Robert Moon | Review and comments on Debtor's reply to responses to 3rd amended disclosure statement | $950 | 0.8 | 792 |
| 17 | 3 | 20 | Robert Moon | Assist YT team with cash flow projections and actual cash flows reporting | $950 | 0.5 | 475 |
| 17 | 3 | 20 | Robert Moon | Review amended schedule of SOFA | $950 | 0.3 | 317 |
| 17 | 3 | 20 | Robert Moon | Call with OMM and PSZ&J regarding Plan and Disclosure Statement Filings | $950 | 0.5 | 475 |
| 17 | 3 | 20 | Robert Moon | Finalize Recovery Analysis and Liquidation Analysis for refiling Disclosure Statement | $950 | 6.5 | 6,175 |
| 18 | 3 | 20 | Robert Moon | Review of New Plan and Disclosure statement filings | $950 | 1.2 | 1,108 |
| 19 | 3 | 20 | Robert Moon | Court in LA | $950 | 3.3 | 3,088 |
| 19 | 3 | 20 | Robert Moon | Review of the plan and Disclosure Statement and blackline filings | $950 | 1.3 | 1,267 |



### RE: Jia Yueting Chapter 11 Bankruptcy

| 19 | 3 | 20 | Robert Moon | Conference call on voting claims confirmations with OMM, PSJZ | $950 | 1.0 | 950 |
|----|---|----|-------------|---------------------------------------------------------------|------|-----|-----|
| 1 | 4 | 20 | Robert Moon | Call with OMM, PSZ&J and YT team re claims and plan financing | $950 | 1.0 | 950 |
| 9 | 4 | 20 | Robert Moon | Billing/hours summary | $950 | 1.5 | 1,425 |
| 12 | 4 | 20 | Robert Moon | Fee Application | $950 | 3.0 | 2,850 |

 **Expedia**

# Receipt for Itinerary #7503960205321

Dec 17, 2019 - Dec 18, 2019

## Booked Items

**Flight:** Los Angeles (LAX) to Philadelphia (PHL)
**Flight:** Philadelphia (PHL) to Los Angeles (LAX)

Depart: 12/17/2019 | Return: 12/18/2019 ,1 round trip ticket

## Traveler Information

**Robert Moon** - Adult

Ticket # 0017435568274

## Cost Summary

**Booked Date:** Dec 16, 2019

| | |
|---|---|
| **Traveler 1: Adult** | **$1,276.60** |
| Flight | $1,160.94 |
| Taxes & Fees | $115.66 |

Total: **$1,276.60**

Paid: **$1,276.60**
All prices quoted in US dollars.

1

**EXHIBIT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PQBDN llc
project QB 电

Robert Moon
949.500.2700
rmoon@qbpartners.net

## Financial Advisor - Multinational Restructuring for Chinese Entrepreneur (2019 – Current)

- Court approved financial advisor to the debtor in a multi-billion dollar restructuring
- Chapter 11 Bankruptcy - Central District of California

## Chief Restructuring Officer – Suntech Power Holdings (2012 – Current)

- Chief Restructuring Officer for the world's largest solar panel company
- Director of thirteen group companies in five European countries and the BVI
- Created, directed and implemented insolvency recovery of Suntech Power International Ltd (Switzerland) (SPI), primary operating and holding company of Suntech Group outside of China
  - Designed and effectuated an immediately profitable business plan for SPI; secured required financing of expected expenses during both Provisional and Definitive Moratoriums
  - Directed substantial downsizing of operations – eliminating multiple positions and 75% of personnel
  - Successfully achieved Bankruptcy Court approval of plans for Definitive Moratorium within required 60 days
  - Developed restructuring plan (Dividend Agreement) for SPI and received court-appointed Administrator approval to present plan to major creditors
  - Dividend Agreement eliminated 100% of liabilities, while maintaining Suntech's 100% equity ownership of SPI and all of its subsidiaries
  - Led negotiations with major creditors, receiving creditor committee approval for SPI'S proposal
  - Successfully completed only Swiss insolvency restructuring of a major company utilizing a Dividend Agreement (no liquidation); first Dividend Agreement in Swiss history without additional financing
- Directed financial restructuring of Global Solar Fund, one of the five largest photovoltaic companies in Italy - €500 million of debt owed to Chinese banks
- Leadership of Suntech's businesses in Europe and America, initiated downsizing of operations throughout both continents and assumed day-to-day management and oversight

## Chief Restructuring Officer - Suntech America/Suntech Arizona (2015-2020)

  - Delaware Chapter 11 Bankruptcy – Proceedings closed March 2020
  - Completed 363 sale of Arizona manufacturing assets
  - Negotiated settlement agreement with creditors
  - Bankruptcy Plan approved by creditors and Delaware Bankruptcy Court
  - Preserved substantial value for intercompany stakeholders

