Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                    Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**THIRD STIPULATION TO EXTEND DEADLINE (1) FOR DEBTOR TO SERVE AN OBJECTION OR REQUEST FOR ESTIMATION OF CLAIM OF CREDITOR LIUHUAN SHAN; AND (2) FOR CREDITOR LIUHUAN SHAN TO FILE A MOTION UNDER BANKRUPTCY RULE 3018 FOR PURPOSES OF VOTING ON DEBTOR'S THIRD AMENDED PLAN**<br><br>[No Hearing Required] |

This Stipulation (the "Stipulation"), is made by and between Yueting Jia, debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") and Liuhuan Shan ("Liuhuan" and, together with the Debtor, the "Parties"), with reference to the following facts.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

# RECITALS

A.   On October 14, 2019, the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the Bankruptcy Code") in the District of Delaware.

B.   On December 19, 2019, the Chapter 11 Case was transferred to the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

C.   On March 20, 2020, the Court entered its *Order (I) Granting Motion to Approve Adequacy of Fourth Amended Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines, (IV) Waiving Certain Local Rules and Procedures, (V) Vacating Order to Show Cause and (VI) Granting Related Relief* [Docket No. 485], which establishes, among other things, (1) a deadline of April 2, 2020 for the Debtor to serve an objection or request for estimation as to a claim for voting purposes (the "Claim Objection/Estimation Deadline"); and (2) a deadline of April 16, 2020 at 4:00 p.m. (Pacific Time) for a creditor to file a motion under Rule 3018 of the Federal Rules of Bankruptcy Procedure to temporarily allow a claim in a different amount for purposes of voting to accept or reject the *Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 465] (the "Rule 3018 Deadline").

D.   On April 2, 2020, the Debtor and the Claimant entered into, and the Debtor filed, a *Stipulation to Extend Deadline (1) for Debtor to Serve an Objection or Request for Estimation of Claim of Creditor Liuhuan Shan; and (2) for Liuhuan Shan to File a Motion under Bankruptcy Rule 3018 for Purposes of Voting on Debtor's Third Amended Plan* [Docket No. 497] (the "First Extension Stipulation"), pursuant to which the parties agreed to extend the Claim Objection/Estimation Deadline from April 2, 2020, to April 9, 2020, and the Rule 3018 Deadline as to the Claimant from April 16, 2020, at 4:00 p.m. (Pacific Time), to April 23, 2020, at 4:00 p.m. (Pacific Time).  The First Extension Stipulation was approved by order entered on April 10, 2020 [Docket No. 568].

E.   On April 9, 2020, the Debtor and Claimant entered into, and the Debtor filed, a *Second Stipulation to Extend Deadline (1) for Debtor to Serve an Objection or Request for Estimation of Claim of Creditor Liuhuan Shan; and (2) for Liuhuan Shan to File a Motion under*

2

DOCS_LA:329014.1 46353/002

*Bankruptcy Rule 3018 for Purposes of Voting on Debtor's Third Amended Plan* [Docket No. 566] (the Second Extension Stipulation"), pursuant to which the parties agreed to extend the Claim Objection/Estimation Deadline from April 9, 2020 to April 16, 2020, and the Rule 3018 Deadline as to the Claimant from April 23, 2020, at 4:00 p.m. (Pacific Time), to April 30, 2020, at 4:00 p.m. (Pacific Time). The Second Extension Stipulation was approved by order entered on April 10, 2020 [Docket No. 569].

F.  The Parties continue to engage in discussions and the review of documentation regarding the claims filed by Liuhuan, and, in order to facilitate such discussions and review, have agreed to a further extension of the Claim Objection/Estimation Deadline and the Rule 3018 Deadline.

**NOW, THEREFORE,** it is hereby agreed between the Parties, as follows:

1.  The Claim Objection/Estimation Deadline as to Liuhuan shall be extended from April 16, 2020, to April 23, 2020.

2.  The Rule 3018 Deadline as to Liuhuan shall be extended from April 30, 2020, at 4:00 p.m. (Pacific Time) to May 7, 2020 at 4:00 p.m. (Pacific Time).

3.  In the event the Debtor serves an objection or request for estimation as to Liuhuan's claims for voting purposes on or prior to the extended Claim Objection/Estimation Deadline (a "Claim Objection"), and/or Liuhuan files a motion under Rule 3018 of the Federal Rules of Bankruptcy Procedure to temporarily allow a claim in a different amount for purposes of voting (a "Claims Estimation Motion") prior to the extended Rule 3018 Deadline, each of the Parties agrees to support any request to shorten notice with respect to either the Claim Objection or Claims Estimation Motion to be heard prior to, or to coincide with, the hearing on the confirmation of the *Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* scheduled for May 21, 2020 at 9:30 a.m. (Pacific Time).

4.  Nothing in this Stipulation shall in any way be construed as or deemed to be evidence of or reflect an admission on behalf of any Party regarding any claim or right that such Party may have against any other Party unless such claim or right is specifically addressed in this Stipulation.

3

DOCS_LA:329014.1 46353/002

5. This Stipulation may not be modified, amended, altered, changed, or waived except in a writing signed by all of the Parties.

6. Each of the signatories hereto represents and warrants that s/he is authorized to enter into this Stipulation by each entity on whose behalf s/he is executing the Stipulation.

7. The Parties agree that there are no third-party beneficiaries to this Stipulation.

8. This Stipulation may be executed in multiple counterparts by facsimile or email signatures, each of which shall be deemed an original. A facsimile or email signature delivered by portable data format (.pdf) shall be deemed an original.

9. This Stipulation and the communications in connection with its negotiation will not be introduced into evidence in the trial of or in any deposition relating to any claims or causes of action between the Parties, or be used in any manner in any litigation or otherwise, except to enforce the terms of the Stipulation.

10. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation, to the fullest extent of the Bankruptcy Court's authority under applicable law.

Dated: April 16, 2020    PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Malhar S. Pagay

Richard M. Pachulski
Jeffrey W. Dulberg
Malhar S. Pagay

Attorneys for Debtor and Debtor in Possession

Dated: April 16, 2020    CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By    _____

Lynn P. Harrison III
Peter Buenger

Attorneys for Creditor, Liuhuan Shan

4

DOCS_LA:329014.1 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **THIRD STIPULATION TO EXTEND DEADLINE (1) FOR DEBTOR TO SERVE AN OBJECTION OR REQUEST FOR ESTIMATION OF CLAIM OF CREDITOR LIUHUAN SHAN; AND (2) FOR CREDITOR LIUHUAN SHAN TO FILE A MOTION UNDER BANKRUPTCY RULE 3018 FOR PURPOSES OF VOTING ON DEBTOR'S THIRD AMENDED PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 16, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328470.2 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:328470.2 46353/002