| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Malhar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail: rpachulski@pszjlaw.com<br>         jdulberg@pszjlaw.com<br>         mpagay@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br><br><br>                                                  Debtor(s) | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**THIRD STIPULATION TO EXTEND DEADLINE (1) FOR DEBTOR TO SERVE AN OBJECTION OR REQUEST FOR ESTIMATION OF CLAIM OF CREDITOR LIUHUAN SHAN; AND (2) FOR CREDITOR LIUHUAN SHAN TO FILE A MOTION UNDER BANKRUPTCY RULE 3018 FOR PURPOSES OF VOTING ON DEBTOR'S THIRD AMENDED PLAN**<br><br>[Relates to Docket No. 613] |

PLEASE TAKE NOTE that the order titled Order Approving Third Stipulation to Extend Deadline (1) For Debtor to Serve an Objection or Request For Estimation of Claim of Creditor Liuhuan Shan; and (2) For Creditor Liuhuan Shan to File a Motion Under Bankruptcy Rule 3018 For Purposes of Voting on Debtor's Third Amended Plan was lodged on (*date*) April 16, 2020 and is attached as Exhibit "A".  This order relates to the Stipulation which is docket number 613.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

# EXHIBIT A

Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
           jdulberg@pszjlaw.com
           mpagay@pszjlaw.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD STIPULATION TO EXTEND DEADLINE (1) FOR DEBTOR TO SERVE AN OBJECTION OR REQUEST FOR ESTIMATION OF CLAIM OF CREDITOR LIUHUAN SHAN; AND (2) FOR CREDITOR LIUHUAN SHAN TO FILE A MOTION UNDER BANKRUPTCY RULE 3018 FOR PURPOSES OF VOTING ON DEBTOR'S THIRD AMENDED PLAN**<br><br>[No Hearing Required] |

The Court, having read and considered the *Third Stipulation to Extend Deadline (1) For Debtor to Serve an Objection or Request for Estimation of Claim of Creditor Liuhuan Shan; and (2) For Creditor Liuhuan Shan to File a Motion Under Bankruptcy Rule 3018 for Purposes of Voting on Debtor's Third Amended Plan* ("Stipulation") [Docket No. 613][2], and with good cause shown,

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:329015.1 46353/002

IT IS ORDERED:

1. The Stipulation is approved.

2. The Claim Estimation Deadline as to Liuhuan Shan shall be extended from April 16, 2020, to April 23, 2020.

3. The Rule 3018 Deadline as to Liuhuan Shan shall be extended from April 30, 2020, at 4:00 p.m. (Pacific Time) to May 7, 2020 at 4:00 p.m. (Pacific Time).

4. In the event the Debtor serves an objection or request for estimation as to Liuhuan's claims for voting purposes on or prior to the extended Claim Objection/Estimation Deadline (a "Claim Objection"), and/or Liuhuan files a motion under Rule 3018 of the Federal Rules of Bankruptcy Procedure to temporarily allow a claim in a different amount for purposes of voting (a "Claims Estimation Motion") prior to the extended Rule 3018 Deadline, each of the Parties agrees to support any request to shorten notice with respect to either the Claim Objection or Claims Estimation Motion to be heard prior to, or to coincide with, the hearing on the confirmation of the Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code scheduled for May 21, 2020 at 9:30 a.m. (Pacific Time).

# # #

DOCS_LA:329015.1 46353/002

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **April 16, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) **April 16, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   **VIA U.S. MAIL**
   United States Bankruptcy Court
   Central District of California
   Attn:  Hon. Vincent Zurzolo
   Edward R. Roybal Federal Bldg./Courthouse
   255 East Temple Street, Suite 1360
   Los Angeles, CA  90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2020 | Nancy Brown | /s/ Nancy Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:329029.1 46353/002