Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
            jdulberg@pszjlaw.com
            mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br>　　　　　　　Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS**<br><br>Hearing:<br>Date:　May 7, 2020<br>Time:　1:30 p.m.<br>Place:　Courtroom 1368<br>　　　　Roybal Federal Building<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, California 90012<br><br>Judge:　Hon. Vincent P. Zurzolo |
|---|---|

**PLEASE TAKE NOTICE** that a hearing will be held on May 7, 2020 at 1:30 p.m.**,** in Courtroom 1368, 255 E. Temple Street, Los Angeles, CA 90012 for the Court to consider and act upon the applications (the "Applications") of certain professionals employed in the above-captioned case (the "Estate Professionals") and certain members of the Official Committee of Unsecured Creditors (the "Committee Members") for approval of interim compensation and reimbursement of expenses.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

DOCS_LA:329007.1 46353/002

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications are on file with the Clerk of the United States Bankruptcy Court, at 255 East Temple Street, Los Angeles, CA 90012 and will be available for inspection during the Court's normal business hours.  Copies of the Applications may be obtained upon written request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067-4003, Telephone: 310-277-6910, Facsimile: 310-201-0760, email: bdassa@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement requested by the Estate Professionals and Committee Members in the Applications is as follows:

| Professional | Time Period | Fees | Expenses |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP (General Bankruptcy Counsel to the Debtor) | 10/14/19 – 3/31/20 | $2,251,649.50 | $62,316.38 |
| O'Melveny & Myers LLP (Special Corporate, Litigation, and International Counsel to the Debtor) | 10/14/19 – 3/31/20 | $1,956,520.57 | $74,256.68 |
| PQBDN LLC (Financial Advisor to the Debtor) | 11/17/19 – 4/12/20 | $228,396.00 | $1,276.60 |
| Epiq Corporate Restructuring LLC (Administrative Advisor to the Debtor) | 3/1/20 – 3/31/20 | $5,868.72 | $0.00 |
| Lowenstein Sandler, LLP (Counsel to the Official Committee of Unsecured Creditors) | 12/28/19 – 2/29/20 | $860,739.50 | $61,283.95 |
| Polsinelli LLP (Counsel to the Official Committee of Unsecured Creditors) | 12/28/19 – 3/31/20 | $132,166.80 | $2,038.56 |
| Potter Anderson & Corroon LLP (Delaware Counsel to the Official Committee of Unsecured Creditors) | 10/25/19 – 12/18/19 | $91,185.50 | $4,281.93 |
| Alvarez & Marsal North America, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) | 10/30/19 – 1/31/20 | $559,416.00 | $15,986.32 |
| Members of the Official Committee of Unsecured Creditors | 10/25/19 – 2/29/20 | Not Applicable (expense request only) | $24,503.82 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a) and 9013-1(f), any response or opposition to the Applications must be in writing and filed with the Court and served upon the appropriate Estate Professional or Committee Member and undersigned counsel no later than fourteen (14) days prior to the hearing date.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications.

Dated: April 16, 2020

PACHULSKI STANG ZIEHL & JONES  LLP

By     */s/ Jeffrey W. Dulberg*
           Richard M. Pachulski
           Jeffrey W. Dulberg
           Malhar S. Pagay

           Attorneys for Debtor and Debtor in Possession

3

DOCS_LA:329007.1 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 16, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 16, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328470.2 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

***BY EMAIL:***

L. Katherine Good:  kgood@potteranderson.com
Christopher Samis:  csamis@potteranderson.com
Aaron Stulman:  astulman@potteranderson.com
Andrew Behlmann:  abehlmann@lowenstein.com
Eric Lopez Schnabel  schnabel.eric@dorsey.com
Jeremy Merkin:  jmerkin@lowenstein.com
Jeffrey Prol:  jprol@lowenstein.com
Randye Soref:  rsoref@polsinelli.com
Tanya Behnam:  tbehnam@polsinelli.com
Richard Newman:  rnewman@alvarezandmarsal.com
Robert Moon:  rmoon@qbpartners.net
Suzanne Uhland:  suhland@omm.com
Diana Perez:  dperez@omm.com
TJ Li:  tli@omm.com
Kelly L Morrison on behalf of U.S. Trustee U.S. Trustee  kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:328470.2 46353/002