Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | Case No.: 2:19-bk-24804-VZ |
|---|---|
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **DECLARATION OF YUETING JIA IN SUPPORT OF INTERIM APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-1(a)(1)(J)** |
| | Hearing:<br>Date:    May 7, 2020<br>Time:    1:30 p.m.<br>Place:    Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |
| | Judge:    Hon. Vincent P. Zurzolo |

I, Yueting Jia, declare as follows:

1.      I am the debtor and debtor in possession herein (the "Debtor").

2.      Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others at my direction), my review of

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

relevant documents, or my opinion.  If called upon to testify, I would testify to the facts set forth in this Declaration. This Declaration is filed in accordance with Local Bankruptcy Rule 2016-1(a)(1)(J).

3.    I have reviewed the (1) first interim fee application of Pachulski Stang Ziehl & Jones LLP including the bills that are attached as exhibits thereto filed by Pachulski Stang Ziehl & Jones, LLP, bankruptcy counsel for the Debtor; (2) first interim fee application of O'Melveny & Myers LLP including the bills that are attached as exhibits thereto filed by O'Melveny & Myers LLP, special corporate, litigation, and international counsel to the Debtor; (3) first interim fee application of PQBDN LLC including the bills that are attached as exhibits thereto filed by PQBDN LLC, financial advisor to the Debtor; and (4) first interim fee application of Epiq Corporate Restructuring LLC including the bills that are attached as exhibits thereto filed by Epiq Corporate Restructuring LLC, administrative advisor to the Debtor (collectively, the "Applications").  I have no objection to to the Court's approval of each of the Applications.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2020 at Rancho Palos Verdes, California.

_____

Yueting Jia

DOCS_LA:329016.1 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***DECLARATION OF YUETING JIA IN SUPPORT OF INTERIM APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-1(a)(1)(J)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>**April 20, 2020,**</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 20, 2020   Myra Kulick | /s/ *Myra Kulick* |
|---|---|
| *Date*           *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:328028.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- *Tanya Behnam      tbehnam@polsinelli.com, tanyabehnam@gmail.com*
- *Jerrold L Bregman      ecf@bg.law, jbregman@bg.law*
- *Jeffrey W Dulberg      jdulberg@pszjlaw.com*
- *Lei Lei Wang Ekvall      lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Stephen D Finestone      sfinestone@fhlawllp.com*
- *Richard H Golubow      rgolubow@wghlawyers.com,
  pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com*
- *Ben H Logan      blogan@omm.com*
- *Robert S Marticello      Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com*
- *David W. Meadows      david@davidwmeadowslaw.com*
- *Kevin Meek      kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com*
- *John A Moe      john.moe@dentons.com, glenda.spratt@dentons.com*
- *Kelly L Morrison      kelly.l.morrison@usdoj.gov*
- *Matthew J Olson      olson.matthew@dorsey.com, stell.laura@dorsey.com*
- *Malhar S Pagay      mpagay@pszjlaw.com, bdassa@pszjlaw.com*
- *Christopher E Prince      cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com*
- *Victor A Sahn      vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com*
- *Randye B Soref      rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com*
- *Benjamin Taylor      btaylor@taylorlawfirmpc.com*
- *United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov*
- *Felix T Woo      fwoo@ftwlawgroup.com, admin@ftwlawgroup.com*
- *Claire K Wu      ckwu@sulmeyerlaw.com,
  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com*
- *Emily Young      pacerteam@gardencitygroup.com,
  rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com*
- *David B Zolkin      dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:328028.1 46353/002