1  Richard M. Pachulski (CA Bar No. 90073)
2  Jeffrey W. Dulberg (CA Bar No. 181200)
   Malhar S. Pagay (CA Bar No. 189289)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California  90067
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   E-mail: rpachulski@pszjlaw.com
6          jdulberg@pszjlaw.com
           mpagay@pszjlaw.com

7  [Proposed] Attorneys for Debtor and Debtor in Possession



**FILED & ENTERED**

**APR 21 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>　　　　　Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD STIPULATION TO EXTEND DEADLINE (1) FOR DEBTOR TO SERVE AN OBJECTION OR REQUEST FOR ESTIMATION OF CLAIM OF CREDITOR LIUHUAN SHAN; AND (2) FOR CREDITOR LIUHUAN SHAN TO FILE A MOTION UNDER BANKRUPTCY RULE 3018 FOR PURPOSES OF VOTING ON DEBTOR'S THIRD AMENDED PLAN**<br><br>[No Hearing Required] |

The Court, having read and considered the *Third Stipulation to Extend Deadline (1) For Debtor to Serve an Objection or Request for Estimation of Claim of Creditor Liuhuan Shan; and (2) For Creditor Liuhuan Shan to File a Motion Under Bankruptcy Rule 3018 for Purposes of Voting on Debtor's Third Amended Plan* ("Stipulation") [Docket No. 613][2], and

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:329015.1 46353/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

with good cause shown, **IT IS ORDERED** that the Stipulation is **approved**.

# # #

Date: April 21, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

DOCS_LA:329015.1 46353/002