Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Nelson W. Goodell (264734)
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-3970 (fax)

Attorneys for Han's San Jose
Hospitality LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>           Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**DECLARATION OF NELSON GOODELL IN SUPPORT OF OPPOSITION TO DEBTOR'S NOTICE OF OMNIBUS OBJECTION AND OMNIBUS OBJECTION FOR AN ORDER DISALLOWING DUPLICATE CLAIMS**<br><br><u>Hearing</u><br>Date:  May 7, 2020<br>Time:  1:30 p.m.<br>Place:  Courtroom 1368<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

I, Nelson Goodell, declare as follows:

      1.    I am an attorney admitted to practice law in the State of California. I am counsel of record for Han's San Jose Hospitality LLC ("Han's") in pending litigation in Santa Clara County entitled *Han's San Jose Hospitality LLC v. Jueting Jia et al.* (the "State Court Action"). I

1. make this declaration in support of Han's opposition to Debtor's Objection to Claim and Motion to Estimation of Claim (the "Motion"). Each and all the statements made herein are based upon my personal knowledge except to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true. If called as a witness in this matter, I could and would testify competently to each and all of the statements made herein.

2. On July 27, 2018 in the matter of *Vizio v. LeEco*, pending in the Central District of California, Judge David Carter noted that the repeated use of the same employees across Mr. Jia's businesses, including Mr. Charles Hsieh and Chaoying Deng, coupled with the commingling of assets to secure loans and lack of corporate formalities sufficiently stated an alter ego allegation while denying a motion to dismiss. The Court noted, "Throughout the parent and subsidiary companies, there is a connection of intermingling between employees, assets, and office locations. Thus, Vizio sufficiently establishes facts in support of the proposition that [defendants] are interconnected in ownership (through Jia) and through a unity of interest (through similarities in offices, employees and intermingling assets.)". Filed herewith as **Exhibit 1** is a true and correct copy of the Court's order.

3. In connection with the State Court Action, on May 1, 2018, I took the deposition of Qing Ye. Filed herewith as **Exhibit 2** is a true and correct copy of excerpts of the deposition.

4. In connection with the State Court Action, oOn May 15, 2018, I took the deposition of Daniel McGill. Filed herewith as **Exhibit 3** is a true and correct copy of excerpts of the deposition.

5. In connection with the State Court Action, on May 16, 2018, I took the deposition of Daniel Poritzky. Filed herewith as **Exhibit 4** is a true and correct copy of excerpts of the deposition.

6. In connection with the State Court Action, on June 21, 2018, I took the deposition of Chaoying Deng. Filed herewith as **Exhibit 5** is a true and correct copy of excerpts of the deposition.

7. In connection with the State Court Action, on August 24, 2018, I took the deposition of Michael Do. Filed herewith as **Exhibit 6** is a true and correct copy of excerpts of the deposition.

8. In connection with the State Court Action, on October 3, 2018, I took the deposition of Joylyn Belli. Filed herewith as **Exhibit 7** is a true and correct copy of excerpts of the deposition.

9. In connection with the State Court Action, on May 9, 2019, I took the deposition of Charles Hsieh. Filed herewith as **Exhibit 8** is a true and correct copy of excerpts of the deposition.

10. In connection with the State Court Action, on May 9, 2019, I took the deposition of Pascal Coustar. Filed herewith as **Exhibit 9** is a true and correct copy of excerpts of the deposition.

11. In connection with the State Court Action, on July 10, 2019, I took the deposition of Steve Howard. Filed herewith as **Exhibit 10** is a true and correct copy of excerpts of that deposition.

12. On April 26, 2019, Defendant Jia Yueting filed the Motion to Stay Causes of Action 1-5 in the State Court Action. Filed herewith as **Exhibit 11** is a true and correct copy of that document.

13. On April 26, 2019, Defendant Ocean View Drive, Inc. filed a Demurrer in the State Court Action. Filed herewith as **Exhibit 12** is a true and correct copy of that document.

14. On July 16, 2019, the Court in the State Court Action denied Jia Yueting's Motion to Stay. Filed herewith as **Exhibit 13** is a true and correct copy of that document.

15. On August 30, 2019, the Court in the State Court Action issued an Order regarding Defendant's Demurrer and Request for Judicial Notice; Plaintiff's Request for Judicial Notice. The Court granted the Defendant's request for judicial notice of the fourth amended complaint filed by Plaintiffs and denied Defendant's other six requests for judicial notice. The Court denied Plaintiff's request for judicial notice. The Court overruled Defendant's Demurrer to

the first, second, third, fourth and fifth causes of action. Filed herewith as **Exhibit 14** is a true and correct copy of that Order.

