# Exhibit 2

**From:** Bob Ye(叶青)
**Sent:** Thursday, August 24, 2017 3:42 AM
**To:** Peter Luo
**Subject:** 答复: 租赁合约修改

Peter，你好，

如那天所沟通，对于退租和解的事宜我们也是实在非常抱歉，实属无奈之举，之前我们给的解决方案已经是能给出最好的 offer 了。对于这个更新的方案，我们这边实在拿不出来这些钱，最后我们也只能通过破产保护的方法来走了。在这里我恳请贵公司再重新考虑方案，我们是真的想以最和平的方式来解决，这也是对贵公司最好的保障。我们北美公司具体情况如下：

1. 总体负债：115M USD，对中国部分负债 108M USD，对美国部分负债 7M USD
2. 总体资产+现金：2M – 2.5M USD
3. 如果我们不能在退租问题上和解，北美公司走破产保护流程，贵公司的债权权益是 2.4M USD（破产法规定的是 12 个月房租），北美公司在处理完员工部分的赔偿后预计剩余 1-1.5M USD，贵公司最多只能拿到 1%-2%的资产，也就意味着 2-3 万美元左右的赔偿。
4. 我们现在的方案是支付租金到 10 月份（8/9/10 月），Deposit 部分支撑到 11,12 月份，一共约 117 万美元的补偿权益。

另，我们已经找了一家专门做破产的律所来为北美做债务重组。我们真心希望双方能和平的和解解约，恳请贵公司再认真评估和考虑我们的方案。

感激不尽！

**发件人:** Peter Luo [mailto:peter@hanslaser.com]
**发送时间:** 2017 年 8 月 22 日 18:24
**收件人:** Bob Ye(叶青)
**主题:** 租赁合约修改

叶总

你好！这是我们总部给的修改意见。主要是在赔偿上，我们老板觉得重新招租我们单单中介费就需要额外支付 250 万美金另外我们找了湾区最大的 3 家地产中介来咨询，基本回复都是重新招租需要 1 年左右的时间。所以他希望乐视赔偿 1 年的租金来减少大族的损失。具体的情况，请参见附件。

有什么问题，我们保持进一步的沟通。谢谢

Kind Regards
**Peter Luo**
*CFO for Hans us*

1

LE TECH 00141

# HAN*S LASER

U.S. Office:
2220 O' Toole Ave. San Jose, CA 95131
Phone: +1 (408) 774-9428 ext.1006
Fax: +1 (669) 900-4570
Email: peter@hanslaser.com
Website: us.hanslaser.net

---

声明:
本邮件及其附件为机密信息，仅供指定收件人使用。若收件有误，请立即回复本邮件知会发件人并将此邮件从您的计算机系统删除。本邮件发件人及大族业已采取了适当的预防措施，但本邮件及其附件内容仍可能存在错误、遗漏或者隐含病毒，我们不对因此而导致的任何损失承担责任。It is intended for the recipient only. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the e-mail from your computer. Although the sender and Hanslaser have taken every reasonable precaution, the e-mail and attachments may have some errors or omissions and may contain viruses. We cannot accept liability for any damage that you sustain as a result of that.

2

LE TECH 00142