Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Nelson W. Goodell (264734)
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-3970 (fax)

Attorneys for Han's San Jose
Hospitality LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YUETING JIA,<br><br>Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HAN'S SAN JOSE HOSPITALITY LLC'S RESPONSE TO OBJECTION TO CLAIM NO. 60, AND MOTION TO ESTIMATE CLAIM FOR VOTING PURPOSES[1]**<br><br><u>Hearing</u><br>Date:  May 7, 2020<br>Time:  1:30 p.m.<br>Place: Courtroom 1368<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "DS" references are to the Debtor' Fourth Amended Disclosure Statement, dated March 20, 2020. "RJN" references are to Han's "Request for Judicial Notice," dated April 23, 2020, filed herewith. "ECF" references are to the docket in the above-captioned case.

1

Pursuant to Federal Rule of Evidence 201 (b)(2), Plaintiff HAN'S SAN JOSE HOSPITALITY LLC ("Han's) hereby requests that the Court take judicial notice of the following facts and documents submitted in support of its Opposition to Debtor's Notice of Omnibus Objection for an Order Disallowing Duplicate Claims:

1. Deed of Trust from Ocean View Drive, Inc. to Hankey Capital (1), and recorded in the Los Angeles County Recorder's Office on June 29, 2017, as Document No. 20170728305; a true and correct copy is attached as **Exhibit 1**.

2. Order Granting Han's San Jose Hospitality's Motion to Consolidate, filed with the Santa Clara County Superior Court on April 24, 2018; a true and correct copy is attached as **Exhibit 2**.

3. Order Granting Plaintiff Yue Ting Jia's Motion for Temporary Restraining Order, filed with the Superior Court of Washington for King County on October 23, 2017; a true and correct copy is attached as **Exhibit 3**.

4. Defendant Yue-Ting Jia's Motion to Dismiss, and filed with the Los Angeles County Superior Court on October 23, 2018; a true and correct copy is attached as **Exhibit 4**.

5. Grant Deed of 7 Marguerite Drive to Ocean View Drive, Inc., and recorded with the Los Angeles County Recorder's Office on August 29, 2014, as Document No. 20140913116; a true and correct copy is attached as **Exhibit 5**.

6. Grant Deed of 11 and 15 Marguerite Drive to Ocean View Drive, Inc., and recorded with the Los Angeles County Recorder's Office on August 29, 2014, as Document No. 20140913117; a true and correct copy is attached as **Exhibit 6**.

7. Grant Deed of 91 Marguerite Drive to Ocean View Drive, Inc., and recorded with the Los Angeles County Recorder's Office on July 7, 2015, as Document No. 20150811870; a true and correct copy is attached as **Exhibit 7**.

8. Deeds of Trust from Ocean View Drive, Inc. to Hankey Capital (2), and recorded with the Los Angeles County Recorder's Office on July 10, 2017, as Document No.

20170763294; a true and correct copy is attached as **Exhibit 8**.

9. Deeds of Trust from Ocean View Drive, Inc. to Dragon Racing (1-4), and recorded with the Los Angeles County Recorder's Office on December 19, 2017, as Document No. 20171467344; a true and correct copy is attached as **Exhibit 9**.

10. Order Granting Han's San Jose Hospitality's Motion to Consolidate, and filed with the Santa Clara County Superior Court on July 16, 2019; a true and correct copy is attached as **Exhibit 10**.

11. Order Granting Plaintiff Yue Ting Jia's Motion for Temporary Restraining Order, filed with the Superior Court of Washington for King County on October 23, 2017; a true and correct copy is attached as **Exhibit 11.**

12. Defendant Yue Ting Jia's Motion to Dismiss (or stay) for Forum Non Conveniens; Memorandum of Points and Authorities; Declarations of Meng Wu and Samuel Shen Chong in Support Thereof, and filed with the Los Angeles County Superior Court on October 23, 2018; a true and correct copy is attached as **Exhibit 12**.

13. Order re: Demurrer to Fourth Amended Complaint, and filed with the Santa Clara County Superior Court on March 27, 2019; a true and correct copy is attached as **Exhibit 13.**

14. Minute Order on Demurrer, in the Santa Clara County Superior Court on March 26, 2019; a true and correct copy is attached as **Exhibit 14**.

15. Han's Request for Entry of Default in the State Court Action, filed in Santa Clara County Superior Court on April 10, 2018; a true and correct copy is attached as **Exhibit 15**.

Grounds for judicial notice of Exhibits 1,and 5-9 are that these documents are true and correct copies of an official record of the Los Angeles County Recorder's office, whose authenticity " is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201 (b)(2); *Gamboa v. Trustee Corps & Cent. Mortgage Loan Servicing Co.*, 2009 U.S. Dist. LEXIS 19613, at *4-*10 (N.D. Cal. Mar. 12, 2009) (judicial notice of recorded documents related to the

foreclosure sale, including grant deed and deed of trust. "These documents are also part of the public record and are easily verifiable. *See* Fed. R. Evid. 201 (b); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Circ. 1992) (notice may be taken of facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned).

Grounds for judicial notice of Exhibits 2 through 4, and 10 through 15, are that they are true and correct copies of an official record of the Superior Court of California, County of Los Angeles, or the County of Santa Clara or of the Superior Court of Washington, County of King whose authenticity "is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED R. EVID. 201 (b) (2).

Dated: April 23, 2020                                    FINESTONE HAYES LLP

 /s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Han's San Jose Hospitality LLC

4