Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **DEBTOR'S (1) NON-OPPOSITION TO MOTION OF TIANJIN JIARUI HUIXIN CORPORATE MANAGEMENT CO., LTD. FOR ALLOWANCE OF CLAIM NUMBERS 43, 44 AND 45 FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a) [DKT. 597]; AND (2) WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM 21 FILED BY CHONGQING LETV COMMERCIAL FACTORING CO., LTD. [DKT. 501] AND OMNIBUS OBJECTION TO CLAIMS FILED BY TIANJIN JIARUI HUIXIN CORPORATE MANAGEMENT CO., LTD. [DKT. 506]** |
| | [Relates to Docket Nos. 499, 501, 506, 597, and 601] |
| | Date: May 7, 2020<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>255 E. Temple Street,<br>Los Angeles, CA  90012<br>Courtroom: 1368<br>Judge: Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:329226.3 46353/002

Yueting Jia, debtor and debtor in possession (the "Debtor" or "YT") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files his non-opposition (the "Non-Opposition") to the *Motion of Tianjin Jiarui Huixing Corporate Management Co., Ltd. For Allowance of Claim Number 43, 44 and 45 for Voting Purposes* [Docket No. 597] (the "Motion to Temporarily Allow Claims"), filed by Tianjin Jiarui Huixin Corporate Management Co., Ltd. ("Tianjin Jiarui"), and withdrawal (the "Withdrawal") of his *Omnibus Objection to Claims Filed by Tianjin Jiarui Huixin Corporate Management Co., Ltd.* [Docket No. 506] (the "Objection to Claims 43-45") [Docket No. 506], objecting to Claims 43, 44 and 45, filed by Tianjin Jiarui, and *Objection to Claim 21 Filed by Chongqing LeTV Commercial Factoring Co.* [Docket No. 501] (the "Objection to Claim 21" and, collectively, with the Objection to Claims 43-45, the "Objections"), objecting to Claim 21 filed by Chongqing LeTV Commercial Factoring Co., Ltd. ("Chongqing LeTV").

In support of his Non-Opposition and Withdrawal, the Debtor respectfully states as follows:

1. On March 20, 2020, the Court entered its *Order (I) Granting Motion to Approve Adequacy of Fourth Amended Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines, (IV) Waiving Certain Local Rules and Procedures, (V) Vacating Order to Show Cause and (VI) Granting Related Relief* [Docket No. 485] (the "Disclosure Statement Order"), pursuant to which it (a) approved the *Debtor's Fourth Amended Disclosure Statement with Respect to Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 465] in respect of the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 464] (the "Plan"), (b) required that "[a]ll Ballots must be properly executed, completed, and delivered to the Voting Agent … on or before April 30, 2020, at 4:00 p.m. (Beijing time) (the "Voting Deadline"), unless extended or otherwise agreed by the Debtor," and (c) scheduled the hearing regarding confirmation of the Plan on May 21, 2020, at 9:30 a.m., among ordering other relief.

2. On April 2, 2020, the Debtor filed the Objection to Claims 43-45 and Objection to Claim 21, seeking to disallow claims 43, 44 and 45, filed by Tianjin Jiarui, and claim 21, filed by Chongqing LeTV (collectively, the "Claims"), for purposes of voting on the Plan.

DOCS_LA:329226.3 46353/002

3.      On April 16, 2020, Tianjin Jiarui filed its response to the Objection to Claims 43-45 [Docket No. 601], its response to the Objection to Claim 21, as well as the Motion to Temporarily Allow Claims [Docket No. 597].

4.      Based on the preliminary results of the votes received by the Voting Deadline, the Debtor has sufficient votes to confirm the Plan and, consequently, the Debtor no longer seeks to object to the Claims -- or any other claim filed by any claimant that is the subject of a pending claim objection by the Debtor -- for voting purposes.

5.      Accordingly, the Debtor hereby withdraws the Objections and indicates his non-opposition to the Motion to Temporarily Allow Claims.

6.      In order to formally dismiss the Objections and dispose of the Motion to Temporarily Allow Claims, prior to the hearings scheduled thereon, the Debtor will request that Tianjin Jiarui and Chongqing LeTV stipulate to the withdrawals of the Objections and Motion to Allow Claims, respectively, pursuant to Local Bankruptcy Rule 9013-1(k).[2] To the extent that the claimants are unable or unwilling to enter into such stipulations, the Debtor will request that the Court dismiss the Objections at the hearings thereon.

7.      The Debtor, on his own behalf and on behalf of his bankruptcy estate, and, to the extent the Effective Date of the Plan occurs, the Reorganized Debtor and the Trustee, expressly reserves the right to re-file, amend, modify or supplement the objections raised in the Objections, and to file additional, other, or further objections to any proofs of claim filed in this Chapter 11 Case, including, without limitation, objections as to the amounts asserted therein, or any other claims (filed or not) against the Debtor, regardless of whether such claims are subject to the Objections. Should one or more of the grounds of objection stated in the Objections be denied, the Debtor reserves his rights to object on other stated grounds or on any other grounds he discovers during the

---

[2] Similarly, the Debtor will also contact counsel to other creditors whose claims are the subject of the Debtor's pending objections for voting purposes to stipulate to the formal dismissal of the relevant claims objections and withdrawal of the related motions, if any.

3

DOCS_LA:329226.3 46353/002

pendency of this Chapter 11 Case.  In addition, the Debtor reserves the right to file counterclaims against the holders of any such claims.

Dated:  April 30, 2020    PACHULSKI STANG ZIEHL & JONES LLP

By:   */s/Malhar S. Pagay*
　　　Richard M. Pachulski
　　　Jeffrey W. Dulberg
　　　Malhar S. Pagay

Attorneys for Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):
**DEBTOR'S (1) NON-OPPOSITION TO MOTION OF TIANJIN JIARUI HUIXIN CORPORATE MANAGEMENT CO., LTD. FOR ALLOWANCE OF CLAIM NUMBERS 43, 44 AND 45 FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a) [DKT. 597]; AND (2) WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM 21 FILED BY CHONGQING LETV COMMERCIAL FACTORING CO., LTD. [DKT. 501] AND OMNIBUS OBJECTION TO CLAIMS FILED BY TIANJIN JIARUI HUIXIN CORPORATE MANAGEMENT CO., LTD. [DKT. 506]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 30, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 30, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 30, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2020 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002