Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC** |
| | [Relates to Docket Nos. 500 and 666] |
| | Date:     May 7, 2020
Time:     1:30 p.m.
Place:    United States Bankruptcy Court
              255 E. Temple Street,
              Los Angeles, CA  90012
Courtroom: 1368
Judge:    Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:329211.3 46353/002

Yueting Jia, debtor and debtor in possession (the "Debtor" or "YT") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby withdraws (the "Withdrawal") his *Notice of Objection and Motion, and Objection to Claim or, Alternatively, Motion for Estimation of Claim No. 60 Filed by Han's San Jose Hospitality LLC, for Purposes of Voting on Plan* [Docket No. 500] (the "Objection").

In support of his Withdrawal, the Debtor respectfully states as follows:

1. On March 20, 2020, the Court entered its *Order (I) Granting Motion to Approve Adequacy of Fourth Amended Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines, (IV) Waiving Certain Local Rules and Procedures, (V) Vacating Order to Show Cause and (VI) Granting Related Relief* [Docket No. 485] (the "Disclosure Statement Order"), pursuant to which it (a) approved the *Debtor's Fourth Amended Disclosure Statement with Respect to Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 465] in respect of the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 464] (the "Plan"), (b) required that "[a]ll Ballots must be properly executed, completed, and delivered to the Voting Agent … on or before April 30, 2020, at 4:00 p.m. (Beijing time) (the "Voting Deadline"), unless extended or otherwise agreed by the Debtor," and (c) scheduled the hearing regarding confirmation of the Plan on May 21, 2020, at 9:30 a.m., among ordering other relief.

2. On April 2, 2020, the Debtor filed the Objection to Claim 60 (the "Claim"), filed by Han's San Jose Hospitality (the "Claimant"), for purposes of voting on the Plan.

3. On April 23, 2020, the Claimant filed *Han's San Jose Hospitality LLC's Response to Objection to Claim No. 60, and Motion to Estimate Claim for Voting Purposes* [Docket No. 666].

4. Based on the preliminary results of the votes received by the Voting Deadline, the Debtor has sufficient votes to confirm the Plan and, consequently, the Debtor no longer seeks to object to the Claim -- or any other claim filed by any claimant that is the subject of a pending claim objection by the Debtor -- for voting purposes.

2

DOCS_LA:329211.3 46353/002

5.   Accordingly, the Debtor hereby withdraws the Objection. In order to formally dismiss the Objection, prior to the hearing scheduled thereon, the Debtor will request that the Claimant stipulate to the withdrawal of the Objection, pursuant to Local Bankruptcy Rule 9013-1(k).[2] To the extent that the Claimant is unable or unwilling to enter into such stipulation, the Debtor will request that the Court dismiss the Objection at the hearing thereon.

6.   The Debtor, on his own behalf and on behalf of his bankruptcy estate, and, to the extent the Effective Date of the Plan occurs, the Reorganized Debtor and the Trustee, expressly reserves the right to re-file, amend, modify or supplement the objections raised in the Objection, and to file additional, other, or further objections to any proofs of claim filed in this Chapter 11 Case, including, without limitation, objections as to the amounts asserted therein, or any other claims (filed or not) against the Debtor, regardless of whether such claims are subject to the Objection. Should one or more of the grounds of objection stated in the Objection be denied, the Debtor reserves his rights to object on other stated grounds or on any other grounds he discovers during the pendency of this Chapter 11 Case. In addition, the Debtor reserves the right to file counterclaims against the holders of any such claims.

Dated: April 30, 2020         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/Malhar S. Pagay*
  Richard M. Pachulski
  Jeffrey W. Dulberg
  Malhar S. Pagay

Attorneys for Debtor and Debtor in Possession

---

[2] Similarly, the Debtor will also contact counsel to other creditors whose claims are the subject of the Debtor's pending objections for voting purposes to stipulate to the formal withdrawal from the Court's docket of the relevant claims objections and related motions, if any.

3

DOCS_LA:329211.3 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):
**DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 30, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 30, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 30, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2020 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329178.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002