Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                  Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**STIPULATION TO (1) DISMISS DEBTOR'S OBJECTION TO CLAIM 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC [DKT 500]; AND (2) WITHDRAW RELATED MOTION [DKT. 666]**<br><br>[Relates to Docket Nos. 500, 666, and 688]<br><br>Date:     May 7, 2020<br>Time:    1:30 p.m.<br>Place:   United States Bankruptcy Court<br>           255 E. Temple Street,<br>           Los Angeles, CA 90012<br>Courtroom: 1368<br>Judge:  Hon. Vincent P. Zurzolo |

This Stipulation is entered into by and between Yueting Jia, the debtor and debtor in possession (the "Debtor" or "YT") in the above-captioned chapter 11 case, and claimant Han's San

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:329288.1 46353/002

Jose Hospitality LLC (the "Claimant", and together with the Debtor, the "Parties"), in accordance with the following facts and recitals:

## RECITALS

A. On October 14, 2019, the Debtor filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12220-KBO.

B. The bankruptcy case in Delaware was transferred on or about December 18, 2019, to the United States Bankruptcy Court for the Central District of California, Case No. 2:19-bk-24804-VZ (the "Court").

C. On April 2, 2020, the Debtor filed his *Notice of Objection and Motion, and Objection to Claim Or, Alternatively, Motion For Estimation Of Claim No. 60 Filed By Han's San Jose Hospitality LLC, for Purposes of Voting On Plan* [Docket No. 500] (the "Objection"), objecting to Claim 60 filed by the Claimant.

D. On April 16, 2020, the Claimant filed *Han's San Jose Hospitality LLC's Response to Objection to Claim No. 60, and Motion to Estimate Claim for Voting Purposes* [Docket No. 666] (the "Motion to Temporarily Allow Claim"), seeking the temporary allowance of Claim 60 for purposes of voting on the Plan.

E. The Objection and Motion to Temporarily Allow Claim are presently set for hearing on May 7, 2020, at 1:30 p.m.

F. On April 30, 2020, the Debtor filed the *Debtor's Withdrawal of Objection to Claim 60 Filed by Han's San Jose Hospitality LLC* [Docket 688] in which he stated that, based on the preliminary review of the votes received by the Voting Deadline, the Debtor has sufficient votes to confirm the Plan and, consequently, the Debtor no longer seeks to object to the Claims -- or any other claim filed by any claimant that is the subject of a pending claim objection by the Debtor -- for voting purposes.

## STIPULATION

1. The Objection is dismissed without prejudice.

2

DOCS_LA:329288.1 46353/002

2.      Consequently, the Motion to Temporarily Allow Claim is moot and, therefore, withdrawn.

3.      The hearings regarding the Objection and Motion to Temporarily Allow Claims shall be taken off the Court's calendar.

4.      Nothing in this Stipulation shall in any way be construed as or deemed to be evidence of or reflect an admission on behalf of any Party regarding any claim or right that such Party may have against any other Party unless such claim or right is specifically addressed in this Stipulation.

Dated: May 1, 2020

FINESTONE HAYES LLP

By: *Stephen D. Finestone*
      Stephen D. Finestone

Attorneys for Han's San Jose Hospitality LLC

Dated: May 1, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/Malhar S. Pagay
      Richard M. Pachulski
      Jeffrey W. Dulberg
      Malhar S. Pagay

Attorneys for Debtor and Debtor in Possession

3

DOCS_LA:329288.1 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO (1) DISMISS DEBTOR'S OBJECTION TO CLAIM 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC [DKT 500]; AND (2) WITHDRAW RELATED MOTION [DKT. 666]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 1, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 1, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2020 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002