Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>             Debtor. | Case No.: 2:19-bk-24804-VZ<br>Chapter 11<br><br>**STIPULATION TO (1) DISMISS OBJECTION TO CLAIM 53 FILED BY TAO YUN CAPITAL CO, LTD [DKT 502], OBJECTION TO CLAIM 4 FILED BY BEIJING LAN CAPITAL INVESTMENT LLP [DKT 503], AND OBJECTION TO CLAIM 56 FILED BY SHENZHEN JINCHENG COMMERCIAL FACTORING CO., LTD. [DKT 504]; AND (2) WITHDRAW RELATED MOTION**<br><br>[Relates to Docket Nos. 502, 503, 504, 602, 655 and 689]<br><br>Date:    May 7, 2020<br>Time:    1:30 p.m.<br>Place:   United States Bankruptcy Court<br>         255 E. Temple Street,<br>         Los Angeles, CA 90012<br>Courtroom: 1368<br>Judge:   Hon. Vincent P. Zurzolo |

This Stipulation is entered into by and between Yueting Jia, the debtor and debtor in possession (the "Debtor" or "YT") in the above-captioned chapter 11 case, and claimants, Beijing Lan Capital Investment a/k/a Beijing Blue Giant ("Beijing Lan Capital"), Tao Yun Capital Co. Ltd. a/k/a TWC Group Co. Ltd ("Tao Yun"), and Shenzhen Jincheng Commercial Factoring Co., Ltd.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:329289.1 46353/002

1  ("Shenzhen", and together with Beijing Lan Capital and Tao Yun, the "Claimants" and, collectively
2  with the Debtor, the "Parties"), in accordance with the following facts and recitals:

### RECITALS

4  A. On October 14, 2019, the Debtor filed for protection under chapter 11 of the United
5  States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case
6  No. 19-12220-KBO.

7  B. The bankruptcy case in Delaware was transferred on or about December 18, 2019, to
8  the United States Bankruptcy Court for the Central District of California, Case No. 2:19-bk-24804-
9  VZ (the "Court").

10  C. On April 2, 2020, the Debtor filed his (i) *Notice of Objection and Objection to
11  Claim 53 Filed by Tao Yun Capital Co, Ltd. aka TWC Group Co, Ltd* [Docket No. 502] (the
12  "Objection to Claim 53"), objecting to Claim 503 filed by Tao Yun; (ii) *Notice of Objection and
13  Objection to Claim 54 Filed by Beijing Lan Capital Investment LLP aka Blue Giant* [Docket
14  No. 503] (the "Objection to Claim 54"), objecting to Claim 54 filed by Beijing Lan Capital, and
15  (iii) *Notice of Objection and Objection to Claim 56 Filed by Shenzhen Jincheng Commercial
16  Factoring Co., Ltd.* ("Objection to Claim 56", and together with Objection to Claim 53 and
17  Objection to Claim 54, the "Objections"), objecting to Claim 56 filed by Shenzhen.

18  D. On April 16, 2020, the Claimants filed the *Motion to Temporarily Allow Claims of
19  Beijing Lan Capital Investment a/k/a Beijing Blue Giant, Tao Yun Capital Co. Ltd. a/k/a TWC
20  Group Co. Ltd and Shenzhen Jincheng Commercial Factoring Co., Ltd. Pursuant to Federal Rule
21  of Bankruptcy Procedure 3018* [Docket No. 602] (the "Motion to Temporarily Allow"), seeking the
22  temporary allowance of Claims 53, 54, and 56 for purposes of voting on the Plan.

23  E. The Objections and Motion to Temporarily Allow are presently set for hearing on
24  May 7, 2020, at 1:30 p.m.

25  F. On April 30, 2020, the Debtor filed the *Debtor's (1) Non-Opposition to Motion to
26  Temporarily Allow Claims of Beijing Lan Capital Investments a/k/a Beijing Blue Giant, Tao Yun
27  Capital Co., Ltd a/k/a TWC Group Co., Ltd and Shenzhen Jincheng Commercial Factoring Co., Ltd
28  Pursuant to Federal Rule of Bankruptcy Procedure 3018 [Dkt 602]; and (2) Withdrawal of*

2

DOCS_LA:329289.1 46353/002

*Debtor's Objection to Claim 53 Filed by Tao Yun Capital Co, Ltd [Dkt. 502], Objection to Claim 54 Filed by Beijing Lan Capital Investment LLP [Dkt. 503], and Objection to Claim 56 Filed by Shenzhen Jincheng Commercial Factoring Co., Ltd. [Dkt. 504]* [Docket No. 689], in which he stated that, based on the preliminary review of the votes received by the Voting Deadline, the Debtor has sufficient votes to confirm the Plan and, consequently, the Debtor no longer seeks to object to the Claims -- or any other claim filed by any claimant that is the subject of a pending claim objection by the Debtor -- for voting purposes.

