| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **POLSINELLI LLP**<br>Randye B. Soref (SBN 99146)<br>Tanya Behnam (SBN 322593)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone:    (310) 556-1801<br>Facsimile:    (310) 556-1802<br>Email: rsoref@polsinelli.com<br>Email: tbehnam@polsinelli.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>YUETING JIA,<br><br><br><br><br><br>                                              Debtor(s) | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br><u>FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YUETING JIA FOR THE PERIOD FROM OCTOBER 30, 2019 THROUGH AND INCLUDING JANUARY 31, 2020</u> |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER ON FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YUETING JIA FOR THE PERIOD FROM OCTOBER 30, 2019 THROUGH AND INCLUDING JANUARY 31, 2020** was lodged on (*date*) May 12, 2020 and is attached.  This order relates to the motion which is docket number 578.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **POLSINELLI LLP**<br>Randye B. Soref (SBN 99146)<br>Tanya Behnam (SBN 322593)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone:    310.556.1801<br>Facsimile:    310.556.1802<br>Email:    rsoref@polsinelli.com<br>Email:    tbehnam@polsinelli.com<br><br>☒  *Attorney for: The Official Committee of Unsecured Creditors* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br><br>YEUTING JIA<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: May 7, 2020<br>TIME: 1:30 p.m.<br>COURTROOM: 1368<br>PLACE: Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

1.  Name of Applicant (*specify*): ALVAREZ & MARSAL NORTH AMERICA, LLC

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows: [No appearances required per Court's tentative ruling]
    a.  ☐ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☐ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): <u>04/16/2020</u> [Docket No. 622]

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 2016-1.3.ORDER.PAYMENT.FEES**

73582325.1

5. The court orders as follows:

    a. ☒ Application for Payment of Interim Fees is approved as follows:
        (1) ☒ Total amount allowed: $ <u>559,416.00</u>
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ <u>15,986.32</u>

    c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
       (2) Grounds for denial *(specify):*

    f. ☐ The court further orders *(specify):*

###

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**

73582325.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 12, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 12, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE'S COURTESY COPY REQUIRED, PER AMENDED GENERAL ORDER 20-20
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court, Roybal Federal Building
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2020 | CINDY CRIPE | /s/ *Cindy Cripe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

## ATTACHMENT TO SERVICE LIST

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Tanya Behnam on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Jerrold L Bregman on behalf of Creditor Liuhuan Shan
ecf@bg.law, jbregman@bg.law

Jeffrey W Dulberg on behalf of Debtor Yueting Jia
jdulberg@pszjlaw.com

Lei Lei Wang Ekvall on behalf of Debtor Yueting Jia
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Defendant Yueting Jia
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Stephen D Finestone on behalf of Creditor Han's San Jose Hospitality LLC
sfinestone@fhlawllp.com

Richard H Golubow on behalf of Creditor China Minsheng Trust Co. Ltd.
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Honghu Da
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Jiangyin Hailan Investment Holding Co., Ltd.
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Marvel Best Technology Limited
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Oriental Light Consulting Limited
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Quanzhou Dings Investment Management Co., Ltd.
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Sanpower (Hong Kong) Company Limited
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 4                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Richard H Golubow on behalf of Creditor Shanghai Leyu Chuangye Investment Management Center LP
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Shanghai Pinebloom Investment Mgt Co., Ltd
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Shenzhen Letv Xingen M&A Fund Invest Mgt
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Weihua Qiu
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Ben H Logan on behalf of Debtor Yueting Jia
blogan@omm.com

Robert S Marticello on behalf of Defendant Yueting Jia
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kevin Meek on behalf of Creditor Chongqing LeTV Commercial Factoring Co., Ltd.
kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Kevin Meek on behalf of Creditor Tianjin Jiarui Huixin Corporate Management Co., Ltd.
kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

John A Moe, II on behalf of Creditor Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)
john.moe@dentons.com, glenda.spratt@dentons.com

Kelly L Morrison on behalf of U.S. Trustee U.S. Trustee
kelly.l.morrison@usdoj.gov

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Matthew J Olson on behalf of Creditor Chongqing Strategic Emerging Industry Leeco Cloud Special Equity Investment Fund Partnership
olson.matthew@dorsey.com, stell.laura@dorsey.com

Malhar S Pagay on behalf of Debtor Yueting Jia
mpagay@pszjlaw.com, bdassa@pszjlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 5  **F 9021-1.2.BK.NOTICE.LODGMENT**

Diana M Perez on behalf of Debtor Yueting Jia
, diana-perez-7352@ecf.pacerpro.com

Christopher E Prince on behalf of Creditor Beijing Lan Capital Investments aka Blue Giant
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Christopher E Prince on behalf of Creditor Shanghai Lan Cai Asset Management Co, Ltd.
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Christopher E Prince on behalf of Creditor Shenzhen Jincheng Commercial Factoring Co., Ltd
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Christopher E Prince on behalf of Creditor Tao Yun Capital Co. Ltd. aka TWC Group Co. Ltd
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Victor A Sahn on behalf of Creditor Chian Soft Growing Investment (WUXI) Partnership
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor China Consumer Capital Fund II, L.P.
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Jiaxing Haiwen Investment Partnership
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Jinhua Zumo Network Technology Co Ltd
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Ningbo Hangzhou Bay New Area Leran Investment Management Partnership (Limited Partnership)
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Weidong Zhu
vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Victor A Sahn on behalf of Creditor Zhijian Dong

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 6    F 9021-1.2.BK.NOTICE.LODGMENT

vsahn@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com

Randye B Soref on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Benjamin Taylor on behalf of Plaintiff Hong Liu
btaylor@taylorlawfirmpc.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Felix T Woo on behalf of Creditor Deqing Kaijiao Investment Partnership Enterprise (Limited Liability)
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Felix T Woo on behalf of Creditor Jinan Rui Si Le Enterprise Management Consulting Partnership
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Felix T Woo on behalf of Creditor Shanghai Bochu Assets Management Center (Limited Liability)
fwoo@ftwlawgroup.com, admin@ftwlawgroup.com

Claire K Wu on behalf of Interested Party Courtesy NEF
ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Emily Young on behalf of Other Professional Epiq Corporate Restructuring, LLC
pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com

David B Zolkin on behalf of Creditor Swift Talent Investments, Ltd.
dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 7    **F 9021-1.2.BK.NOTICE.LODGMENT**