Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                        Debtor. | Case No.: 2:19-bk-24804-VZ<br>Chapter 11<br><br>**DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (I) CONFIRMING THIRD AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019; REQUEST FOR DISCHARGE ON THE EFFECTIVE DATE**<br><br>[Relates to Docket No. 657]<br><br>Date:     May 21, 2020<br>Time:    9:30 a.m.<br>Place:   Courtroom 1368<br>           Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, California 90012<br>Judge:   Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:329649.2 46353/002

I, Richard M. Pachulski, declare as follows:

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), general insolvency counsel to Yueting Jia (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case, and have been duly admitted to practice law in the State of California and the United States District Court for the Central District of California.

2. I submit this this Declaration in connection with the Court's tentative ruling issued on May 18, 2020 (the "Tentative Ruling"), regarding the *Debtor's Motion for Order (I) Confirming Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code; and (II) Approving Settlement Pursuant to Bankruptcy Rule 9019; Request for Discharge on the Effective Date* [Docket No. 657] (the "Confirmation Motion"), pursuant to which the Debtor seeks an order of the Court confirming the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 464] (the "Plan"),[2]

**Tentative Ruling, ¶ 3(a)**

3. On February 28, 2020, the Debtor wired a payment of $100,000 to PSZJ, to be held in trust and allocated toward payment of allowed fees and expenses of estate professionals.

4. Between February 28, 2020 and April 30, 2020, Pacific Technology Holding LLC ("PTH") wired DIP financing proceeds totaling $4,650,000 to PSZJ, as follows:

| Date | Amount |
|---|---|
| 28-Feb | $150,000.00 |
| 19-Mar | $1,250,000.00 |
| 27-Mar | $300,000.00 |
| 9-Apr | $800,000.00 |
| 13-Apr | $340,000.00 |
| 13-Apr | $60,000.00 |
| 14-Apr | $250,000.00 |
| 23-Apr | $500,000.00 |
| 27-Apr | $500,000.00 |
| 30-Apr | $500,000.00 |
| **TOTAL** | $4,650,000.00 |

5. Additionally, PTH wired to Lowenstein Sandler, LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee"), the sum of $1,250,000, for the purpose of

---

[2] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Motion or the Plan.

paying fees and expenses awarded by this Court to professionals retained by the Committee and allowed expenses of Committee members, bringing the total DIP borrowing to date to $5,900,000.

**Tentative Ruling, ¶ 3(b)**

6.  Between April 23, 2020, and May 19, 2020, PTH wired amounts totaling $3,750,000.00 to PSZJ to be held in trust and allocated towards Exit Financing, as follows:

| Date | Amount |
|---|---|
| 23-Apr | 1,000,000.00 |
| 15-May | 500,000.00 |
| 18-May | 1,200,000.00 |
| 19-May | 1,050,000.00 |
| **TOTAL** | 3,750,000.00 |

7.  Accordingly, as of May 19, 2020, a total of $9,750,000.00 has been funded as DIP Financing and Exit Financing.

**Tentative Ruling, ¶ 4(a)**

8.  As noted by the Court in the Tentative Ruling:

   a. Paragraph (a) of the "Creditor Claims Waterfall" attached as Exhibit A to the Amended Plan Term Sheet (annexed as Exhibit B to the Disclosure Statement) states that "Trust Assets shall be distributed … [f]irst, to repay the Trust Financing, if any, pursuant to the terms thereof and the Trust Agreement.";

   b. The Amended Plan Term Sheet defines "Trust Financing" as "financing, on terms and conditions acceptable to the Committee and YT, providing net proceeds in an amount not less than $1,500,000 to fund the operation of the Trust for the Initial Term, *plus* such amount as necessary to make payments required to be made in connection with the Plan." Amended Plan Term Sheet at 9-10; and

   c. The Exit Financing Term Sheet, attached as Exhibit C to the Plan Supplement states that the Exit Financing "will be payable solely by the Creditor's Trust with priority over all other distributions." Exit Financing Term Sheet at 1.

DOCS_LA:329649.2 46353/002

9. Additionally:

   a. The Exit Financing Term Sheet indicates that the Exit Financing will be utilized by the Reorganized Debtor "to make payments required under the Chapter 11 Plan and the funding of the Creditor's Trust." *Id.*;

   b. Section 1.1 of the Form of Trust Agreement, attached as Exhibit A to the Plan Supplement, defines "Trust Financing" as a "committed financing … pursuant to that certain [Trust Financing Agreement] … to fund the operation of the Trust for the Initial Term and to make payments required to be made in connection with the Plan." Form of Trust Agreement at 11;

   c. Section 1.1(53) of the Plan defines Exit Financing as "financing, on terms and conditions acceptable to the Committee and the Debtor, providing net proceeds in an amount not less than $1,500,000 to fund the operations of the Trust for the Initial Term, plus such amounts as necessary to make payments required to be made in connection with the Plan …." Plan at 6-7; and

   d. Section 6.2(j) of the Plan (entitled "Distribution Waterfall") provides that "[t]he Trust Assets shall be distributed … [f]irst, to repay the Exit Financing, if any, pursuant to the terms thereof and the Trust Agreement." Plan at 29.

10. Accordingly, as noted by the Court, "Trust Financing," as such term is used in the Amended Plan Term Sheet and Form of Trust Agreement and "Exit Financing," as such term is used in the Exit Financing Term Sheet and the Plan, reference the same financing. The Debtor will utilize the term "Exit Financing" in the final version of the Trust Agreement to avoid further confusion and to make such document consistent with the Plan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2020

_____
Richard M. Pachulski

4

DOCS_LA:329649.2 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (I) CONFIRMING THIRD AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019; REQUEST FOR DISCHARGE ON THE EFFECTIVE DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 20, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 20, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 20, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002