FILED & ENTERED

MAY 21 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| Yueting Jia | CHAPTER 11 |
| | **ORDER AFTER PLAN CONFIRMATION HEARING** |
| Debtor(s). | Date:  May 21, 2020<br>Time:  9:30 a.m.<br>Ctrm:  1368, Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

On May 21, 2020, a hearing was held on a motion for order confirming 3rd Amended Plan of reorganization ("Motion", docket entry #**657**, and "3rd Amended Plan, or Plan", docket entry #**464**) filed by Yueting Jia ("Debtor").  Appearances are noted on the record.

Concurrent with the entry of this order, the court also entered its FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING MOTION TO CONFIRM DEBTOR'S 3rd AMENDED PLAN OF REORGANIZATION ("Findings and Conclusions", docket entry #**781).**

Based on the Findings and Conclusions,

**IT IS ORDERED**:

(1) The Debtor is the prevailing party on the Motion.

(2) The Debtor must lodge a proposed order that is based on the Findings and Conclusions.

(3) In addition to including references to Plan Modifications and other relevant provisions, the **proposed order must indicate** that:

(a) The court grants the Motion;

(b) The court grants the request to approve the settlement with Wei Gan;

(c) The Effective Date will be specified after Plan Articles 10.1 and 10.2 are satisfied; and, the Debtor must provide notice after the Effective Date is determined;

(d) The Debtor's discharge is dependent on the procedure and criteria set forth in the Findings and Conclusions at page 4, paragraph II.E.1).e), which modifies the criteria set forth in the court's tentative ruling;

(e) A post-confirmation status conference is set for October 29, 2020 at 9:30 a.m.; and

(f) The status report required under LBR 3020-1(b) must be filed and served no later than October 1, 2020.

(4) The Debtor must file and serve a **notice of lodgment of proposed order granting the Motion and confirming the Plan**, and the notice of lodgment must indicate that:

a) Pursuant to LBR 9021-1(b)(3)(B), the proposed order will be held by the court for 7 days;

b) The criteria for the Debtor to obtain a discharge are modified from the criteria set forth in the court's tentative ruling;

c) The proposed order contains references to Plan Modifications referred to in the relevant filing (docket entry #**780)** and in the Findings and Conclusions;

d) The deadline for a party to file any objection to the Plan Modifications is 4:00 p.m. P.S.T on the 7th day after filing of the notice of lodgment.  There is no requirement to lodge an alternate proposed order; and

e) Proof of service of any objection must indicate service on counsel for the Debtor, counsel for the Official Committee of Unsecured Creditors, the U.S. trustee, and a judge's copy.

###

Date: May 21, 2020

Vincent P. Zurzolo
United States Bankruptcy Judge