Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>　　　　　　　　　　Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**FIRST AND FINAL APPLICATION OF ROBERT MOON FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ROBERT MOON IN SUPPORT THEREOF**<br><br>**Application Period:**<br>November 27, 2019 – May 3, 2020<br><br>Hearing:<br>Date:　August 6, 2020<br>Time:　11:00 a.m.<br>Place:　Courtroom 1368<br>　　　　Roybal Federal Building<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, California 90012<br><br>Judge:　Hon. Vincent P. Zurzolo |

Robert Moon ("Moon" or "Applicant"), foreign representative to Yueting Jia, debtor and debtor in possession ("YT", the "Debtor" or the "Reorganized Debtor"), represents:

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

DOCS_LA:330884.2 46353/002

# I.

# INTRODUCTION

Moon, acting as the foreign representative of the Debtor in in the BVI and Cayman Islands (the "Foreign Representative"), respectfully applies under 11 U.S.C. §§ 1505, 330, 331, and Local Bankruptcy Rule 2016-1 for final allowance and payment of compensation for services rendered, and reimbursement of expenses incurred.

For the period November 27, 2019, through May 3, 2020 (the "Application Period"), Moon seeks allowance on a final basis (and payment thereon), of compensation in the amount of $3,800.00.

On February 25, 2020, an order was entered authorizing Moon's retention as Debtor's Foreign Representative [Docket No. 376]. This is the first and final application by Moon in this case (the "Chapter 11 Case").

### A.     Exhibits to this Application

The nature and extent of Moon's services during the Application Period, is described below and in **Exhibit "A"** to this Application. **Exhibit "A"** provides the detailed time entries for the services provided by Moon. **Exhibit "B"** includes a resume that describes Moon's education and qualifications as Foreign Representative.

### B.     Reasonableness of Rates

Moon attempts to gather accurate information about rates charged by similar professionals engaged in comparable activities to ensure his rates are competitive. Moon is informed and believes the rates charged are fair and reasonable considering the rates charged by comparable professionals. All services included in this Application were billed at his standard hourly rate.

## II.

## **BACKGROUND**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Moon incorporates by reference the description of the proceedings taking place during this Chapter 11 Case set forth in the *Second and Final Application of Pachulski Stang Ziehl & Jones LLP for Approval and Payment of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

## III.

## **SUMMARY DESCRIPTION OF SERVICES AS FOREIGN REPRESENTATIVE**

Without limiting the detail of Moon's services contained in **Exhibit "A"**, the following are summary descriptions of the services provided during the Application Period:

**A.**   **Foreign Representative Due Diligence: (Hours: 1.2; Fees: $1,108.33)**

Functions directly related to the execution of the court appointment as Foreign Representative of the Debtor in the BVI.

**B.**   **Employment Applications/Fee Applications: (Hours: 2.8; Fees: $2,691.67)**

Functions directly related to the employment and fee applications of Moon as Foreign Representative and Maples and Calder as BVI counsel to the Debtor.

## IV.

## **CONCLUSION**

Moon believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment and the results obtained, as well as the actual hours expended.  Moon believes payment of his fees is justified when weighed against the benefit of its work, as described above.

No agreement exists between Moon and any other person for the sharing of compensation that is received in connection with this Chapter 11 Case.

DOCS_LA 330884 v2 46353/002                               3

Notice of this fee application has been provided by the Debtor's general bankruptcy counsel to the Reorganized Debtor, the Official Committee of Unsecured Creditors, and other parties in interest as required under applicable federal and Local Rules.

**WHEREFORE**, Moon respectfully requests that this Court enter its order:

(a) Approve and allow on final basis, fees in the amount of $3,800.00 for the period November 27, 2019, through May 3, 2020; and

(b) Authorize the Debtor to pay to Moon $3,800.00 as an allowed administrative expense of his estate.

Dated July 16, 2020                    Respectfully submitted,

By: _____
Robert Moon, Foreign Representative

Submitted by:

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeffrey D. Dulberg
    Attorneys for Reorganized Debtor

# DECLARATION OF ROBERT MOON

I, Robert Moon, declare as follows:

1. I am the Reorganized Debtor's Foreign Representative in the BVI and the Cayman Islands. I have read the foregoing *First and Final Application of Robert Moon for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application") and I know the contents thereof. I certify that the facts stated therein are true of my own knowledge.

2. The Application seeks final allowance of compensation (and payment thereon) for fees incurred during the Application Period in the total amount of $3,800.00.

