Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   rpachulski@pszjlaw.com
              jdulberg@pszjlaw.com
              mpagay@pszjlaw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>                Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS**<br><br>Hearing:<br>Date:   August 6, 2020<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>          Roybal Federal Building<br>          255 E. Temple Street<br>          Los Angeles, California 90012<br><br>Judge:  Hon. Vincent P. Zurzolo |

**PLEASE TAKE NOTICE** that a hearing will be held on August 6, 2020 at 11:00 a.m. in Courtroom 1368, 255 E. Temple Street, Los Angeles, CA 90012 for the Court to consider and act upon the applications (the "Applications") of certain professionals employed in the above-captioned case (the "Estate Professionals") and certain members of the Official Committee of Unsecured Creditors (the "Committee Members") for approval of final compensation and reimbursement of expenses.

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA  90275.

DOCS_LA:330870.2 46353/002

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications are on file with the Clerk of the United States Bankruptcy Court, at 255 East Temple Street, Los Angeles, CA 90012 and will be available for inspection during the Court's normal business hours.  Copies of the Applications may be obtained upon written request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067-4003, Telephone: 310-277-6910, Facsimile: 310-201-0760, email: bdassa@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the compensation and reimbursement requested by the Estate Professionals and Committee Members in the Applications is as follows:

1. Pachulski Stang Ziehl & Jones, LLP ("PSZJ"), general bankruptcy counsel to Yueting Jia, the Reorganized Debtor (the "Reorganized Debtor"), is seeking (A) approval on a final basis of fees in the amount of $2,251,649.50 and reimbursement of expenses in the amount of $62,316.38 for the period October 14, 2019 through March 31, 2020, which fees and expenses were previously approved on an interim basis; (B) approval on a final basis of fees in the amount of $1,058,994.45 and reimbursement of expenses in the amount of $57,485.61 for the period April 1, 2020 through July 12, 2020; and (C) approval on a final basis of $20,000.00 as an estimated total of fees and reimburseable expenses anticpated between July 13, 2020 and August 6, 2020.

2. O'Melveny & Myers LLP ("OMM"), special corporate, litigation, and international counsel to the Reorganized Debtor, is seeking (A) approval on a final basis of fees in the amount of $1,956,520.57 and reimbursement of expenses in the amount of $74,256.68 for the period October 14, 2019 through March 31, 2020, which fees and expenses were previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $468,502.65 and reimbursement of expenses in the amount of $3,062.31 for the period April 1, 2020 through July 15, 2020.

3. Latham & Watkins LLP ("L&W"), special corporate and international counsel to the Reorganized Debtor, is seeking approval on a final basis fees in the amount of $443,723.50 and expenses in the amount of $4,365.20 for the period April 25, 2020 through July 15, 2020.

4. PQBDN LLC ("PQBDN"), financial advisor to the Reorganized Debtor, is seeking (A) approval on a final basis of fees in the amount of $228,396.00 and expenses in the amount of $1,276.60 for the period November 17, 2019 through April 12, 2020, which fees and expenses were

previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $6,491.67 for the period April 13, 2020 through April 20, 2020.

5. Robert Moon ("Moon"), foreign representative to the Reorganized Debtor, is seeking approval on a final basis of fees in the amount of $3,800.00 for the period November 27, 2019 through May 3, 2020.

6. Maples & Calder ("Maples"), special BVI counsel to the Debtor, is seeking approval on a final basis of fees in the amount of $128,235.00 and expenses in the amount of $393.81 for the period October 22, 2019 through July 15, 2020.

7. Smiley Wang-Ekvall, LLP ("Smiley"), special counsel to the Debtor, is seeking approval on a final basis of fees in the amount of $15,403.75 and expenses in the amount of $48.21 for the period March 2, 2020 through July 14, 2020.

8. Epiq Corporate Restructuring ("Epiq"), administrative advisor to the Reorganized Debtor, is seeking (A) approval on a final basis of fees in the amount of $5,868.72 for the period March 1, 2020 through March 31, 2020, which fees and expenses were previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $18,976.41 and reimbursement of expenses in the amount of $43.05 for the period April 1, 2020 throuh May 31, 2020.

9. Lowenstein Sandler LLP ("Lowenstein"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), is seeking (A) approval on a final basis of fees in the amount of $860,739.50 and expenses in the amount of $61,283.95 for the period December 28, 2019 through February 29, 2020, which fees and expenses were previously approved on an interim basis; and (B) approval on a final basis of fees in the amount of $424,026.00 and expenses in the amount of $6,596.95 for the period March 1, 2020 through June 26, 2020.

10. Polsinelli LLP ("Polsinelli"), counsel to the Committee, is seeking (A) approval on a final basis of fees in the amount of $132,166.80 and expenses in the amount of $2,038.56 for the period December 28, 2019 through March 31, 2020, which fees and expenses were previously awarded on an interim basis; and (B) approval on a final basis of fees in the amount of $108,888.85 and expenses in the amount of $658.23 for the period April 1, 2020 through June 26, 2020.

3

DOCS_LA:330870.2 46353/002

11.    Alvarez & Marsal North America LLC ("A&M"), financial advisor to the Committee, is seeking (A) approval on a final basis of fees in the amount of $559,416.00 and expenses in the amount of $15,986.32 for the period October 30, 2019 through January 31, 2020, which fees and expenses were previously awarded on an interim basis; and (B) approval on a final basis fees in the amount of $92,060.00 and expenses in the amount of $1,214.42 for the period February 1, 2020 through June 26, 2020.

12.    Members of the Committee are seeking approval on a final basis expenses in the amount of $24,503.82 for the period October 25, 2019 through February 29, 2020, which expenses were previously awarded on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a) and 9013-1(f), any response or opposition to the Applications must be in writing and filed with the Court and served upon the appropriate Estate Professional or Committee Member and undersigned counsel no later than fourteen (14) days prior to the hearing date.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Applications.

Dated: July 16, 2020                              PACHULSKI STANG ZIEHL & JONES  LLP

By    */s/ Jeffrey W. Dulberg*
Richard M. Pachulski
Jeffrey W. Dulberg
Malhar S. Pagay

Attorneys for Reorganized Debtor

4

DOCS_LA:330870.2 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 16, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 16, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA U.S. MAIL**
> United States Bankruptcy Court
> Central District of California
> Attn:  Hon. Vincent Zurzolo
> Edward R. Roybal Federal Bldg./Courthouse
> 255 East Temple Street, Suite 1360
> Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 16, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 16, 2020 | Mary de Leon | /s/ *Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

**3. SERVED BY EMAIL:**

Andrew Behlmann: abehlmann@lowenstein.com
Jeremy Merkin: jmerkin@lowenstein.com
Jeffrey Prol: jprol@lowenstein.com
Randye Soref: rsoref@polsinelli.com
Tanya Behnam: tbehnam@polsinelli.com
Richard Newman: rnewman@alvarezandmarsal.com
Robert Moon: rmoon@qbpartners.net
Suzanne Uhland: Suzanne.uhland@lw.com
Madeleine Parish: Madeleine.Parish@lw.com
Diana Perez: dperez@omm.com
TJ Li: tli@omm.com
Susan Persichilli: susan.persichilli@epiqglobal.com
Kelly L Morrison on behalf of U.S. Trustee: Kelly.l.morrison@usdoj.gov
Lei Lei Wang-Ekvall: lekvall@swelawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002