1  Richard M. Pachulski (CA Bar No. 90073)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail:  rpachulski@pszjlaw.com
              jdulberg@pszjlaw.com
6              mpagay@pszjlaw.com

7  Attorneys for Reorganized Debtor

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11 In re:                              Case No.: 2:19-bk-24804-VZ

12 YUETING JIA,[1]                     Chapter 11

13                      Debtor.        DECLARATION OF YUETING JIA IN
                                       SUPPORT OF FINAL APPLICATIONS FOR
14                                     APPROVAL OF COMPENSATION AND
                                       REIMBURSEMENT OF EXPENSES FOR
15                                     ESTATE PROFESSIONALS IN
                                       ACCORDANCE WITH LOCAL
16                                     BANKRUPTCY RULE 2016-1(a)(1)(J)

17

18                                     Hearing:
                                       Date:   August 6, 2020
19                                     Time:   11:00 a.m.
                                       Place:  Courtroom 1368
20                                             Roybal Federal Building
                                               255 E. Temple Street
21                                             Los Angeles, California 90012

22                                     Judge:  Hon. Vincent P. Zurzolo

23
        I, Yueting Jia, declare as follows:
24
        1.      I am the reorganized debtor herein (the "Reorganized Debtor").
25
        2.      Except as otherwise stated, all facts contained within this Declaration are based upon
26
   personal knowledge (albeit my own or that gathered from others at my direction), my review of
27

28 [1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91
   Marguerite Drive, Rancho Palos Verdes, CA  90275.

DOCS_LA:330894.1 46353/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

relevant documents, or my opinion.  If called upon to testify, I would testify to the facts set forth in this Declaration. This Declaration is filed in accordance with Local Bankruptcy Rule 2016-1(a)(1)(J).

3.    I have reviewed the (1) second and final fee application of Pachulski Stang Ziehl & Jones LLP including the bills that are attached as exhibits thereto filed by Pachulski Stang Ziehl & Jones, LLP, bankruptcy counsel for the Reorganized Debtor; (2) second and final fee application of O'Melveny & Myers LLP including the bills that are attached as exhibits thereto filed by O'Melveny & Myers LLP, special corporate, litigation, and international counsel to the Reorganized Debtor; (3) second and final fee application of PQBDN LLC including the bills that are attached as exhibits thereto filed by PQBDN LLC, financial advisor to the Reorganized Debtor; (4) second and final fee application of Epiq Corporate Restructuring LLC including the bills that are attached as exhibits thereto filed by Epiq Corporate Restructuring LLC, administrative advisor to the Reorganized Debtor; (5) first and final fee application of Maples and Calder including the bills that are attached as exhibits thereto filed by Maples and Calder, special BVI counsel to the Reorganized Debtor; (6) first and final fee application of Robert Moon including the bills that are attached as exhibits thereto filed by Robert Moon, foreign representative to the Reorganized Debtor in the BVI and Cayman Islands; and (7) first and final fee application of Latham & Watkins LLP including the bills that are attached as exhibits thereto filed by Latham & Watkins LLP, special corporate and international counsel to the Reorganized Debtor (collectively, the "Applications").  I have no objection to to the Court's approval of each of the Applications.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2020 at Rancho Palos Verdes, California.

_____
Yueting Jia

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF YUETING JIA IN SUPPORT OF FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ESTATE PROFESSIONALS IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 2016-1(a)(1)(J)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 22, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 22, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 22, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.1 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

### 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
  ;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.1 46353/002