| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Zolkin (State Bar No. 155410)<br>Derrick Talerico (State Bar No. 223763)<br>ZOLKIN TALERICO LLP<br>12121 Wilshire Blvd., Suite 1120<br>Los Angeles, CA 90025<br>Telephone: 424-500-8551<br>Email: dzolkin@ztlegal.com<br>         dtalerico@ztlegal.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Swift Talent Investments Ltd. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - LOS ANGELES DIVISION

| In re:<br><br>YUETING JIA,<br><br><br><br><br>                                                                 Debtor(s) | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION BETWEEN THE DEBTOR AND SWIFT TALENT INVESTMENTS LTD RE PROOF OF CLAIM NO 33-1 |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND SWIFT TALENT INVESTMENTS LTD. REGARDING PROOF OF CLAIM 33-1

was lodged on (*date*) __07/21/2020__ and is attached. This order relates to the motion which is docket number __854__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                 Page 1                                             **F 9021-1.2.BK.NOTICE.LODGMENT**

ZOLKIN TALERICO LLP
David B. Zolkin (State Bar No. 155410)
  dzolkin@ztlegal.com
12121 Wilshire Blvd, Suite 1120
Los Angeles, California
Telephone:  424-500-8551

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Luke A. Barefoot (*admitted Pro Hac Vice*)
  lbarefoot@cgsh.com
Thomas S. Kessler (*admitted Pro Hac Vice*)
  tkessler@cgsh.com
One Liberty Plaza
New York, New York 10006
Telephone:     212-225-2000

*Attorneys for Swift Talent Investments Ltd.*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | Case No. 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND SWIFT TALENT INVESTMENTS LTD. REGARDING PROOF OF CLAIM NO. 33-1[2]**<br><br>[No Hearing Required] |

The Court, having read and considered the *Stipulation Between the Debtor and Swift Talent Investments Ltd. Regarding Proof of Claim No. 33-1* (the "Stipulation")[3] [Docket No. 854], and with good cause shown,

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

[2] The Stipulation concerns the claim numbered #33-1 on this Court's claims register.  The same claim is filed as claim no. 41 by the Debtor's claims manager, Epiq Corporate Restructuring, LLC.

[3] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

1

**IT IS HEREBY ORDERED**, that:

1. The Stipulation is approved.

2. Pursuant to the Stipulation, Claim No. 33-1 (the "Asserted Claim") filed by Swift Talent Investments Ltd. is hereby Allowed in the amount of $7,760,000.

3. Pursuant to the Stipulation, in accordance with the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code,* the Asserted Claim's Debt Claim Allocation is $8,004,067.91.

4. The Debtor, the Claimant, the Clerk of the Court, and the Debtor's claims agent are authorized and empowered to take any and all actions necessary to implement the terms of this Order and the Stipulation.

5. The Court retains jurisdiction over any matter related to the Stipulation and this Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12121 Wilshire Blvd., Suite 1120, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/22/2020___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  Pursuant to General Order 20-02, as amended, Chambers copies delivered via US Postal Service and telephone message to Chambers regarding filing and lodging of Order.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2020 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**In re Yueting Jia**                                                                                                        **Case No. 2:19-bk-24804-VZ**

