Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>              Reorganized Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**REORGANIZED DEBTOR'S FIRST POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION; DECLARATION OF YUETING JIA IN SUPPORT THEREOF**<br><br><u>Post Confirmation Status Conference:</u><br><br>Date: October 29, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>       Edward R. Roybal Federal Building<br>       255 East Temple Street<br>       Los Angeles, California 90012<br>Judge: Honorable Vincent P. Zurzolo |

Yueting Jia, the reorganized debtor herein ("YT" or the "Reorganized Debtor"), pursuant to Local Bankruptcy Rule 3020-1(b) and Paragraph T.3. of the *Order Granting Motion to Confirm Third Amended Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020, Docket Entry #464) as Modified* [Docket No. 810] (the "Confirmation Order"), entered on June 5, 2020,

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:332740.4 46353/003

hereby submits his first post-confirmation status report with respect to the *Third Amended Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020)* as modified by the Confirmation Order (the "Plan").[2]  The Plan became effective on June 26, 2020.

In accordance with the Hon. Vincent P. Zurzolo's *Instructions for Filing First Status Report Regarding Consummation of Confirmed Plan,* a description of the actions taken by the Reorganized Debtor regarding consummation of the Plan is set forth below:

1. Since confirmation of the Plan ("Plan Confirmation"), the Reorganized Debtor has not acquired any new real property.

2. Since Plan Confirmation, the Reorganized Debtor has not acquired personal property at a cost of more than $5,000.00.

3. Since Plan Confirmation, the Reorganized Debtor has paid certain debts pursuant to the Plan.  A schedule of each debt and each class, listing the total amount the Plan requires to be paid, the amount required to be paid to date, the actual amount paid to date, and the amount unpaid is attached as **Exhibit "A"** to the Declaration of Yueting Jia attached hereto.

4. Since Plan Confirmation, the Reorganized Debtor has not entered into executory contracts with any party other than a divorce agreement with Wei Gan on August 11, 2020, on which date they were divorced.

5. Prior to Plan Confirmation, the Reorganized Debtor paid $8,162.00 to the Internal Revenue Service on account of his 2019 federal income taxes owed.  Since Plan Confirmation, the Reorganized Debtor has not paid any post-petition taxes.

6. Currently, the Reorganized Debtor is not able to estimate when he will be in a position to apply for a final decree in this case.  Pursuant to the Plan, the Reorganized Debtor may file objections to claims until December 23, 2020, unless such deadline is extended.  Additionally, the Reorganized Debtor intends to move for entry of a discharge pursuant to section 1141(d)(5) of the Bankruptcy Code.

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

2

DOCS_LA:332740.4 46353/003

Dated:   October 1, 2020    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Malhar S. Pagay*
      Richard M. Pachulski
      Jeffrey W. Dulberg
      Malhar S. Pagay

Attorneys for Reorganized Debtor

## **DECLARATION OF YUETING JIA**

I, Yueting Jia, declare as follows:

1. I am the reorganized debtor herein (the "Debtor").

2. This Declaration is submitted in support of the *Reorganized Debtor's First Post-Confirmation Status Report Regarding Consummation of Plan of Reorganization* (the "First Status Report"). Capitalized terms utilized but not defined herein shall have the same meanings as set forth in the First Status Report.

3. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of books and records, relevant documents and other information prepared or collected by my employees, advisors and representatives, or my opinion based on my experience. In making my statements based on my review of books and records, relevant documents and other information prepared or collected by my professionals, advisors and employees, I have relied upon these professionals, advisors and employees accurately recoding, preparing or collecting such documentation and other information.

4. I am not fluent in English. Accordingly, in the ordinary course of my business and personal affairs that require me to communicate in English either orally or in writing, I employ interpreters/translators who are fluent in both English and Chinese. I am utilizing such interpreters/translators in connection with matters that arise in connection with my Chapter 11 Case and intend to continue to do so. I have reviewed the First Status Report, as necessary, with the assistance of such interpreters/translators.

5. Since confirmation of the Plan ("Plan Confirmation"), I have not acquired any new real property.

6. Since Plan Confirmation, I have not acquired personal property at a cost of more than $5,000.00.

7. Since Plan Confirmation, I have paid certain debts pursuant to the Plan. A schedule of each debt and each class, listing the total amount the Plan requires to be paid, the amount required to be paid to date, the amount actually paid to date, and the amount unpaid is attached hereto as **Exhibit "A"**.

4

DOCS_LA:332740.4 46353/003

8. Since Plan Confirmation, I have not entered into executory contracts with any party other than a divorce agreement with Wei Gan on August 11, 2020, on which date we were divorced.

9. Prior to Plan Confirmation, I paid $8,162.00 to the Internal Revenue Service on account of my 2019 federal income taxes owed. Since Plan Confirmation, I have not paid any post-petition taxes.

10. Currently, I am not able to estimate when I will be in a position to apply for a final decree in this case. Pursuant to the Plan, I may file objections to claims until December 23, 2020, unless such deadline is extended. Additionally, I intend to move for entry of a discharge.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

.

Executed this 1st day of October, 2020 at Rancho Palos Verdes, California.

_____
Yueting Jia

5

DOCS_LA:332740.4 46353/003

# EXHIBIT A

# Exhibit A

| Nature of Debt | Class of Debt | Amount Due | Amount Paid | Amount Unpaid |
|---|---|---|---|---|
| Final Fee Applications of Employed Professionals | Administrative Expense | $2,898,731.01 | $2,898,731.01 | $0.00 |
| Other Administrative Fees | Administrative Expense | $0.00 | $0.00 | $0.00 |
| DIP Facility Claims (Pacific Technology Holding LLC) | DIP Facility Claims | $540,000 | $540,000 | $0.00 |
| 2019 Income Taxes | Priority Tax Claims | $8,162.00 | $8,162.00 | $0.00 |
| Priority Non-Tax Claims | 1 | $8,747,060 (*) | Satisfied through Wei Gan settlement | $0.00 |
| U.S. Secured Claims | 2 | $2,687,629 (*) | $0.00 | $2,687,629 |
| China Secured Claims | 3 | $386,186,143.61 (*) | $0.00 | $386,186,143.61 |
| Debt Claims | 4 | $3.5 - $7.9 billion (*) | $0.00 | $3.5 - $7.9 billion |

(*) Estimated amounts as set forth in Disclosure Statement.

6

DOCS_LA:332740.4 46353/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **REORGANIZED DEBTOR'S FIRST POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION; DECLARATION OF YUETING JIA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **October 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.2 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002