Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com

Suzzanne Uhland (CA Bar No. 136852)
Tianjiao ("TJ") Li (*pro hac vice* pending)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: 212/906-1200
Facsimile:  212/751-4864
E-mail: suzzanne.uhland@lw.com
         tj.li@lw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**NOTICE OF FILING OF MOTION FOR ENTRY OF AN ORDER DETERMINING THE DISCHARGE DATE UNDER DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED**<br><br>[Relates to Docket No. 924]<br><br>Date:  March 2, 2021<br>Time:  11:00 a.m.<br>Place: *Telephonic Hearing*<br>Judge: Honorable Vincent P. Zurzolo |

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 8972. The Reorganized Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:335823.3 46353/003

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on February 9, 2021, Yueting Jia, the reorganized debtor herein ("YT" or the "Reorganized Debtor") filed his *Motion for Entry of an Order Determining the Discharge Date Under Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified* (the "Motion") [Docket No. 924].

**PLEASE TAKE NOTICE THAT, THROUGH THE MOTION, THE DEBTOR SEEKS TO SET THE DISCHARGE DATE PURSUANT TO SECTION K OF THE CONFIRMATION ORDER, WHICH WILL RESULT IN ALL CREDITORS BEING ENJOINED FROM TAKING ANY ACTION TO COLLECT, RECOVER, OR OFFSET ANY DEBT AS A PERSONAL LIABILITY OF THE DEBTOR.**

YT's Plan, which was confirmed by this Court on June 5, 2020, and became effective on June 26, 2020, was predicated on the principle of aligning the interests of YT's creditors with those of Faraday Future ("Faraday", "FF" or the "Company"), a technology company founded by him in California that focuses on the development of a smart mobility ecosystem and electric vehicles.[2] Under the Plan, YT would satisfy his debts by contributing his interests in FF Intelligent Mobility Global Holdings Ltd ("FF Intelligent"), the parent company of FF, which consist of all of his legally recognized personal assets (other than those assets that have been frozen or seized in the People's Republic of China), to the Founding Futures Creditors Trust (the "Creditors Trust" or "Trust"), to be held for the benefit of his creditors.  The trustee of the Trust is Jeffrey D. Prol, who served as lead counsel for the Official Committee of Unsecured Creditors appointed in the case.

Notwithstanding the tragic COVID-19 pandemic, the Reorganized Debtor and FF have been working tirelessly to build the value of FF Intelligent and by extension, increase recovery to his creditors.  On January 28, 2021, FF announced that it had entered into an agreement to merge with a special purpose acquisition company (the "SPAC Transaction") and raise substantial proceeds by the sale of equity involving private investments in a public entity (the "PIPE Transaction" and together with the SPAC Transaction, the "Transactions").  Through the Transactions, FF expects to

---

[2] https://www.ff.com/

DOCS_LA:335823.3 46353/003

receive approximately $1 billion of gross proceeds as sufficient funding for the production launch of the FF 91 at FF's Hanford, California, facility. The implied value of FF Intelligent based on the Transactions is approximately $3.4 billion, resulting in an imputed valuation of the Trust Assets in the Creditors Trust of approximately $642 million.[3]

On January 27, 2021, the Trust, Pacific Technology Holding LLC ("Pacific Technology"), and FF Global Partners LLC, entered into a Purchase Agreement (the "Purchase Agreement"), pursuant to which the Trust conveyed to Pacific Technology 6,211,469 Class B Ordinary Shares of FF Intelligent. In exchange, Pacific Technology agreed that the repayment obligations to it under the Discharge Conditions have been satisfied.

This Court's confirmation of the Plan made the Transactions possible and led to FF's current trajectory. Through the establishment of the Creditors Trust, as well as the Standstill Period and the release provisions in the Plan, the investors in FF have gained confidence that the restructuring of YT's personal debt obligations would facilitate FF's future success. Because of the value created by the Transactions and the Purchase Agreement, the Reorganized Debtor has met the requirements established by the Court in the Confirmation Order. Specifically, the Creditors Trust has repaid the three tranches of secured financing to Pacific Technology. As a result, the next dollars distributed by the Creditors Trust will be paid to general unsecured creditors.

In light of the repayment of the secured debt, as well as the effectiveness of the Plan and the transfer of all of the Debtor's non-exempt assets to the Creditors Trust, the preconditions to granting the Reorganized Debtor a discharge have been satisfied. Thus, the Reorganized Debtor respectfully requests, and the Creditors Trust supports, the establishment of February 3, 2021—the effective date of the Purchase Agreement—as the Discharge Date under the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, on March 2, 2021, at 11:00 a.m. (Pacific Time), or as soon thereafter as counsel may be heard, a telephonic hearing will be held on the Motion before the Honorable Vincent Zurzolo. All trustees, attorneys and self-represented parties must appear by phone using a toll-free conference call line dedicated to Judge Zurzolo's hearings.

---

[3] This imputed valuation assumes capital contribution by FF Global Partners LLC in full.

3

1  You must register for a phone appearance no later than 12:00 noon (Pacific Time) the day prior to

2  the hearing, using the following procedure:  Send an email to

3  Chambers_VZurzolo@cacb.uscourts.gov.  In the subject line, insert "Registration -- Telephonic

4  Appearance".  Include in the email all the following information:  your full name, state bar number,

5  office phone number, client's full name, hearing date and time, matter number on the calendar, and

6  Debtor's name and case number.  Join Judge Zurzolo's conference call line 15 minutes before the

7  hearing.    Toll Free Conference Line: (877) 411-9748     Passcode: 5919677.

8  **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained upon

9  written request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica

10  Blvd, 13th Floor, Los Angeles, California 90067-4003, Telephone: 310-277-6910, Facsimile: 310-

11  201-0760, email: bdassa@pszjlaw.com, or by contacting the claims agent for the Reorganized

12  Debtor, Epiq Corporate Restructuring, LLC ("Epiq") via email at projectR@epiqglobal.com,  or by

13  visiting the Epiq website at https://dm.epiq11.com/case/yt1/.

14  **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(f)(1) requires

15  that any response to the Motion be in writing, be filed with the Court and served upon counsel for

16  the Reorganized Debtor at the address set forth in the upper left-hand corner of the first page hereof

17  and the United States Trustee at least fourteen (14) days prior to the hearing regarding the Motion.

18  Pursuant to Local Bankruptcy Rule 9013-1(f)(3), the failure to timely file and serve a written

19  opposition may be deemed by the Court to be consent to the granting of the relief requested in the

20  Motion.

21

22  Dated: February 9, 2021                    PACHULSKI STANG ZIEHL & JONES  LLP

23                                             By    */s/ Malhar S. Pagay*
24                                                   Richard M. Pachulski
                                                     Jeffrey W. Dulberg
                                                     Malhar S. Pagay
25
26                                                   Attorneys for Reorganized Debtor

27

28

4

DOCS_LA:335823.3 46353/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*):** **NOTICE OF FILING OF MOTION FOR ENTRY OF AN ORDER DETERMINING THE DISCHARGE DATE UNDER DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED** WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER STATED BELOW:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 9, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 9, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA U.S. MAIL**
> United States Bankruptcy Court
> Central District of California
> Attn: Hon. Vincent Zurzolo
> Edward R. Roybal Federal Bldg./Courthouse
> 255 East Temple Street, Suite 1360
> Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 9, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 9, 2021 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002