**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Yueting Jia** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8972** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **2:19–bk–24804–VZ**

## Order of Discharge – Chapter 11                                                                                              02/20

A petition commencing a case under Title 11, United States Code, was filed by or against the debtor named above on October 14, 2019 and no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court **(or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained). Therefore,**

**IT IS ORDERED THAT:**

1) The debtor has no personal liability for debts discharged under 11 U.S.C. Section 727 (or) 1141, except those debts determined by order of a court with competent jurisdiction not to be discharged pursuant to 11 U.S.C. Section 523;

2) Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any debts discharged under 11 U.S.C. Section 727 (or) 1141, except those debts determined by order of a court with competent jurisdiction not to be discharged; and

3) All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by this order are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the debtor.

A discharge is granted to:

  Yueting Jia
  aka YT Jia

  [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

  Debtor 1 Discharge Date: 3/8/21

**Dated:** 3/8/21

The discharge Date under the confirmation order is February 3, 2021.

**By the court:**  Vincent P. Zurzolo
United States Bankruptcy Judge

**943/TRJ**

Form 3180C1–do11                            **Order of Chapter 11 Discharge**