Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Reorganized Debtor. | **REORGANIZED DEBTOR'S SECOND POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION** |
| | Post Confirmation Status Conference: |
| | Date: May 20, 2021<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>       Edward R. Roybal Federal Building<br>       255 East Temple Street<br>       Los Angeles, California 90012<br>Judge: Honorable Vincent P. Zurzolo |

Yueting Jia, the reorganized debtor herein ("YT" or the "Reorganized Debtor"), pursuant to Local Bankruptcy Rule 3020-1(b) and paragraph T.3. of the *Order Granting Motion to Confirm Third Amended Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020, Docket Entry #464) as Modified* [Docket No. 810] (the "Confirmation Order"), entered on June 5, 2020, hereby submits his second post-confirmation status report with respect to the *Third Amended*

---
[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:337749.1 46353/003

*Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020)* as modified by the Confirmation Order (the "Plan"),[2] and states as follows:

1.  The Plan, which became effective on June 26, 2020, was predicated on the principle of aligning the interests of YT's creditors with those of Faraday Future ("FF"), a technology company YT founded that focuses on the development of a smart mobility ecosystem and electric vehicles.[3] Under the Plan, YT would satisfy his debts by contributing his interests in FF Intelligent Mobility Global Holdings Ltd ("FF Intelligent"), the parent company of FF, which consist of all of his legally recognized personal assets (other than those assets that have been frozen or seized in the People's Republic of China), to the Founding Futures Creditors Trust (the "Creditors Trust" or "Trust"), to be held for the benefit of his creditors.  The trustee of the Trust is Jeffrey D. Prol, who served as lead counsel for the Official Committee of Unsecured Creditors appointed in the case.

2.  The Reorganized Debtor filed his *Reorganized Debtor's First Post-Confirmation Status Report Regarding Consummation of Plan of Reorganization* [Docket No. 907] (the "First Post-Confirmation Status Report") on October 1, 2020, which was prepared in accordance with the Court's *Instructions for Filing First Status Report Regarding Consummation of Confirmed Plan*. For reference, a true and correct copy of the First Post-Confirmation Status Report is attached hereto as **Exhibit "A"**.  As indicated in the First Post-Confirmation Status Report and detailed in a schedule attached thereto, all Administrative Expenses, DIP Facility Claims, Priority Tax Claims and Priority Non-Tax Claims asserted against the Reorganized Debtor's bankruptcy estate have been satisfied.  The Court conducted a post-confirmation status conference on October 29, 2020.

3.  On January 27, 2021, the Trust, Pacific Technology Holding LLC ("Pacific Technology"), and FF Global Partners LLC, entered into a Purchase Agreement (the "Purchase Agreement"), pursuant to which the Trust conveyed to Pacific Technology 6,211,469 Class B Ordinary Shares of FF Intelligent.  In exchange, Pacific Technology agreed that their secured indebtedness has been satisfied.

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.
[3] https://www.ff.com/

2

4. On January 28, 2021, FF announced that it had entered into an agreement to merge with a special purpose acquisition company (the "SPAC Transaction") and raise substantial proceeds by the sale of equity involving private investments in a public entity (together with the SPAC Transaction, the "Transactions"). Through the Transactions, FF expects to receive approximately $1 billion of gross proceeds as sufficient funding for the production launch of the FF 91 at FF's Hanford, California, facility. The implied value of FF Intelligent based on the Transactions is approximately $3.4 billion, resulting in an imputed valuation of the Trust Assets in the Creditors Trust of approximately $642 million.[4]

5. On February 9, 2021, the Reorganized Debtor filed a *Motion for Entry of an Order Determining the Discharge Date Under Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified* [Docket No. 924] (the "Discharge Motion"). As set forth in the Discharge Motion, because of the value created by the Transactions and the Purchase Agreement, the Reorganized Debtor met the requirements for entry of a discharge established by the Court in the Confirmation Order: specifically, the Creditors Trust has repaid the three tranches of secured financing to Pacific Technology. As a result, the next dollars distributed by the Creditors Trust would be paid to general unsecured creditors. On March 8, 2021, the Court entered an *Order of Discharge* [Docket No. 943] with an effective date of February 3, 2021.

