Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
Mahar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com
       mpagay@pszjlaw.com

Suzzanne Uhland (CA Bar No. 136852)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212/906-1200
Facsimile:  212/751-4864
E-mail: suzzanne.uhland@lw.com
        tj.li@lw.com

Attorneys for Reorganized Debtor, Yueting Jia

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br><br>Reorganized Debtor. | Case No.  2:19-bk-24804-VZ<br><br>**THIRD NOTICE OF (I) UNDISPUTED AMOUNTS; AND (II) DEADLINE FOR CLAIMANTS TO COMPLETE AND SUBMIT COMPLIANCE CERTIFICATE IN ORDER TO RECEIVE TRUST DISTRIBUTION**<br><br>[No hearing required] |

**PLEASE TAKE NOTICE** that, as contemplated in section 1.1.3 of the *Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 464], as modified (the "Plan"),[2] Yueting Jia, the Reorganized Debtor pursuant to the Plan (the "Reorganized

---

[1] The last four digits of the Debtor's federal tax identification number are 8972.  The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275

[2] Modifications to the Plan are as set forth in the *Notice of Filing of Non-Adverse Modifications to Debtor's Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Pursuant to Federal Rule of Bankruptcy Procedure 3019(a)* [Docket No. 780] and approved by the order of the Court confirming the Plan [Docket No. 810] (the "Confirmation Order").  *See* Confirmation Order § B at 5.  Capitalized terms not otherwise defined herein shall have the meanings as set forth in the Plan.

Debtor"), hereby sets forth on **Exhibit "A"** attached hereto, the amount of a Claim with respect to which the Reorganized Debtor has no objection (the "Undisputed Claim").

**PLEASE TAKE FURTHER NOTICE** that, as described in section 1.1.24 of the Plan, in order to receive Trust Distributions, all holders of Claims must complete and submit to the Reorganized Debtor, a Compliance Certificate. The holder of the Undisputed Claim has executed and delivered a compliance certificate to the Reorganized Debtor. The Reorganized Debtor agrees that such Compliance Certificate complies with the Plan and the Trust Agreement.

Dated:    July 9, 2021              PACHULSKI STANG ZIEHL & JONES LLP

                                     By    */s/ Malhar S. Pagay*
                                            Richard M. Pachulski
                                            Jeffrey W. Dulberg
                                            Malhar S. Pagay

                                            Attorneys for Reorganized Debtor, Yueting Jia

# EXHIBIT A

## **EXHIBIT A**

| Claim No. | Creditor | Bases For Creditor's Claim | Undisputed Claim Amount (USD) |
|---|---|---|---|
| 9-1[3] | Hong Liu | • Proof of Claim;<br><br>• Non-Dischargeability Complaint filed in *Hong Liu v. Yueting Jia*, Case No. 2:20-ap-01022-VZ | $25,000,000.00 |

---

[3] The Claim was assigned claim number 9-1 on this Court's claims register and claim number 4 by the Debtor's claims agent, Epiq Corporate Restructuring, LLC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **THIRD NOTICE OF (I) UNDISPUTED AMOUNTS; AND (II) DEADLINE FOR CLAIMANTS TO COMPLETE AND SUBMIT COMPLIANCE CERTIFICATE IN ORDER TO RECEIVE TRUST DISTRIBUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 9, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 9, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Stephanie Krafchak<br>KRAFCHAK & LYNCH<br>2029 Century Park East, Suite 1040<br>Los Angeles, California 90067 | Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, New Jersey 07068 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2021 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:338861.1 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Maria Cho**    Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Stephen D Finestone**    sfinestone@fhlawllp.com
- **Richard H Golubow**    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Jared T. Green**    , spappa@svglaw.com
- **Robbin L. Itkin**    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **Stephanie L Krafchak**    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
- **Mette H Kurth**    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Dare Law**    dare.law@usdoj.gov
- **Ben H Logan**    blogan@omm.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Matthew J Olson**    olson.matt@dorsey.com, stell.laura@dorsey.com
- **Richard M Pachulski**    rpachulski@pszjlaw.com
- **Malhar S Pagay**    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Diana M Perez**    , diana-perez-7352@ecf.pacerpro.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Helena Tseregounis**    helena.tseregounis@lw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Ryan A Witthans**    rwitthans@fhlawllp.com
- **Felix T Woo**    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Claire K Wu**    ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- **Emily Young**    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **David B Zolkin**    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:338861.1 46353/002