Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email:    rpachulski@pszjlaw.com
            mpagay@pszjlaw.com

Suzanne Uhland (CA Bar No. 136852)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: 212/906-1200
Facsimile:  212/751-4864
E-mail: suzanne.uhland@lw.com
            tj.li@lw.com

Attorneys for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Debtor. | **DECLARATION OF SHAN HE RE: OBJECTION TO CLAIM NO. 33 FILED BY NANCHANG O-FILM PHOTOELECTRIC TECHNOLOGY CO, LTD.**<br><br>Date:        October 5, 2021<br>Time:        11:00 a.m.<br>Place:        Courtroom 1368<br>                Roybal Federal Building<br>                255 E. Temple Street<br>                Los Angeles, California 90012<br><br>Judge:      Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I, Shan He, hereby declare that the following is true to the best of my knowledge, information and belief:

1.    I am a Chinese translator, simultaneous interpreter and localization project manager employed since April 2017 by (a) Yueting Jia, the reorganized debtor (the "Reorganized Debtor"), that filed a voluntary petition under chapter 11 of title 11 of the United States Code commencing the above-captioned bankruptcy case, and (b) Faraday Future ("Faraday").

2.    I am a native speaker of Chinese (Mandarin) and maintain full professional fluency in English.  I hold a Bachelor of Science degree in English from Beijing Language and Culture University and a Master of Arts in Translation and Interpretation (Chinese – English) degree from the Monterey Institute of International Studies ("MIIS").  I am certified in Simultaneous and Consecutive Interpretation between English and Chinese by MIIS.  I currently provide translation services for the Reorganized Debtor and his General Counsel.  Prior to my work with the Reorganized Debtor and Faraday, I have provided interpretation and translation services for a variety of organizations, including the United Nations Institute for Training & Research (UNITAR), Syntes Language Group, and the Austrian Embassy.

3.    I submit this declaration regarding the *Objection to Claim No. 33 Filed by Nanchang O-Film Photoelectric Technology Co, Ltd.* (the "Objection").

4.    In general, there is considerable discretion in how proper names are translated from one language to another and translators can employ different methods to effectuate such translations. For example, a translator may employ "transliteration" to convert text in one language to another based on the letter characters themselves:  in the case of Mandarin Chinese, translators may convert simplified Chinese characters into "pinyin," the official Chinese Romanization system which utilizes a modified version of the English alphabet to express Chinese words.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5.      Because of such discretion in translating proper names, the Chinese company named 乐视控股（北京）有限公司 has been translated into a variety of names in English, including "Leshi Holdings (Beijing) Co., Ltd.," and "Le Holdings (Beijing) Co., Ltd."

6.      I have reviewed the document relating to the company named 乐视控股（北京）有限公司 attached as Exhibit "B" to the Request for Judicial Notice filed concurrently with the Objection and have generated a translation of such document using Google's Translate function, which is attached hereto as **Exhibit "1"**.   To the best of my knowledge, the English translation accurately reflects the contents and meaning of the original Chinese document.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct.

Executed this 19th day of August 2021 at _____ Culver City _____, California.

_____
Shan He

# EXHIBIT 1

| ont page | Enterprise Information Filling | | nouncement | sing help | navigation | Log in register |

Enterprise Credit Information  |  List of Business Abnormalities  |
List of Seriously Illegal and Untrustworthy Enterprises
Please enter the company name, unified social credit code or registration

## Leshi Holdings (Beijing) Co., Ltd.   Existence (in operation, opening, registration)

The company is included in the list of business exceptions, click to view details

**Unified Social Credit Code:** 911101055825564383
**Registration number:** 110105014249493
**Legal representative:** Wu Meng
**Registration authority:** Market Supervision and Administration Bureau of Chaoyang District, Beijing
**Date Founded:** September 08, 2011

Send report

Information sharing

Information printing

---

basic information        Administrative license information        Administrative penalty information

Information on being icluded in the list of business exceptions

Information on being included in the list of severely illegal and untrustworthy enterprises (blacklist)

---

### Business license information

· **Unified social credit code:** 911101055825564383
· **Registration Number:** 110105014249493
· **Types of:** Limited liability company (natural person investment or holding)
· **Registered capital:** 100 million yuan
· **Operating period from:** September 08, 2011
· **Registration authority:** Beijing Chaoyang District Market Supervision Administration

· **Company Name:** Leshi Holdings (Beijing) Co., Ltd.
· **Legal representative:** Wu Meng
· **Date of establishment:** September 08, 2011
· **Approved date:** June 13, 2017
· **Business period till:** September 07, 2031
· **Registration status:** Existence (in operation, opening, registration)

· **residence:** Room 1102, 10th Floor, Building 3, No. 105 Yaojiayuan Road, Chaoyang District, Beijing

· **Business Scope:** Project investment; investment management; asset management; investment consulting; economic and trade consulting; office rental. (*1. It is not allowed to raise funds in public without the approval of relevant departments; 2. It is not allowed to openly conduct securities products and financial derivatives trading activities; 3. It is not allowed to issue loans; 4. Guarantee; 5. Don't promise investors that the investment capital will not be lost or promise the lowest return"; the enterprise chooses its own business projects according to law and carries out business activities; projects subject to approval according to law shall be operated in accordance with the approved content after approval by relevant departments Activities; it is not allowed to engage in business activities that are prohibited and restricted by the city's industrial policies.)

---

### Shareholders and investment information

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF SHAN HE RE: OBJECTION TO CLAIM NO. 33 FILED BY NANCHANG O-FILM PHOTOELECTRIC TECHNOLOGY CO, LTD.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 20, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 20, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA U.S. MAIL**
> United States Bankruptcy Court
> Central District of California
> Attn: Hon. Vincent Zurzolo
> Edward R. Roybal Federal Bldg./Courthouse
> 255 East Temple Street, Suite 1360
> Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 20, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2021 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

### 1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Maria Cho    Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
- Richard M Pachulski    rpachulski@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Victor A Sahn    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    claire.wu@pillsburylaw.com,
  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002