Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rpachulski@pszjlaw.com
         mpagay@pszjlaw.com

Suzzanne Uhland (CA Bar No. 136852)
Tianjiao ("TJ") Li (*pro hac vice* pending)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: 212/906-1200
Facsimile:  212/751-4864
E-mail: suzzanne.uhland@lw.com
        tj.li@lw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:19-bk-24804-VZ |
| YUETING JIA,[1] | Chapter 11 |
| Reorganized Debtor. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC** |
| | [Relates to Docket No. 975] |
| | Date:    October 5, 2021<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |
| | Judge:  Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 8972. The Reorganized Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:339489.2 46353/003

Yueting Jia, the reorganized debtor ("YT" or the "Reorganized Debtor"), respectfully requests the Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following exhibits in support of the *Reorganized Debtor's Objection To Claim No. 60 Filed By Han's San Jose Hospitality LLC* [Docket No. 975][2].

| EXHIBIT | DESCRIPTION |
|---|---|
| A | California Secretary of State business search results regarding organization and corporate status of Le Technology, Inc. |
| B | Excerpt of results from National Enterprise Credit Information Publicity System (http://www.gsxt.gov.cn/index.html), a government-run, national, enterprise credit inquiry system in the People's Republic of China providing information from Beijing Administration for Industry & Commerce regarding Le Holdings and Le Holdings (Beijing) Co., Ltd. (an English translation of the document is attached as Exhibit "1" to the supporting Declaration of Shan He, filed concurrently herewith). |
| C | California Secretary of State business search results regarding organization and corporate status of Ocean View Drive, Inc. |

Dated: August 20, 2021

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Malhar S. Pagay*
     Richard M. Pachulski
     Malhar S. Pagay

Attorneys for Reorganized Debtor

---

[2] Fed. R. Evid. 201(b) ("Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it: . . . (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."); *see Jiajie Zhu v. Jing Li*, 2019 U.S. Dist. LEXIS 199628, at *10 (N.D. Cal. Nov. 15, 2019) ("the corporate documents Mr. Zhu presented are the types of documents of which courts routinely take judicial notice"); *Unicolors, Inc. v. H&M Hennes & Mauritz L.P.*, 2018 U.S. Dist. LEXIS 233141, at *13 (C.D. Cal. Aug. 1, 2018) ("The Court granted judicial notice of a Chinese copyright registration . . . ."); *accord, Coen Co. v. Pan Int'l*, 2014 U.S. Dist. LEXIS 110027, *4 (N.D. Cal. Aug. 8, 2014) ("Cheng Jianhai is listed in the records of the Beijing Administration for Industry and Commerce as being the Chairman, General Manager, and Legal Representative of Beijing Pan."); *Instep Software LLC v. Instep (Beijing) Software Co.*, 2015 U.S. Dist. LEXIS 117379, at *3 (N.D. Ill. Sept. 2, 2015) ("On September 26, 2006, the Beijing Administration for Industry and Commerce issued a 'Business License of Corporate Legal Person' to InStep Beijing, which listed the shareholders as Li Wenjuan, Li Xiaomin, and InStep Asia Limited."). These exhibits are public record, and are therefore self-authenticating. *See* Fed. R. Evid. 901(b)(7), 1005.

2

DOCS_LA:339489.2 46353/003

# EXHIBIT A




## Corporation - Statement of Information No Change

Entity Name: LE TECHNOLOGY, INC.

Entity (File) Number: C3786661
File Date: 01/11/2021
Entity Type: Corporation
Jurisdiction: CALIFORNIA
Document ID: GN54654

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Maggie Chen

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GN54654

**Dr. Shirley N. Weber**
**California Secretary of State**

#  Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, August 19, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3786661    LE TECHNOLOGY, INC.

| | |
|---|---|
| Registration Date: | 05/18/2015 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | HUA LIU<br>3553 N. FIRST ST.<br>N JOSE CA 95134 |
| Entity Address: | 3553 N. FIRST ST.<br>SAN JOSE CA 95134 |
| Entity Mailing Address: | 3553 N. FIRST ST.<br>SAN JOSE CA 95134 |

