Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rpachulski@pszjlaw.com
          mpagay@pszjlaw.com

Suzzanne Uhland (CA Bar No. 136852)
Tianjiao ("TJ") Li (*Admitted pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: 212/906-1200
Facsimile:  212/751-4864
E-mail: suzzanne.uhland@lw.com
        tj.li@lw.com

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,[1]<br><br>                                  Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 33 FILED BY NANCHANG O-FILM PHOTOELECTRIC TECHNOLOGY CO., LTD.**<br><br>[Relates to Docket Nos. 971, 972, 973, and 974]<br><br>Date:      October 5, 2021<br>Time:      11:00 a.m.<br>Place:     Courtroom 1368<br>           Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, California 90012<br><br>Judge:     Hon. Vincent P. Zurzolo |

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

**PLEASE TAKE NOTICE** that the *Reorganized Debtor's Objection to Claim No. 33 Filed by Nanchang O-Film Photoelectric Technology Co, Ltd.* [Docket No. 971], filed on August 20, 2021 (the "Objection"),[2] inadvertently omitted a reference to the Court's assigned claim numbers 41-1 and 42-1 which relate to the same claim filed by claimant Nanchang O-Film Photoelectric Technology Co, Ltd., referenced as Claim No. 33, the claim number assigned by the Reorganized Debtor's court-appointed claims agent, Epiq Corporate Restructuring, LLC ("Epiq").

Pursuant to paragraph 4 of the *Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date* [Docket No. 85], "Epiq shall serve as the custodian of court records and shall be designated as the authorized repository for all proofs of claim filed in this chapter 11 case, and is authorized and directed to maintain the official Claims Register for the Debtor, to provide public access to every proof of claim unless otherwise ordered by the Court, and to provide the Clerk with a certified duplicate thereof upon request of the Clerk."[3]

Dated: August 26, 2021                     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Malhar S. Pagay*
        Richard M. Pachulski
        Malhar S. Pagay

Attorneys for Reorganized Debtor

---

[2] Capitalized terms not defined herein shall have the same meanings as set forth in the Objection.

[3] In February 2020, Epiq's claims database became offline and unavailable to the public. As a result, on March 5, 2020, Reorganized Debtor's counsel requested that Epiq upload its claims database to the Court's electronic claims register to allow public access to such claims data through the Court's PACER system. On or about March 7, 2020, Epiq uploaded its claims database to the Court's PACER system. Consequently, the claims numbers assigned by Epiq upon receipt of filed claims do not correspond with the claims numbers reflected in the Court's CM/ECF and PACER systems as a result of the upload.

DOCS_LA:339588.1 46353/003                    2