1  Richard M. Pachulski (CA Bar No. 90073)
   Malhar S. Pagay (CA Bar No. 189289)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California 90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  rpachulski@pszjlaw.com
5           mpagay@pszjlaw.com

6  Suzzanne Uhland (CA Bar No. 136852)
   Tianjiao ("TJ") Li (*Admitted pro hac vice*)
7  LATHAM & WATKINS LLP
   885 Third Avenue
8  New York, New York 10022
   Telephone: 212/906-1200
9  Facsimile:  212/751-4864
   E-mail: suzzanne.uhland@lw.com
10          tj.li@lw.com

11 Attorneys for Reorganized Debtor

12

13                   UNITED STATES BANKRUPTCY COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                        LOS ANGELES DIVISION

16 In re:                              | Case No.: 2:19-bk-24804-VZ

17 YUETING JIA,[1]                      | Chapter 11

18                          Debtor.     | NOTICE OF ERRATA RE REORGANIZED
                                        | DEBTOR'S OBJECTION TO CLAIM NO. 60
19                                      | FILED BY HAN'S SAN JOSE HOSPITALITY
                                        | LLC
20
                                        | [Relates to Docket Nos. 975, 976, 977, and 978]
21

22                                      | Date:       October 5, 2021
                                        | Time:       11:00 a.m.
23                                      | Place:      Courtroom 1368
                                        |             Roybal Federal Building
24                                      |             255 E. Temple Street
                                        |             Los Angeles, California 90012
25
                                        | Judge:      Hon. Vincent P. Zurzolo
26

27 _____

28 [1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is
   91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE NOTICE** that the *Reorganized Debtor's Objection to Claim No. 60 Filed by Han's San Jose Hospitality, LLC* [Docket No. 975], filed on August 20, 2021 (the "Objection")[2], inadvertently omitted a reference to the Court's assigned claim number 5-1 which relates to the same claim filed by claimant Han's San Jose Hospitality, LLC, referenced as Claim No. 60, the claim number assigned by the Reorganized Debtor's court-appointed claims agent, Epiq Corporate Restructuring, LLC ("Epiq").

Pursuant to paragraph 4 of the *Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date* [Docket No. 85], "Epiq shall serve as the custodian of court records and shall be designated as the authorized repository for all proofs of claim filed in this chapter 11 case, and is authorized and directed to maintain the official Claims Register for the Debtor, to provide public access to every proof of claim unless otherwise ordered by the Court, and to provide the Clerk with a certified duplicate thereof upon request of the Clerk."[3]

Dated: August 26, 2021                    PACHULSKI STANG ZIEHL & JONES  LLP


By    */s/ Malhar S. Pagay*
        Richard M. Pachulski
        Malhar S. Pagay

        Attorneys for Reorganized Debtor

---

[2] Capitalized terms not defined herein shall have the same meanings as set forth in the Objection.

[3] In February 2020, Epiq's claims database became offline and unavailable to the public.  As a result, on March 5, 2020, Reorganized Debtor's counsel requested that Epiq upload its claims database to the Court's electronic claims register to allow public access to such claims data through the Court's PACER system.  On or about March 7, 2020, Epiq uploaded its claims database to the Court's PACER system.  Consequently, the claims numbers assigned by Epiq upon receipt of filed claims do not correspond with the claims numbers reflected in the Court's CM/ECF and PACER systems as a result of the upload.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA