| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JERROLD L. BREGMAN - Bar No. 149896<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: jbregman@bg.law<br><br>☒ *Attorney for*: Liuhuan Shan and 2th Advisor, Inc. | **FILED & ENTERED**<br><br>**SEP 21 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>YUENTING JIA,<br><br><br><br><br>Debtor(s)<br><br><br><br>vs.<br><br>Plaintiff(s)<br><br><br><br><br><br>Defendant(s) | CASE NO.: 2:19-bk-24804-VZ<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): **Robert T. Honeywell**

###

Date: September 21, 2021

*Vincent P. Zurzolo*
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                                  F 2090-1.2.ORDER.NONRES.ATTY