Richard M. Pachulski (CA Bar No. 90073)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: rpachulski@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>　　　　　　　　Debtor. | Case No.: 2:19-bk-24804-VZ<br>Chapter 11<br><br>**DEBTOR'S REPLY TO HAN'S SAN JOSE HOSPITALITY, LLC'S OMNIBUS RESPONSE TO EVIDENTIARY OBJECTIONS TO THE DECLARATION OF NELSON GOODELL IN SUPPORT OF HAN'S SAN JOSE HOSPITALITY LLC'S RESPONSE TO OBJECTION TO CLAIM NO. 60**<br><br>**[Relates to Docket No. 1023]**<br><br><u>Hearing:</u><br>Date:　　October 5, 2021<br>Time:　　11:00 a.m.<br>Place:　　Courtroom 1368<br>　　　　　Edward R. Roybal Federal Building<br>　　　　　255 East Temple Street<br>　　　　　Los Angeles, California 90012<br>Judge:　 Honorable Vincent P. Zurzolo |

Yueting Jia, the reorganized debtor herein (the "Debtor"), by and through his attorneys, Pachulski Stang Ziehl & Jones LLP, hereby replies to *Han's San Jose Hospitality, LLC's Omnibus Response to Evidentiary Objection to the Declaration of Nelson Goodell in Support of Han's San Jose Hospitality, LLC's Response to Objection to Claim No. 60* [Docket No. 1023] ("Omnibus

---

[1] The last four digits of the Debtor's federal tax identification number are 8972. The Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

DOCS_LA:340061.1 46353/003

Response"), filed by Han's San Jose Hospitality LLC ("Han's") in support of *Han's San Jose Hospitality, LLC's Response to Objection to Claim No. 60* [Docket No. 1006] as follows:

In the Omnibus Response, Han's implicitly concedes that Debtor himself was not a party to, or represented at, the depositions in the prior cases but asserts that Faraday was and that "'the interest of the objecting party [i.e., Faraday] in the prior suit was calculated to induce as thorough a cross-examination as the interest of the present opponent [i.e., Debtor].'" (Omnibus Response, p. 2, lines 7-8.) To the contrary, while Han's asserts that "Plaintiff makes the same alter ego claims against Faraday" (Omnibus Response, p. 3, lines 25-26), the claim that Debtor is an alter ego *of Faraday* is not the same as the claim that Debtor is the alter ego *of the lessee entities* whose alleged failure to pay rent forms the basis for the claim asserted against the Debtor.

While they are both assertions that the Debtor was the alter ego of business entities, the cross-examination by Faraday would have been on all the facts relevant to the claim that Debtor was the alter ego *of Faraday*, not of entirely different entities. Certainly it is absurd to argue that counsel for *Faraday* would have had an interest in whether Debtor was the alter ego of the *lessees* "to induce as thorough a cross-examination as the interest of the present opponent [i.e., Debtor]."

Dated: October 4, 2021               PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Malhar S. Pagay*
    Malhar S. Pagay

Attorneys for the Reorganized Debtor

DOCS_LA:340061.1 46353/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):   **DEBTOR'S REPLY TO HAN'S SAN JOSE HOSPITALITY, LLC'S OMNIBUS RESPONSE TO EVIDENTIARY OBJECTIONS TO THE DECLARATION OF NELSON GOODELL IN SUPPORT OF HAN'S SAN JOSE HOSPITALITY LLC'S RESPONSE TO OBJECTION TO CLAIM NO. 60** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **October 4, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 4, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    **VIA U.S. MAIL**
    United States Bankruptcy Court
    Central District of California
    Attn:  Hon. Vincent Zurzolo
    Edward R. Roybal Federal Bldg./Courthouse
    255 East Temple Street, Suite 1360
    Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 4, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    **Via Email:**
    Nelson W. Goodell     nelson@goodelllawsf.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2021 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:332351.3 46353/002

**SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

   Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
   Maria Cho    Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
   Jeffrey W Dulberg    jdulberg@pszjlaw.com
   Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
   Stephen D Finestone    sfinestone@fhlawllp.com
   Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
   Jared T. Green    , spappa@svglaw.com
   Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
   Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
   Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
   Dare Law    dare.law@usdoj.gov
   Ben H Logan    blogan@omm.com
   Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
   David W. Meadows    david@davidwmeadowslaw.com
   Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
   James P Menton    jmenton@robinskaplan.com, dvaughn@robinskaplan.com
   John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
   Byron Z Moldo    bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
   Kelly L Morrison    kelly.l.morrison@usdoj.gov
   Matthew J Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
   Richard M Pachulski    rpachulski@pszjlaw.com
   Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
   Diana M Perez    , diana-perez-7352@ecf.pacerpro.com
   Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
   Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
   Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
   Helena Tseregounis    helena.tseregounis@lw.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Ryan A Witthans    rwitthans@fhlawllp.com
   Felix T Woo    fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
   Claire K Wu    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
   Emily Young    pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
   David B Zolkin    dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:332351.3 46353/002