**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone    310.556.1801
Facsimile    310.556.1802
rsoref@polsinelli.com
tbehnam@polsinelli.com

**LOWENSTEIN SANDLER LLP**
Andrew Behlmann (pro hac vice)
Michael A. Kaplan (pro hac vice)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone    973.597.2500
Facsimile    973.597.2400
abehlmann@lowenstein.com
mkaplan@lowenstein.com

*Co-Counsel to Jeffrey D. Prol, in his capacity as Trustee of the Founding Future Creditors Trust*

FILED & ENTERED

JAN 05 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YUETING JIA,[1]<br><br>　　　　　Reorganized Debtor. | Case No.: 2:19-bk-24804-VZ<br><br>Chapter 11<br><br>**ORDER ON STIPULATION REGARDING OBJECTION OF FOUNDING FUTURE CREDITORS TRUST FOR OBJECTION TO CLAIM NOS. 58 AND 59 HELD BY 25TH ADVISOR, INC.**<br><br>[No hearing required pursuant to plan arbitration procedures] |

The Court having reviewed and considered the *Stipulation Regarding Objection Of Founding Future Creditors Trust For Objection To Claim Nos. 58 And 25th Advisor, Inc.* [Docket No. 1053] (the "**Stipulation**"), and finding good cause therefor,

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 8972. The Reorganized Debtor's mailing address is 91 Marguerite Drive, Rancho Palos Verdes, CA 90275.

**IT IS ORDERED** that the Stipulation is **APPROVED** as follows:

1. The Contested Claims shall be merged into a single general unsecured claim with a debt claim allocation amount of $66,000,000, inclusive of interest (the "**Merged Claim**");

2. The Claims Administrator shall assign a new claim number to the Merged Claim and Claim 58 and Claim 59 shall be expunged from the Reorganized Debtor's claims register;

3. The Claims Administrator shall assign a new claim number to the Merged Claim, which shall be Allowed with a Debt Claim Allocation Amount (each as defined in the Plan) of sixty-six million U.S. dollars ($66,000,000) without any further action or order of the Court, and after such Merged Claim has been so entered in the Reorganized Debtor's claims register Claim 58 and Claim 59 shall be expunged from the Reorganized Debtor's claims register;

4. For the avoidance of doubt:

   a. the Allowed Debt Claim Allocation Amount for Claim 57 shall not be disturbed, which is and shall be $7,570,676.94, consisting of $6,860,810.00 of principal and $709,866.94 of prepetition interest pursuant to the Plan; and

   b. neither Claim 57 nor the Merged Claim shall be subject to any objection or any further objection, as applicable, by anyone for any reason at any time;

5. The Parties have the authority, without further court order, to agree on the aforementioned Debt Claim Allocation Amounts; and

6. The Court retains jurisdiction to interpret and enforce the Stipulation or this Order.

###

Date: January 5, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge