| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Richard M. Pachulski (CA Bar No. 90073)<br>Mahar S. Pagay (CA Bar No. 189289)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>Email: rpachulski@pszjlaw.com<br>         mpagay@pszjlaw.com<br><br>   *Movant appearing without an attorney*<br>x  *Attorney for Movant Reorganized Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YUETING JIA,<br><br><br><br><br><br><br><br><br><br><br>                                                            Reorganized Debtor. | CASE NO.: 2:19-bk-24804-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF:**<br><br>x  **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br><br>☐  **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>**[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
|---|---|
| | x  No hearing unless requested under LBR 9013-1(o)(4)<br>☐  Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion.  You may want to consult an attorney.  Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1. ☒ **No Hearing Scheduled; Notice Provided under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                       Page 1                                                  **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☐ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** (*specify*)**:**

Date: 2/16/22

_____
Signature of Reorganized Debtor or trustee

Yueting Jia
_____
Printed name of Reorganized Debtor or trustee

Date: 2/16/22

*/s/ Malhar S. Pagay*
_____
Signature of attorney for Reorganized Debtor or trustee, if any

Malhar S. Pagay
_____
Printed name of attorney for Reorganized Debtor or trustee, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015 | Page 2 | **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF**:

    x **A FINAL DECREE AND ORDER CLOSING CASE; OR**

    ☐ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Movant is the**: x Reorganized Debtor    ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case**: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred;

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** (*check one box only*):

    a. x **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b. ☐ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion**: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: 2/16/22    */s/ Malhar S. Pagay*
Signature of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

Malhar S. Pagay
Printed name of Reorganized Debtor or trustee,
or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 3    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge**:

   a. I, (*name*) __Yueting Jia_____, make the following declaration in support of this motion.

   b. (1) _x_ I have personal knowledge of the following facts because I am the:

      _X_ Reorganized Debtor    ☐ Chapter 11 trustee

   (2) ☐ I am related to this bankruptcy case as the _____,
       and I have personal knowledge of the following facts because (*specify*):

2. **Postconfirmation Status of Bankruptcy Case**: except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):

4. **Facts Regarding Full Administration of Bankruptcy Case** (*check one box only*):

   a. _x_ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. ☐ **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:
   ☐ Exhibit **A:**
   ☐ Exhibit **B:**
   ☐ Exhibit **C:**
   ☐ Exhibit **D:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/16/22 | Yueting Jia | *(signed)* Jia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 4    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF: A FINAL DECREE AND ORDER CLOSING CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 16, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 16, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2022 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.5 46353/002

## SERVICE INFORMATION FOR CASE NO. 2:19-bk-24804-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Maria Cho**   Maria.Cho@faegredrinker.com, ann.grosso@faegredrinker.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Lei Lei Wang Ekvall - DECEASED -**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Stephen D Finestone**   sfinestone@fhlawllp.com
- **Richard H Golubow**   rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Jared T. Green**   , spappa@svglaw.com
- **Robbin L. Itkin**   ritkin@sklarkirsh.com, mduran@sklarkirsh.com
- **Stephanie L Krafchak**   krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
- **Mette H Kurth**   mkurth@cm.law, mette-kurth-7580@ecf.pacerpro.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Ben H Logan**   blogan@omm.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **James P Menton**   jmenton@robinskaplan.com, dvaughn@robinskaplan.com
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Byron Z Moldo**   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Matthew J Olson**   olson.matt@dorsey.com, stell.laura@dorsey.com
- **Richard M Pachulski**   rpachulski@pszjlaw.com
- **Malhar S Pagay**   mpagay@pszjlaw.com, bdassa@pszjlaw.com
- **Diana M Perez**   , diana-perez-7352@ecf.pacerpro.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Victor A Sahn**   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **Randye B Soref**   rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Helena Tseregounis**   helena.tseregounis@lw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Kimberly Sabrina Winick**   kwinick@clarktrev.com, jthomas@clarktrev.com
- **Ryan A Witthans**   rwitthans@fhlawllp.com
- **Felix T Woo**   fwoo@ftwlawgroup.com, admin@ftwlawgroup.com
- **Claire K Wu**   claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
- **Emily Young**   pacerteam@gardencitygroup.com, rjacobs@ecf.epiqsystems.com;ECFInbox@epiqsystems.com
- **David B Zolkin**   dzolkin@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327335.5 46353/002