## Financial & Strategic Company Advisory Services (2010- 2012)

**Corporate, strategic, financing and M&A advisory for executives and boards of companies in transition**
Projects in Telecom/Technology, Petroleum, Financial Services and Healthcare industries

**Operational and corporate restructuring of publicly traded multinational optical technology company**
Implemented strategic dispositions, closures or operational cost structure realignment of multiple subsidiaries

**Advised publicly traded China-based energy company on acquisition of larger China-based competitor**
Managed acquisition process, determined valuation and deal structure and finalized all contracts

**Educational consumer goods company – multi-million investment closed**

**Sale of Healthcare services technology company**

# Robert Moon

### Chief Restructuring Officer – Advantage Rent-a-Car (2008 – 2009)

- CRO and acting CEO for distressed rental car company - served as final decision maker for all major operating and legal initiatives taken by Advantage

- Guided Advantage through Chapter 11 Bankruptcy, precipitated by recall of 60% of the rental fleet by Chrysler Financial, its primary fleet lender

- Within three weeks of engagement, initiated a substantial business restructuring - ultimately closed 40 of 48 locations and reduced headcount by 80% - stabilized remaining operations and ran Advantage cash flow positive for remainder of Chapter 11 process

- Negotiated with senior lenders, fleet lenders and key vendors to enable ongoing financing and operations

- Oversaw sale process due diligence and primary contact with all potential purchasers of Advantage assets

- Successfully completed process by selling Advantage to Hertz for approximately 2.5x their formal "stalking horse" bid

### Chief Financial Officer - Global Lighting Technologies (2006 – 2007)

Managed global finance and accounting department for developer, manufacturer and marketer of LED backlights; majority of operations and 99% of employees based in China and Taiwan

- Consolidated four international accounting regimes and processes into global set of accounting policies

- Directed financial reporting, managed financial consolidation and implemented monthly forecasting process

- Initiated company-wide program to maintain profitability in a declining price environment, targeting improvements in sale processes and pricing, specific sourcing and purchasing cost improvements; Enhanced financial measurement and improvements in manufacturing costs

- Led underwriter identification and selection process for a $100 - $150 million IPO, guided company through underwriter's due diligence process and directed drafting of SEC F-1 Registration Statement

- Marketed, structured and closed $25 million private placement

### Director of Operations NW Louisiana – American Red Cross ("Katrina" September 2005)

### Financial & Operations Consulting (2003 – 2005)

**Interim Chief Financial Officer** - Venture capital backed, start-up consumer products company
Enacted product pricing programs to maintain profit margin integrity and reduced cost of goods sold by 40%

**Interim Chief Financial Officer** – Highly leveraged architectural steel design and manufacturing company
Supervised, at creditor's behest, wind-down and liquidation of company, maximizing value to creditors

**Operational Consultant** - Facilities management company; State government division
Crafted concrete initiatives to reduce expenses, improve customer service and generate new revenue streams

### Investment Banking (1990 - 2002)

- **Executed over $10 Billion of M&A and raised over $5 Billion of Capital Worldwide**
  **Mercanti Group** – Managing Director
  **Donaldson, Lufkin & Jenrette** – Associate, Vice President, Senior Vice President
  **Smith Barney, Harris Upham & Chemical Bank**– Associate

## EDUCATION

**Columbia University Business School** – MBA: Finance/Accounting (1988- 1990)

**Brigham Young University** - BA *Magna Cum Laude*: Economics (1983 – 1988)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION OF PQBDN LLC FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ROBERT MOON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 16, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 16, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328470.2 46353/002

# SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
  ;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

### *BY EMAIL:*

L. Katherine Good:  kgood@potteranderson.com
Christopher Samis:  csamis@potteranderson.com
Aaron Stulman:  astulman@potteranderson.com
Andrew Behlmann:  abehlmann@lowenstein.com
Eric Lopez Schnabel:  schnabel.eric@dorsey.com
Jeremy Merkin:  jmerkin@lowenstein.com
Jeffrey Prol:  jprol@lowenstein.com
Randye Soref:  rsoref@polsinelli.com
Tanya Behnam:  tbehnam@polsinelli.com
Richard Newman:  rnewman@alvarezandmarsal.com
Robert Moon:  rmoon@qbpartners.net
Suzanne Uhland:  suhland@omm.com
Diana Perez:  dperez@omm.com
TJ Li:  tli@omm.com
Kelly L Morrison on behalf of U.S. Trustee U.S. Trustee kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328470.2 46353/002