16. On LinkedIn, Yueting Jia is easily found under YT Jia as 'Founder, Chairman and CEO of Le Holdings. Co, Ltd'. Filed herewith as **Exhibit 15** is a true and correct copy of his LinkedIn profile.

17. On the California Secretary of State website, Le Technology, Inc. is listed as a corporate entity. Le Technology, Inc.'s Statement of Information (2017), filed with the California Secretary of State on January 19, 2017. Filed herewith as **Exhibit 16** is a true and correct copy of the statement of information.

18. Le Technology, Inc.'s Statement of Information (2019), filed with the California Secretary of State on September 26, 2019, is attached hereto. Filed herewith as **Exhibit 17** is a true and correct copy of the statement of information and business search page.

19. On the California Secretary of State website, Ocean View Drive, Inc. is listed as a corporate entity. Ocean View Drive, Inc.'s Statement of Information (2016), filed with the California Secretary of State on March 4, 2016, is attached hereto. Filed herewith as **Exhibit 18** is a true and correct copy of the statement of information.

20. On the California Secretary of State website, Ocean View Drive, Inc. is listed as a corporate entity. Ocean View Drive, Inc.'s Statement of Information (2017), filed with the California Secretary of State on July 31, 2017, is attached hereto. Filed herewith as **Exhibit 19** is a true and correct copy of the statement of information.

21. On the California Secretary of State website, Ocean View Drive, Inc. is listed as a corporate entity. Ocean View Drive, Inc.'s Statement of Information (2019), filed with the California Secretary of State on February 6, 2019, filed herewith as **Exhibit 20** is a true and correct copy of the statement of information.

22. Ocean View Drive Inc.'s Statement of Information (2019), filed with the California Secretary of State on October 10, 2019, is filed herewith as **Exhibit 21** is a true and correct copy of the statement of information.

23. On the California Secretary of State website, Faraday&Future, Inc. is listed as a corporate entity. Faraday&Future, Inc.'s Statement of Information (2018), filed with the California Secretary of State on February 15, 2018, is filed herewith as **Exhibit 22** is a true and correct copy of the statement of information.

24. In the State Court Action, Damian Martinez, Esq. of Andrade Gonzalez LLP has represented Faraday&Future throughout the litigation.   According to records filed in the Los Angeles County Superior Court and in state court in Washington, Mr. Martinez has represented the Debtor on at least two other occasions, as evidenced by exhibits 3, 4, 11, & 12 , which are attached to the Request for Judicial Notice. In addition, William Pao of O'Melveny & Myers LLP represented Ocean View Drive, Inc. in the State Court Action, as evidenced by exhibits 2 & 10.

25. On June 11, 2019, there was a hearing for the Motion to Consolidate in the Santa Clara County Superior Court. Filed herewith as **Exhibit 23** is a true and correct copy of the transcript of that hearing.

26.  On April 24, 2018, Defendant Faraday&Future filed their Motion for a Protective Order. A declaration of Yue-Ting Jia was filed in support. Filed herewith as **Exhibit 24** is a true and correct copy of that declaration.

27. In discovery, in the State Court Action the attached the Administrative Services Agreement was produced by Faraday&Future, which was apparently made between Le Technology and its' affiliates, Le Eco and Faraday&Future, Inc. Filed herewith as **Exhibit 25** is a true and correct copy of that document.

28. In discovery in the State Court Action, Faraday&Future produced a Statement of Work, under the provisions of the Administrative Services Agreement by and between Faraday&Future and Le Eco, was made effective April 6, 2017. Filed herewith as **Exhibit 26** is a true and correct copy of that document.

29. In discovery in the State Court Action, there was an email exchange regarding Faraday&Future's requirements for the Subject Property and a Building Sublease Agreement

template was attached. Filed herewith as **Exhibit 27** is a true and correct copy of that email thread.

30.    Filed herewith as **Exhibit 28** is a true and correct copy of the LinkedIn profile of Amy Chu, which was printed out in the spring of 2019, of Faraday&Future.  Ms.  Chu has also been identified as a director of Ocean View Drive.

31.    Filed herewith as **Exhibit 29** is a true and correct copy of Defendant Le Technology's Amended Responses to Special Interrogatories Set 1, as served on March 19, 2018.

32.    Filed herewith as **Exhibit 30** is an email produced by Faraday&Future in discovery in the state court action evidencing on oral agreement for a sublease of the Subject Property between Le Technology and Faraday Future.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of April in San Francisco, California.

By: _____
NELSON GOODELL