## **STIPULATION**

1. The Objections are dismissed without prejudice.

2. Consequently, the Motion to Temporarily Allow Claims is moot and, therefore, withdrawn.

3. The hearings regarding the Objections and Motions to Temporarily Allow shall be taken off the Court's calendar.

4. The Debtor, on his own behalf and on behalf of his bankruptcy estate, and, to the extent the Effective Date of the Plan occurs, the Reorganized Debtor and the Trustee, expressly reserves the right to re-file, amend, modify or supplement the objections raised in the Objections, and to file additional, other, or further objections to any proofs of claim filed by the Claimants in this Chapter 11 Case, including, without limitation, objections as to the amounts asserted therein, or any other claims (filed or not) against the Debtor, regardless of whether such claims are subject to the Objections. Should one or more of the grounds of objection stated in the Objections be denied, the Debtor reserves his rights to object on other stated grounds or on any other grounds he discovers during the pendency of this Chapter 11 Case. In addition, the Debtor reserves the right to file counterclaims against the holders of any such claims. The Claimants reserve all rights to oppose any such objections or counterclaims, whether filed by the Debtor or any successor thereto.

5. Nothing in this Stipulation shall in any way be construed as or deemed to be evidence of or reflect an admission on behalf of any Party regarding any claim or right that such Party may have against any other Party unless such claim or right is specifically addressed in this Stipulation.

3

DOCS_LA:329289.1 46353/002

6. This Stipulation may not be modified, amended, altered, changed, or waived except in a writing signed by all of the Parties.

7. Each of the signatories hereto represents and warrants that s/he is authorized to enter into this Stipulation by each entity on whose behalf s/he is executing the Stipulation.

8. The Parties agree that there are no third-party beneficiaries to this Stipulation.

9. This Stipulation may be executed in multiple counterparts by facsimile or email signatures, each of which shall be deemed an original. A facsimile or email signature delivered by portable data format (.pdf) shall be deemed an original.

10. This Stipulation and the communications in connection with its negotiation will not be introduced into evidence in the trial of or in any deposition relating to any claims or causes of action between the Parties, or be used in any manner in any litigation or otherwise, except to enforce the terms of the Stipulation.

11. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation, to the fullest extent of the Bankruptcy Court's authority under applicable law.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

DOCS_LA:329289.1 46353/002

Dated: May 1, 2020

LESNICK PRINCE & PAPPAS LLP

By: _____
    Christopher E. Prince

Attorneys for Creditors Tao Yun Capital Co. Ltd. a/k/a TWC Group Co. Ltd, Beijing Lan Capital Investments a/k/a Blue Giant, Shenzhen Jincheng Commercial Factoring Co., Ltd, and Beijing Haidian Technology Financial Capital Holding Group Co., Ltd.

Co-Counsel for Creditor Shanghai Lan Cai Asset Management Co, Ltd.

Dated: May _1, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/Malhar S. Pagay
    Richard M. Pachulski
    Jeffrey W. Dulberg
    Malhar S. Pagay

Attorneys for Debtor and Debtor in Possession

5

DOCS_LA:329289.1 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO (1) DISMISS OBJECTION TO CLAIM 53 FILED BY TAO YUN CAPITAL CO, LTD [DKT 502], OBJECTION TO CLAIM  4 FILED BY BEIJING LAN CAPITAL INVESTMENT LLP [DKT 503], AND OBJECTION TO CLAIM 56 FILED BY SHENZHEN JINCHENG COMMERCIAL FACTORING CO., LTD. [DKT 504]; AND (2) WITHDRAW RELATED MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 1, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 1, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2020 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:329178.1 46353/002