3. I believe the Application substantially complies with the U.S. Trustee Guidelines concerning professionals' fee applications.

I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge.

Executed this 16th day of July 2020, at Glendale, California.

_____
Robert Moon

DOCS_LA:330884.2 46353/002

# EXHIBIT A

# EXHIBIT A

| DAY | MONTH | YEAR | NAME | DESCRIPTION | RATE | HOURS | AMOUNT | COMMENT |
|---|---|---|---|---|---|---|---|---|
| **YT Foreign Representative (BVI)** | | | | | | | | |
| 27 | 11 | 19 | Robert Moon | Review and comment regarding Motion to appoint Foreign Representative | $950.00 | 0.7 | 633.33 | Employment Applications |
| 18 | 2 | 20 | Robert Moon | Review BVI Injunctions | $950.00 | 0.2 | 158.33 | Due Diligence (Foreign Representative) |
| 12 | 3 | 20 | Robert Moon | Review and respond to Foreign Representative retention motion | $950.00 | 0.5 | 475.00 | Employment Applications |
| 13 | 3 | 20 | Robert Moon | Call with OMM & Maples re Maples engagement | $950.00 | 0.8 | 791.67 | Employment Applications |
| 16 | 3 | 20 | Robert Moon | Review and response to Supplemental BVI information of debtors and disclosure statement | $950.00 | 0.3 | 316.67 | Due Diligence (Foreign Representative) |
| 17 | 3 | 20 | Robert Moon | Review of BVI counsel advice and enclosures re BVI injunctions and foreign rep status | $950.00 | 0.5 | 475.00 | Due Diligence (Foreign Representative) |
| 17 | 3 | 20 | Robert Moon | Call with OMM and Maples regarding BVI issues (frieze orders) | $950.00 | 0.2 | 158.33 | Due Diligence (Foreign Representative) |
| 23 | 3 | 20 | Robert Moon | Review and comment on draft engagement letter from Maples (BVI counsel) | $950.00 | 0.5 | 475.00 | Employment Applications |
| 3 | 5 | 20 | Robert Moon | Review and sign engagement letter from Maples (BVI counsel) | $950.00 | 0.3 | 316.67 | Employment Applications |
| | | | | | | 2.83 | 2,691.67 | Employment Applications |
| | | | | | | 1.17 | 1,108.33 | Due Diligence (Foreign Representative) |

# EXHIBIT B

# Robert B. Moon

**949-500-2700**

**rmoon@qbpartners.net**

---

### Chief Restructuring Officer – Suntech Power Holdings (2012 - Current)

- Chief Restructuring Officer for what was once the world's largest solar panel company
- Serving on eleven of the group's Boards of Directors in five European countries and the BVI
- Created, directed and implemented insolvency recovery of Suntech Power International Ltd (Switzerland) (SPI), primary operating and holding company of Suntech Group outside of China
    - Designed and effectuated an immediately profitable business plan for SPI; secured required financing of expected expenses during both Provisional and Definitive Moratoriums
    - Directed substantial downsizing of operations – eliminating multiple positions and 75% of personnel
    - Successfully achieved Bankruptcy Court approval of plans for Definitive Moratorium within required 60 days
    - Developed restructuring plan (Dividend Agreement) for SPI and received court-appointed Administrator approval to present plan to major creditors
    - Dividend Agreement eliminated 100% of liabilities, while maintaining Suntech's 100% equity ownership of SPI and all of its subsidiaries
    - Led negotiations with major creditors; receiving creditor committee approval for SPI'S proposal
    - Successfully completed only Swiss insolvency restructuring of a major company utilizing a Dividend Agreement (no liquidation); first Dividend Agreement in Swiss history without additional financing
- Directed financial restructuring of Global Solar Fund, one of the top five photovoltaic producers company in Italy - €450 million of debt owed to Chinese banks
- Leadership of Suntech businesses in Europe and America, initiated downsizing of operations throughout both continents and assumed day-to-day management and oversight
- **Chief Restructuring Officer** for Suntech America/Suntech Arizona in Delaware Chapter 11 Bankruptcies
    - Completed 363 sale of Arizona manufacturing assets
    - Negotiated settlement agreement with creditors
    - Bankruptcy Plan approved by creditors and Delaware Bankruptcy Court
    - Preserved substantial value for intercompany stakeholders

### Financial & Strategic Company Advisory Services (2010- 2012)

**Corporate, strategic, financing and M&A advisory for executives and boards of companies in transition**
Projects in Telecom/Technology, Petroleum, Financial Services and Healthcare industries