1.  **PARTIES TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Attorneys for Debtor Yueting Jia:  Jeffrey W Dulberg, Malhar S Pagay**:  jdulberg@pszjlaw.com; mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Attorneys for Debtor/Defendant Yueting Jia:  Lei Lei Wang Ekvall, Robert S. Marticello:**  lekvall@swelawfirm.com, rmarticello@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **United States Trustee (LA)**: ustpregion16.la.ecf@usdoj.gov **Kelly L Morrison, Dare Law**: kelly.l.morrison@usdoj.gov, dare.law@usdoj.gov
- **Attorneys for Official Committee of Unsecured Creditors:  Randye B Soref, Tanya Behnam:**  rsoref@polsinelli.com, tbehnam@polsinelli.com, tanyabehnam@gmail.com, ccripe@polsinelli.com; ladocketing@polsinelli.com
- **Attorneys for Creditor Liuhuan Shan:  Jerrold L Bregman**:  jbregman@bg.law, ecf@bg.law
- **Attorneys for Creditor Lihuan Shan:  Peter Buenger**:  pbuenger@curtis.com
- **Attorneys for Creditor Han's San Jose Hospitality LLC:  Stephen D Finestone**:  sfinestone@fhlawllp.com
- **Attorneys for Creditors China Minsheng Trust Co. Ltd.; Honghu Da; Jiangyin Hailan Investment Holding Co., Ltd.; Marvel Best Technology Limited; Oriental Light Consulting Limited; Quanzhou Dings Investment Management Co., Ltd.; Sanpower (Hong Kong) Company Limited; Shanghai Leyu Chuangye Investment Management Center, LP; Shanghai Pinebloom Investment Mgt Co., Ltd.; Shenzhen Letv Xingen M&A Fund Invest Mgt,; Weihua Qiu:  Richard H Golubow**:  rgolubow@wghlawyers.com, pj@wcghlaw.com; jmartinez@wghlawyers.com; Meir@virtualparalegalservices.com
- **Attorneys for Creditor Han's San Jose Hospitality LLC:  Jared T Green:**  spappa@svglaw.com
- **Attorneys for Creditor Shanghai Haiyue Investment Management Co., Ltd.:  Robbin L. Itkin:** robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com, robbin-itkin-6765@ecf.pacerpro.com
- **Attorneys for Creditor Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd.:  Mette H. Kurth**: mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Attorneys for Debtor Yueting Jia:  Ben H Logan:** blogan@omm.com
- **Attorneys for Creditor Pacific Technology Holding LLC:  David W. Meadows:** david@davidwmeadowslaw.com
- **Attorneys for Creditors Chongqing LeTV Commercial Factoring Co., Ltd.; Tianjin Jiarui Huixin Corporate Management Co., Ltd.:  Kevin Meek, Maria Cho:**  kmeek@robinskaplan.com, kevinmeek32@gmail.com; kmeek@ecf.inforuptcy.com, MCho@robinskaplan.com
- **Attorneys for Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership):  John A Moe II**:  john.moe@dentons.com, glenda.spratt@dentons.com
- **Attorneys for Debtor Yueting Jia:  Diana M Perez:**  diana-perez-7352@ecf.pacerpro.com
- **Attorneys for Creditors Beijin Lan Capital Investments aka Blue Giant; Shanghai Lan Cai Asset Management, Ltd.; Shenzhen Jincheng Commercial Factoring Co., Ltd.; Tao Yun Capital Co. Ltd. aka TWC Group Co. Ltd.: Christopher E Prince** cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- **Attorneys for Creditors Chian Soft Growing Investment (WUXI) Partnership, China Consumer Capital Fund II, L.P.,  Jiaxing Haiwen Investment Partnership, Jinhua Zumo Network Technology Co Ltd., Ningbo Hangzhou Bay New Area Leran Investment Management Partnership (Limited Partnership), Weidong Zhu, Zhijian Dong: Victor A. Sahn, Claire K Wu:**  vsahn@sulmeyerlaw.com, ckwu@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com; pdillamar@ecf.inforuptcy.com; vsahn@ecf.inforuptcy.com; cblair@sulmeyerlaw.com, cblair@ecf.inforuptcy.com; dlee@metallawgroup.com; dlee@ecf.inforuptcy.com , mviramontes@sulmeyerlaw.com, ckwu@ecf.courtdrive.com, ckwu@ecf.inforuptcy.com
- **Attorneys for Creditor Chongqing Strategic Emerging Industry LeEco Cloud Specialty Equity Investment Fund Partnership:  Eric Schnabel, Alexandra N Krasovec, Matthew J Olson**: schnabel.eric@dorsey.com; krasovec.alexandra@dorsey.com, olson.matthew@dorsey.com, stell.laura@dorsey.com, claridge.vanessa@dorsey.com
- **Attorneys for Plaintiff Hong Liu:  Benjamin Taylor**: btaylor@taylorlawfirmpc.com
- **Attorneys for Creditor Han's San Jose Hospitality LLC:  Ryan A Witthans:**  rwitthans@fhlawllp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **Attorneys for Creditors Deqing Kaijiao Investment Partnership Enterprise (Limited Liability); Jinan Rui Si Le Enterprise Management Consulting Partnership; Shanghai Bochu Assets Management Center (Limited Liability):  Felix T Woo:** fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Special Counsel Lathan & Watkins LLP:  Helena Tseregounis**: helena.tseregounis@lw.com
- **Claims and Noticing Agent:  Emily Young:** pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com; ECFInbox@epiqsystems.com
- **Attorneys for Creditor Swift Talent Investments, Ltd.:  David B Zolkin:** dzolkin@ztlegal.com, maraki@ztlegal.com, sfritz@ztlegal.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**