6. On April 1, 2021, the Reorganized Debtor filed a *Motion for Order to Further Extend Time to File Claim Objections* [Docket 946] (the "Second Claim Objection Deadline Extension Motion"), approved by order entered on April 29, 2021 [Docket No. 961]. The relief granted through the Second Claim Objection Deadline Extension Motion allows the Reorganized Debtor to file objections to claims until August 20, 2021, unless such deadline is further extended.

7. As contemplated in the Plan, on April 13, 2021, the Reorganized Debtor filed Plan Arbitration Procedures [Docket No. 949] which govern all Plan-related disputes. They include certain mandatory mediation procedures relating to disputes involving claim amounts.

---

[4] This imputed valuation assumes capital contribution by FF Global Partners LLC in full.

3

8.  Since Plan Confirmation, the Reorganized Debtor has paid $3,000.00 to the Internal Revenue Service on account of estimated 2020 personal income tax liability.  The Reorganized Debtor continues to accrue ordinary income tax liabilities arising from his work for FF.

9.  Currently, the Reorganized Debtor is not able to estimate when he will be in a position to apply for a final decree in this case.

Dated:   May 6, 2021                                    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/Malhar S. Pagay*
      Richard M. Pachulski
      Jeffrey W. Dulberg
      Malhar S. Pagay

      Attorneys for Reorganized Debtor

# **EXHIBIT A**

Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: rpachulski@pszjlaw.com
         jdulberg@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>Reorganized Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**REORGANIZED DEBTOR'S FIRST POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION; DECLARATION OF YUETING JIA IN SUPPORT THEREOF**<br><br>Post Confirmation Status Conference:<br><br>Date: October 29, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>         Edward R. Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, California 90012<br>Judge: Honorable Vincent P. Zurzolo |

Yueting Jia, the reorganized debtor herein ("YT" or the "Reorganized Debtor"), pursuant to Local Bankruptcy Rule 3020-1(b) and Paragraph T.3. of the *Order Granting Motion to Confirm Third Amended Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020, Docket Entry #464) as Modified* [Docket No. 810] (the "Confirmation Order"), entered on June 5, 2020,

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:332740.4 46353/003

hereby submits his first post-confirmation status report with respect to the *Third Amended Chapter 11 Plan of Reorganization for Yueting Jia (Dated March 17, 2020)* as modified by the Confirmation Order (the "Plan").[2] The Plan became effective on June 26, 2020.

In accordance with the Hon. Vincent P. Zurzolo's *Instructions for Filing First Status Report Regarding Consummation of Confirmed Plan,* a description of the actions taken by the Reorganized Debtor regarding consummation of the Plan is set forth below:

1. Since confirmation of the Plan ("Plan Confirmation"), the Reorganized Debtor has not acquired any new real property.

2. Since Plan Confirmation, the Reorganized Debtor has not acquired personal property at a cost of more than $5,000.00.

3. Since Plan Confirmation, the Reorganized Debtor has paid certain debts pursuant to the Plan. A schedule of each debt and each class, listing the total amount the Plan requires to be paid, the amount required to be paid to date, the actual amount paid to date, and the amount unpaid is attached as **Exhibit "A"** to the Declaration of Yueting Jia attached hereto.

4. Since Plan Confirmation, the Reorganized Debtor has not entered into executory contracts with any party other than a divorce agreement with Wei Gan on August 11, 2020, on which date they were divorced.

5. Prior to Plan Confirmation, the Reorganized Debtor paid $8,162.00 to the Internal Revenue Service on account of his 2019 federal income taxes owed. Since Plan Confirmation, the Reorganized Debtor has not paid any post-petition taxes.

6. Currently, the Reorganized Debtor is not able to estimate when he will be in a position to apply for a final decree in this case. Pursuant to the Plan, the Reorganized Debtor may file objections to claims until December 23, 2020, unless such deadline is extended. Additionally, the Reorganized Debtor intends to move for entry of a discharge pursuant to section 1141(d)(5) of the Bankruptcy Code.

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

DOCS_LA:332740.4 46353/003

| | | |
|---|---|---|
| Dated: October 1, 2020 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ Malhar S. Pagay* |
| | | Richard M. Pachulski |
| | | Jeffrey W. Dulberg |
| | | Malhar S. Pagay |
| | | Attorneys for Reorganized Debtor |

DOCS_LA:332740.4 46353/003

## DECLARATION OF YUETING JIA

I, Yueting Jia, declare as follows:

1.   I am the reorganized debtor herein (the "Debtor").

2.   This Declaration is submitted in support of the *Reorganized Debtor's First Post-Confirmation Status Report Regarding Consummation of Plan of Reorganization* (the "First Status Report").  Capitalized terms utilized but not defined herein shall have the same meanings as set forth in the First Status Report.