**🛒 Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of May.

| Document Type ↕ | File Date ↕ | PDF |
|---|---|---|
| SI-NO CHANGE | 01/11/2021 | |
| SI-COMPLETE | 09/26/2019 | |
| REGISTRATION | 05/18/2015 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

# EXHIBIT B

| 首页 | | | | | 导航 | 登录 注册 |



## 国家企业信用信息公示系统(北京)
### National Enterprise Credit Information Publicity System

企业信用信息　　经营异常名录　　严重违法失信企业名单

请输入企业名称、统一社会信用代码或注册号

---

**乐视控股（北京）有限公司**　　存续（在营、开业、在册）

该企业被列入经营异常名录，点击查看详情



- 统一社会信用代码：　911101055825564383
- 注册号：　110105014249493
- 法定代表人：　吴孟
- 登记机关：　北京市朝阳区市场监督管理局
- 成立日期：　2011年09月08日

发送报告　　信息分享　　信息打印

---

**基础信息**　｜　行政许可信息　｜　行政处罚信息　｜　列入经营异常名录信息　｜　列入严重违法失信企业名单（黑名单）信息

### ▌营业执照信息

| | | | |
|---|---|---|---|
| 统一社会信用代码： | 911101055825564383 | 企业名称： | 乐视控股（北京）有限公司 |
| 注册号： | 110105014249493 | 法定代表人： | 吴孟 |
| 类型： | 有限责任公司(自然人投资或控股) | 成立日期： | 2011年09月08日 |
| 注册资本： | 100000.000000万人民币 | 核准日期： | 2017年06月13日 |
| 营业期限自： | 2011年09月08日 | 营业期限至： | 2031年09月07日 |
| 登记机关： | 北京市朝阳区市场监督管理局 | 登记状态： | 存续（在营、开业、在册） |
| 住所： | 北京市朝阳区姚家园路105号3号楼10层1102 | | |
| 经营范围： | 项目投资；投资管理；资产管理；投资咨询；经济贸易咨询；出租办公用房。（"1、未经有关部门批准，不得以公开方式募集资金；2、不得公开开展证券类产品和金融衍生品交易活动；3、不得发放贷款；4、不得对所投资企业以外的其他企业提供担保；5、不得向投资者承诺投资本金不受损失或者承诺最低收益"；企业依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事本市产业政策禁止和限制类项目的经营活动。） | | |

### ▌股东及出资信息

# EXHIBIT C

 

**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

## Corporation - Statement of Information No Change

Entity Name: OCEAN VIEW DRIVE, INC.

Entity (File) Number: C3704781
File Date: 08/13/2021
Entity Type: Corporation
Jurisdiction: CALIFORNIA
Document ID: GV78919

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Shaojie Chu

Use bizfile.sos.ca.gov *for online filings, searches, business records, and resources.*

Document ID: GV78919

**Dr. Shirley N. Weber**
**California Secretary of State**

#  Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, August 19, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3704781    OCEAN VIEW DRIVE, INC.

| | |
|---|---|
| **Registration Date:** | 08/26/2014 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | SHAOJIE CHU<br>7 MARGUERITE DR<br>RANCHO PALOS VERDES CA 90275 |
| **Entity Address:** | 7 MARGUERITE DR<br>RANCHO PALOS VERDES CA 90275 |
| **Entity Mailing Address:** | 7 MARGUERITE DR<br>RANCHO PALOS VERDES CA 90275 |

**🛒 Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of August.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 08/13/2021 | |
| SI-COMPLETE | 09/29/2020 | |
| REGISTRATION | 08/26/2014 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 60 FILED BY HAN'S SAN JOSE HOSPITALITY LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 20, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 20, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Vincent Zurzolo
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 20, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2021 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.2 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Maria Cho    Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Stephen D Finestone    sfinestone@fhlawllp.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Jared T. Green    , spappa@svglaw.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Dare Law    dare.law@usdoj.gov
- Ben H Logan    blogan@omm.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Matthew J Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
- Richard M Pachulski    rpachulski@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Ryan A Witthans    rwitthans@fhlawllp.com
- Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- Claire K Wu    claire.wu@pillsburylaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327335.2 46353/002