**Operational and corporate restructuring of publicly traded multinational optical technology company**
Implemented strategic dispositions, closures or operational cost structure realignment of multiple subsidiaries

**Advised publicly traded China-based energy company on acquisition of larger China-based competitor**
Managed acquisition process, determined valuation and deal structure and finalized all contracts

**Niche social media aggregation company - $.5 million investment closed**

**Educational consumer goods company - $2 million investment closed**

**Sale of Healthcare services technology company**

Business plan formation, creation of investor marketing materials, negotiation of financing documents

## Robert B. Moon – page 2

### Chief Restructuring Officer – Advantage Rent-a-Car (2008 – 2009)

- CRO and acting CEO for distressed rental car company - served as final decision maker for all major operating and legal initiatives taken by Advantage
- Guided Advantage through Chapter 11 Bankruptcy, precipitated by recall of 60% of the rental fleet by Chrysler Financial, its primary fleet lender
- Within three weeks of engagement, initiated a substantial business restructuring - ultimately closed 40 of 48 locations and reduced headcount by 80% - stabilized remaining operations and ran Advantage cash flow positive for remainder of Chapter 11 process
- Negotiated with senior lenders, fleet lenders and key vendors to enable ongoing financing and operations
- Oversaw sale process due diligence and primary contact with all potential purchasers of Advantage assets
- Successfully completed process by selling Advantage to Hertz for approximately 2.5x their formal "stalking horse" bid

### Chief Financial Officer - Global Lighting Technologies (2006 – 2007)

Managed global finance and accounting department for developer, manufacturer and marketer of LED backlights; majority of operations and 99% of employees based in China and Taiwan

- Consolidated four international accounting regimes and processes into global set of accounting policies
- Directed financial reporting, managed financial consolidation and implemented monthly forecasting process
- Initiated company-wide program to maintain profitability in a declining price environment, targeting improvements in sale processes and pricing, specific sourcing and purchasing cost improvements; Enhanced financial measurement and improvements in manufacturing costs
- Led underwriter identification and selection process for a $100 - $150 million IPO, guided company through underwriter's due diligence process and directed drafting of SEC F-1 Registration Statement
- Marketed, structured and closed $25 million private placement

### Director of Operations NW Louisiana – American Red Cross ("Katrina" September 2005)

### Financial & Operations Consulting (2003 – 2005)

**Interim Chief Financial Officer** - Venture capital backed, start-up consumer products company
Enacted product pricing programs to maintain profit margin integrity and reduced cost of goods sold by 40%

**Interim Chief Financial Officer** – Highly leveraged architectural steel design and manufacturing company
Supervised, at creditor's behest, wind-down and liquidation of company, maximizing value to creditors

**Operational Consultant** - Facilities management company; State government division
Crafted concrete initiatives to reduce expenses, improve customer service and generate new revenue streams

### Investment Banking (1990 - 2002)

- **Executed over $10 Billion of M&A and raised over $5 Billion of Capital Worldwide**
  **Mercanti Group** – Managing Director
  **Donaldson, Lufkin & Jenrette** – Associate, Vice President, Senior Vice President
  **Smith Barney, Harris Upham & Chemical Bank** – Associate

## EDUCATION

**Columbia University Business School** – MBA: Finance/Accounting (1988- 1990)

**Brigham Young University** - BA *Magna Cum Laude*: Economics (1983 – 1988)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **FIRST AND FINAL APPLICATION OF ROBERT MOON FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ROBERT MOON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 16, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 16, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 16, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

3. **SERVED BY EMAIL:**

Andrew Behlmann: abehlmann@lowenstein.com
Jeremy Merkin: jmerkin@lowenstein.com
Jeffrey Prol: jprol@lowenstein.com
Randye Soref: rsoref@polsinelli.com
Tanya Behnam: tbehnam@polsinelli.com
Richard Newman: rnewman@alvarezandmarsal.com
Robert Moon: rmoon@qbpartners.net
Suzanne Uhland: Suzanne.uhland@lw.com
Madeleine Parish: Madeleine.Parish@lw.com
Diana Perez: dperez@omm.com
TJ Li: tli@omm.com
Susan Persichilli: susan.persichilli@epiqglobal.com
Kelly L Morrison on behalf of U.S. Trustee: Kelly.l.morrison@usdoj.gov
Lei Lei Wang-Ekvall: lekvall@swelawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002