3.   Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of books and records, relevant documents and other information prepared or collected by my employees, advisors and representatives, or my opinion based on my experience.  In making my statements based on my review of books and records, relevant documents and other information prepared or collected by my professionals, advisors and employees, I have relied upon these professionals, advisors and employees accurately recoding, preparing or collecting such documentation and other information.

4.   I am not fluent in English.  Accordingly, in the ordinary course of my business and personal affairs that require me to communicate in English either orally or in writing, I employ interpreters/translators who are fluent in both English and Chinese.  I am utilizing such interpreters/translators in connection with matters that arise in connection with my Chapter 11 Case and intend to continue to do so.  I have reviewed the First Status Report, as necessary, with the assistance of such interpreters/translators.

5.   Since confirmation of the Plan ("Plan Confirmation"), I have not acquired any new real property.

6.   Since Plan Confirmation, I have not acquired personal property at a cost of more than $5,000.00.

7.   Since Plan Confirmation, I have paid certain debts pursuant to the Plan.  A schedule of each debt and each class, listing the total amount the Plan requires to be paid, the amount required to be paid to date, the amount actually paid to date, and the amount unpaid is attached hereto as **Exhibit "A"**.

4

DOCS_LA:332740.4 46353/003

8. Since Plan Confirmation, I have not entered into executory contracts with any party other than a divorce agreement with Wei Gan on August 11, 2020, on which date we were divorced.

9. Prior to Plan Confirmation, I paid $8,162.00 to the Internal Revenue Service on account of my 2019 federal income taxes owed. Since Plan Confirmation, I have not paid any post-petition taxes.

10. Currently, I am not able to estimate when I will be in a position to apply for a final decree in this case. Pursuant to the Plan, I may file objections to claims until December 23, 2020, unless such deadline is extended. Additionally, I intend to move for entry of a discharge.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

.

Executed this 1st day of October, 2020 at Rancho Palos Verdes, California.

_____
Yueting Jia

DOCS_LA:332740.4 46353/003

# EXHIBIT A

# Exhibit A

| Nature of Debt | Class of Debt | Amount Due | Amount Paid | Amount Unpaid |
|---|---|---|---|---|
| Final Fee Applications of Employed Professionals | Administrative Expense | $2,898,731.01 | $2,898,731.01 | $0.00 |
| Other Administrative Fees | Administrative Expense | $0.00 | $0.00 | $0.00 |
| DIP Facility Claims (Pacific Technology Holding LLC) | DIP Facility Claims | $540,000 | $540,000 | $0.00 |
| 2019 Income Taxes | Priority Tax Claims | $8,162.00 | $8,162.00 | $0.00 |
| Priority Non-Tax Claims | 1 | $8,747,060 (*) | Satisfied through Wei Gan settlement | $0.00 |
| U.S. Secured Claims | 2 | $2,687,629 (*) | $0.00 | $2,687,629 |
| China Secured Claims | 3 | $386,186,143.61 (*) | $0.00 | $386,186,143.61 |
| Debt Claims | 4 | $3.5 - $7.9 billion (*) | $0.00 | $3.5 - $7.9 billion |

(*) Estimated amounts as set forth in Disclosure Statement.

6

DOCS_LA:332740.4 46353/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **REORGANIZED DEBTOR'S FIRST POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION; DECLARATION OF YUETING JIA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 1, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2020 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.2 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    ecf@bg.law, jbregman@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com;dlee@metallawgroup.com;dlee@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):   **REORGANIZED DEBTOR'S SECOND POST-CONFIRMATION STATUS REPORT REGARDING CONSUMMATION OF PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **May 6, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 6, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA U.S. MAIL**
> United States Bankruptcy Court
> Central District of California
> Attn:  Hon. Vincent Zurzolo
> Edward R. Roybal Federal Bldg./Courthouse
> 255 East Temple Street, Suite 1360
> Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 6, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2021 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.2 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Maria Cho    MCho@RobinsKaplan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Benjamin Taylor    btaylor@taylorlawfirmpc.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002